Anna Y. Park, SBN 164242
Derek W. Li, SBN 150122
Lorena Garcia, SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301
Email: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; Does 1 – 10 Inclusive,<br><br>Defendants. | Case No.:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES

**TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:**

The undersigned, counsel of record for Plaintiff, U.S. Equal Employment Opportunity Commission, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

-1-

Case No.

## PARTY CONNECTION

(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| U.S. EEOC | Plaintiff |
| Erika Morales | Interested Party |
| ABM Industries Inc. | Defendant |
| ABM Janitorial Service, Inc. | Defendant |

Dated: September 28, 2007          Respectfully Submitted

By:   /s/ Anna Y. Park          .
      ANNA Y. PARK
      Regional Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION