Stan S. Mallison, (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA  94549
Telephone: (925) 283-3842
Facsimile:  (925) 283-3426

Counsel for Applicant-Intervenors

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>**Plaintiff,**<br><br>**ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,**<br><br>**APPLICANT-INTERVENORS,**<br><br>v.<br><br>**ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; Does 1-10 Inclusive,**<br><br>**Defendant.** | CASE NO: 1:07-cv-01428-LJO-SMS<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE**<br><br>DATE:       December 21, 2007<br>TIME:        8:30 a.m.<br>JUDGE:     Hon. Lawrence J. O'Neill<br>LOCATION: Courtroom 4, 7th Floor |

TO PLAINTIFF AND DEFENDANT AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 21, 2007, at 8:30 a.m. in Courtroom 4, 7th Floor, of the Fresno Division of the above entitled Court ,or as soon thereafter as the matter may be heard by the Honorable Lawrence J. O'Neill, United States District Court Judge, Applicant-Intervenors ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT will and hereby do move the Court for an order granting leave to intervene as party plaintiffs and to file a complaint in intervention.  This motion is brought in order that the aggrieved parties might assert the claims set forth in their proposed Complaint in Intervention, a copy of which is attached as Exhibit "A" to the Declaration of Hector R. Martinez.  Said Applicant-Intervenors' timely motion for leave to intervene is based upon the grounds that the Applicant-Intervenors are entitled to intervene as a matter of right pursuant to FED. R. CIV. P. 24(a) and 42 U.S.C. §2000e-5(f), and should in any event be permitted to intervene pursuant to FED. R. CIV. P 24(b).

This motion is based on this Notice of Motion and Motion for Leave, the Memorandum of Points and Authorities filed herewith, the declaration of Hector R. Martinez, the pleadings and papers on file herein, and such other and further evidence and argument as the Court may permit.

Dated: November 20, 2007

LAW OFFICES OF MALLISON & MARTINEZ

By: /s/ Hector R. Martinez
Stan S. Mallison
Hector R. Martinez
Marco A. Palau
Attorneys for Applicant-Intervenors