Stan S. Mallison, (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA  94549
Telephone: (925) 283-3842
Facsimile:  (925) 283-3426

Counsel for Applicant-Intervenors

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>**Plaintiff,**<br><br>**ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,**<br><br>**PLAINTIFF-INTERVENORS,**<br><br>v.<br><br>**ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; Does 1-10 Inclusive,**<br><br>**Defendant.** | CASE NO: 1:07-cv-01428-LJO-SMS<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO INTERVENE**<br><br>DATE:         December 21, 2007<br>TIME:          8:30 a.m.<br>JUDGE:       Hon. Lawrence J. O'Neill<br>LOCATION: Courtroom 4, 7th Floor |

1    The motion of Applicant-Intervenors, ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT ("Applicant-Intervenors"), for an order granting leave to intervene as Plaintiffs and to file a complaint in intervention came on for hearing before this Court on December 21, 2007.  Hector R. Martinez and Stan S. Mallison appeared for Applicant-Intervenors appeared for Applicant-Intervenors and _____ for Defendants _____.

After consideration of the briefs and arguments of counsel, and all matters presented to the Court,

IT IS HEREBY ORDERED that Applicant-Intervenors' motion for leave to intervene is GRANTED.

Applicant-Intervenors may file the complaint attached hereto as Exhibit "A" to the Declaration of Hector R. Martinez in Support of Motion for Leave to Intervene.

IT IS SO ORDERED.

DATED:

_____

HON. LAWRENCE J. O'NEILL