U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Anna Y. Park (SBN: 164242)
Derek W. Li (SBN: 150122)
Victor Viramontes (SBN: 214158)
Lorena Garcia (SBN: 234091)
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: 213.894.1108
Facsimile: 213.894.1301

Attorneys for Plaintiff
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 1:07 CV01428- LJO (SMS)<br><br>**PLAINTIFF EEOC'S STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE**<br><br>Date: December 21, 2007<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill<br>Place: Courtroom 4, 7th Floor |

TO ALL PARTIES TO THE ABOVE-LISTED LITIGATION AND TO THEIR ATTORNEYS OF RECORD:

    **PLEASE TAKE NOTICE** that Plaintiff U.S. Equal Employment Opportunity

///

///

///

///

- 1 -

1  Commission has no opposition to plaintiff-in-intervention's Motion to Intervene.

2

3
   Dated: November 26, 2007.              **U.S. EQUAL EMPLOYMENT**
4                                         **OPPORTUNITY COMMISSION**
                                          Anna Y. Park
5                                         Derek W. Li
                                          Victor Viramontes
6                                         Lorena Garcia

7

8                                  By:    /s/ Lorena Garcia
                                          _____
                                          Lorena Garcia
9                                         Attorneys for Plaintiff EQUAL
                                          EMPLOYMENT OPPORTUNITY
10                                        COMMISSION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF MAILING

I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is Equal Employment Opportunity Commission, Los Angeles District Office, 255 East Temple Street, Fourth Floor, Los Angeles, CA 90012.

On the date that this declaration was executed, as shown below, I served the foregoing **PLAINTIFF EEOC'S STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE** by facsimile and by mail in a sealed envelope with postage therein fully prepaid, in regular mail at Los Angeles, County of Los Angeles, State of California, which was addressed as follows:

Stan S. Mallison
Hector R. Martinez
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Ave., Suite A
Lafayette, CA 94549
Facsimile 925-283-3426

Nancy E. Pritikin
Littler Mendelson
650 California St., 20th Floor
San Francisco, CA 94108-2693
Facsimile 415-399-8490

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 26, 2007 at Los Angeles, California.

_____
Lorena Garcia