Anna Y. Park, SBN 164242
Derek W. Li, SBN 150122
Victor Viramontes, SBN 214158
Lorena Garcia, SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1108
Facsimile: (213) 894-1301
E-Mail: LADO.Legal@EEOC.gov
         Lorena.garcia@eeoc.gov

Attorneys for Plaintiff,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC., Does 1-10, Inclusive,<br><br>Defendants. | Case No.:  1:07-CV-01428-LJO-SMS<br><br>**PROOF OF SERVICE**<br><br><br>Lawrence J. O'Neill]<br>U.S. District Judge |

Proof of Service
EEOC v. ABM Industries Incorporated                                    1

1  I am a trial attorney in the Legal Unit of the Los Angeles District Office of
2  the United States Equal Employment Opportunity Commission.
3  My business address is Equal Employment Opportunity Commission, Los
4  Angeles District Office, 255 East Temple Street, Fourth Floor, Los Angeles, CA
5  90012. I am, and was at the time the herein mentioned mailing took place, a citizen
6  of the United States, over the age of eighteen (18) years and not a party to the
7  above-entitled cause.
8  On the date that this declaration was executed, as shown below, I served the
9  foregoing **ORDER SETTING MANDATORY SCHEDULING**
10  **CONFERENCE and REQUIRING THE PARTIES TO CONFER**
11  **PURSUANTTO F. R. CIV. P. 26(f)** by facsimile and by mail in a sealed envelope
12  with postage therein fully prepaid, in regular mail at Los Angeles, County of Los
13  Angeles, State of California, which was addressed as follows:

Nancy E. Pritikin, Esq.
Natalie A. Pierce, Esq.
LITTLER MENDELSON
650 California St., 20th Floor
San Francisco, CA 91408-2693
Facsimile: (415) 399-8490

Stan Mallison, Esq.
Hector Martinez, Esq.
Law Offices of Mallison & Martinez
1042 Brown Ave., Suite A
Lafayette, CA 94549
Facsimile: (925) 283-3426

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2007 at Los Angeles, California.

_Lorena Garcia_