NANCY E. PRITIKIN, Bar No. 102392
SPENCER HIPP, Bar No. 090485
NATALIE A. PIERCE, Bar No. 191342
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendants
ABM INDUSTRIES INCORPORATED AND ABM JANITORIAL SERVICES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Applicant-Intervenors<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC., Does 1-10, inclusive,<br><br>Defendant. | Case No. 1:07-CV-01428-LJO-SMS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS ABM INDUSTRIES INCORPORATED AND ABM JANITORIAL SERVICES, INC.'S OPPOSITION TO THE INTERVENOR PLAINTIFFS' MOTION TO INTERVENE**<br><br>Date: December 21, 2007<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill<br>Location: Courtroom 4, 7th Floor |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

REQUEST FOR JUDICIAL NOTICE                    Case No. 1:07-CV-01428-LJO-SMS

Pursuant to Federal Rules of Evidence 201, 803(8), 902 and 1005, Defendants ABM Industries Incorporated and ABM Janitorial Services, Inc. ("Defendants") request that the court take judicial notice of the following items in support of its Opposition to the Intervention By Any Plaintiffs Other Than Erika Morales.

**REQUEST FOR JUDICIAL NOTICE NO. 1:**

Defendants request that the court take judicial notice of the Charge of Discrimination Plaintiff Erika Morales filed with the California Department of Fair Employment & Housing (Charge No. 480-2006-02932), issued on or about June 29, 2006. A true and correct copy of this Charge of Discrimination is attached hereto as Exhibit A.

**REQUEST FOR JUDICIAL NOTICE NO. 2:**

Defendants request that the court take judicial notice of the Amended Charge of Discrimination Plaintiff Erika Morales filed with the California Department of Fair Employment & Housing (Charge No. 480-2006-02932), issued on or about January 10, 2007. A true and correct copy of this Amended Charge of Discrimination is attached hereto as Exhibit B.

Dated: December 7, 2007

NANCY E. PRITIKIN
SPENCER HIPP
NATALIE A. PIERCE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ABM INDUSTRIES INCORPORATED AND
ABM JANITORIAL SERVICES INC.

Firmwide:83804606.1 054667.1005

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

REQUEST FOR JUDICIAL NOTICE   2.   Case No. 1:07-CV-01428-LJO-SMS

# EXHIBIT A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 480-2006-02932 |

California Department Of Fair Employment & Housing _____ and EEOC
_State or local Agency, if any_

**Name** (indicate Mr., Ms., Mrs.): Erika Morales
**Home Phone** (Incl. Area Code): (661) 328-0342
**Date of Birth**: 06-30-1976
**Street Address, City, State and ZIP Code**: 1321 1/2 Oregon Street, Bakersfield, CA 93305

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: ABM JANITORIAL SERVICES, INC.
**No. Employees, Members**: 500 or More
**Phone No.** (Include Area Code):
**Street Address, City, State and ZIP Code**: 1400 Easton Drive, Suite 149, Bakersfield, CA 93309

**DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 06-01-2004   Latest: 09-13-2005
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on June 1, 2004 as a Janitor. Throughout my employment with Respondent, I was assigned to work at various locations in the Bakersfield area. From shortly after my date of hire until September 13, 2005, I was subjected to verbal and physical sexual harassment by Jose Vasquez, Supervisor. The sexual harassment consists of, but is not limited to the following: Mr. Vasquez would make sexual comments, such as "que buena estas" (how fine you are), "que rica" (how delicious), and "que no haria contigo" (what wouldn't I do with you", he would ask me to go out with him, and touched my breasts, buttocks, and tried to kiss me. Mr. Vasquez also showed me the outline of his erection through his pants and attempted to force me to touch his penis. I repeatedly asked Mr. Vasquez to stop, but the harassment continued. Due to the harassment, I left my job in or around April or May 2005. I returned to work after Javier Vasquez, District Supervisor, requested that I return to work. When I returned to work, I was subjected to further sexual harassment by Jose Vasquez. On or about September 13, 2005, I was constructively discharged from my position.

Despite my requests that he stop the sexual harassment, Jose Vasquez continued to sexually harass me.

I believe that I have been discriminated against on the basis of my sex (female) in violation of Title VII of the Civil Rights Act, of 1964, as amended.

I believe a class of females have been discriminated against on the basis of their sex, in violation of Title VII of the Civil Rights Act of 1964, as amended

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 06/29/06   Charging Party Signature: Erika Morales

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED JUN 30 2006

# EXHIBIT B

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>AMENDED<br>480-2006-02932 |
|---|---|---|

California Department Of Fair Employment & Housing _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Erika Morales** | Home Phone (Incl. Area Code)<br>(661) 328-0342 | Date of Birth<br>06-30-1976 |
|---|---|---|

Street Address: 1321 ½ Oregon Street, Bakersfield, CA 93305

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**ABM Janitorial Services, Inc.** | No. Employees, Members<br>500+ | Phone No. (Include Area Code)<br>(661) 322-3289 |
|---|---|---|

Street Address: 1400 Easton Drive, Suite 149, Bakersfield, CA 93309

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-01-2004   Latest: 09-13-2005
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the company on June 1, 2004, as a Janitor. Throughout my employment with the company, I was assigned to work at various locations in the Bakersfield area. From shortly after my date of hire until September 13, 2005, I was subjected to verbal and physical sexual harassment by José Vasquez, Supervisor. The sexual harassment consisted of, but was not limited to the following: Mr. Vasquez would make sexual comments, such as "que buena estás" (how fine you are), "que rica" (how delicious), and "que no haria contigo" (what wouldn't I do with you). He would ask me to go out with him, and touched my breasts, buttocks, and tried to kiss me. Mr. Vasquez also showed me the outline of his erection through his pants, and attempted to force me to touch his penis. I repeatedly asked Mr. Vasquez to stop, but the sexual harassment continued. Due to the continuous sexual harassment, I left my position in or around April or May 2005. I returned to work for the company after Javier Vasquez, District Supervisor, requested that I return to work. When I returned to work, I was subjected to further sexual harassment by José Vasquez. On or about September 13, 2005, I was constructively discharged from my position. Despite my requests that he stop the sexual harassment, José Vasquez continued to sexually harass me.

I believe I that I have been discriminated against based on my gender (female) in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe that female employees as a class have been discriminated against based solely on their gender in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 01/10/07   Charging Party Signature: *Erika Morales*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED JAN 11 2007 EEOC/LADO INTAKE