```
 1  STAN S. MALLISON (SBN 184191)
    HECTOR R. MARTINEZ (SBN 206336)
 2  MARCO A. PALAU (SBN 242340)
    LAW OFFICES OF MALLISON & MARTINEZ
 3  1042 Brown Avenue
    Lafayette, CA 94549
 4  Telephone:    (925) 283-3842
    Facsimile:    (925) 283-3426
 5  stanm@mallisonlaw.com
    hectorm@mallisonlaw.com
 6  mpalau@mallisonlaw.com

 7  Counsel for Plaintiff Erika Morales and Anonymous Plaintiffs One through Eight

 8                          UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION
```

| | |
|---|---|
| | Case No. 1:07-CV-01428-LJO-SMS |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Applicant – Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; Does 1- 10 inclusive,<br><br>Defendants. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF-INTERVENORS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR INTERVENTION**<br><br>Hearing Date: January 11, 2008<br><br>Time: 9:30 a.m.<br><br>Courtroom 7<br><br>Hon. Sandra M. Snyder |

Pursuant to Federal Rules of Evidence 201, 803(8), 902 and 1005, Applicant Intervenors Erika Morales and Anonymous Plaintiffs One through Eight (collectively "Applicant Intervenors") respectfully request that the court take notice of the following items in support of their Reply to Defendants' Opposition to Intervention.

**REQUEST FOR JUDICIAL NOTICE**

Applicant Intervenors request that the court take judicial notice of the Charge of Discrimination filed with the California Department of Fair Employment & Housing anonymously on behalf of a female employee of Defendants (No. 480-2007-01134), issued on January 23, 2007. A true and correct copy is attached hereto as Exhibit A.

January 4, 2008                                        LAW OFFICES OF MALLISON & MARTINEZ


By:     /s/ Marco A. Palau
     Stan S. Mallison
     Hector R. Martinez
     Marco A. Palau
     Attorneys for Plaintiff Erika Morales and
     Anonymous Plaintiffs One through Eight

# Exhibit A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>480-2007-01134 |
|---|---|---|

California Department Of Fair Employment & Housing  _and EEOC_
_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Law Office of Mallison & Martinez | (925) 283-3842 | |

Street Address: 1042 Brown Ave. Suite A, Lafayette, CA 94549

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ABM JANITORIAL SERVICES, INC. | 500 or More | (661) 322-3289 |

Street Address: 1400 Easton Drive, Suite 149, Bakersfield, CA 93309

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ABM INDUSTRIES, INC. | | |

Street Address: 160 Pacific Avenue, Suite 222, San Francisco, CA 94111

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-01-2003   Latest: 08-28-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am filing on behalf of a female Utility Worker who was subjected to verbal and physical sexual harassment from on or about January 2003 through August 28, 2006. The sexual harassment consisted of, but is not limited to the following: the female being raped by Jose Vasquez, Supervisor; being invited out to hotels with Mr. Vasquez, being subjected to unwanted sexual comments and innuendos, and Mr. Vasquez would expose his penis to her. The sexual harassment created a hostile work environment, which led the female to resign from her position on or about August 28, 2006. I believe other females have been subjected to similar physical and sexual harassment.

Mr. Vasquez threatened to tell Javier Vasquez, Operations Manager, that the female had initiated the sexual advances if she reported the sexual harassment to Respondent.

I believe that the female Utility Worker in question has been discriminated against on the basis of her sex, female.

I believe that a class of females have been discriminated against on the basis of their sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>1/23/07  _[signature]_<br>Date  Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)<br>JAN 2, 2007  RECEIVED |