1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  Marco A. Palau (SBN 242340)
   LAW OFFICES OF MALLISON & MARTINEZ
3  1042 Brown Avenue, Suite A
   Lafayette, CA  94549
4  Telephone: (925) 283-3842
   Facsimile:  (925) 283-3426
5
6  Counsel for Plaintiff Erika Morales and Anonymous Plaintiffs One through Eight
   Retained
7
8
9                      UNITED STATES DISTRICT COURT
10           EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION
11
12                                              )Case No.  1:07-CV-01428-LJO-SMS
   U.S. EQUAL EMPLOYMENT                        )
13 OPPORTUNITY COMMISION,                       )**DESIGNATION OF COUNSEL**
                                                )
14               Plaintiff,                     )
                                                )
15 ERIKA MORALES and ANONYMOUS                  )
   PLAINTIFFS ONE THROUGH EIGHT,               )
16                                              )
               Applicant – Intervenors,         )
17                                              )
        v.                                      )
18                                              )
   ABM INDUSTRIES INCORPORATED and             )
19 ABM JANITORIAL SERVICES, INC.; Does 1- )
   10 inclusive,                                )
20                                              )
               Defendants.                      )
21                                              )
                                                )
22 _____)
23
24
25
26
27
28

1        Plaintiff – Intervenors Erika Morales and Anonymous Plaintiffs One Through Eight hereby

2   designate the following attorneys from the Law Offices of Mallison & Martinez as counsel for

3   service in this action:

4                     Stan S. Mallison (SBN 184191)

5                     Marco A. Palau (SBN 242340)

6

7   DATED: February 1, 2008          LAW OFFICES OF MALLISON & MARTINEZ

8

9

10                         By:   /s/ Stan S. Mallison
                                   Stan S. Mallison

11                                   Attorney for Plaintiff -Intervenors

12                         By:   /s/ Marco A. Palau

13                                   Marco A. Palau
                                 Attorney for Plaintiff-Intervenors

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF-INTERVENORS' DESIGNATION OF COUNSEL       Case No. 1:07-CV-01428

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28