# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ABM INDUSTRIES INC., et al.,<br><br>Defendants.<br>_____ / | CASE NO. CV F 07-1428 LJO TAG<br><br>**ORDER TO RESET SCHEDULING CONFERENCE** |

Review of the parties' May 1, 2008 scheduling report reveals that setting discovery, motion and trial dates is premature. On the basis of good cause, this Court:

1. VACATES the May 8, 2008 scheduling conference and RESETS the scheduling conference for August 20, 2008;

2. ORDERS the parties, no later than August 13, 2008, to file a Joint Scheduling Report which includes all required information and to e-mail a copy of the Joint Scheduling Report as an attachment to ljoorders@caed.uscourts.gov and formatted in WordPerfect;

3. ORDERS the parties, no later than May 16, 2008, to complete F.R.Civ.P. 26(a)(1) initial disclosures; and

4. ORDERS the parties to conduct discovery diligently to facilitate setting meaningful discovery, motion and trial dates at the August 20, 2008 scheduling conference.

IT IS SO ORDERED.

**Dated:    May 2, 2008**                             /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE