**W. Joseph Strapp (SBN: 123655)**
**STRAPP & STRAPP**
**6500 Wilshire Blvd., Ste. 1650**
**Los Angeles, CA  90048-4920**
**T: (323) 951-0505**
**F: (323) 951-0506**

Attorneys for Defendant
JOSE VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Case No. 1: 07 CV 01428 LJO-TAG |
| Plaintiff, | ) ) | |
| ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT, | ) ) ) | |
| Plaintiff Intervenors, | ) ) | **DEFENDANT JOSE VASQUEZ'S ANSWER TO PLAINTIFF INTERVENORS' COMPLAINT IN INTERVENTION** |
| vs. | ) ) | |
| ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOSE VASQUEZ; DOES 1-10 Inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Defendant JOSE VASQUEZ, by and through undersigned counsel, hereby submits his

Answer to Plaintiff Intervenors' Complaint in Intervention. All allegations not specifically

admitted in this Answer are denied. For his Answer to Plaintiff Intervenors' Complaint in

Intervention, Defendant Vasquez admits, denies, and alleges as follows:

## I. NATURE OF THE ACTION

1.      In response to Paragraph 1 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies the allegations set forth therein, except that Defendant Vasquez admits that Plaintiff Intervenors purport to bring this lawsuit pursuant to Title VII of the Civil Rights Act of 1964, Title I of the Civil Rights Act of 1991, the California Fair Employment and Housing Act ("FEHA"), and California Government Code section 12940.  Defendant Vasquez denies the remaining allegations contained in this paragraph.

## II. JURISDICTION AND VENUE

2.      In response to Paragraph 2 of Plaintiff Intervenors' Complaint, Defendant Vasquez admits that this Court appropriately exercises jurisdiction over claims brought pursuant to 28 U.S.C. §§ 1331, 1337 and 1343, but denies that there is specific jurisdiction in this case. Defendant Vasquez denies that this Court has supplemental jurisdiction over the claims brought herein under FEHA and other state statutory and common law remedies.  Defendant Vasquez is without knowledge or belief that the employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of California and thus deny said allegation.  Defendant Vasquez admits only that this action would be appropriate for assignment to the United States District Court for the Eastern District of California if there were jurisdiction, which Defendant Vasquez denies.  Defendant Vasquez further denies that he engaged in any unlawful employment practices.

## III. INTRADISTRICT ASSIGNMENT

3.      In response to Paragraph 3 of Plaintiff Intervenors' Complaint, Defendant Vasquez admits only that this action would be appropriate for assignment to the Fresno Division

of the United States District Court for the Eastern District of California if there were jurisdiction, which Defendant Vasquez denies.

## IV. PARTIES

_____4.     In response to Paragraph 4 of Plaintiff Intervenors' Complaint, Defendant Vasquez admits that Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring civil actions by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3) and 2000e-6(e).  Nonetheless, Defendant Vasquez denies that the EEOC is expressly authorized to bring this particular action.

5.     In response to Paragraph 5 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegation that Plaintiff Intervenor Erika Morales ("Morales") is a California resident and, based on this ground, denies this allegation and further denies that Morales was "employed by ABM INC."

6.     In response to Paragraph 6 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies that the Plaintiff Intervenors pled as "DOE Plaintiffs" should remain anonymous. Plaintiff Intervenors have failed to adequately justify their refusal to reveal the names of the Doe Plaintiffs.  Defendant Vasquez will be prejudiced if the Doe Plaintiffs are permitted to remain anonymous.

7.     In response to Paragraph 7 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegation that Morales is a California resident and, based on this ground, denies this allegation and further denies that Morales was "employed by ABM INC."

8.     In response to Paragraph 8 of Plaintiff Intervenors' Complaint, Defendant

Vasquez lacks information or belief sufficient to answer the allegations pertaining to the residency and employment status of an unnamed Doe Plaintiff and, based on this ground, denies each allegation therein.

9.      In response to Paragraph 9 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations pertaining to the residency and employment status of an unnamed Doe Plaintiff and, based on this ground, denies each allegation therein.

10.      In response to Paragraph 10 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations pertaining to the residency and employment status of an unnamed Doe Plaintiff and, based on this ground, denies each allegation therein.

