Anna Y. Park, SBN 164242
Victor Viramontes, SBN 214158
Lorena Garcia, SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, et al.,<br><br>Defendants. | CASE NO. 1:07-CV-01428 LJO (TAG)<br><br>**PLAINTIFF EEOC'S NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER TO (1) EXCLUDE HARASSER JOSE VASQUEZ FROM ATTENDING PLAINTIFF INTERVENORS' DEPOSITIONS AND (2) BAR DEFENDANTS FROM PREMATURELY SEEKING THEIR DEPOSITIONS**<br><br>Date: June 23, 2008<br>Time: 9:30 a.m.<br>Judge: Hon. Theresa A. Goldner<br>Location: U.S. District Court,<br>Bankruptcy Courtroom<br>1300 18th Street, Suite A<br>Bakersfield, CA 93301 |

**TO PLAINTIFF INTERVENORS AND DEFENDANTS AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

-1-

1  **PLEASE TAKE NOTICE** that on June 23, 2008, at 9:30 a.m., in Bakersfield at the U.S. District Court, Bankruptcy Courtroom, of the Bakersfield Division of the above entitled Court, or as soon thereafter as the matter may be heard by the Honorable Theresa A. Goldner, United States Magistrate Judge, Plaintiff Equal Employment Opportunity Commission ("Commission" or "EEOC") moves this Court for a protective order to (1) exclude harasser Jose Vasquez, a sex offender, from attending Plaintiff Intervenors' depositions; and (2) bar Defendants from prematurely seeking their depositions and undermining this Court March 4, 2008 Order.

This Motion is based on this Notice of Motion and Motion for a protective order, the Joint Statement with Memorandum of Points and Authorities and declaration of Lorena Garcia to be filed at least three court days before the hearing date pursuant to Eastern District Local Rule 37-251, the pleadings and papers on file, and further evidence and arguments as the Court may permit.

                                                        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                                                        Anna Y. Park
                                                        Victor Viramontes
                                                        Lorena Garcia

Date: June 2, 2008                        By:      /s/ Lorena Garcia
                                                       Victor Viramontes
                                                       Lorena Garcia
                                                       Trial Attorney
                                                       Attorneys for Plaintiff

1  **PROOF OF SERVICE**

2  I am a citizen of the United States, over the age of eighteen (18) years and
3  not a party to the above-entitled cause.

4  I am employed in the Legal Unit of the Los Angeles District Office of the
5  United States Equal Employment Opportunity Commission.

6  My business address is Equal Employment Opportunity Commission, Los
7  Angeles District Office, 255 East Temple Street, Fourth Floor, Los Angeles, CA
8  90012.

9  On the date that this declaration was executed, as shown below, I served the
10 foregoing **PLAINTIFF EEOC'S NOTICE OF MOTION AND MOTION FOR**
11 **A PROTECTIVE ORDER TO (1) EXCLUDE HARASSER JOSE VASQUEZ**
12 **FROM ATTENDING PLAINTIFF INTERVENORS' DEPOSITIONS AND**
13 **(2) BAR DEFENDANTS FROM PREMATURELY SEEKING THEIR**
14 **DEPOSITIONS** via the Court's ECF filing system to the following:

Nancy E. Pritikin
Natalie Pierce
LITTLER MENDELSON
650 California St., 20th Floor
San Francisco, CA 91408-2693
415-399-8490, facsimile

W. Joseph Strapp
STRAPP & STRAPP
6500 Wilshire Blvd. Ste. 1650
Los Angeles, CA 90048
(323) 951-0506, facsimile

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stan Mallison
Hector Martinez
Law Offices of Mallison & Martinez
1042 Brown Ave., Suite A
Lafayette, CA 94549
925-283-3426, facsimile

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2008, at Los Angeles, California.


      /s/ Lorena Garcia
      Lorena Garcia