Anna Y. Park, SBN 164242
Victor Viramontes, SBN 214158
Lorena Garcia, SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, et al.,<br><br>Defendants. | CASE NO. 1:07-CV-01428 LJO (TAG)<br><br>**PLAINTIFF EEOC'S FIRST AMENDED NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER: (1) TO BAR DEFENDANTS FROM PREMATURELY SEEKING PLAINTIFF INTERVENORS' DEPOSITIONS; (2) TO EXCLUDE HARASSER JOSE VASQUEZ FROM ATTENDING THEIR DEPOSITIONS; AND (3) REQUEST FOR MONETARY SANCTIONS**<br><br>Date:   July 7, 2008<br>Time:   10:00 a.m.<br>Judge:  Hon. Theresa A. Goldner<br>Location: U.S. District Court,<br>           Bankruptcy Courtroom<br>           1300 18th Street, Suite A<br>           Bakersfield, CA 93301 |

-1-

**TO PLAINTIFF INTERVENORS AND DEFENDANTS AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

On June 2, 2008, Plaintiff United States Equal Employment Opportunity Commission ("Commission" or "EEOC") filed its Notice of Motion and Motion for a Protective Order to be heard on June 23, 2008. Plaintiff now amends its previously filed notice of motion so that its Motion for a Protective Order is to be heard on July 7, 2008 instead of June 23, 2008.

**PLEASE TAKE NOTICE** that on July 7, 2008, at 10:00 a.m., in Bakersfield at the U.S. District Court, Bankruptcy Courtroom, of the Bakersfield Division of the above entitled Court, or as soon thereafter as the matter may be heard by the Honorable Theresa A. Goldner, U.S. Magistrate Judge, Plaintiff moves this Court for a protective order: (1) to bar Defendants from deposing Plaintiff Intervenors before the filing of a protective order to ensure their safety and before October, 2008, two months after the August 20, 2008 Scheduling Conference; (2) to exclude harasser Jose Vasquez, a sex offender, from attending their depositions; and (3) to impose monetary discovery sanctions against Defendants.

This Motion is based on this Notice of Motion and Motion for a protective order, the Joint Statement with Memorandum of Points and Authorities and declaration of Lorena Garcia to be filed at least three court days before the hearing date pursuant to Eastern District Local Rule 37-251, the pleadings and papers on

1. file, and further evidence and arguments as the Court may permit.

|   |   |   |
|---|---|---|
|   |   | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Anna Y. Park<br>Victor Viramontes<br>Lorena Garcia |
| Date: June 16, 2008 | By: | /s/ Lorena Garcia<br>Victor Viramontes<br>Lorena Garcia<br>Trial Attorney<br>Attorneys for Plaintiff |

**PROOF OF SERVICE**

I am a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is Equal Employment Opportunity Commission, Los Angeles District Office, 255 East Temple Street, Fourth Floor, Los Angeles, CA 90012.

On the date that this declaration was executed, as shown below, I served the foregoing **PLAINTIFF EEOC'S FIRST AMENDED NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER: (1) TO BAR DEFENDANTS FROM PREMATURELY SEEKING PLAINTIFF INTERVENORS' DEPOSITIONS; (2) TO EXCLUDE HARASSER JOSE VASQUEZ FROM ATTENDING THEIR DEPOSITIONS; AND (3) REQUEST FOR MONETARY SANCTIONS** via the Court's ECF filing system to the following:

> Nancy E. Pritikin (e-mail: nepritikin@littler.com)
> Natalie Pierce (e-mail npierce@littler.com)
> LITTLER MENDELSON
> 650 California St., 20th Floor
> San Francisco, CA 91408-2693
> 415-399-8490, facsimile
>
> W. Joseph Strapp (e-mail: jstrapp@strapplaw.com)
> STRAPP & STRAPP
> 6500 Wilshire Blvd. Ste. 1650
> Los Angeles, CA 90048
> (323) 951-0506, facsimile

1
2
3
4
5

Stan Mallison (e-mail: StanM@MallisonLaw.com)
Hector Martinez (e-mail: Hectorm@MallisonLaw.com)
Law Offices of Mallison & Martinez
1042 Brown Ave., Suite A
Lafayette, CA 94549
925-283-3426, facsimile

6
7

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2008, at Los Angeles, California.

8
9
10

    /s/ Lorena Garcia
Lorena Garcia

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28