Stan S. Mallison, (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
Telephone:   (925) 283-3842
Facsimile:   (925) 283-3426

Attorneys for Plaintiffs Intervenors

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; Does 1 through 10, Inclusive,<br><br>　　　　　Defendants.<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE through EIGHT,<br><br>　　　　　Plaintiffs Intervenors,<br>　　　　v.<br><br>ABM INDUSTRIES INCORPORATED, ABM JANITORIAL SERVICES, INC., ABM JANITORIAL NORTHERN CALIFORNIA, JOSE VASQUEZ; Does 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No.  1:07-cv-01428 LJO-TAG<br><br>**JOINDER IN EEOC'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DEPOSITIONS OF PLAINTIFF-INTERVENORS**<br><br>Hon. Lawrence J. O'Neill<br>U.S. District Judge<br><br><br><br>Hon. Theresa A. Goldner<br>U.S. Magistrate Judge<br><br>Hearing Date: July 7, 2008<br>Time: 10:00 a.m.<br>Location: U.S. District Court,<br>　Bankruptcy Courtroom,<br>　1300 18th Street, Suite A<br>　Bakersfield, CA 93301 |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff-Intervenors hereby join Plaintiff Equal Employment Opportunity Commission ("EEOC") in Plaintiff's Opposition to Defendants' Motion to Compel Depositions of Plaintiff-Intervenors pending before this court.  Plaintiff Intervenors

---

PLAINTIFFS INTERVENORS' JOINDER IN EEOC'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DEPOSITIONS OF PLAINTIFF-INTERVENORS

respectfully request that any relief ordered by the Court relative to Defendants' Reply be ordered in favor of Plaintiff EEOC and Plaintiff-Intervenors.

Dated: July 2, 2008.

LAW OFFICES OF MALLISON & MARTINEZ

By: /s/
Stan S. Mallison
Hector R. Martinez
Marco A. Palau
Attorneys for Plaintiff Intervenors
ERIKA MORALES and ANONYMOUS
PLAINTIFFS ONE through EIGHT