1  NANCY E. PRITIKIN, Bar No. 102392
   NATALIE A. PIERCE, Bar No. 191342
2  NEVILLE F. FERNANDES, Bar No. 240935
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA 94108.2693
   Telephone:    415.433.1940
5
   Attorney for Defendants
6  ABM INDUSTRIES INCORPORATED; ABM
   JANITORIAL SERVICES, INC. and ABM
7  JANITORIAL NORTHERN CALIFORNIA

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | U.S. EQUAL EMPLOYMENT | Case No. 1: 07 CV 01428 LJO-TAG
   | OPPORTUNITY COMMISSION, |

12 |          Plaintiff, | **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL**

13 | ERIKA MORALES and ANONYMOUS | **DEPOSITIONS OF PLAINTIFF-INTERVENORS AND REQUEST FOR MONETARY SANCTIONS**
   | PLAINTIFFS ONE THROUGH EIGHT, |

14 |          Plaintiff-Intervenors, |

15 |          v. | Date:      July 7, 2008
   |           | Time:      10:00 a.m.

16 |           | Judge:     Magistrate Judge Goldner
   | ABM INDUSTRIES INCORPORATED | Courtroom: Bakersfield

17 | and ABM JANITORIAL SERVICES,
   | INC.; ABM JANITORIAL NORTHERN

18 | CALIFORNIA; JOSE VASQUEZ; Does 1
   | - 10 inclusive,

19
   |          Defendants.

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[Proposed] Order Granting In Part And Denying In Part Defendant's Motion To Compel Depositions Of Plaintiff-Interveners And Request For Monetary Sanctions

CASE NO. 1:07 CV 01428 LJO-TAG

1  NANCY E. PRITIKIN, Bar No. 102392
   NATALIE A. PIERCE, Bar No. 191342
2  NEVILLE F. FERNANDES, Bar No. 240935
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5
   Attorney for Defendants
6  ABM INDUSTRIES INCORPORATED; ABM
   JANITORIAL SERVICES, INC. and ABM
7  JANITORIAL NORTHERN CALIFORNIA

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | U.S. EQUAL EMPLOYMENT | Case No. 1: 07 CV 01428 LJO-TAG |
   | OPPORTUNITY COMMISSION, | |

12 |         Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL DEPOSITIONS OF** |

13 | ERIKA MORALES and ANONYMOUS | **PLAINTIFF-INTERVENORS AND** |
   | PLAINTIFFS ONE THROUGH EIGHT, | **REQUEST FOR MONETARY SANCTIONS** |

14
   |         Plaintiff-Intervenors, |

15 |                      | Date:        July 7, 2008 |
   | v.                   | Time:        10:00 a.m. |

16 |                      | Judge:       Magistrate Judge Goldner |
   | ABM INDUSTRIES INCORPORATED | Courtroom:   Bakersfield |

17 | and ABM JANITORIAL SERVICES, |
   | INC.; ABM JANITORIAL NORTHERN |

18 | CALIFORNIA; JOSE VASQUEZ; Does 1 |
   | - 10 inclusive, |

19
   |         Defendants. |

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Order Granting In Part And Denying In Part Defendant's
Motion To Compel Depositions Of Plaintiff-Intervenors
And Request For Monetary Sanctions

2.

CASE NO. 1:07 CV 01428 LJO-SMS

1   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2   Defendants ABM INDUSTRIES INCORPORATED, ABM JANITORIAL

3   SERVICES, INC., and ABM JANITORIAL NORTHERN CALIFORNIA ("Defendants"), brought

4   their Motion to Compel Depositions of Plaintiff-Intervenors and Request for Sanctions before this

5   Court for hearing on July 7, 2008. The Motion was opposed by Plaintiff U.S. EQUAL

6   EMPLOYMENT OPPORTUNITY COMMISSION and Plaintiff-Intervenors ERIKA MORALES

7   and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT ("Plaintiffs") through their respective

8   attorneys of record. Based on the pleadings and papers filed herein, as well as the oral argument of

9   counsel, the Court orders as follows:

10   1.   All Plaintiff-Intervenors are to appear at their depositions and are to be

11   deposed.

12   2.   Individually named Defendant Jose Vasquez can attend all depositions except

13   Anonymous Plaintiff #1's deposition. With respect to Anonymous Plaintiff #1's deposition,

14   Defendant Jose Vasquez can be in a separate room and watch the deposition proceedings through a

15   live feed, as long as he arrives one hour before the noticed start time and leaves one hour after

16   Anonymous Plaintiff #1 leaves the building.

17   3.   The depositions of Plaintiff-Intervenors are to take place at the location

18   noticed or to be noticed by Defendants. Plaintiff-Intervenors' requests that the depositions take

19   place at the federal courthouse building in Fresno and/or that a security or law enforcement officer

20   be present, are denied.

21   4.   The deposition of Anonymous Plaintiff #3 will take place as noticed

22   commencing July 23, 2008.

23   5.   The deposition of Anonymous Plaintiff #4 will take place as noticed

24   commencing July 24, 2008.

25   6.   Based on the representations regarding the unavailability of counsel for the

26   EEOC and counsel for Defendant Vasquez, the previously noticed depositions of Erika Morales,

27   Anonymous Plaintiff #1, Anonymous Plaintiff #2, Anonymous Plaintiff #5, Anonymous Plaintiff #6,

28   Anonymous Plaintiff #7, and Anonymous Plaintiff #8, are to be re-noticed by Defendants to dates

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Order Granting In Part And Denying In Part Defendant's
Motion To Compel Depositions Of Plaintiff-Intervenors
And Request For Monetary Sanctions                3.                **CASE NO. 1:07 CV 01428 LJO-SMS**

mutually agreed upon, but are to be completed no later than October 31, 2008. However, in as much as this delay has been caused by the unavailability of counsel for the EEOC and counsel for Defendant Vasquez, Defendants will maintain their deposition priority.

      7.     Defendants' Request for Sanctions is denied.

      8.     Defendants' counsel is to submit the Protective Order to the Court for approval no later than the close of business on July 9, 2008, as directed at the July 7 hearing on the underlying motion.

**IT IS SO ORDERED.**

**Dated:  July __, 2008**

_____

**MAGISTRATE JUDGE OF THE**
**UNITED STATES DISTRICT COURT**

Firmwide:85806899.1 054667.1005

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Order Granting In Part And Denying In Part Defendant's
Motion To Compel Depositions Of Plaintiff-Interveners
And Request For Monetary Sanctions

4.

CASE NO. 1:07 CV 01428 LJO-SMS