Anna Y. Park, SBN 164242
Victor Viramontes, SBN 214158
Lorena Garcia SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1062
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov
victor.viramontes@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff-Intervenors<br><br>vs.<br><br>ABM INDUSTRIES INCORPORATED, et al.,<br><br>Defendant(s). | Case No.: 1:07-CV-01428 LJO (TAG)<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF EEOC'S MOTION FOR PROTECTIVE ORDER** |

This Court has considered all briefing, evidence, and argument submitted by all parties in favor of and in opposition to Plaintiff U.S. Equal Employment Opportunity Commissions's Motion for Protective Order. In addition, the Court heard oral argument on this motion on July 7, 2008. After considering the relevant

Order Granting in Part and
Denying in Part Plaintiff
EEOC's Motion for Protective Order,
1:07-CV-01428 LJO (TAG)

materials, the Court hereby **GRANTS IN PART** and **DENIES IN PART**, PLAINTIFF EEOC's Motion for Protective Order.

The Court ORDERS that the Defendant Jose Vasquez is barred from attending the deposition of Anonymous Plaintiff Number One, the alleged rape victim. Although he cannot be present in the deposition room, Defendant Vasquez can view a video feed of the deposition from another room, if Defendant Vasquez so chooses. If he chooses to view a video feed, Defendant Vasquez must arrive in the building at least one hour after the witness leaves the building. Thus, the EEOC's motion with regard to anonymous Plaintiff Number One is granted.

The Court ORDERS that Defendant Jose Vasquez may attend the depositions of Erika Morales and Anonymous Plaintiff Numbers Two through Eight. Thus, the EEOC's motion with regard to Erika Morales and Anonymous Plaintiff Numbers Two through Eight is denied.

IT IS SO ORDERED.

Dated:_____  _____
Hon. Theresa A. Goldner
United States Magistrate Judge

Proposed Order Prepared by:

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By: _____/s/_____
Victor Viramontes

Order Granting in Part and
Denying in Part Plaintiff
EEOC's Motion for Protective Order,
1:07-CV-01428 LJO (TAG)             2

1 | Anna Y. Park, SBN 164242
2 | Victor Viramontes, SBN 214158
  | Lorena Garcia, SBN 234091
3 | U.S. EQUAL EMPLOYMENT
  | OPPORTUNITY COMMISSION
4 | 255 East Temple Street, 4th Floor
5 | Los Angeles, CA  90012
  | Telephone:  (213) 894-1108
6 | Facsimile: (213) 894-1301
7 | E-Mail: LADO.Legal@EEOC.gov
8 |         Lorena.garcia@eeoc.gov
9 |
10 | Attorneys for Plaintiff,
11 | U.S. EQUAL EMPLOYMENT
   | OPPORTUNITY COMMISSION
12 |
13 |            UNITED STATES DISTRICT COURT
14 |            EASTERN DISTRICT OF CALIFORNIA

15 |
16 | U.S. EQUAL EMPLOYMENT              ) Case No.: 1:07-CV-01428-LJO(TAG)
   | OPPORTUNITY COMMISSION,            )
17 |                                    )
18 |         Plaintiff,                 ) **PROOF OF SERVICE**
19 |                                    )
20 | ERIKA MORALES and                  )
   | ANONYMOUS PLAINTIFFS ONE           )
21 | THROUGH EIGHT,                     )
22 |         Plaintiff-Intervenors,     )
23 |   v.                               )
24 |                                    )
25 | ABM INDUSTRIES                     )
   | INCORPORATED, et al.,              )
26 |                                    )
27 |         Defendants.                )
28 |

Proof of Service                                      1
EEOC v. ABM Industries Incorporated, et al.

I am a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause. I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission. My business address is Equal Employment Opportunity Commission, Los Angeles District Office, 255 East Temple Street, Fourth Floor, Los Angeles, CA 90012.

On the date that this declaration was executed, as shown below, I served the foregoing **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF EEOC'S MOTION FOR PROTECTIVE ORDER** via e-mail and the Court's ECF filing system to the following:

Magistrate Judge Theresa A. Goldner
e-mail: tagorders@caed.uscourts.gov

Defendants ABM Industries Incorporated, ABM Janitorial Services, Inc., and ABM Janitorial Northern California
Nancy E. Pritikin
Natalie Pierce
LITTLER MENDELSON
650 California St., 20th Floor
San Francisco, CA 91408-2693
415-399-8490, facsimile
e-mails: nepritikin@littler.com
npierce@littler.com


Defendant Jose Vasquez
W. Joseph Strapp
STRAPP & STRAPP
6500 Wilshire Blvd. Ste. 1650
Los Angeles, CA 90048
(323) 951-0506, facsimile
e-mail: jstrapp@strapplaw.com

Plaintiff Intervenor's Counsel
Stan Mallison
Hector Martinez
Law Offices of Mallison & Martinez
1042 Brown Ave., Suite A
Lafayette, CA 94549
925-283-3426, facsimile
e-mails: Hectorm@MallisonLaw.com
StanM@MallisonLaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2008, at Los Angeles, California.

_____/s/_____
Victor Viramontes