LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Email: lhayward@littler.com

KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
kjacoby@littler.com

Attorneys for Defendants
ABM INDUSTRIES INCORPORATED; ABM
JANITORIAL SERVICES, INC. and ABM
JANITORIAL NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOSE VASQUEZ; Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1: 07 CV 01428 LJO-TAG<br><br>**NOTICE OF APPEARANCE OF LAURA E. HAYWARD** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF APPEARANCE                    CASE NO. 1:07 CV 01428 LJO (TAG)

PLEASE TAKE NOTICE that Laura E. Hayward of the law firm of Littler Mendelson, 650 California Street, 20th Floor, San Francisco, California 94108; 415.433.1940, hereby enters her appearance as one of the attorneys of record in the above-captioned matter. Please send copies of all future pleadings and correspondence and all communications to and from the Court concerning this matter to the undersigned at 650 California Street, 20th Floor, San Francisco, California 94108 or e-mail address lhayward@littler.com.

Dated: August 12, 2008

_____
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ABM INDUSTRIES INCORPORATED;
ABM JANITORIAL SERVICES, INC. and
ABM JANITORIAL NORTHERN CALIFORNIA

Firmwide:86010622.1 054667.1005

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF APPEARANCE        CASE NO. 1:07 CV 01428 LJO (TAG)