1

2

3

4

5              **IN THE UNITED STATES DISTRICT COURT**

6              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    U.S. EQUAL EMPLOYMENT                      CASE NO. CV-F-07-1428- LJO-TAG
     OPPORTUNITY COMMISSION,
9
                        Plaintiff,          **ORDER ON PRELIMINARY SCHEDULE**
10          vs.

11   ABM INDUSTRIES INCORPORATED
     AND ABM JANITORIAL
12   SERVICES, INC., et. al,

13                      Defendants.
     _____/
14

15          This Court conducted a preliminary scheduling conference on August 20, 2008 in Department

16   4 (LJO).  Plaintiff EEOC appeared by counsel Victor Viramontes and Lorena Garcia.  Plaintiffs-in-

17   Intervention appeared by counsel Stan Mallison.  Defendants ABM Industries Inc. and ABM Janitorial

18   Services, Inc. appeared by counsel Laura Hayward and by telephone by counsel Keith Jacoby.

19   Defendant Jose Vasquez appeared by telephone by counsel Joseph Strapp.

20          After discussion with counsel, this Court:

21          1.      SETS October 20, 2008 as the date to serve respective F.R.Civ.P. 26(a)(1) initial

22                  disclosures;

23          2.      SETS a March 20, 2009 cutoff for discovery regarding class certification only;

24          3.      SETS a scheduling conference for April 23, 2009 at 8:15 a.m. in Department 4.

25   IT IS SO ORDERED.

26   **Dated:    August 20, 2008**              _____/s/ Lawrence J. O'Neill_____
                                                UNITED STATES DISTRICT JUDGE
27

28

                                        1