Anna Y. Park, SBN 164242
Victor Viramontes, SBN 214158
Lorena Garcia, SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, et al.,<br><br>Defendants. | CASE NO. 1:07-CV-01428 LJO (TAG)<br><br>**PLAINTIFF EEOC'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT ABM INDUSTRIES INCORPORATED AND ABM JANITORIAL SERVICES, INC. TO RESPOND AND PRODUCE RESPONSIVE DOCUMENTS TO EEOC'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. ONE AND SET NO. TWO, NOS. 16, 17, 18, 150, 151, 152, 159, 160, AND 161**<br><br>Date:     November 10, 2008<br>Time:     10:00 a.m.<br>Judge:  Hon. Theresa A. Goldner<br>Location: U.S. District Court,<br>             Bankruptcy Courtroom<br>             1300 18th Street, Suite A<br>             Bakersfield, CA 93301 |

EEOC v. ABM Industries Incorporated, et al.-
Plaintiff EEOC's Notice of Motion and Motion to
Compel Defendant ABM Industries Incorporated
and ABM Janitorial Services, Inc. to Produce
Documents

-1-

1      **TO PLAINTIFF INTERVENORS AND DEFENDANTS AND THEIR**

2      **RESPECTIVE ATTORNEYS OF RECORD:**

3          **PLEASE TAKE NOTICE** that on November 10, 2008, at 10:00 a.m., in Bakersfield at

4   the U.S. District Court, Bankruptcy Courtroom, of the Bakersfield Division of the above entitled

5   Court, or as soon thereafter as the matter may be heard by the Honorable Theresa A. Goldner,

6   U.S. Magistrate Judge, Plaintiff moves this Court to order Defendants ABM Industries

7   Incorporated and ABM Janitorial Services, Inc. to respond and produce responsive documents to

8   EEOC's Request for Production of Documents, Set No. One and Set No. Two, Nos. 16, 17, 18,

9   150, 151, 152, 159, 160, and 161.

10          The EEOC seeks employee lists in order to conduct class discovery and identify the class,

11   consistent with the District Court's August 21, 2008 Order and oral instruction during its August

12   20, 2008 hearing.  The EEOC seeks to identify the janitors who worked for the ABM entities

13   nationwide in order to identify the class.  The EEOC also seeks contact information for the class.

14   Finally, the EEOC seeks the complaints of sexual harassment that janitors have made against the

15   ABM entities.

16          In order to streamline its request, where the EEOC asks for "all documents" in its request,

17   it will narrow the scope of its request to ask for documents sufficient to "identify" each employee

18   who has worked for an ABM entity and their contact information.  Where the EEOC asks for all

19   employees, it narrows the scope of its request to ask for all janitors, with the exception of

20   Requests Nos. 159, 160, and 161.  For the Court's reference, the EEOC includes the text of the

21   requests in this Notice.

22

23   REQUEST NO. 16:

24   IDENTIFY and produce all DOCUMENTS IDENTIFYING each employee who has worked

25   and/or has been working for ABM INDUSTRIES INCORPORATED from January 1, 2001 to

26   the present.

27

28

EEOC v. ABM Industries Incorporated, et al.-
Plaintiff EEOC's Notice of Motion and Motion to       -2-
Compel Defendant ABM Industries Incorporated
and ABM Janitorial Services, Inc. to Produce
Documents

1  REQUEST NO. 17:

2  IDENTIFY and produce all DOCUMENTS IDENTIFYING each employee who has worked

3  and/or has been working for ABM JANITORIAL SERVICES, INC. from January 1, 2001 to the

4  present.

5

6  REQUEST NO. 18:

7  IDENTIFY and produce all DOCUMENTS IDENTIFYING each employee who has worked

8  and/or has been working for ABM JANITORIAL SERVICES-NORTHERN CALIFORNIA

9  from January 1, 2001 to the present.

10

11  REQUEST NO. 150.

12  IDENTIFY and produce all DOCUMENTS IDENTIFYING, which include but are not limited

13  to, the name, most current address and telephone numbers, of each employee who has worked

14  and/or has been working under Jose Vasquez from January 1, 2004 to the present.

15

16  REQUEST NO. 151.

17  IDENTIFY and produce all DOCUMENTS IDENTIFYING, which include but are not limited

18  to, the name, most current address and telephone numbers, of each employee who has worked

19  and/or has been working under Javier Vasquez from January 1, 2004 to the present.

20

21  REQUEST NO. 152.

22  IDENTIFY and produce all DOCUMENTS IDENTIFYING, which include but are not limited

23  to, the name, most current address and telephone numbers, or each employee who has worked

24  and/or has been working for YOU from January 1, 2004 to the present.

