LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:    415.433.1940
Email: lhayward@littler.com

KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone:    310.553.0308
Facsimile:    310.553.5583
kjacoby@littler.com

Attorneys for Defendants
ABM INDUSTRIES INCORPORATED; ABM
JANITORIAL SERVICES, INC. and ABM
JANITORIAL NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOSE VASQUEZ; Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1: 07 CV 01428 LJO-TAG<br><br>**DECLARATION OF ANN UNG IN SUPPORT OF DEFENDANTS' OPPOSITION TO EEOC'S FIRST AMENDED MOTION TO COMPEL DEFENDANTS ABM INDUSTRIES INCORPORATED AND ABM JANITORIAL SERVICES, INC. TO RESPOND AND PRODUCE RESPONSIVE DOCUMENTS TO EEOC'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET NOS. 16, 17, 18, 150, 151, 152, 159, 160, AND 161 AND EXHIBITS**<br><br>**DISCOVERY MATTER**<br><br>Hearing Date:    November 17, 2008<br>Time:    10:00 a.m.<br>Judge:    Hon. Theresa A. Goldner<br>Courtroom: 4 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Decl. Of Ann Ung ISO Defendants'
Opposition To EEOC's First Amended
Motion To Compel

CASE NO. 1:07 CV 01428 LJO (TAG)

## DECLARATION OF ANN UNG

1.  I have been employed by American Building Maintenance Co. for over 17 years, since 1990. I am currently the Payroll Manager for American Building Maintenance Co. in the Southwest Region. I am over the age of 18 and have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2.  In the course of performing my job duties as Payroll Manager, I am responsible for the issuance of payroll checks to employees of American Building Maintenance Co. In my capacity as Payroll Manager, I also have access to a data-base that contains information regarding all current and former employees of the subsidiaries of ABM Industries Incorporated.

3.  Acting through its subsidiaries, ABM Industries Incorporated provides janitorial, parking, security, engineering and lighting services for thousands of commercial, industrial, institutional and retail facilities in hundreds of cities throughout the United States and Puerto Rico, as well as in British Columbia, Canada.

4.  During the relevant time in California, the Company provided janitorial services in Southern California through a subsidiary known as American Building Maintenance Co. The Company provided janitorial services in Northern California through a distinct subsidiary (with its own employees and operating structure) known as ABM Janitorial Services – Northern California, Inc.

5.  During the relevant time, the thousands of janitorial workers employed by American Building Maintenance Co. or ABM Janitorial Services – Northern California provided janitorial services at more than 1,000 different job sites throughout California.

6.  Those job sites (some of which had an on-site supervisor and some of which did not) were organized into dozens of distinct districts (each of which had its own district supervisor), which were in turn organized into a number of distinct branches (each of which had its own branch manager).

7.  Plaintiff and Intervenors were employed at worksites in and around Bakersfield, California, and were employed only by ABM Janitorial Services—Northern California.

8.  They were never employed by American Building Maintenance Co., which is not

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Decl. Of Ann Ung ISO Defendants'
Opposition To EEOC's First Amended
Motion To Compel

CASE NO. 1:07 CV 01428 LJO (TAG)

1  even a party to this action.

2      9.    I am aware that the EEOC has attached, as Exhibit 22, a declaration of an employee apparently containing allegations of sexual harassment. According to ABM's records, the declarant to Exhibit 22 was allegedly harassed by a co-worker—not a supervisor—a fellow union member. This co-worker's employment was terminated following a full investigation of the declarant's complaint.

    10.    ABM's anti-harassment policy is generally distributed to every employee at time of hire, as well as annually, and it is posted in the workplace. All Supervisors are also trained annually on harassment prevention, including Jose Vasquez.

I declare under penalty of perjury under the laws of State of California and the United States of America that the foregoing is true and correct.

Executed this 12 day of November, 2008, at Los Angeles, California.

_____
ANN UNG

Firmwide:87398372.3 054067.1005

---

Littler Mendelson

Decl. Of Ann Ung ISO Defendants' Opposition To EEOC's First Amended Motion To Compel

CASE NO. 1:07 CV 01428 LJO (TAG)