W. Joseph Strapp (SBN: 123655)
STRAPP & STRAPP
6500 Wilshire Blvd., Ste. 1650
Los Angeles, CA 90048-4920
T: (323) 951-0505
F: (323) 951-0506

Attorneys for Defendant
JOSE VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>    Plaintiff Intervenors,<br><br>vs.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOSE VASQUEZ; DOES 1-10 Inclusive,<br><br>    Defendants. | Case No. 1: 07-CV-01428 LJO-TAG<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT JOSE VASQUEZ; DECLARATION OF W. JOSEPH STRAPP**<br><br>Date:    March 2, 2009<br>Time:    9:00 a.m.<br>Judge:   Hon. Theresa A. Goldner<br>Location: U.S. District Court<br>           Bankruptcy Courtroom<br>           1300 18th Street, Suite A<br>           Bakersfield, CA 93301 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 2, 2009, at 9:00 a.m., in the above-entitled court, W. Joseph Strapp will and hereby does move the court for an order pursuant to Rule 83-182 granting him leave to withdraw as counsel for Defendant Jose Vasquez. This motion is based on this notice of motion and motion and the Declaration of W. Joseph Strapp, below.

Dated:  January 23, 2009                            STRAPP & STRAPP

By:_____
W. JOSEPH STRAPP
Attorneys for Defendant
JOSE VASQUEZ

### DECLARATION OF W. JOSEPH STRAPP

1. I am the trial attorney for Defendant Jose Vasquez ("Vasquez"). I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto.

2. In April 2008 I was retained to represent Vasquez by his former employer, ABM Janitorial Services - Northern California ("ABM").

3. In November 2008 I was informed by ABM that it would no longer pay for the representation of Vasquez.

4. I so informed Vasquez in November 2008 and have discussed the matter with him several times since then. Vasquez cannot afford to pay me to represent him. I gave Vasquez a reasonable amount of time to find another lawyer. After two months Vasquez has been unable to find another lawyer to represent him.

1      5.    On January 13, 2009, I wrote to Vasquez to give him written notice that I would be filing this motion.

3      6.    Vasquez's current address is 1300 E. 9th Street, Bakersfield, CA 93307.

4      7.    Before filing this motion, I served copies of the motion and proposed order on Vasquez by overnight express mail at his home address, 1300 E. 9th Street, Bakersfield, CA 93307.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 23rd day of January, 2009, at Los Angeles, California.

                                                                             _____

                                                                                W. JOSEPH STRAPP