**W. Joseph Strapp (SBN: 123655)**
**STRAPP & STRAPP**
6500 Wilshire Blvd., Ste. 1650
Los Angeles, CA  90048-4920
T: (323) 951-0505
F: (323) 951-0506

Attorneys for Defendant
JOSE VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>         Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>         Plaintiff Intervenors,<br><br>vs.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOSE VASQUEZ; DOES 1-10 Inclusive,<br><br>         Defendants. | Case No. 1: 07-CV-01428 LJO-TAG<br><br>**[PROPOSED] ORDER GRANTING W. JOSEPH STRAPP LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT JOSE VASQUEZ**<br><br>Date:      March 2, 2009<br>Time:      9:00 a.m.<br>Judge:    Hon. Theresa A. Goldner<br>Location: U.S. District Court<br>              Bankruptcy Courtroom<br>              1300 18th Street, Suite A<br>              Bakersfield, CA 93301 |

    This matter came before the court on the motion of W. Joseph Strapp, pursuant to Rule 83-182, to withdraw as counsel for Defendant Jose Vasquez.  The court finds that the requirements of Rule 83-182 and the Rules of Professional Conduct of the State Bar

**[PROPOSED] ORDER GRANTING**                                                              **CASE NO. 1:07 CV 01428 LJO-TAG**
**LEAVE TO WITHDRAW AS COUNSEL**

1  of California have been satisfied.  Therefore, the motion of W. Joseph Strapp to withdraw
2  as counsel for Defendant Jose Vasquez is GRANTED.

4  IT IS SO ORDERED.
5  Dated: _____
                                          Theresa A. Goldner
6                                         UNITED STATES MAGISTRATE JUDGE