1  W. Joseph Strapp (SBN: 123655)
   **STRAPP & STRAPP**
2  6500 Wilshire Blvd., Ste. 1650
3  Los Angeles, CA  90048-4920
   T: (323) 951-0505
4  F: (323) 951-0506

5  Attorneys for Defendant
6  JOSE VASQUEZ

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 U.S. EQUAL EMPLOYMENT           )   Case No. 1: 07-CV-01428 LJO-TAG
   OPPORTUNITY COMMISSION,         )
12                                 )
            Plaintiff,              )
13                                 )
   ERIKA MORALES and ANONYMOUS     )
14 PLAINTIFFS ONE THROUGH EIGHT,   )   **PROOF OF SERVICE OF ORDER**
                                   )   **GRANTING MOTION TO**
15          Plaintiff Intervenors,  )   **WITHDRAW AS COUNSEL FOR**
                                   )   **DEFENDANT JOSE VASQUEZ**
16                                 )
17 vs.                             )
                                   )
18 ABM INDUSTRIES INCORPORATED     )
   and ABM JANITORIAL SERVICES, INC.; )
19 ABM JANITORIAL NORTHERN         )
   CALIFORNIA; JOSE VASQUEZ; DOES  )
20 1-10 Inclusive,                 )
                                   )
21          Defendants.             )
22 _____  )

23

24

25

26

27

28 **PROOF OF SERVICE OF ORDER GRANTING**              **CASE NO. 1:07 CV 01428 LJO-TAG**
   **LEAVE TO WITHDRAW AS COUNSEL**

PROOF OF SERVICE BY OVERNIGHT EXPRESS MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6500 Wilshire Boulevard, Suite 1650, Los Angeles, California 90048-4920.

On March 5, 2009, I caused the Court's March 5, 2009, **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT JOSE VASQUEZ** to be served by overnight express mail addressed as follows:

> Jose Vasquez
> 1300 E. 9th Street
> Bakersfield, CA 93307

Executed on March 9, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

/s/
_____
W. JOSEPH STRAPP

[PROPOSED] ORDER GRANTING                                      CASE NO. 1:07 CV 01428 LJO-TAG
LEAVE TO WITHDRAW AS COUNSEL                2