IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ,** | NO. **1:07−CV−01428−LJO−BAK GSA** |
| vs. | **NOTICE OF TEMPORARY JUDGE ASSIGNMENT** |
| **ABM JANITORIAL SERVICES, INC., ET AL.,** | |
| / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the resignation of **Magistrate Judge Theresa A. Goldner,** the court finds the necessity to temporarily assign a magistrate judge to the above−captioned case until such time as a new magistrate judge is appointed.

YOU ARE THEREFORE NOTIFIED that this case is hereby **temporarily assigned** to **Magistrate Judge Gary S. Austin** for further proceedings until a new magistrate judge is appointed. The new case number for this action, which must be used on all documents filed with the court, is:

**1:07−CV−01428−LJO−BAK GSA**

All dates currently set in this action shall remain intact subject to further notice of the court.

Dated: **April 3, 2009**                                   VICTORIA C. MINOR
                                                                            CLERK OF COURT
                                                                            By: /s/ **C. Hutcheson**
                                                                            Deputy Clerk