1   LAURA E. HAYWARD, Bar No. 204014
    LITTLER MENDELSON
2   A Professional Corporation
    650 California Street, 20th Floor
3   San Francisco, CA  94108.2693
    Telephone:     415.433.1940
4   Email:  lhayward@littler.com

5   KEITH A. JACOBY, Bar No. 150233
    LITTLER MENDELSON
6   A Professional Corporation
    2049 Century Park East, 5th Floor
7   Los Angeles, CA  90067.3107
    Telephone:     310.553.0308
8   Facsimile:     310.553.5583
    Email:  kjacoby@littler.com

9

    Attorneys for Defendants
10  ABM INDUSTRIES INCORPORATED; ABM
    JANITORIAL SERVICES, INC. and ABM
11  JANITORIAL NORTHERN CALIFORNIA

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15  U.S. EQUAL EMPLOYMENT            Case No. 1: 07 CV 01428 LJO-BAK GSA
    OPPORTUNITY COMMISSION,
16                                   **[PROPOSED] ORDER ON DEFENDANTS'**
              Plaintiff,             ***EX PARTE* APPLICATION FOR ORDER**
17                                   **SHORTENING TIME RE: DEFENDANTS'**
    ERIKA MORALES and ANONYMOUS     **MOTION TO DISMISS ANONYMOUS**
18  PLAINTIFFS ONE THROUGH EIGHT,   **PLAINTIFFS SEVEN AND EIGHT AND TO**
                                     **BAR THE NAMING OF ADDITIONAL**
19            Plaintiff Intervenors, **CLASS MEMBERS**

20        v.
                                     Judge:      Honorable Lawrence J. O'Neill
21  ABM INDUSTRIES INCORPORATED     Courtroom: 4
    and ABM JANITORIAL SERVICES,
22  INC.; ABM JANITORIAL NORTHERN
    CALIFORNIA; JOE VASQUEZ; Does 1 -
23  10 inclusive,

24            Defendants.

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**[PROPOSED] ORDER ON DEFENDANTS'**
***EX PARTE* APPLICATION FOR ORDER**                    **CASE NO. 1: 07 CV 01428 LJO-BAK GSA**
**SHORTENING TIME**

1    The *ex parte* application of Defendants ABM Industries, Inc., ABM Janitorial

2    Services, Inc. and ABM Janitorial Northern California ("Defendants") came before this Court on

3    April ___, 2009.  Upon review of the application, the memorandum of points and authorities in

4    support thereof, the supporting declaration of Laura E. Hayward, any oral argument by counsel and

5    all other relevant documents on file in this action, and good cause appearing, Defendants' *ex parte*

6    application for an order shortening time to hear their Motion to Dismiss Anonymous Plaintiffs Seven

7    And Eight And To Bar The Naming Of Additional Class Members (the "Motion") on an expedited

8    basis is hereby **GRANTED**.

9        1.  Plaintiffs    shall    file    their    Opposition    to    the    Motion,    if    any,    by

10       _____.

11

12       2.  Defendants   shall   file   their   Reply   in   support   of   the   Motion,   if   any,   by

13       _____.

14

15       3.  Defendants' Motion To Dismiss Anonymous Plaintiffs Seven And Eight And To

16           Bar The Naming Of Additional Class Members shall be heard on

17           _____ at _____.

18

19       **IT IS SO ORDERED**.

20   Dated: _____, 2009

21                                          _____
                                           HONORABLE LAWRENCE J. O'NEILL
                                           UNITED STATES DISTRICT JUDGE

22

23

24   Firmwide:89331006.1 054667.1005

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**[PROPOSED] ORDER ON DEFENDANTS'
*EX PARTE* APPLICATION FOR ORDER
SHORTENING TIME**

1.

**CASE NO. 1: 07 CV 01428 LJO-BAK GSA**