1   LAURA E. HAYWARD, Bar No. 204014
    LITTLER MENDELSON
2   A Professional Corporation
    650 California Street, 20th Floor
3   San Francisco, CA  94108.2693
    Telephone:     415.433.1940
4   Email:  lhayward@littler.com

5   KEITH A. JACOBY, Bar No. 150233
    LITTLER MENDELSON
6   A Professional Corporation
    2049 Century Park East, 5th Floor
7   Los Angeles, CA  90067.3107
    Telephone:     310.553.0308
8   Facsimile:     310.553.5583
    Email:  kjacoby@littler.com
9
    Attorneys for Defendants
10  ABM INDUSTRIES INCORPORATED; ABM
    JANITORIAL SERVICES, INC. and ABM
11  JANITORIAL NORTHERN CALIFORNIA

12                      UNITED STATES DISTRICT COURT

13                      EASTERN DISTRICT OF CALIFORNIA

14
    U.S. EQUAL EMPLOYMENT             Case No. 1: 07 CV 01428 LJO-BAK GSA
15  OPPORTUNITY COMMISSION,
                                      [PROPOSED] ORDER ON DEFENDANTS'
16              Plaintiff,            MOTION TO DISMISS ANONYMOUS
                                      PLAINTIFFS SEVEN AND EIGHT AND TO
17  ERIKA MORALES and ANONYMOUS       BAR THE NAMING OF ADDITIONAL
    PLAINTIFFS ONE THROUGH EIGHT,     CLASS MEMBERS
18
                Plaintiff Intervenors,
19                                    Hearing Date:  May 12, 2009
          v.                          Time:          8:30 a.m.
20                                    Judge:         Hon. Lawrence J. O' Neil
    ABM INDUSTRIES INCORPORATED       Courtroom:     4
21  and ABM JANITORIAL SERVICES,
    INC.; ABM JANITORIAL NORTHERN
22  CALIFORNIA; JOE VASQUEZ; Does 1 -
    10 inclusive,
23
                Defendants.
24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER ON DEFENDANTS'
MOTION RE: CLASS MEMBERS                          CASE NO. 1: 07 CV 01428 LJO-BAK GSA

1    Defendants ABM Industries, Inc., ABM Janitorial Services, Inc. and ABM Janitorial

2    Northern California ("Defendants") Motion to Dismiss Anonymous Plaintiffs Seven and Eight and

3    to Bar the Naming of Additional Class Members came before this Court on May 12, 2009.  Upon

4    review of the Motion, the memorandum of points and authorities in support thereof, the supporting

5    declaration of Laura E. Hayward and exhibits thereto, any oral argument by counsel and all other

6    relevant documents on file in this action, and good cause appearing, Defendants' Motion to Dismiss

7    Anonymous Plaintiffs Seven And Eight And To Bar The Naming Of Additional Class Members (the

8    "Motion") is hereby **GRANTED**.

9

10        1.   Anonymous Plaintiffs Seven and Eight are hereby dismissed from this action with

11             prejudice.

12        2.   The EEOC and Intervenor Plaintiffs are barred from naming any additional class

13             members to this action.

14        **IT IS SO ORDERED**.

15   Dated: _____, 2009            _____

16                                               HONORABLE LAWRENCE J. O'NEILL
                                                 UNITED STATES DISTRICT JUDGE
17

18

19   Firmwide:89395597.1 054667.1005

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**[PROPOSED] ORDER ON DEFENDANTS'
MOTION RE: CLASS MEMBERS**                    1.            **CASE NO. 1: 07 CV 01428 LJO-BAK GSA**