Stan S. Mallison, (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA  94549
Telephone: (925) 283-3842
Facsimile:  (925) 283-3426

Attorneys for Plaintiff-Intervenors

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, et al.,<br><br>Defendants. | CASE NO. 1:07-CV-01428_LJO-BAK<br><br>**PLAINTIFF-INTERVENORS' NOTICE OF EX PARTE APPLICATION TO FILE EXHIBIT "A" AND EXHIBIT "B" UNDER SEAL IN SUPPORT OF THE PLAINTIFF-INTERVENORS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS ANONYMOUS PLAINTIFFS SEVEN AND EIGHT**<br><br>JUDGE:   Hon. Lawrence J. O'Neill<br><br>LOCATION: Courtroom 4, 7th Floor |

Plaintiff-Intervenors' Notice of Ex Parte Application to File Exhibit A and Exhibit B Under Seal In Support of their Opposition

-1-

1 **TO PLAINTIFF U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
2 AND DEFENDANTS AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

3     **PLEASE TAKE NOTICE** that Plaintiff-Intervenors ERIKA MORALES and
4 ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT ("Plaintiff-Intervenors") are filing an
5 ex parte application under seal in support of their request to file Exhibit A and Exhibit B under
6 seal due to its confidential nature.

7     This ex parte application is based on this Plaintiff-Intervenors' Opposition to Defendants'
8 Motion to Dismiss Anonymous Plaintiffs Seven and Eight, the Memorandum of Points and
9 Authorities and declaration of Hector R. Martinez, the pleadings and papers on file, and further
10 evidence and arguments as the Court may permit.

11 Date: April 28, 2009                  LAW OFFICES OF MALLISON & MARTINEZ

12

13                                By:    /s/ Hector R. Martinez
                                      Hector R. Martinez
14                                        Stan S. Mallison
                                       Marco A. Palau
15                                        Attorneys for Plaintiff-Intervenors

28 Plaintiff-Intervenors' Notice of Ex Parte Application to File Exhibit A and Exhibit B Under Seal In Support of their Opposition     -2-

# DECLARATION OF MAILING

I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause. I am not a party to this action; my business address is 1042 Brown Avenue, Lafayette, California, 94549.

On April 28, 2009, I served the foregoing document described as:

**PLAINTIFF-INTERVENORS' NOTICE OF EX PARTE APPLICATION TO FILE EXHIBIT "A" AND EXHIBIT "B" UNDER SEAL IN SUPPORT OF THE PLAINTIFF-INTERVENORS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS ANONYMOUS PLAINTIFFS SEVEN AND EIGHT**

by e-mail and/or U.S. Mail, postage prepaid as follows:

| | |
|---|---|
| Laura E. Hayward<br>LITTLER MENDELSON<br>650 California St., 20th Floor<br>San Francisco, CA 91408-2693<br>Email: lhayward@littler.com<br><br>Keith Jacoby<br>LITTLER MENDELSON<br>2049 Century Park East, 5th Floor<br>Los Angeles, CA 90067-3107<br>Email: kjacoby@littler.com<br><br><u>Attorneys for Defendants ABM Industries Incorporated, ABM Janitorial Services, Inc., and ABM Janitorial Northern California</u> | Victor Viramontes<br>Lorena Garcia<br>Lorena.Garcia@eeoc.gov<br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>255 East Temple Street, 4th Floor<br>Los Angeles, CA 90012<br>Email: Victor.Viramontes@eeoc.gov<br>Email: Lorena.Garcia@eeoc.gov<br><br><u>Attorneys for Plaintiff EEOC</u> |

Jose G. Vasquez
1300 E. 9th Street
Bakersfield, CA 93307

<u>Pro Per Defendant</u>

Executed on April 28, 2009, at Lafayette, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                      /s/ Hector R. Martinez
                                          Hector R. Martinez