Stan S. Mallison, (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426

Attorneys for Plaintiff-Intervenors

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>ABM INDUSTRIES INCORPORATED, et al.,<br><br>Defendants. | Case No.: 1:07-CV-01428-LJO-BAK<br><br>**PROOF OF SERVICE** |

-1-

# DECLARATION OF MAILING

I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.   I am not a party to this action; my business address is 1042 Brown Avenue, Lafayette, California, 94549.

On April 29, 2009, I served the foregoing document described as**:**

**OPPOSITION TO MOTION TO DISMISS PLAINTIFF-INTERVENORS 7 & 8;**

**SUPPORTING DECLARATION OF HECTOR R. MARTINEZ**

by e-mail and/or U.S. Mail, postage prepaid as follows:

| | |
|---|---|
| Laura E. Hayward<br>LITTLER MENDELSON<br>650 California St., 20th Floor<br>San Francisco, CA 91408-2693<br>Email: lhayward@littler.com<br><br>Keith Jacoby<br>LITTLER MENDELSON<br>2049 Century Park East, 5th Floor<br>Los Angeles, CA 90067-3107<br>Email: kjacoby@littler.com<br><br><u>Attorneys for Defendants ABM Industries<br>Incorporated, ABM Janitorial Services, Inc.,<br>and ABM Janitorial Northern California</u> | Victor Viramontes<br>Lorena Garcia<br>Lorena.Garcia@eeoc.gov<br>U.S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>255 East Temple Street, 4th Floor<br>Los Angeles, CA 90012<br>Email: Victor.Viramontes@eeoc.gov<br>Email:  Lorena.Garcia@eeoc.gov<br><br><u>Attorneys for Plaintiff EEOC</u><br><br>Jose G. Vasquez<br>1300 E. 9th Street<br>Bakersfield, CA 93307<br><br><u>Defendant In Pro Per</u> |

Executed on April 29, 2009**,** at Lafayette, California.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   <u>  /s/ Marco A. Palau           </u>
        Marco A. Palau