LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Email: lhayward@littler.com

KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
Email: kjacoby@littler.com

Attorneys for Defendants

ABM INDUSTRIES INCORPORATED; ABM JANITORIAL SERVICES, INC. and ABM JANITORIAL NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOE VASQUEZ; Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1: 07 CV 01428 LJO-BAK GSA<br><br>**DECLARATION OF LAURA E. HAYWARD IN SUPPORT OF DEFENDANTS ABM INDUSTRIES INCORPORATED; ABM JANITORIAL SERVICES, INC. AND ABM JANITORIAL NORTHERN CALIFORNIA'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS ANONYMOUS PLAINTIFFS SEVEN AND EIGHT**<br><br>Hearing: May 12, 2009<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O' Neil<br>Courtroom: 4 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF LAURA E. HAYWARD                     CASE NO. 1:07 CV 01428 LJO BAK GSA

I, Laura E. Hayward, hereby declare and state:

1. I am a shareholder in the law firm of Littler Mendelson, a Professional Corporation, and counsel of record for Defendants ABM INDUSTRIES INCORPORATED; ABM JANITORIAL SERVICES, INC. and ABM JANITORIAL NORTHERN CALIFORNIA in the above-captioned matter. I have personal knowledge of the matters set forth herein and, if called as a witness, could competently testify thereto.

2. Intervenors' counsel has already raised issues pertaining to alleged fear of retaliation, threats and intimidation on the part of Intervenor Plaintiffs with this Court. Those very concerns led to the issuance of the July 24th Order by Magistrate Judge Goldner, setting forth the timing and manner in which these depositions should proceed. Defendants have agreed to all prior requested concessions to complete depositions of the other seven Intervenor plaintiffs, including taking the depositions in locations and at times requested by plaintiffs and excluding Jose Vasquez from being physically present in the room.

3. Defendants turned over the personnel files of the two individuals whom they were told represented Anonymous Plaintiffs Seven and Eight over six months ago, on November 14, 2008. Attached hereto as Exhibit A is a true and correct copy of correspondence enclosing such documents. (The names of the parties have been redacted to comply with this Court's Order). Intervenors' Counsel only recently renewed their request for additional records on April 10, 2009, **after the filing of this Motion.** Moreover, the records recently requested are payroll and scheduling records, which contain no further contact information than what appeared in their personnel files.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 5th day of May, 2009 in San Francisco, California.

*[signature]*
LAURA E. HAYWARD

Firmwide:89859512.1 054667.1005

DECLARATION OF LAURA E. HAYWARD            CASE NO. 1:07 CV 01428 LJO BAK GSA

**EXHIBIT A**



Littler Mendelson, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693

Laura E. Hayward
Direct: 415.677.3180
Direct Fax: 415.743.6665
lhayward@littler.com

November 14, 2008

Victor Viramontes
Lorena Garcia
United States Equal Employment Opportunity
Commission
255 E. Temple Street, 4th Floor
Los Angeles, CA 90012

Stan S. Mallison
Hector R. Martinez
Law Offices of Mallison & Martinez
1042 Brown Avenue
Lafayette, CA 94549

W. Joseph Strapp
Strapp and Strapp
6500 Wilshire Blvd., Suite 1650
Los Angeles, CA 90048

Re:   *EEOC/Morales v. ABM Industries, Inc. et al.*, Case No. 1:07-CV-01428 LJO TAG

Dear Counsel:

Enclosed please find additional documents Bates labeled D1126 through D1180, which constitute the files of ⬛⬛⬛⬛ and I ⬛⬛⬛⬛ whom you have informed us are the remaining two anonymous plaintiffs.

As you are well aware, on July 24, 2008, Magistrate Judge Theresa Goldner ordered you to produce Erika Morales and Anonymous Plaintiffs 1-8 for their depositions no later than October 31, 2008. Despite spending considerable time conferring over dates which were agreeable to all parties months in advance, Defendants agreed to make last-minute changes to accommodate your witnesses on multiple occasions. In the spirit of cooperation, Defendants also allowed you to take the deposition of defendant Jose Vasquez prior to our completing the depositions of the Anonymous Plaintiffs. Despite such cooperation from Defendants, you failed to produce the two final plaintiffs for depositions on October 29th and 30th, dates which were noticed *over two months in advance* in August 2008 at the agreement of all parties. Moreover, you have to date, *over two weeks after the fact*, still not provided us with dates certain on which we can reschedule these two depositions.

November 14, 2008
Page 2

Thus, you remain in contempt of the Court's Order, and we intend to bring this to Magistrate Judge Goldner's attention at Monday's hearing.

Very truly yours,

*Laura Hayward*

Laura E. Hayward

LEH/aek
Enclosures

Firmwide:87442240.1 054667.1005