IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>ERIKA MORALES, and ANONYMOUS PLAINTIFFS ONE THROUGH SIX,<br><br>    Plaintiff-Intervenors,<br>    v.<br><br>ABM INDUSTRIES INCORPORATED, ABM JANITORIAL SERVICES, INC., and DOES 1-10, inclusive,<br><br>    Defendants.<br>    v.<br><br>JOSE VASQUEZ,<br><br>    Defendant- Intervenor. | CASE NO. 1:07-cv-01428 LJO-BAK (GSA)<br><br>**FURTHER ORDER ON PRELIMINARY SCHEDULE**<br><br>**ORDER VACATING CLASS CERTIFICATION MOTION AND RELATED BRIEFING SCHEDULE** (Doc. 111.)<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

This Court conducted a further scheduling conference in this matter on June 26, 2009. Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") appeared personally by co-counsel Victor Viramontes; co-counsel Lorena Garcia appeared telephonically. Plaintiff-Intervenors Erika Morales and Anonymous Plaintiffs One through Six appeared telephonically by counsel Stanley Mallison of the Law Offices of Mallison & Martinez. Defendants ABM Industries, Incorporated, ABM Janitorial Services, Inc., and ABM Janitorial Northern California appeared telephonically by counsel Laura Hayward and Keith Jacoby, both with the law firm of Littler Mendelson. Defendant-Intervenor Jose Vasquez, appearing in this action *pro se*, was not present.

After discussion with counsel, this Court:

1. FINDS that a class certification motion pursuant to Fed.R.Civ.P.23 is unnecessary in this case and, therefore, VACATES the hearing on that motion set for August 25, 2009 at 8:30 a.m. before the Honorable Lawrence J. O'Neill as well as the briefing schedule previously ordered in connection with it (Doc. 111);

2. GRANTS Plaintiff EEOC leave to file an amended complaint in this proceeding adding ABM Janitorial – Northern California as a defendant and orders EEOC to file and serve such amended complaint on or before July 17, 2009;

3. ORDERS the parties to prepare, execute, and file a further Joint Scheduling Report in this proceeding, on or before July 17, 2009, and to e-mail a copy of said report, in WordPerfect or Word format, to gsaorders@caed.uscourts.gov on or before July 17, 2009;

5. ORDERS this Scheduling Conference continued to July 27, 2009 at 10:30 a.m. in Department 10 before United States Magistrate Judge Gary S. Austin for further hearing. Counsel or *pro se* parties may appear at the continued Scheduling Conference by telephone, providing a request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than five (5) court days before July 27, 2009,   and

6. DENIES counsel's request, at this time, to set a date for the deposition of Rick Steiner.

IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated:   **June 30, 2009**          /s/ **Gary S. Austin**
                                    **UNITED STATES MAGISTRATE JUDGE**

2