| | |
|---|---|
| 1 | LAURA E. HAYWARD, Bar No. 204014 |
| | LITTLER MENDELSON |
| 2 | A Professional Corporation |
| | 650 California Street, 20th Floor |
| 3 | San Francisco, CA  94108.2693 |
| | Telephone:    415.433.1940 |
| 4 | Facsimile:     415.743.6665 |
| | Email: lhayward@littler.com |
| 5 | |
| | KEITH A. JACOBY, Bar No. 150233 |
| 6 | LITTLER MENDELSON |
| | A Professional Corporation |
| 7 | 2049 Century Park East, 5th Floor |
| | Los Angeles, CA  90067.3107 |
| 8 | Telephone:    310.553.0308 |
| | Facsimile:     310.553.5583 |
| 9 | kjacoby@littler.com |
| 10 | Attorneys for Defendants |
| 11 | ABM INDUSTRIES INCORPORATED; ABM |
| | JANITORIAL SERVICES, INC. and ABM |
| 12 | JANITORIAL NORTHERN CALIFORNIA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 1: 07 CV 01428 LJO-TAG |
| 16 | | **PROOF OF SERVICE BY MAIL** |
| 17 | Plaintiff, | |
| 18 | ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT, | |
| 19 | Plaintiff Intervenors, | |
| 20 | v. | |
| 21 | ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, | |
| 22 | INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOSE VASQUEZ; Does 1 | |
| 23 | - 10 inclusive, | |
| 24 | Defendants. | |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

PROOF OF SERVICE BY MAIL                                    Case No. 1: 07 CV 01428 LJO-TAG

## PROOF OF SERVICE BY MAIL

I am employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California, 94108. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 11, 2009, I placed with this firm at the above address for deposit with the United States Postal Service true and correct copies of the within documents:

**JOINT STATEMENT OF DISCOVERY DISAGREEMENTS**

**DECLARATION OF LAURA E. HAYWARD**

**DECLARATION OF LORENA GARCIA-BAUTISTA**

in sealed envelopes, postage fully paid, addressed as follows:

Jose Vasquez
1300 E. 9th Street
Bakersfield, CA  93307

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 11, 2009 at San Francisco, California.

_____
Anne Kawase

Firmwide:86040372.1 054667.1005

PROOF OF SERVICE                                    CASE NO. 1:07 CV 01428 LJO TAG