LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Email: lhayward@littler.com

KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
Email: kjacoby@littler.com

MATTHEW E. FARMER, Bar No. 190484
LITTLER MENDELSON
5200 N. Palm Avenue, Suite 302
Fresno, CA 93704.2227
Telephone: 559.244.7500
Facsimile: 559.244.7525
Email: mfarmer@littler.com

Attorneys for Defendants
ABM INDUSTRIES INCORPORATED; ABM
JANITORIAL SERVICES, INC. and ABM
JANITORIAL NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOE VASQUEZ; Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1: 07 CV 01428 LJO-TAG<br><br>**DESIGNATION OF ADDITIONAL COUNSEL** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

Designation of Additional Counsel            CASE NO. 1:07 CV 01428 LJO (TAG)

**THE COURT AND ALL PARTIES ARE NOTIFIED THAT** Defendants ABM INDUSTRIES INCORPORATED, ABM JANITORIAL SERVICES, INC. and ABM JANITORIAL NORTHERN CALIFORNIA hereby designate the following attorney from Littler Mendelson as additional counsel to receive notice and service of documents on behalf of Defendants in this action:

Additional Designated Attorney:   Matthew E. Farmer, Bar No. 190484
Littler Mendelson
5200 North Palm Avenue, Suite 302
Fresno, California 93704
(559) 244-7500
(559) 244-7545 – fax
mfarmer@littler.com

Date:  September 29, 2009         By: _____
LITTLER MENDELSON
Matthew E. Farmer
Attorneys for Defendants
ABM Industries Incorporated; ABM Janitorial Services, Inc. and ABM Janitorial Services Northern California

Firmwide:92226644.1 054667.1005

Designation of Additional Counsel         CASE NO. 1:07 CV 01428 LJO (TAG)