LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Email:  lhayward@littler.com

KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:    310.553.0308
Facsimile:    310.553.5583
Email:  kjacoby@littler.com

Attorneys for Defendants
ABM INDUSTRIES INCORPORATED; ABM JANITORIAL SERVICES, INC. and ABM JANITORIAL SERVICES - NORTHERN CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOE VASQUEZ; Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1: 07 CV 01428 LJO-TAG<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER STRIKING CLAIMANTS 19, 20, AND 21 FROM THIS LAWSUIT, OR, IN THE ALTERNATIVE, SETTING A DEADLINE FOR DISCLOSURE OF ADDITIONAL CLAIMANTS**<br><br>Hearing Date:  January 8, 2010<br>Time:  9:30 a.m.<br>Judge:  Hon. Gary S. Austin<br>Courtroom:  10 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF MOTION AND MOTION
FOR PROTECTIVE ORDER

CASE NO. 1:07 CV 01428 LJO (TAG)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on January 8, 2010 at 9:30 a.m., in the above-entitled Court located at 2500 Tulare Street, Fresno, California, 93721, Defendants ABM INDUSTRIES INCORPORATED; ABM JANITORIAL SERVICES, INC. and ABM JANITORIAL SERVICES - NORTHERN CALIFORNIA, INC. ("Defendants") will and hereby do move the Court for a Protective Order pursuant to Federal Rule of Civil Procedure 26 striking Claimants Maria Quintero, Guadalupe Barron, and Maribel Lopez from this lawsuit or, in the alternative, setting a deadline by which the Equal Employment Opportunity Commission ("EEOC") must disclose all additional claimants.

This Court may exercise its inherent authority to bar the EEOC from adding claimants in disregard of the Court's Scheduling Order. *Martin Family Trust v. NECO/Nostalgia Enters. Co.*, 186 F.R.D. 601, 603 (E.D. Cal. 1999). Not only does the EEOC's late addition of claimants disregard the Scheduling Order, it is unfair for Defendants to be expected to properly defend this case and prepare for trial when they are faced with 'a continuously moving target of potential claimants. *EEOC v. CRST Van Expedited, Inc.*, 2009 U.S. Dist. LEXIS 71396, at *34 (N.D. Iowa Aug. 13, 2009).

Furthermore, the EEOC has not disclosed the three additional claimants in a timely manner as required by the Federal Rules of Civil Procedure. Finally, the claims of the purported three additional claimants were not within the scope of the investigation and conciliation conducted by the EEOC with respect to the charges on which this suit is premised. *EEOC v. Pierce Packing Co., et al.*, 669 F.2d 605, 607 (9th Cir. 1982). Accordingly, pursuant to the mandates of Title VII, these claimants are not properly part of this lawsuit.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER

CASE NO. 1:07 CV 01428 LJO (TAG)

1  This motion is based on this Notice of Motion and Motion, the Parties' Joint Statement of
2  Discovery Disagreements pursuant to Local Rule 37-251, the Declaration of Keith A. Jacoby and the
3  exhibits attached thereto, the complete files and records of this action, and any oral argument on this
4  motion that the Court shall hear.

6  Dated: November 24, 2009

7  *Laura Hayward* (signature)
   LAURA E. HAYWARD
8  KEITH A. JACOBY
   LITTLER MENDELSON
9  A Professional Corporation
   Attorneys for Defendant
10 ABM INDUSTRIES INCORPORATED;
   ABM JANITORIAL SERVICES, INC. AND
11 ABM JANITORIAL SERVICES -
   NORTHERN CALIFORNIA, INC.

13 Firmwide:92995339.1 054667.1005

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF MOTION AND MOTION
FOR PROTECTIVE ORDER

CASE NO. 1:07 CV 01428 LJO (TAG)