1 | LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
2 | A Professional Corporation
650 California Street, 20th Floor
3 | San Francisco, CA 94108.2693
Telephone: 415.433.1940
4 | Email: lhayward@littler.com

5 | KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
6 | A Professional Corporation
2049 Century Park East, 5th Floor
7 | Los Angeles, CA 90067.3107
Telephone: 310.553.0308
8 | Facsimile: 310.553.5583
Email: kjacoby@littler.com

Attorneys for Defendants
ABM INDUSTRIES INCORPORATED; ABM
JANITORIAL SERVICES, INC. and ABM
JANITORIAL SERVICES - NORTHERN
CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOE VASQUEZ; Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1: 07 CV 01428 LJO-TAG<br><br>**DEFENDANTS' PROOF OF SERVICE BY MAIL**<br><br>Hearing Date: January 8, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. Gary S. Austin<br>Courtroom: 10 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. 1:07 CV 01428 LJO (TAG)

# PROOF OF SERVICE BY MAIL

I am employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California, 94108. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 24, 2009, I placed with this firm at the above address for deposit with the United States Postal Service true and correct copies of the within documents:

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER STRIKING CLAIMANTS 19, 20, AND 21 FROM THIS LAWSUIT, OR, IN THE ALTERNATIVE, SETTING A DEADLINE FOR DISCLOSURE OF ADDITIONAL CLAIMANTS**

in sealed envelopes, postage fully paid, addressed as follows:

Jose Vasquez
1300 E. 9th Street
Bakersfield, CA  93307

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 24, 2009 at San Francisco, California.

_____
Anne Kawase

Firmwide:86040372.1 054667.1005

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

PROOF OF SERVICE                                    CASE NO. 1:07 CV 01428 LJO TAG