Anna Y. Park, SBN 164242
Victor Viramontes, SBN 214158
Lorena Garcia- Bautista, SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>　　　　Plaintiff-Intervenors,<br><br>　　　　v.<br><br>ABM INDUSTRIES INCORPORATED, et al.,<br><br>　　　　Defendants. | CASE NO. 1:07-CV-01428 LJO-BAK[GSA]<br><br>**PLAINTIFF EEOC'S NOTICE OF MOTION AND MOTION FOR THIS COURT TO COMPEL DEFENDANT ABM JANITORIAL NORTHERN CALIFORNIA TO RESPOND AND PRODUCE RESPONSIVE DOCUMENTS TO EEOC'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. ONE, NOS. 1 AND 3**<br><br>Date:　January 8, 2010<br>Time:　9:30 a.m.<br>Judge:　Hon. Gary S. Austin<br>Courtroom: 10 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

EEOC v. ABM Industries Incorporated, et al.- Plaintiff EEOC's Notice of Motion and Motion to Compel

-1-

**PLEASE TAKE NOTICE** that on January 8, 2010, at 9:30 a.m., at the U.S. District Court, for the Eastern District of California, of the above entitled Court, or as soon thereafter as the matter may be heard by the Honorable Gary S. Austin, U.S. Magistrate Judge, Plaintiff United States Equal Employment Opportunity Commission (hereinafter "EEOC") moves this Court to order Defendant ABM Janitorial Northern California (hereinafter "Defendant") to respond and produce responsive documents to the EEOC's First Request for Production of Documents, Nos.1 and 3.

The EEOC seeks this Court to order Defendant to produce documents pertaining to complaints of sexual harassment made by any of Defendant's janitorial employees against any employee of Defendant to Defendant ABM Janitorial Northern California from January 2000 to the present.

For the Court's reference, the EEOC includes the text of the requests in this Notice.

REQUEST NO. 1:

IDENTIFY and produce all DOCUMENTS that reflect, describe or relate to complaints of sexual assault and/or other forms of sexual harassment occurring at YOUR workplaces, during the period from January 1, 2000 to the present made by any of YOUR janitorial employees against any of YOUR employees, including, but not limited to, all DOCUMENTS pertaining to verbal or written complaints, interview notes, affidavits, witness statements, final and draft findings and/or reports for any investigations conduct by YOU or on YOUR behalf, final or draft recommendations pertaining to the complaint(s) or investigation(s), any DOCUMENT that YOU contend reflects on the credibility of all complainants and/or witnesses, and/or any discipline issued to any accused harasser and/or his or her supervisor(s).

REQUEST NO. 3:

IDENTIFY and produce all DOCUMENTS that reflect, describe or relate to any complaints made to YOUR 1-800 Harassment Hotline, including, but not limited to, the 1-800-97-STOP IT number or 1-800-977-8674, regarding any incidents occurring at YOUR workplaces, during the period from January 1, 2000 to the present, including, but not limited to,

all DOCUMENTS pertaining to call logs, verbal or written complaints, interview notes, affidavits, witness statements, final and draft findings and/or reports for any investigations conduct by YOU or on YOUR behalf, final or draft recommendations pertaining to the complaint(s) or investigation(s), any DOCUMENT that YOU contend reflects on the credibility of all complainants and/or witnesses, and/or any discipline issued to any accused harasser and/or his or her supervisor(s).

This Motion is based on this Notice of Motion and Motion to Compel, the Joint Statement with Memorandum of Points and Authorities and declaration of Lorena Garcia-Bautista to be filed at least three court days before the hearing date pursuant to Eastern District Local Rule 37-251, the pleadings and papers on file, and further evidence and arguments as the Court may permit.

                                              U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Anna Y. Park
Victor Viramontes
Lorena Garcia-Bautista

Date: December 18, 2009                    By:     /S/
                                                                      Lorena Garcia-Bautista
                                                                        Trial Attorney
                                                                        Attorneys for Plaintiff