UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    vs.                                      CASE NO. **1:07−CV−01428−LJO−JLT**

ABM JANITORIAL SERVICES, INC., ET AL.,

### ORDER OF REASSIGNMENT

The court, having considered the appointment of **Magistrate Judge Jennifer L. Thurston,** finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** to

**Magistrate Judge Jennifer L. Thurston**.

The new case number for this action, which must be used on all future documents filed with the court, is:

**1:07−CV−01428−LJO−JLT**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

Dated:   December 29, 2009

ANTHONY W. ISHII, Chief
United States District Judge