1  LAURA E. HAYWARD, Bar No. 204014
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
4  Email: lhayward@littler.com

5  KEITH A. JACOBY, Bar No. 150233
   LITTLER MENDELSON
6  A Professional Corporation
   2049 Century Park East, 5th Floor
7  Los Angeles, CA  90067.3107
   Telephone:   310.553.0308
8  Facsimile:   310.553.5583
   Email: kjacoby@littler.com

9  MATTHEW E. FARMER, Bar No. 190484
   LITTLER MENDELSON
10 A Professional Corporation
   5200 N. Palm Ave., Ste. 302
11 Fresno, CA  93704.2227
   Telephone:   559.244.7500
12 Facsimile:   559.244.7525
   Email: mfarmer@littler.com

13
   Attorneys for Defendants
14 ABM INDUSTRIES INCORPORATED; ABM
   JANITORIAL SERVICES, INC. and ABM
15 JANITORIAL NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff-Interveners,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOE VASQUEZ; Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1:07 CV 01428 LJO TAG<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ORDER: (1) AWARDING SANCTIONS AGAINST THE EEOC, STAN MALLISON AND HECTOR MARTINEZ; AND (2) MANDATING FURTHER MEDIATION**<br><br>Date:        February 22, 2010<br>Time:        9:00 a.m.<br>Judge:       Thurston<br>Courtroom:  1300 18th Street, Ste. A |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Defendants' Notice of Mtn. & Mtn. for Order: (1) Awarding Sanctions Against the EEOC, Stan Mallison & Hector Martinez; and (2) Mandating Further Mediation

1

CASE NO. 1:07 CV 01428 LJO (TAG)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 22, 2010, at 9:00 a.m., in the above-entitled Court located at 1300 18th Street, Suite A, Bakersfield, California, Defendants ABM INDUSTRIES INCORPORATED, ABM JANITORIAL SERVICES, INC., and ABM JANITORIAL SERVICES - NORTHERN CALIFORNIA, INC. (collectively "Defendants") will, and hereby do, move the Court for an order: (1) awarding sanctions in favor of Defendants as against the EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC"), together with Stan Mallison and Hector Martinez, counsel for the seven Plaintiff-Interveners, for failing to mediate in good faith in contravention of the Court's July 28, 2009 Further Scheduling Conference Order; and (2) directing the parties to engage in another mediation session in good faith (with mediation fees paid solely by the EEOC, Stan Mallison and Hector Martinez) with a related specific order that the mediator be allowed to personally engage the Plaintiff-Interveners and directly convey to them individualized defense offers of settlement. This motion is made upon the following grounds.

In the July 28, 2009 Further Scheduling Conference Order, the Court provides in material part: "A settlement conference will not be set at this time. Counsel for the parties have represented that they are amenable to good faith settlement discussions and may participate in a private mediation session in September of 2009 under certain circumstances." Following that, the parties attended a mediation session in early December. The EEOC, Stan Mallison and Hector Martinez did not engage in mediation in good faith inasmuch as they refused to allow the mediator to: (1) speak directly to the Plaintiff-Interveners; and (2) personally convey individualized settlement offers made by Defendants to each of the Plaintiff-Interveners. The bad faith conduct brought the mediation to a stand still and deprived all parties of having the benefits of a robust, good faith mediation session.

Based on the above conduct, and upon a reliance on Federal Rules of Civil Procedure, Rule 16(f), 28 U.S.C. 1927 and the Court's inherent power to control its proceedings, Defendants request that the Court issue an order that: (1) awards sanctions in favor of Defendants, as against the EEOC, Stan Mallison and Hector Martinez, in the amount of $26,592.63 (such amount reflects Defendants' attorneys' fees and attorney travel expenses attendant to the mediation session,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Defendants' Notice of Mtn. & Mtn. for Order: (1) Awarding Sanctions Against the EEOC, Stan Mallison & Hector Martinez; and (2) Mandating Further Mediation

2

CASE NO. 1:07 CV 01428 LJO (TAG)

Defendants' portion of the mediation fees, travel expenses of Defendant executives and the attorneys' fees related to the instant motion); and (2) directs the parties to engage in another mediation session in good faith (with mediation fees to be paid for by the EEOC, Stan Mallison and Hector Martinez) with a related specific order that the mediator be allowed to personally engage Plaintiff-Interveners and convey defense offers of settlement to each of the Plaintiff-Interveners.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declarations of Keith A. Jacoby and Michelle Cash, together with the exhibits attached thereto, the complete files and records of this action, and any oral argument on this motion that the Court shall hear.

Date: January 13, 2010

By: LITTLER MENDELSON

Matthew E. Farmer
Keith A. Jacoby
Laura E. Hayward
Attorneys for Defendant
ABM Industries Incorporated; ABM Janitorial Services, Inc. and ABM Janitorial Services Northern California

Firmwide:93640563.1 054667.1005

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Defendants' Notice of Mtn. & Mtn. for Order: (1) Awarding Sanctions Against the EEOC, Stan Mallison & Hector Martinez; and (2) Mandating Further Mediation

3

CASE NO. 1:07 CV 01428 LJO (TAG)