1   LAURA E. HAYWARD, Bar No. 204014
     LITTLER MENDELSON
2   A Professional Corporation
     650 California Street, 20th Floor
3   San Francisco, CA  94108.2693
     Telephone:    415.433.1940
4   Email:  lhayward@littler.com

5   KEITH A. JACOBY, Bar No. 150233
     LITTLER MENDELSON
6   A Professional Corporation
     2049 Century Park East, 5th Floor
7   Los Angeles, CA  90067.3107
     Telephone:    310.553.0308
8   Facsimile:    310.553.5583
     Email:  kjacoby@littler.com

9   Attorneys for Defendants
     ABM INDUSTRIES INCORPORATED; ABM
10  JANITORIAL SERVICES, INC. and ABM
     JANITORIAL NORTHERN CALIFORNIA

11

12               UNITED STATES DISTRICT COURT

13             EASTERN DISTRICT OF CALIFORNIA

14  U.S. EQUAL EMPLOYMENT          Case No. 1: 07 CV 01428 LJO-TAG
     OPPORTUNITY COMMISSION,

15                      **DECLARATION OF MICHELLE CASH IN**
            Plaintiff,           **SUPPORT OF DEFENDANTS' MOTION**
16                      **FOR ORDER: (1) AWARDING SANCTIONS**
     ERIKA MORALES and ANONYMOUS   **AGAINST THE EEOC, STAN MALLISON**
17  PLAINTIFFS ONE THROUGH EIGHT,   **AND HECTOR MARTINEZ; AND (2)**
                      **MANDATING FURTHER MEDIATION**
18           Plaintiff-Interveners,

19         v.                 Date:     February 22, 2010
                         Time:    9:00 a.m.
20  ABM INDUSTRIES INCORPORATED    Judge:   Thurston
     and ABM JANITORIAL SERVICES,     Courtroom: 1300 18th Street, Ste. A
21  INC.; ABM JANITORIAL NORTHERN
     CALIFORNIA; JOE VASQUEZ; Does 1 -
22  10 inclusive,

23           Defendants.

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

Declaration of Michelle Cash in Support of
Defs' Motion for Order: (1) Awarding
Sanctions and (2) Mandating Further Mediation
       1       CASE NO. 1:07 CV 01428 LJO (TAG)

1     I, Michelle Cash, declare as follows:

2     1.    I am a Deputy General Counsel for ABM INDUSTRIES INCORPORATED,

3  one of the named Defendants in this action.  I have personal knowledge of the following facts, and if

4  called to testify, could and would competently testify thereto.

5     2.    Mediation in the instant action took place on December 2, 2009 in Santa

6  Monica, California.  I was one of four ABM executives personally present at the mediation (I

7  traveled from Houston, Texas to attend the mediation).  Besides myself, the following other ABM

8  executives attended the mediation: (1) from New York, Vice President and General Counsel Sarah

9  McConnell; (2) from Houston, Vice President, Human Resources for ABM Janitorial Services, Inc.,

10  Amado Hernandez; and (3) from Sacramento, ABM Janitorial Services - Northern California , Inc.

11  Senior Regional Vice President Tim Brekke.  In order to personally attend the mediation, the four of

12  us incurred a grand total of $7,567.75 in travel expenses (air travel, ground transportation, food and

13  lodging).

14     I declare under penalty of perjury, under the laws of the United States, that the

15  foregoing is true and correct and that this Declaration was executed on January _7_, 2010 at

16  Houston, Texas.

17

18                         Michelle Cash

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON

Decl. of Michelle Cash iso Defs' Motion for Order: (1)
Awarding Sanctions Against the EEOC, Stan Mallison &
Hector Martinez; and (2) Mandating Further Mediation

2

CASE NO. 1:07 CV 01428 LJO (TAG)