LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Email: lhayward@littler.com

KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone:   310.553.0308
Facsimile:    310.553.5583
Email: kjacoby@littler.com

Attorneys for Defendants
ABM INDUSTRIES INCORPORATED; ABM
JANITORIAL SERVICES, INC. and ABM
JANITORIAL NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff-Interveners,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOE VASQUEZ; Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1:07 CV 01428 LJO TAG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ORDER: (1) AWARDING SANCTIONS AGAINST THE EEOC, STAN MALLISON AND HECTOR MARTINEZ; AND (2) MANDATING FURTHER MEDIATION**<br><br>Date:         February 22, 2010<br>Time:        9:00 a.m.<br>Judge:       Thurston<br>Courtroom: 1300 18th Street, Ste. A |

/ / /

/ / /

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[Proposed] Order Granting Defs. Mtn. for Order: (1)
Awarding Sanctions Against the EEOC, Stan Mallison and
Hector Martinez; and (2) Mandating Further Mediation

CASE NO. 1:07 CV 01428 LJO (TAG)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The motion for order: (1) awarding sanctions; and (2) mandating further mediation brought by Defendants ABM INDUSTRIES INCORPORATED, ABM JANITORIAL SERVICES, INC., and ABM JANITORIAL SERVICES - NORTHERN CALIFORNIA, INC. ("Defendants") came on regularly for hearing before this Court on February 22, 2010. All parties appeared by and through counsel. Good cause appearing, the Court finds and orders as follows:

In the July 28, 2009 Further Scheduling Conference Order, the Court provides in material part: "A settlement conference will not be set at this time. Counsel for the parties have represented that they are amenable to good faith settlement discussions and may participate in a private mediation session in September of 2009 under certain circumstances." Following that, the parties attended a mediation session on December 2, 2009. Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC"), together with Stan Mallison and Hector Martinez, counsel for the seven Plaintiff-Interveners, did not engage in mediation in good faith inasmuch as they refused to allow the mediator to: (1) speak directly to the Plaintiff-Interveners; and (2) personally convey individualized settlement offers made by Defendants to each of the Plaintiff-Interveners. The bad faith conduct brought the mediation to a stand still and deprived all parties of having the benefits of a robust, good faith mediation session.

Based on the above conduct, the Court awards Defendants sanctions in the amount of $26,592.63 as against the EEOC, Stan Mallison and Hector Martinez. The foregoing sanction amount includes: (1) Defendants' executive travel expenses for attending the mediation; (2) Defendants' mediation attorneys' fees and attorney travel expenses; (3) mediation fees paid by Defendants; and (4) Defendants' attorneys' fees expended in bringing this motion.

In addition, the Court orders the parties to engage in a further mediation session before Judge Infante. Such mediation session shall be scheduled by the parties at a mutually agreeable date and time. The mediation fees shall be paid solely by the EEOC, Stan Mallison and Hector Martinez. Additionally, at the mediation, Judge Infante shall be entitled to: (1) speak directly and freely to Plaintiff-Interveners during the course of the mediation and afterwards; and (2) personally convey to Plaintiff-Interveners offers of settlement.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[Proposed] Order Granting Defs. Mtn. for Order: (1) Awarding Sanctions Against the EEOC, Stan Mallison and Hector Martinez; and (2) Mandating Further Mediation

1

CASE NO. 1:07 CV 01428 LJO (TAG)

1  **IT IS SO ORDERED.**

Date: February___, 2010                    By: _____
                                                Magistrate Judge Jennifer L. Thurston

Firmwide:93275836.1 054667.1005

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[Proposed] Order Granting Defs. Mtn. for Order: (1) Awarding Sanctions Against the EEOC, Stan Mallison and Hector Martinez; and (2) Mandating Further Mediation

2

CASE NO. 1:07 CV 01428 LJO (TAG)