11.      In response to Paragraph 11 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations pertaining to the residency and employment status of an unnamed Doe Plaintiff and, based on this ground, denies each allegation therein.

12.      In response to Paragraph 12 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations pertaining to the residency and employment status of an unnamed Doe Plaintiff and, based on this ground, denies each allegation therein.

13.      In response to Paragraph 13 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations pertaining to the residency and employment status of an unnamed Doe Plaintiff and, based on this ground, denies each allegation therein.

14.     In response to Paragraph 14 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations pertaining to the residency and employment status of an unnamed Doe Plaintiff and, based on this ground, denies each allegation therein.

15.     In response to Paragraph 15 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations pertaining to the residency and employment status of an unnamed Doe Plaintiff and, based on this ground, denies each allegation therein.

16.     In response to Paragraph 16 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

17.     In response to Paragraph 17 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

18.     In response to Paragraph 18 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

19.     In response to Paragraph 19 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

20.     In response to Paragraph 20 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

21.     In response to Paragraph 21 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

22.     In response to Paragraph 22 of Plaintiff Intervenors' Complaint, Defendant Vasquez admits that the California Registered Sex Offender Profile Display posts the information about him alleged in this paragraph, that he is a resident of Bakersfield in Kern County, California, and that he was convicted of California Penal Code section 261(a)(2). Defendant Vasquez lacks information or belief sufficient to answer the remaining allegations contained therein and, based on this ground, denies these allegations.

23.     In response to Paragraph 23 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

24.     In response to Paragraph 24 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

25.     In response to Paragraph 25 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

26.     In response to Paragraph 26 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

27.     In response to Paragraph 27 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and,

based on this ground, denies these allegations.

28.     In response to Paragraph 28 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

29.     In response to Paragraph 29 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

30.     In response to Paragraph 30 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

31.     In response to Paragraph 31 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

32.     In response to Paragraph 32 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

33.     In response to Paragraph 33 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

34.     In response to Paragraph 34 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

## V. <u>STATEMENT OF CLAIMS</u>

_____35.     In response to Paragraph 35 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

36.     In response to Paragraph 36 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

37.     In response to Paragraph 37 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

38.     In response to Paragraph 38 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

39.     In response to Paragraph 39 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

40.     In response to Paragraph 40 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

41.     In response to Paragraph 41 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in paragraphs 1 through 50 of this Answer as though fully set forth herein.

42.     In response to Paragraph 42 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

43.     In response to Paragraph 43 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

44.     In response to Paragraph 44 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

45.     In response to Paragraph 45 of Plaintiff Intervenors' Complaint, Defendant

Vasquez denies each and every, all and several, of the allegations contained therein.

46.    In response to Paragraph 46 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

47.    In response to Paragraph 47 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in each and every paragraph contained above as though fully set forth herein.

48.    In response to Paragraph 48 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

49.    In response to Paragraph 49 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

50.    In response to Paragraph 50 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

51.    In response to Paragraph 51 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

52.    In response to Paragraph 52 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

53.    In response to Paragraph 53 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

54.    In response to Paragraph 54 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

55.    In response to Paragraph 55 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in each and every

paragraph contained above as though fully set forth herein.

56.     In response to Paragraph 56 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

57.     In response to Paragraph 57 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

58.     In response to Paragraph 58 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

59.     In response to Paragraph 59 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

60.     In response to Paragraph 60 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

61.     In response to Paragraph 61 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

62.     In response to Paragraph 62 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

63.     In response to Paragraph 63 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

64.     In response to Paragraph 64 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

65.     In response to Paragraph 65 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

66.     In response to Paragraph 66 of Plaintiff Intervenors' Complaint, Defendant

Vasquez denies each and every, all and several, of the allegations contained therein.

67.     In response to Paragraph 67 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

68.     In response to Paragraph 68 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

69.     In response to Paragraph 69 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

70.     In response to Paragraph 70 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

71.     In response to Paragraph 71 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

72.     In response to Paragraph 72 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

73.     In response to Paragraph 73 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

74.     In response to Paragraph 74 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

75.     In response to Paragraph 75 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

76.     In response to Paragraph 76 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

77.    In response to Paragraph 77 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in each and every paragraph contained above as though fully set forth herein.