25  //

26  //

27

28  EEOC v. ABM Industries Incorporated, et al.-
Plaintiff EEOC's Notice of Motion and Motion to
Compel Defendant ABM Industries Incorporated
and ABM Janitorial Services, Inc. to Produce
Documents

-3-

1   REQUEST NO. 159:

2   IDENTIFY and produce all DOCUMENTS, which include but are not limited to, a list of the

3   names, most current addresses and telephone numbers, of all of YOUR employees who were

4   assigned to work in the same location as Jose Vasquez at any time during his employment with

5   YOU.

6

7   REQUEST NO. 160:

8       IDENTIFY and produce all DOCUMENTS, which include but are not limited to, a list of

9   the names, most current addresses and telephone numbers, of all of YOUR employees who were

10  assigned to work in the same location as Javier Vasquez at any time during his employment with

11  YOU.

12

13  REQUEST NO. 161:

14      IDENTIFY and produce all DOCUMENTS that reflect, describe or relate to complaints

15  of sexual harassment made against YOU, since January 1, 2000, through the present including,

16  but not limited to, all DOCUMENTS pertaining to verbal or written complaints, interview notes,

17  affidavits, witness statements, final and draft findings and/or reports for any investigations

18  conducted by YOU or on YOUR behalf, final or draft recommendations pertaining to the

19  complaint(s) or investigation(s), any DOCUMENT that YOU contend reflects on the credibility

20  of all complainants and/or witnesses, and/or any discipline issued to any accused harasser and/or

21  his or her supervisor(s).

22  //

23  //

24  //

25  //

26  //

27  EEOC v. ABM Industries Incorporated, et al.-
    Plaintiff EEOC's Notice of Motion and Motion to                    -4-
28  Compel Defendant ABM Industries Incorporated
    and ABM Janitorial Services, Inc. to Produce
    Documents

1        This Motion is based on this Notice of Motion and Motion, the Joint Statement with

2  Memorandum of Points and Authorities and declaration of Lorena Garcia to be filed at least

3  three court days before the hearing date pursuant to Eastern District Local Rule 37-251, the

4  pleadings and papers on file, and further evidence and arguments as the Court may permit.

5

6

7

                    U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Anna Y. Park
Victor Viramontes
Lorena Garcia

8  Date: October 20, 2008          By:       /S/

9                                    Lorena Garcia
Trial Attorney
Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EEOC v. ABM Industries Incorporated, et al.-
Plaintiff EEOC's Notice of Motion and Motion to
Compel Defendant ABM Industries Incorporated
and ABM Janitorial Services, Inc. to Produce
Documents

-5-

## **PROOF OF SERVICE**

I am a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is Equal Employment Opportunity Commission, Los Angeles District Office, 255 East Temple Street, Fourth Floor, Los Angeles, CA 900l2.

On the date that this declaration was executed, as shown below, I served the foregoing **PLAINTIFF EEOC'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT ABM INDUSTRIES INCORPORATED AND ABM JANITORIAL SERVICES, INC. TO RESPOND AND PRODUCE RESPONSIVE DOCUMENTS TO EEOC'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. ONE AND SET NO. TWO, NOS. 16, 17, 18, 150, 151, 152, 159, 160, and 161** via the Court's ECF filing system to the following:

> Laura E. Hayward (e-mail: lhayward@littler.com)
> LITTLER MENDELSON
> 650 California St., 20th Floor
> San Francisco, CA 91408-2693

> Keith Jacoby (e-mail: kjacoby@littler.com)
> LITTLER MENDELSON
> 2049 Century Park East, 5th Floor
> Los Angeles, CA 90067-3107

> W. Joseph Strapp (e-mail: jstrapp@strapplaw.com)
> STRAPP & STRAPP
> 6500 Wilshire Blvd. Ste. 1650
> Los Angeles, CA 90048

//
//
//
//
//
//
//
//

EEOC v. ABM Industries Incorporated, et al.-
Plaintiff EEOC's Notice of Motion and Motion to
Compel Defendant ABM Industries Incorporated
and ABM Janitorial Services, Inc. to Produce
Documents

1

Stan Mallison (e-mail: StanM@MallisonLaw.com)
Hector Martinez (e-mail: Hectorm@MallisonLaw.com)
Law Offices of Mallison & Martinez
1042 Brown Ave., Suite A
Lafayette, CA 94549

2

3

4

5

I declare under penalty of perjury that the foregoing is true and correct.

6

Executed on October 20, 2008, at Los Angeles, California.

7

8

_____/S/_____
Lorena Garcia

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EEOC v. ABM Industries Incorporated, et al.-
Plaintiff EEOC's Notice of Motion and Motion to
Compel Defendant ABM Industries Incorporated
and ABM Janitorial Services, Inc. to Produce
Documents

-7-