78.    In response to Paragraph 78 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

79.    In response to Paragraph 79 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

80.    In response to Paragraph 80 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

81.    In response to Paragraph 81 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

82.    In response to Paragraph 82 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

83.    In response to Paragraph 83 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

84.    In response to Paragraph 84 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

85.    In response to Paragraph 85 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in each and every paragraph contained above as though fully set forth herein.

86.    In response to Paragraph 86 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

87.     In response to Paragraph 87 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

88.     In response to Paragraph 88 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

89.     In response to Paragraph 89 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

90.     In response to Paragraph 90 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

91.     In response to Paragraph 91 of Plaintiff Intervenors' Complaint, Defendant Vasquez  denies each and every, all and several, of the allegations contained therein.

92.     In response to Paragraph 92 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

93.     In response to Paragraph 93 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

94.     In response to Paragraph 94 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

95.     In response to Paragraph 95 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in each and every paragraph contained above as though fully set forth herein.

96.     In response to Paragraph 96 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

97.     In response to Paragraph 97 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

98.     In response to Paragraph 98 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

99.     In response to Paragraph 99 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

100.     In response to Paragraph 100 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

101.     In response to Paragraph 101 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

102.     In response to Paragraph 102 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

103.     In response to Paragraph 103 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

104.     In response to Paragraph 104 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

105.     In response to Paragraph 105 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

106.     In response to Paragraph 106 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

107.     In response to Paragraph 107 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in each and every

paragraph contained above as though fully set forth herein.

108.    In response to Paragraph 108 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

109.    In response to Paragraph 109 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

110.    In response to Paragraph 110 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

111.    In response to Paragraph 111 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

112.    In response to Paragraph 112 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

113.    In response to Paragraph 113 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

114.    In response to Paragraph 114 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

115.    In response to Paragraph 115 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in each and every paragraph contained above as though fully set forth herein.

116.    In response to Paragraph 116 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

117.    In response to Paragraph 117 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

118.    In response to Paragraph 118 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

119.    In response to Paragraph 119 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

120.    In response to Paragraph 120 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

121.    In response to Paragraph 121 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in each and every paragraph contained above as though fully set forth herein.

122.    In response to Paragraph 122 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

123.    In response to Paragraph 123 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

124.    In response to Paragraph 124 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

125.    In response to Paragraph 125 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

126.    In response to Paragraph 126 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in each and every paragraph contained above as though fully set forth herein.

127.    In response to Paragraph 127 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

128.    In response to Paragraph 128 of Plaintiff Intervenors' Complaint, Defendant

Vasquez denies each and every, all and several, of the allegations contained therein.

129.     In response to Paragraph 129 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

130.     In response to Paragraph 130 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

131.     In response to Paragraph 131 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

132.     In response to Paragraph 132 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

133.     In response to Paragraph 133 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

134.     In response to Paragraph 134 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in each and every paragraph contained above as though fully set forth herein.

135.     In response to Paragraph 135 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

136.     In response to Paragraph 136 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

137.     In response to Paragraph 137 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

138.     In response to Paragraph 138 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

139.     In response to Paragraph 139 of Plaintiff Intervenors' Complaint, Defendant

Vasquez denies each and every, all and several, of the allegations contained therein.

140.   In response to Paragraph 140 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

141.   In response to Paragraph 141 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

142.   In response to Paragraph 142 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

143.   In response to Paragraph 143 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

144.   In response to Paragraph 144 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

145.   In response to Paragraph 145 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

146.   In response to Paragraph 146 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

147.   In response to Paragraph 147 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in each and every paragraph contained above as though fully set forth herein.

148.   In response to Paragraph 148 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

149.   In response to Paragraph 149 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

150.   In response to Paragraph 150 of Plaintiff Intervenors' Complaint, Defendant

Vasquez denies each and every, all and several, of the allegations contained therein.

151.    In response to Paragraph 151 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

152.    In response to Paragraph 152 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

153.    In response to Paragraph 153 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in each and every paragraph contained above as though fully set forth herein.

154.    In response to Paragraph 154 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

155.    In response to Paragraph 155 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

156.    In response to Paragraph 156 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

157.    In response to Paragraph 157 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

158.    In response to Paragraph 158 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

159.    In response to Paragraph 159 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in each and every paragraph contained above as though fully set forth herein.

160.    In response to Paragraph 160 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

161.     In response to Paragraph 161 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

162.     In response to Paragraph 162 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

163.     In response to Paragraph 163 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

164.     In response to Paragraph 164 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

165.     In response to Paragraph 165 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

166.     In response to Paragraph 166 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

167.     In response to Paragraph 167 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

168.     In response to Paragraph 168 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

169.     In response to Paragraph 169 of Plaintiff Intervenors' Complaint, Defendant Vasquez incorporates by reference his responses to the allegations contained in each and every paragraph contained above as though fully set forth herein.

170.     In response to Paragraph 170 of Plaintiff Intervenors' Complaint, Defendant Vasquez lacks information or belief sufficient to answer the allegations contained therein and, based on this ground, denies these allegations.

171.     In response to Paragraph 171 of Plaintiff Intervenors' Complaint, Defendant

Vasquez denies each and every, all and several, of the allegations contained therein.

172.    In response to Paragraph 172 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

173.    In response to Paragraph 173 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

174.    In response to Paragraph 174 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

175.    In response to Paragraph 175 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

176.    In response to Paragraph 176 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

177.    In response to Paragraph 177 of Plaintiff Intervenors' Complaint, Defendant Vasquez denies each and every, all and several, of the allegations contained therein.

## VI. **PRAYER FOR RELIEF**

In response to Plaintiff Intervenors' various prayers for relief in the Complaint, Defendant Vasquez denies that Plaintiff Intervenors are entitled to any type of relief, including compensatory damages, punitive damages, attorney's fees, or injunctive relief.

## VII. **DEFENSES**

Defendant Vasquez asserts the following defenses:

1.    Plaintiff Intervenors have failed to state a claim upon which relief can be granted.

2.    Plaintiff Intervenors' claims for injunctive relief are barred because Plaintiff Intervenors have not suffered, and will not suffer, irreparable harm as a result of any of the alleged conduct and/or omissions, nor is there any other threat of irreparable harm.

3.      Plaintiff Intervenors' claims are barred because Plaintiff Intervenors failed to exhaust their administrative remedies.

4.      Any emotional harm suffered by Plaintiff Intervenors was caused by persons other than Defendant Vasquez.

5.      Plaintiff Intervenors have failed to state facts sufficient to set forth a claim for compensatory, exemplary or punitive damages or equitable relief under 42 U.S.C. § 1981.

6.      Recovery is limited by statutory caps on compensatory and punitive damages recoverable under Title VII.

7.      Plaintiff Intervenors' claims are barred by the applicable statute of limitations, including but not limited to 42 U.S.C. §§ 2000e et seq., or Plaintiff Intervenors' failure to timely file a civil action under 42 U.S.C. § 2000e-5(f).

8.      Plaintiff Intervenors' claims are barred because Plaintiff Intervenors failed to properly mitigate any damages allegedly suffered.

9.      Plaintiff Intervenors' claims are barred from any remedy under the doctrines of unclean hands, laches, waiver and estoppel.

10.     To the extent that Plaintiff Intervenors seek damages from purported physical or emotional injuries allegedly suffered out of or in the course of their employment, their sole and exclusive remedy is governed by the workers' compensation laws of the state of California.

11.     Plaintiff Intervenors' claims are barred by virtue of Plaintiff Intervenors' consent.

12.     Because Plaintiff Intervenors' Complaint is couched in conclusory and vague terms, Defendant Vasquez cannot fully anticipate all the affirmative defenses that may be applicable to this case.  Accordingly, Defendant Vasquez reserves the right to amend his Answer to add any applicable defenses revealed during any later proceedings in this case.

WHEREFORE, Defendant Vasquez prays:

1.      That Plaintiff Intervenors take nothing by reason of the Complaint;

2.      That judgment be entered in favor of Defendant Vasquez and against Plaintiff Intervenors, and that the Complaint be dismissed with prejudice;

3.      That Defendant Vasquez be awarded his attorney's fees and costs of suit incurred herein; and

4.      For such other and further relief as the Court may deem just and proper.


Dated: May 13, 2008                              STRAPP & STRAPP


                                                 By:      s/W. Joseph Strapp

                                                 W. JOSEPH STRAPP
                                                 Attorneys for Defendant
                                                 JOSE VASQUEZ