1   LAURA E. HAYWARD, Bar No. 204014
    LITTLER MENDELSON
2   A Professional Corporation
    650 California Street, 20th Floor
3   San Francisco, CA  94108.2693
    Telephone:    415.433.1940
4   Email: lhayward@littler.com

5   KEITH A. JACOBY, Bar No. 150233
    LITTLER MENDELSON
6   A Professional Corporation
    2049 Century Park East, 5th Floor
7   Los Angeles, CA  90067.3107
    Telephone:    310.553.0308
8   Facsimile:    310.553.5583
    Email: kjacoby@littler.com

9
    Attorneys for Defendants
10  ABM INDUSTRIES INCORPORATED; ABM
    JANITORIAL SERVICES, INC. and ABM
11  JANITORIAL SERVICES - NORTHERN
    CALIFORNIA, INC.

12

13              UNITED STATES DISTRICT COURT

14            EASTERN DISTRICT OF CALIFORNIA

15  U.S. EQUAL EMPLOYMENT              Case No. 1: 07 CV 01428 LJO JLT
    OPPORTUNITY COMMISSION,
16                                     **DECLARATION OF KEITH A. JACOBY IN
                  Plaintiff,           SUPPORT OF DEFENDANTS' MOTION
17                                     FOR PROTECTIVE ORDER STRIKING
    ERIKA MORALES and ANONYMOUS        CLAIMANTS 19, 20, AND 21 FROM THIS
18  PLAINTIFFS ONE THROUGH EIGHT,      LAWSUIT, OR, IN THE ALTERNATIVE,
                                       SETTING A DEADLINE FOR
19                Plaintiff Intervenors, DISCLOSURE OF ADDITIONAL
                                       CLAIMANTS**
20       v.
                                       Hearing Date:   February 1, 2010
21  ABM INDUSTRIES INCORPORATED        Time:           9:00 a.m.
    and ABM JANITORIAL SERVICES,       Judge:          Hon. Jennifer L. Thurston
22  INC.; ABM JANITORIAL NORTHERN
    CALIFORNIA; JOE VASQUEZ; Does 1 -
23  10 inclusive,

24                Defendants.

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

JACOBY DECLARATION ISO MOTION            CASE NO. 1: 07 CV 01428 LJO JLT
FOR PROTECTIVE ORDER

## DECLARATION OF KEITH A. JACOBY

I, Keith A. Jacoby, declare and state as follows:

1.      I am an attorney admitted to practice before this Court.  I am a shareholder in the law firm of Littler Mendelson, a Professional Corporation, counsel of record for Defendants ABM Industries, Inc., ABM Janitorial Services, Inc. and ABM Janitorial Northern California ("Defendants").  I make this Declaration in support of Defendant's Motion For Protective Order Striking Claimants 19, 20, And 21 From This Lawsuit, Or, In The Alternative, Setting A Deadline For Disclosure Of Additional Claimants.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently to each fact.

2.      On June 30, 2006, Erika Morales filed a charge with the EEOC on behalf of herself and a class of similarly situated individuals alleging that during her employment with Defendants, she had been subjected to verbal and physical sexual harassment by her supervisor Jose Vasquez and was constructively discharged.  A true and correct copy of the original EEOC Charge is attached hereto as Exhibit "A."

3.      On January 11, 2007 Erika Morales filed an Amended EEOC Charge to indicate that she was claiming a "continuing action."  A true and correct copy of the Amended EEOC Charge is attached hereto as Exhibit "B."

4.      On January 23, 2007, the Law Office of Mallison & Martinez filed a charge with the EEOC on behalf of an anonymous utility worker alleging that she had been raped and otherwise subjected to sexual harassment and comments by Jose Vasquez.  A true and correct copy of the anonymous EEOC Charge is attached hereto as Exhibit "C."

5.      On August 20, 2008, this Court conducted a preliminary scheduling conference in which it set March 20, 2009 as the discovery cut off date for class discovery.  A true and correct copy of the Court's August 20, 2008 Order is attached hereto as Exhibit "D."

6.      On August 22, 2008, the EEOC served its First Supplemental Disclosures.  A true and correct copy of the EEOC's First Supplemental Disclosures is attached hereto as Exhibit "E."

7.      On October 20, 2008, the EEOC served its Second Supplemental Disclosures.  A true and correct copy of the EEOC's Second Supplemental Disclosures, is attached hereto as Exhibit "F."

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

JACOBY DECLARATION ISO MOTION
FOR PROTECTIVE ORDER                          2.                          CASE NO. 1: 07 CV 01428 LJO JLT

1    7.    On April 10, 2009, this Court stated that at the next scheduling conference the EEOC

2  would be expected to address "identifying or naming additional class members, if they are not

3  identified or named in advance." A true and correct copy of the Court's April 10, 2009 Order is

4  attached hereto as Exhibit "G."

5    8.    On or about May 22, 2009, the EEOC served its Third Supplemental Disclosures. A

6  true and correct copy of the EEOC's Third Supplemental Disclosures is attached hereto as Exhibit

7  "H."

8    9.    The EEOC served its Fourth Supplemental Disclosures on September 30, 2009. A

9  true and correct copy of the EEOC's Fourth Supplemental Disclosures is attached hereto as Exhibit

10  "I."

11    10.    On October 21, 2009, I informed the EEOC that the date to disclose new claimants

12  had long passed. I also informed the EEOC that Defendants intended to seek a protective order to

13  strike the three new claimants or, in the alternative, requesting that a deadline be set by which time

14  all claimants must be disclosed. A true and correct copy of my October 21, 2009 correspondence to

15  the EEOC is attached hereto as Exhibit "J."

16    11.    The EEOC has taken the position that there are no limits on their ability to add

17  claimants to this case whenever they see fit and although they have represented that they are not

18  currently aware of any other claimants, will not commit to limiting this action to the claimants that

19  have been disclosed to date.

20    I declare under the penalty of perjury of the laws of the United States and of the state of

21  California that the foregoing is true and correct. Executed this 19th day of January, 2010 at Los

22  Angeles, California.

23

24                                   By:    _____/s/_____

25                                          Keith A. Jacoby

Firmwide:93252733.1 054667.1005

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**EXHIBIT A**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 480-2006-02932 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Erika Morales | (661) 328-0342 | 06-30-1976 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1321 1/2 Oregon Street, Bakersfield, CA 93305 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ABM JANITORIAL SERVICES, INC. | 500 or More | |

| Street Address | City, State and ZIP Code |
|---|---|
| 1400 Easton Drive, Suite 149, Bakersfield, CA 93309 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-01-2004   Latest: 09-13-2005

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on June 1, 2004 as a Janitor.  Throughout my employment with Respondent, I was assigned to work at various locations in the Bakersfield area.  From shortly after my date of hire until September 13, 2005, I was subjected to verbal and physical sexual harassment by Jose Vasquez, Supervisor.  The sexual harassment consists of, but is not limited to the following: Mr. Vasquez would make sexual comments, such as "que buena estas" (how fine you are), "que rica" (how delicious), and "que no haria contigo" (what wouldn't I do with you", he would ask me to go out with him, and touched my breasts, buttocks, and tried to kiss me.  Mr. Vasquez also showed me the outline of his erection through his pants and attempted to force me to touch his penis.  I repeatedly asked Mr. Vasquez to stop, but the harassment continued.  Due to the harassment, I left my job in or around April or May 2005.  I returned to work after Javier Vasquez, District Supervisor, requested that I return to work.  When I returned to work, I was subjected to further sexual harassment by Jose Vasquez.   On or about September 13, 2005, I was constructively discharged from my position.

Despite my requests that he stop the sexual harassment, Jose Vasquez continued to sexually harass me.

I believe that I have been discriminated against on the basis of my sex (female) in violation of Title VII of the Civil Rights Act, of 1964, as amended.

I believe a class of females have been discriminated against on the basis of their sex, in violation of Title VII of the Civil Rights Act of 1964, as amended

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |

06/29/06   _Erika Morales_
Date   Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED
JUN 30 2006
INTAKE

4

**EXHIBIT B**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | AMENDED <br> 480-2006-02932 |

**California Department Of Fair Employment & Housing** and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Erika Morales** | **(661) 328-0342** | **06-30-1976** |

Street Address                    City, State and ZIP Code
**1321 ½ Oregon Street, Bakersfield, CA  93305**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **ABM Janitorial Services, Inc.** | **500+** | **(661) 322-3289** |

Street Address                    City, State and ZIP Code
**1400 Easton Drive, Suite 149, Bakersfield, CA  93309**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | - | ( ) - |

Street Address                    City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **06-01-2004**   Latest **09-13-2005**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the company on June 1, 2004, as a Janitor. Throughout my employment with the company, I was assigned to work at various locations in the Bakersfield area. From shortly after my date of hire until September 13, 2005, I was subjected to verbal and physical sexual harassment by José Vasquez, Supervisor. The sexual harassment consisted of, but was not limited to the following: Mr. Vasquez would make sexual comments, such as "que buena estás" (how fine you are), "que rica" (how delicious), and "que no haría contigo" (what wouldn't I do with you). He would ask me to go out with him, and touched my breasts, buttocks, and tried to kiss me. Mr. Vasquez also showed me the outline of his erection through his pants, and attempted to force me to touch his penis. I repeatedly asked Mr. Vasquez to stop, but the sexual harassment continued. Due to the continuous sexual harassment, I left my position in or around April or May 2005. I returned to work for the company after Javier Vasquez, District Supervisor, requested that I return to work. When I returned to work, I was subjected to further sexual harassment by José Vasquez. On or about September 13, 2005, I was constructively discharged from my position. Despite my requests that he stop the sexual harassment, José Vasquez continued to sexually harass me.

I believe I that I have been discriminated against based on my gender (female) in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe that female employees as a class have been discriminated against based solely on their gender in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT <br><br> RECEIVED <br> JAN 1 1 2007 <br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) <br> EEOC/LADO INTAKE |

01/10/07   *Erika Morales*
Date          Charging Party Signature

**EXHIBIT C**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 480-2007-01134 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Law Office of Mallison & Martinez | (925) 283-3842 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 1042 Brown Ave. Suite A, Lafayette, CA 94549 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ABM JANITORIAL SERVICES, INC. | 500 or More | (661) 322-3289 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1400 Easton Drive, Suite 149,  Bakersfield, CA 93309 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ABM INDUSTRIES, INC. | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 160 Pacific Avenue, Suite 222, San Francisco, CA 94111 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-01-2003   Latest: 08-28-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am filing on behalf of a female Utility Worker who was subjected to verbal and physical sexual harassment from on or about January 2003 through August 28, 2006.  The sexual harassment consisted of, but is not limited to the following:  the female being raped by Jose Vasquez, Supervisor, being invited out to hotels with Mr. Vasquez, being subjected to unwanted sexual comments and innuendos, and Mr. Vasquez would expose his penis to her.  The sexual harassment created a hostile work environment, which led the female to resign from her position on or about August 28, 2006.  I believe other females have been subjected to similar physical and sexual harassment.

Mr. Vasquez threatened to tell Javier Vasquez, Operations Manager, that the female had initiated the sexual advances if she reported the sexual harassment to Respondent.

I believe that the female Utility Worker in question has been discriminated against on the basis of her sex, female.

I believe that a class of females have been discriminated against on the basis of their sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 1/23/07     [signature]<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>RECEIVED<br>JAN 2  2007<br>ESCLARO INTAKE |

7

**EXHIBIT D**

1
2
3
4
5           **IN THE UNITED STATES DISTRICT COURT**
6         **FOR THE EASTERN DISTRICT OF CALIFORNIA**
7

8  U.S. EQUAL EMPLOYMENT          CASE NO. CV-F-07-1428- LJO-TAG
   OPPORTUNITY COMMISSION,

9              Plaintiff,       **ORDER ON PRELIMINARY SCHEDULE**

10      vs.

11  ABM INDUSTRIES INCORPORATED
   AND ABM JANITORIAL

12  SERVICES, INC., et. al,

13           Defendants.
                         /

14

15      This Court conducted a preliminary scheduling conference on August 20, 2008 in Department

16  4 (LJO).  Plaintiff EEOC appeared by counsel Victor Viramontes and Lorena Garcia.  Plaintiffs-in-

17  Intervention appeared by counsel Stan Mallison.  Defendants ABM Industries Inc. and ABM Janitorial

18  Services, Inc. appeared by counsel Laura Hayward and by telephone by counsel Keith Jacoby.

19  Defendant Jose Vasquez appeared by telephone by counsel Joseph Strapp.

20      After discussion with counsel, this Court:

21     1.     SETS October 20, 2008 as the date to serve respective F.R.Civ.P. 26(a)(1) initial

22         disclosures;

23     2.     SETS a March 20, 2009 cutoff for discovery regarding class certification only;

24     3.     SETS a scheduling conference for April 23, 2009 at 8:15 a.m. in Department 4.

25  IT IS SO ORDERED.

26  **Dated:**   **August 20, 2008**        /s/ Lawrence J. O'Neill
                           UNITED STATES DISTRICT JUDGE

27

28

                         1

**EXHIBIT E**

1  Anna Y. Park, SBN 164242
2  Victor Viramontes, SBN 214158
   Lorena Garcia, SBN 234091
   U.S. EQUAL EMPLOYMENT
3  OPPORTUNITY COMMISSION
   255 East Temple Street, Fourth Floor
4  Los Angeles, CA 90012
   Telephone: (213) 894-1108
5  Facsimile: (213) 894-1301
   E-Mail: lado.legal@eeoc.gov

6  Attorneys for Plaintiff
   U.S. EQUAL EMPLOYMENT
7  OPPORTUNITY COMMISSION

8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11
   U.S. EQUAL EMPLOYMENT          ) Case No.: 1:07-CV-01428 LJO (TAG)
12 OPPORTUNITY COMMISSION,        )
                                  ) PLAINTIFF EEOC'S FIRST
13                                ) SUPPLEMENTAL DISCLOSURES
              Plaintiff,          ) PURSUANT TO FED. R. CIV. P.
14                                ) 26(a) AND THIS COURT'S
15    v.                          ) AUGUST 20, 2008 ORDER
                                  )
16 ABM INDUSTRIES                 )
17 INCORPORATED and ABM           )
   JANITORIAL SERVICES, INC.; and ) Hon. Lawrence J. O'Neill
18 DOES 1 through 10, Inclusive, et al., ) U.S. District Judge
                                  )
19                                )
              Defendants.         )
20 ─────────────────────────────── )

21
22        Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC")

23 makes the following supplemental disclosures pursuant to Rule 26(e) of the

24 Federal Rules of Civil Procedure. The EEOC reserves the right to amend or

   correct the disclosures made herein.
25

26

27

28 Plaintiff EEOC's First Supplemental Disclosures          -1-
   Pursuant to Fed. R. Civ. P. 26(a) and this Court's
   August 20, 2008 Order

# I. **WITNESSES**

Pursuant to Fed. R. Civ. P. 26, the EEOC provides the following supplemental list of names, last known addresses, and telephone numbers of individuals who may have knowledge of discoverable information that the EEOC may use to support its claims or defenses, unless solely for impeachment, and the subjects of the information to be provided by the witnesses:

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|---------------------------------------|------------------------------------------------------|
| 1. Erika Morales (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 2. Endelisa Mendiver (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 3. Maria Magana (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 4. Ana Tellez (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex |

Plaintiff EEOC's First Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(a) and this Court's August 20, 2008 Order

-2-

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| | Los Angeles, CA 90012 (213)894-1108 | harassment; and damages. |
| 5. Reyna Morales (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 6. Maria Cantoral (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 7. Jose "Joe" Vasquez (Defendants' employee District Supervisor) | Defendants are believed to have Mr. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 8. Javier Vasquez (Defendants' employee supervisor/ Operations Manager) | Defendants are believed to have Mr. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment, and Defendants' policies, practices, and procedures regarding sex harassment. |
| 9. Ruben Vasquez (Defendants' employee) | Defendants are believed to have Mr. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 10. Abel Vasquez (Defendants' | Defendants are believed to have Mr. Vasquez's | Likely to have discoverable information regarding the |

Plaintiff EEOC's First Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(a) and this Court's August 20, 2008 Order

-3-

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|---------------------------------------|------------------------------------------------------|
| employee) | last known address and telephone number. | hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 11. Sonia Fernandez aka Sonia Vasquez (Defendants' employee) | Defendants are believed to have Ms. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 12. Eloy Garcia (Defendants' employee) | Defendants are believed to have Mr. Garcia's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 13. Alexis Vasquez (Defendants' employee) | Defendants are believed to have Mr. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 14. Anthony MacFarlane (Defendants' Regional Human Resources Coordinator) | Defendants are believed to have Mr. MacFarlane's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 15. Tom Cazale (Defendants' Director of Human Resources) | Defendants are believed to have Mr. Cazale's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |

Plaintiff EEOC's First Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(a) and this Court's August 20, 2008 Order

-4-

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|----------------------------------------|------------------------------------------------------|
| 16. Ana Esquivel (Defendants' Assistant Vice President Human Resources) | Defendants are believed to have Ms. Esquivel's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 17. Ric Steiner (Defendants' Employee) | Defendants are believed to have Mr. Steiner's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 18. Jim McClure (Defendants' President) | Defendants are believed to have Mr. McClure's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 19. Tim Brekke (Defendants' Vice President) | Defendants are believed to have Mr. Brekke's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 20. Steve Mitchell (Defendants' Employee) | Defendants are believed to have Mr. Mitchell's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 21. Francisco | Defendants are believed | Sex harassment and |

Plaintiff EEOC's First Supplemental Disclosures
Pursuant to Fed. R. Civ. P. 26(a) and this Court's
August 20, 2008 Order

-5-

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|----------------------------------------|-------------------------------------------------------|
| Cervantes (Defendants' Supervisor) | to have Mr. Cervantes' last known address and telephone number. | Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 22. Angelica Jauregui or Angela Javregui (Witness) | Defendants are believed to have Ms. Jauregui's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |

The Charging Parties and class members are represented by the EEOC and may only be contacted through counsel for the EEOC identified herein. Defendants or any other party representative is prohibited from engaging in *ex parte* contact with Ms. Morales and the class members.

Discovery into this matter is continuing. The list above is not an exhaustive list of all the names responsive to the disclosure requirement. The Commission anticipates that there may be additional persons who may be able to provide discoverable information. Plaintiff reserves the right to supplement this list should additional names and contact information become available.

Date: August 22, 2008

Respectfully Submitted,
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Anna Y. Park
Victor Viramontes
Lorena Garcia
By: _____
Attorneys for Plaintiff EEOC

Plaintiff EEOC's First Supplemental Disclosures
Pursuant to Fed. R. Civ. P. 26(a) and this Court's
August 20, 2008 Order

-6-

1 **DECLARATION OF SERVICE**

2     I am, and was at the time the herein mentioned service took place, a citizen

3 of the United States, over the age of eighteen (18) years and not a party to the

4 above-entitled cause.

5     I am employed in the Legal Unit of the Los Angeles District Office of the

6 United States Equal Employment Opportunity Commission. My business address

7 is Equal Employment Opportunity Commission, Los Angeles District Office, 255

8 East Temple Street, 4th Floor, Los Angeles, CA 90012.

9     On the date that this declaration was executed, as shown below, I served the

10 foregoing **PLAINTIFF EEOC's FIRST SUPPLEMENTAL DISCLOSURES**

11 **PURSUANT TO FED. R. CIV. P. 26 AND THIS COURT'S AUGUST 20,**

12 **2008 ORDER** by U.S. Mail and facsimile at Los Angeles, County of Los Angeles,

13 State of California, which was addressed as follows:

14
15 Stan Mallison
16 Hector Martinez
   Law Offices of Mallison & Martinez
17 1042 Brown Ave., Suite A
   Lafayette, CA 94549
18 925-283-3426, facsimile

19 Laura E. Hayward
20 LITTLER MENDELSON
   650 California St., 20th Floor
21 San Francisco, CA 91408-2693
22 415-399-8490, facsimile

23 Keith Jacoby
24 LITTLER MENDELSON
   2049 Century Park East, 5th Floor
25 Los Angeles, CA 90067-3107
26 310-553-5583, facsimile

27

28 Plaintiff EEOC's First Supplemental Disclosures         -7-
   Pursuant to Fed. R. Civ. P. 26(a) and this Court's
   August 20, 2008 Order

1
2
3
4

W. Joseph Strapp
STRAPP & STRAPP
6500 Wilshire Blvd. Ste. 1650
Los Angeles, CA 90048
(323) 951-0506, facsimile

5    I declare under penalty of perjury that the foregoing is true and correct.

6   Executed on August 22, 2008 at Los Angeles, California.

7
8
9

_Lorena Garcia_

Lorena Garcia

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28   Plaintiff EEOC's First Supplemental Disclosures
     Pursuant to Fed. R. Civ. P. 26(a) and this Court's
     August 20, 2008 Order

                              -8-

**EXHIBIT F**

1  Anna Y. Park, SBN 164242
2  Victor Viramontes, SBN 214158
   Lorena Garcia, SBN 234091
   U.S. EQUAL EMPLOYMENT
3  OPPORTUNITY COMMISSION
   255 East Temple Street, Fourth Floor
4  Los Angeles, CA 90012
   Telephone: (213) 894-1108
5  Facsimile: (213) 894-1301
   E-Mail: lado.legal@eeoc.gov

6  Attorneys for Plaintiff
7  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION

8

9             **UNITED STATES DISTRICT COURT**

10           **EASTERN DISTRICT OF CALIFORNIA**

11

12  U.S. EQUAL EMPLOYMENT            )   Case No.: 1:07-CV-01428 LJO (TAG)
    OPPORTUNITY COMMISSION,          )
13                                   )   **PLAINTIFF EEOC'S SECOND**
                                     )   **SUPPLEMENTAL DISCLOSURES**
14           Plaintiff,              )   **PURSUANT TO FED. R. CIV. P.**
                                     )   **26(a)(1) AND THIS COURT'S**
15  ERIKA MORALES and               )   **AUGUST 20, 2008 ORDER**
    ANONYMOUS PLAINTIFFS ONE         )
16  THROUGH EIGHT,                   )
                                     )
17           Plaintiff-Intervenors,  )   Hon. Lawrence J. O'Neill
                                     )   U.S. District Judge
18                                   )
                                     )
19           v.                      )
                                     )
20                                   )
    ABM INDUSTRIES                   )
21  INCORPORATED and ABM             )
    JANITORIAL SERVICES, INC.; and   )
22  DOES 1 through 10, Inclusive, et al., )
                                     )
23                                   )
             Defendants.             )
24

25

26        Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC")

27  makes the following second supplemental disclosures pursuant to Rule 26(a)(1) of

28
Plaintiff EEOC's Second Supplemental
Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)          -1-
and this Court's August 20, 2008 Order

1  the Federal Rules of Civil Procedure.  The EEOC reserves the right to amend or

2  correct the disclosures made herein.

3

4  **I.    WITNESSES**

5      The EEOC provides the following second supplemental list of names, last

6  known addresses, and telephone numbers of individuals who may have knowledge

7  of discoverable information that the EEOC may use to support its claims or

8  defenses, unless solely for impeachment, and the subjects of the information to be

9  provided by the witnesses:

10

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| 1. Erika Morales (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 2. Endelisa Mendiver (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 3. Maria Magana (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |

Plaintiff EEOC's Second Supplemental
Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)
and this Court's August 20, 2008 Order                    -2-

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|----------------------------------------|------------------------------------------------------|
| 4. Ana Tellez Portillo (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 5. Reyna Morales (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 6. Maria Cantoral (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages |
| 7. Lucia Cardiel (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 8. Gladys Sanchez (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 9. Jose "Joe" Vasquez | Defendants are believed | Likely to have discoverable |

Plaintiff EEOC's Second Supplemental
Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)
and this Court's August 20, 2008 Order

-3-

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| (Defendants' employee District Supervisor) | to have Mr. Vasquez's last known address and telephone number. | information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 10. Javier Vasquez (Defendants' employee supervisor/ Operations Manager) | Defendants are believed to have Mr. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment, and Defendants' policies, practices, and procedures regarding sex harassment. |
| 11. Ruben Vasquez (Defendants' employee) | Defendants are believed to have Mr. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 12. Abel Vasquez (Defendants' employee) | Defendants are believed to have Mr. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 13. Sonia Fernandez aka Sonia Vasquez (Defendants' employee) | Defendants are believed to have Ms. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 14. Eloy Garcia (Defendants' employee) | Defendants are believed to have Mr. Garcia's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 15. Alexis Vasquez | Defendants are believed | Likely to have discoverable |

Plaintiff EEOC's Second Supplemental
Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)
and this Court's August 20, 2008 Order

-4-

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| (Defendants' employee) | to have Mr. Vasquez's last known address and telephone number. | information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 16. Anthony MacFarlane (Defendants' Regional Human Resources Coordinator) | Defendants are believed to have Mr. MacFarlane's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 17. Tom Cazale (Defendants' Director of Human Resources) | Defendants are believed to have Mr. Cazale's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 18. Ana Esquivel (Defendants' Assistant Vice President Human Resources) | Defendants are believed to have Ms. Esquivel's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 19. Ric Steiner (Defendants' Employee) | Defendants are believed to have Mr. Steiner's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 20. Jim McClure (Defendants' President) | Defendants are believed to have Mr. McClure's last known address and | Sex harassment and Defendants' policies and procedures regarding |

Plaintiff EEOC's Second Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and this Court's August 20, 2008 Order

-5-

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|----------------------------------------|------------------------------------------------------|
| | telephone number. | employment discrimination, including but not limited to sex harassment. |
| 21. Tim Brekke (Defendants' Vice President) | Defendants are believed to have Mr. Brekke's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 22. Steve Mitchell (Defendants' Employee) | Defendants are believed to have Mr. Mitchell's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 23. Francisco Cervantes (Defendants' Supervisor) | Defendants are believed to have Mr. Cervantes' last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 24. Juan Medina (Defendants' Manager) | Defendants are believed to have Mr. Medina's last known address and telephone number. | Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 25. Tony Bautista (Defendants' Manager) | Defendants are believed to have Mr. Bautista's last known address and telephone number. | Defendants' policies and procedures regarding employment discrimination, including but not limited to sex |

Plaintiff EEOC's Second Supplemental
Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)
and this Court's August 20, 2008 Order                    -6-

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| | | harassment. |
| 26. Belem Moraza or Belem Hereida also known as Belen (Witness) | Defendants are believed to have Ms. Moraza's or Ms. Hereida's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 27. Angelica Jauregui or Angela Javregui (Witness) | Defendants are believed to have Ms. Jauregui's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 28. Maria Alvarado (Witness) | c/o Stan Mallison and Hector Martinez Law Offices of Mallison & Martinez 1042 Brown Ave., Suite A Lafayette, CA 94549 (925)283-3842 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 29. Marlen Sanchez (Witness) | c/o Stan Mallison and Hector Martinez Law Offices of Mallison & Martinez 1042 Brown Ave., Suite A Lafayette, CA 94549 (925)283-3842 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 30. Luisa Gonzalez (Witness) | Defendants are believed to have Ms. Gonzalez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 31. Scott Stevenson | 665 Winston Dr. | Likely to have discoverable |

Plaintiff EEOC's Second Supplemental
Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)
and this Court's August 20, 2008 Order

-7-

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| (Witness) | Reno, NV 89512-4436 | information regarding the hostile environment. |
| 32. Eduardo Huerta (Witness) | c/o Stan Mallison and Hector Martinez Law Offices of Mallison & Martinez 1042 Brown Ave., Suite A Lafayette, CA 94549 (925)283-3842 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 33. Estella or "Stella" Vasquez (Witness) | Defendants are believed to have Ms. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 34. Alejandro Bucio (Witness) | c/o Stan Mallison and Hector Martinez Law Offices of Mallison & Martinez 1042 Brown Ave., Suite A Lafayette, CA 94549 (925)283-3842 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 35. Johann Mendez (Witness) | Bakersfield, CA (661)205-1515 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 36. Beatriz Huerta (Witness) | c/o Stan Mallison and Hector Martinez Law Offices of Mallison & Martinez 1042 Brown Ave., Suite A | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |

Plaintiff EEOC's Second Supplemental
Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)
and this Court's August 20, 2008 Order

-8-

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|----------------------------------------|------------------------------------------------------|
| | Lafayette, CA 94549 (925)283-3842 | |
| 37. Natalie Vasquez (Witness) | Defendants are believed to have Ms. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |

The Charging Parties and class members are represented by the EEOC and may only be contacted through counsel for the EEOC identified herein. Defendants or any other party representative is prohibited from engaging in *ex parte* contact with Ms. Morales and the class members.

Discovery into this matter is continuing. The list above is not an exhaustive list of all the names responsive to the disclosure requirement. The Commission anticipates that there may be additional persons who may be able to provide discoverable information. Plaintiff reserves the right to supplement this list should additional names and contact information become available.

## II.   DISCLOSURE REQUIREMENT B

The EEOC identifies the following documents, which are in the possession, custody, or control of the Commission:

EEOC administrative investigative files (Charge Nos. 480-2006-02932and 480-2007-01134) containing all non-privileged documents, which include, but are not limited to, the charges of discrimination, the letters of determination, the letters of amended determination, the letters of conciliation failure, correspondence from the Commission to Defendants and

Plaintiff EEOC's Second Supplemental
Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)
and this Court's August 20, 2008 Order

-9-

1  from Defendants to the Commission, charging parties', class members', and
2  witness' statements, Javier Vasquez's statement, Jose "Joe" Vasquez's
3  statement, Tom Cazale's statement, Anthony MacFarlane's statement, Erika
4  Morales' personnel file, Javier Vasquez's personnel file, Jose "Joe"
5  Vasquez's personnel file, Defendants' sexual harassment policy, Defendants'
6  harassment training participant's roster, Defendants' training participant's
7  workbook and guides, Defendant's policy regarding employee background
8  checks, Defendants' employee handbook, various documents regarding
9  complaints of sexual harassment, and Defendants' list of employees who
10  worked with Erika Morales and/or Jose "Joe" Vasquez;  a declaration of
11  Johann Mendez; Bakersfield Police Department Report; documents
12  produced by Defendants, which include, but are not limited to, bate stamp
13  nos. D0001-D1124.

14      Any redaction of documents and/or withholding of documents will be
15  described in a privilege and redaction log.

16

17  **III.**   **DISCLOSURE REQUIREMENT C**

18      The EEOC intends to seek all allowable damages under Title VII of the Civil
19  Rights Act of 1964 and Title I of Civil Rights Act of 1991, including back pay,
20  front pay, interest, compensatory and punitive damages and injunctive relief.
21  Plaintiff seeks the statutory cap on compensatory and punitive damages of
22  $300,000 for each Charging Party and class member.  The EEOC also intends to
23  seek all prohibitive and mandatory injunctive relief available pursuant to the
24  statute.

25      The EEOC reserves the right to supplement its damages estimate if it
26  discovers additional information, including information about other class members.

27

28  Plaintiff EEOC's Second Supplemental
Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)
and this Court's August 20, 2008 Order

-10-

1   **IV.**    <u>**DISCLOSURE REQUIREMENT D**</u>

2        The EEOC has no insurance coverage information pertaining to the claims

3   alleged in this matter.

4

5   Date: October 20, 2008             Respectfully Submitted,

6                                      U.S. EQUAL EMPLOYMENT

                                   OPPORTUNITY COMMISSION

7                                      Anna Y. Park

8                                      Victor Viramontes

                                   Lorena Garcia

9                                      By: <u>/s/ Lorena Garcia</u>

10                                     Attorneys for Plaintiff EEOC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Plaintiff EEOC's Second Supplemental                  -11-
      Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)
      and this Court's August 20, 2008 Order

# DECLARATION OF SERVICE

I am, and was at the time the herein mentioned service took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.  My business address is Equal Employment Opportunity Commission, Los Angeles District Office, 255 East Temple Street, 4th Floor, Los Angeles, CA 90012.

On the date that this declaration was executed, as shown below, I served the foregoing **PLAINTIFF EEOC's SECOND SUPPLEMENTAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) AND THIS COURT'S AUGUST 20, 2008 ORDER** by U.S. Mail and facsimile at Los Angeles, County of Los Angeles, State of California, which was addressed as follows:

Stan Mallison
Hector Martinez
Law Offices of Mallison & Martinez
1042 Brown Ave., Suite A
Lafayette, CA 94549
925-283-3426, facsimile

Laura E. Hayward
LITTLER MENDELSON
650 California St., 20th Floor
San Francisco, CA 91408-2693
415-399-8490, facsimile

Keith Jacoby
LITTLER MENDELSON
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
310-553-5583, facsimile

Plaintiff EEOC's Second Supplemental
Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)
and this Court's August 20, 2008 Order

-12-

1

2
W. Joseph Strapp
STRAPP & STRAPP

3
6500 Wilshire Blvd. Ste. 1650
Los Angeles, CA 90048

4
(323) 951-0506, facsimile

5
I declare under penalty of perjury that the foregoing is true and correct.

6
Executed on October 20, 2008 at Los Angeles, California.

7
/s/ Lorena Garcia

8
Lorena Garcia

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
Plaintiff EEOC's Second Supplemental
Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)
and this Court's August 20, 2008 Order

-13-

# EXHIBIT G

1

2

3

4

5              **IN THE UNITED STATES DISTRICT COURT**

6            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8 | U.S. EQUAL EMPLOYMENT | CASE NO. CV F 07-1428  LJO BAK |

   OPPORTUNITY COMMISSION,

9                            **ORDER ON MOTION TO BAR ADDITIONAL**

          Plaintiff,          **CLASS MEMBERS**

10                            (Docs. 86, 89.)

11   ERIKA MORALES, et al.,

12             Plaintiff Intervenors,

13      vs.

14   ABM INDUSTRIES INCORPORATED

   AND ABM JANITORIAL

15   SERVICES, INC., et. al,

16            Defendants.

      _____/

17       Several defendants[1] seek on shortened time to bar additional class members and to dismiss

18  anonymous plaintiffs seven and eight.  The ABM defendants claim that this Court's August 20, 2008

19  preliminary scheduling order bars additional class members in that it set "a March 20, 2009 cutoff for

20  discovery regarding class certification only" and no class members have been named other than plaintiff

21  Erika Morales and eight anonymous plaintiffs.

22       The ABM defendants appear to misunderstand or misconstrue the preliminary scheduling order,

23  which set a deadline to complete class certification discovery and did not address identifying or naming

24  class members.  At the April 23, 2009 scheduling conference, the parties will be expected to address

25  identifying or naming additional class members, if they are not identified or named in advance, and

26  remaining discovery.  The ABN defendants fail to establish factual or legal grounds to bar additional

27  _____

28        [1]    The defendants requesting relief are ABM Industries Incorporated, ABM Janitorial Services, Inc. and ABM Janitorial Services – Northern California (collectively the "ABM defendants").

1  class members.

2        As to dismissal of anonymous plaintiffs seven and eight, the ABM defendants fail to establish

3  circumstances to justify to address the matter on shortened time.  Although anonymous plaintiffs seven

4  and eight may be dismissed, there is no reason to expedite briefing on the issue.

5        For the reasons discussed above, this Court:

6      1.     DENIES the ABM defendants' request to hear on shortened time their motions to bar

7             additional class members and to dismiss anonymous plaintiffs seven and eight;

8      2.     DENIES the ABM defendants' motion to bar additional class members;

9      3.     ORDERS counsel for anonymous plaintiffs seven and eight, no later than April 28, 2009,

10            to file and serve papers to address or oppose dismissal of anonymous plaintiffs seven and

11            eight, including, if appropriate, a F.R.Civ.P. 41(a)(2) request to dismiss them;

12      4.     ORDERS the ABM defendants' counsel, no later than May 5, 2009, to file and serve

13            reply papers, if any, for its motion to dismiss anonymous plaintiffs seven and eight; and

14      5.     VACATES the May 12, 2009 hearing on the ABM defendants' motions to dismiss

15            anonymous plaintiffs seven and eight and to bar additional class members.

16  In keeping with its practice, this Court will address dismissal of anonymous plaintiffs seven and eight

17  on the record and without oral argument, unless this Court orders otherwise.

18        IT IS SO ORDERED.

19    **Dated:**   **April 10, 2009**         /s/ Lawrence J. O'Neill

                                       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

**EXHIBIT H**

Anna Y. Park, SBN 164242
Victor Viramontes, SBN 214158
Lorena Garcia, SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; and DOES 1 through 10, Inclusive, et al., <br><br> Defendants. | Case No.: 1:07-CV-01428 LJO-BAK(GSA) <br><br> **PLAINTIFF EEOC'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** <br><br> Hon. Gary S. Austin <br> U.S. Magistrate Judge |

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC")

makes the following third supplemental disclosures pursuant to Rule 26(a)(1) of

May-22-2009  15:48   From-LEGAL UNIT                213-894-1901        T-271  P.003/016  F-975

1  the Federal Rules of Civil Procedure.  The EEOC reserves the right to amend or

2  correct the disclosures made herein.

3

4  I.    **WITNESSES**

5        The EEOC provides the following third supplemental list of names, last

6  known addresses, and telephone numbers of individuals who may have knowledge

7  of discoverable information that the EEOC may use to support its claims or

8  defenses, unless solely for impeachment, and the subjects of the information to be

9  provided by the witnesses:

10

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| 1. Erika Morales (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 2. Endelisa Mendiver (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 3. Maria Magana (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |

27

28

Plaintiff EEOC's Third Supplemental Disclosures
Pursuant to Fed. R. Civ. P. 26(a)(1)

-2-

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| 4. Ana Tellez Portillo (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 5. Reyna Morales (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 6. Maria Cantoral (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 7. Lucia Cardiel (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 8. Gladys Sanchez (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 9. Luisa Gonzalez | c/o Victor Viramontes, | Likely to have discoverable |

May-22-2009  15:40   From-LEGAL UNIT   213-894-1301   T-271  P.005/016  F-375

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|---------------------------------------|--------------------------------------------------------|
| (Class Member) | Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 10. Teresa Sanchez (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 11. Patricia De Vera (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 12. Martha Castaneda Garcia (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 13. Gloria Bernal (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 14. Ana M. Gutierrez (Class Member) | c/o Victor Viramontes, Lorena Garcia | Likely to have discoverable information regarding the |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|---------------------------------------|-------------------------------------------------------|
| | EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 15. Irene Bravo (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 16. Maria Socorro Zapien (class member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 17. Maria Olga Birrueta (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 18. Delia DeMejia (Class Member) | c/o Victor Viramontes, Lorena Garcia EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages |
| 19. Jose "Joe" Vasquez (Defendants' | Defendants are believed to have Mr. Vasquez's last known address and | Likely to have discoverable information regarding the hostile environment; and |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| employee District Supervisor) | telephone number. | Defendants' policies, practices, and procedures regarding sex harassment. |
| 20. Javier Vasquez (Defendants' employee supervisor/ Operations Manager) | Defendants are believed to have Mr. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment, and Defendants' policies, practices, and procedures regarding sex harassment. |
| 21. Ruben Vasquez (Defendants' employee) | Defendants are believed to have Mr. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 22. Abel Vasquez (Defendants' employee) | Defendants are believed to have Mr. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 23. Sonia Fernandez aka Sonia Vasquez (Defendants' employee) | Defendants are believed to have Ms. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 24. Eloy Garcia (Defendants' employee) | Defendants are believed to have Mr. Garcia's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 25. Alexis Vasquez (Defendants' employee) | Defendants are believed to have Mr. Vasquez's last known address and | Likely to have discoverable information regarding the hostile environment; and |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| | telephone number. | Defendants' policies, practices, and procedures regarding sex harassment. |
| 26. Anthony MacFarlane (Defendants' Regional Human Resources Coordinator) | Defendants are believed to have Mr. MacFarlane's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 27. Tom Cazale (Defendants' Director of Human Resources) | Defendants are believed to have Mr. Cazale's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 28. Ana Esquivel (Defendants' Assistant Vice President Human Resources) | Defendants are believed to have Ms. Esquivel's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 29. Ric Steiner (Defendants' Employee) | Defendants are believed to have Mr. Steiner's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 30. Jim McClure (Defendants' President) | Defendants are believed to have Mr. McClure's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|----------------------------------------|-------------------------------------------------------|
| | | but not limited to sex harassment. |
| 31. Tim Brekke (Defendants' Vice President) | Defendants are believed to have Mr. Brekke's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 32. Steve Mitchell (Defendants' Employee) | Defendants are believed to have Mr. Mitchell's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 33. Francisco Cervantes (Defendants' Supervisor) | Defendants are believed to have Mr. Cervantes' last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 34. Juan Medina (Defendants' Manager) | Defendants are believed to have Mr. Medina's last known address and telephone number. | Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 35. Tony Bautista (Defendants' Manager) | Defendants are believed to have Mr. Bautista's last known address and telephone number. | Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 36. Belem Moraza or | Defendants are believed | Likely to have discoverable |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| Belem Hereida also known as Belen (Witness) | to have Ms. Moraza's or Ms. Hereida's last known address and telephone number. | information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 37. Angelica Jauregui or Angela Javregui (Witness) | Defendants are believed to have Ms. Jauregui's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 38. Maria Alvarado (Witness) | c/o Stan Mallison and Hector Martinez Law Offices of Mallison & Martinez 1042 Brown Ave., Suite A Lafayette, CA 94549 (925)283-3842 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 39. Marlen Sanchez (Witness) | c/o Stan Mallison and Hector Martinez Law Offices of Mallison & Martinez 1042 Brown Ave., Suite A Lafayette, CA 94549 (925)283-3842 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 40. Scott Stevenson (Witness) | 665 Winston Dr. Reno, NV 89512-4436 | Likely to have discoverable information regarding the hostile environment. |
| 41. Eduardo Huerta (Witness) | c/o Stan Mallison and Hector Martinez Law Offices of Mallison & Martinez 1042 Brown Ave., Suite A | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
|  | Lafayette, CA 94549<br>(925)283-3842 |  |
| 42. Estella or "Stella" Vasquez<br>(Witness) | Defendants are believed to have Ms. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 43. Alejandro Bucio<br>(Witness) | c/o Stan Mallison and Hector Martinez<br>Law Offices of Mallison & Martinez<br>1042 Brown Ave., Suite A<br>Lafayette, CA 94549<br>(925)283-3842 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 44. Johann Mendez<br>(Witness) | Bakersfield, CA<br>(661)205-1515 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 45. Beatriz Huerta<br>(Witness) | c/o Stan Mallison and Hector Martinez<br>Law Offices of Mallison & Martinez<br>1042 Brown Ave., Suite A<br>Lafayette, CA 94549<br>(925)283-3842 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 46. Natalie Vasquez<br>(Witness) | Defendants are believed to have Ms. Vasquez's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |

1    The Charging Parties and class members are represented by the EEOC and

2  may only be contacted through counsel for the EEOC identified herein.

3  Defendants or any other party representative is prohibited from engaging in *ex*

4  *parte* contact with Ms. Morales and the class members.

5    Discovery into this matter is continuing.  The EEOC reserves the right to

6  amend its disclosures.  The Commission anticipates that there may be additional

7  persons who may be able to provide discoverable information.  Plaintiff EEOC will

8  continue to identify additional class members as the information becomes available

9  and reserves the right to include additional class members should they be

10  discovered at a later point in time after this supplemental disclosure.

11

12  **II.   DISCLOSURE REQUIREMENT B**

13    The EEOC identifies the following documents, which are in the possession,

14  custody, or control of the Commission:

15    EEOC administrative investigative files (Charge Nos. 480-2006-02932and

16      480-2007-01134) containing all non-privileged documents, which include,

17      but are not limited to, the charges of discrimination, the letters of

18      determination, the letters of amended determination, the letters of

19      conciliation failure, correspondence from the Commission to Defendants and

20      from Defendants to the Commission, charging parties', class members', and

21      witness' statements, Javier Vasquez's statement, Jose "Joe" Vasquez's

22      statement, Tom Cazale's statement, Anthony MacFarlane's statement, Erika

23      Morales' personnel file, Javier Vasquez's personnel file, Jose "Joe"

24      Vasquez's personnel file, Defendants' sexual harassment policy, Defendants'

25      harassment training participant's roster, Defendants' training participant's

26      workbook and guides, Defendant's policy regarding employee background

27      checks, Defendants' employee handbook, various documents regarding

28

Plaintiff EEOC's Third Supplemental Disclosures                    -11-
Pursuant to Fed. R. Civ. P. 26(a)(1)

1   complaints of sexual harassment, and Defendants' list of employees who

2   worked with Erika Morales and/or Jose "Joe" Vasquez; a declaration of

3   Johann Mendez; Bakersfield Police Department Report; documents

4   produced by Defendants, which include, but are not limited to, bate stamp

5   nos. D0001-D1124.

6       Any redaction of documents and/or withholding of documents will be

7   described in a privilege and redaction log.

8

9   **III.**   **DISCLOSURE REQUIREMENT C**

10       The EEOC intends to seek all allowable damages under Title VII of the Civil

11   Rights Act of 1964 and Title I of Civil Rights Act of 1991, including back pay,

12   front pay, interest, compensatory and punitive damages and injunctive relief.

13   Plaintiff seeks the statutory cap on compensatory and punitive damages of

14   $300,000 for each Charging Party and class member. The EEOC also intends to

15   seek all prohibitive and mandatory injunctive relief available pursuant to the

16   statute.

17       The EEOC reserves the right to supplement its damages estimate if it

18   discovers additional information, including information about other class members.

19   *//*

20   *//*

21   *//*

22   *//*

23   *//*

24   *//*

25   *//*

26

27

28

**IV.   DISCLOSURE REQUIREMENT D**

The EEOC has no insurance coverage information pertaining to the claims alleged in this matter.

Date: May 22, 2009

Respectfully Submitted,
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Anna Y. Park
Victor Viramontes
Lorena Garcia
By: _____
Attorneys for Plaintiff EEOC

## DECLARATION OF SERVICE

I am, and was at the time the herein mentioned service took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission. My business address is Equal Employment Opportunity Commission, Los Angeles District Office, 255 East Temple Street, 4th Floor, Los Angeles, CA 90012.

On the date that this declaration was executed, as shown below, I served the foregoing **PLAINTIFF EEOC's THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** by U.S. Mail and facsimile at Los Angeles, County of Los Angeles, State of California, which was addressed as follows:

Stan Mallison
Hector Martinez
Law Offices of Mallison & Martinez
1042 Brown Ave., Suite A
Lafayette, CA 94549
925-283-3426, facsimile

Laura E. Hayward
LITTLER MENDELSON
650 California St., 20th Floor
San Francisco, CA 91408-2693
415-399-8490, facsimile

Keith Jacoby
LITTLER MENDELSON
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
310-553-5583, facsimile

1      I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on May 22, 2009 at Los Angeles, California.

3

4  Lorena Garcia

**EXHIBIT I**

1   Anna Y. Park, SBN 164242
    Victor Viramontes, SBN 214158
2   Lorena Garcia-Bautista, SBN 234091
    U.S. EQUAL EMPLOYMENT
3   OPPORTUNITY COMMISSION
    255 East Temple Street, Fourth Floor
4   Los Angeles, CA 90012
    Telephone: (213) 894-1108
5   Facsimile: (213) 894-1301
    E-Mail: lado.legal@eeoc.gov
6
    Attorneys for Plaintiff
7   U.S. EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION
8

9               UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11
    U.S. EQUAL EMPLOYMENT          )  Case No.:  1:07-CV-01428 LJO-
12  OPPORTUNITY COMMISSION,        )  BAK(GSA)
                                   )
13          Plaintiff,             )  **PLAINTIFF EEOC'S FOURTH**
                                   )  **SUPPLEMENTAL DISCLOSURES**
14                                 )  **PURSUANT TO FED. R. CIV. P.**
    ERIKA MORALES and              )  **26(a)(1)**
15  ANONYMOUS PLAINTIFFS ONE       )
16  THROUGH EIGHT,                 )
                                   )  Hon. Gary S. Austin
17          Plaintiff-Intervenors, )  U.S. Magistrate Judge
                                   )
18                                 )
19          v.                     )
                                   )
20                                 )
    ABM INDUSTRIES                 )
21  INCORPORATED, ABM              )
    JANITORIAL SERVICES, INC., ABM )
22  JANITORIAL-NORTHERN            )
    CALIFORNIA, and DOES 1 through )
23                                 )
    10, Inclusive, et al.,         )
24                                 )
25          Defendants.            )
                                   )
26

27

28
    Plaintiff EEOC's Fourth Supplemental Disclosures
    Pursuant to Fed. R. Civ. P. 26(a)(1)              -1-

1   Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC")

2   makes the following fourth supplemental disclosures pursuant to Rule 26(a)(1) of

3   the Federal Rules of Civil Procedure. The EEOC reserves the right to amend or

4   correct the disclosures made herein.

5

6   **I.    WITNESSES**

7        The EEOC provides the following fourth supplemental list of names, last

8   known addresses, and telephone numbers of individuals who may have knowledge

9   of discoverable information that the EEOC may use to support its claims or

10  defenses, unless solely for impeachment, and the subjects of the information to be

11  provided by the witnesses:

12

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| 1. Erika Morales (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 2. Endelisa Mendiver (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 3. Maria Magana (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th | Likely to have discoverable information regarding the hostile environment; policies, practices, and |

27

28

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|---------------------------------------|------------------------------------------------------|
| | Floor<br>Los Angeles, CA 90012<br>(213)894-1108 | procedures regarding sex harassment; and damages. |
| 4. Ana Tellez Portillo (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 5. Reyna Morales (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 6. Maria Cantoral (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 7. Lucia Cardiel (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 8. Gladys Sanchez (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| | Los Angeles, CA 90012 (213)894-1108 | harassment; and damages. |
| 9. Luisa Gonzalez (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 10. Teresa Sanchez (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 11. Patricia De Vera (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 12. Martha Castaneda Garcia (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 13. Gloria Bernal (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |

Sep-30-2009  15:50   From-LEGAL UNIT

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| | (213)894-1108 | |
| 14. Ana M. Gutierrez (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 15. Irene Bravo (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 16. Maria Socorro Zapien (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 17. Maria Olga Birrueta (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 18. Delia DeMejia (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| 19. Maria Quintero (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 20. (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 21. (Claimant) | c/o Victor Viramontes, Lorena Garcia-Bautista EEOC 255 E. Temple St. 4th Floor Los Angeles, CA 90012 (213)894-1108 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 22. Jose "Joe" Vasquez (Defendants' employee District Supervisor) | Defendants are believed to have Mr. Vasquez' last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 23. Javier Vasquez (Defendants' employee supervisor/ Operations Manager) | Defendants are believed to have Mr. Vasquez' last known address and telephone number. | Likely to have discoverable information regarding the hostile environment, and Defendants' policies, practices, and procedures regarding sex harassment. |
| 24. Ruben Vasquez (Defendants' employee) | Defendants are believed to have Mr. Vasquez' last known address and | Likely to have discoverable information regarding the hostile environment; and |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| | telephone number. | Defendants' policies, practices, and procedures regarding sex harassment. |
| 25. Abel Vasquez (Defendants' employee) | Defendants are believed to have Mr. Vasquez' last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 26. Sonia Fernandez aka Sonia Vasquez (Defendants' employee) | Defendants are believed to have Ms. Vasquez' last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 27. Eloy Garcia (Defendants' employee) | Defendants are believed to have Mr. Garcia's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 28. Alexis Vasquez (Defendants' employee) | Defendants are believed to have Mr. Vasquez' last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 29. Anthony MacFarlane (Defendants' Regional Human Resources Coordinator) | Defendants are believed to have Mr. MacFarlane's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 30. Tom Cazale (Defendants' Director | Defendants are believed to have Mr. Cazale's last | Sex harassment and Defendants' policies and |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| of Human Resources) | known address and telephone number. | procedures regarding employment discrimination, including but not limited to sex harassment. |
| 31. Ana Esquivel (Defendants' Assistant Vice President Human Resources) | Defendants are believed to have Ms. Esquivel's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 32. Ric Steiner (Defendants' Employee) | Defendants are believed to have Mr. Steiner's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 33. Jim McClure (Defendants' President) | Defendants are believed to have Mr. McClure's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 34. Tim Brekke (Defendants' Vice President) | Defendants are believed to have Mr. Brekke's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 35. Steve Mitchell (Defendants' Employee) | Defendants are believed to have Mr. Mitchell's last known address and | Sex harassment and Defendants' policies and procedures regarding |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|---|---|---|
| | telephone number. | employment discrimination, including but not limited to sex harassment. |
| 36. Francisco Cervantes (Defendants' Supervisor) | Defendants are believed to have Mr. Cervantes' last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 37. Juan Medina (Defendants' Manager) | Defendants are believed to have Mr. Medina's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 38. Tony Bautista (Defendants' Manager) | Defendants are believed to have Mr. Bautista's last known address and telephone number. | Sex harassment and Defendants' policies and procedures regarding employment discrimination, including but not limited to sex harassment. |
| 39. Belem Moraza or Belem Hereida also known as Belen (Witness) | Defendants are believed to have Ms. Moraza's or Ms. Hereida's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 40. Angelica Jauregui or Angela Javregui (Witness) | Defendants are believed to have Ms. Jauregui's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|---------------------------------------|------------------------------------------------------|
| | | harassment; and damages. |
| 41. Maria Alvarado (Witness) | c/o Stan Mallison and Hector Martinez Law Offices of Mallison & Martinez 1042 Brown Ave., Suite A Lafayette, CA 94549 (925)283-3842 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 42. Marlen Sanchez (Witness) | c/o Stan Mallison and Hector Martinez Law Offices of Mallison & Martinez 1042 Brown Ave., Suite A Lafayette, CA 94549 (925)283-3842 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 43. Scott Stevenson (Witness) | 665 Winston Dr. Reno, NV 89512-4436 | Likely to have discoverable information regarding the hostile environment. |
| 44. Eduardo Huerta (Witness) | c/o Stan Mallison and Hector Martinez Law Offices of Mallison & Martinez 1042 Brown Ave., Suite A Lafayette, CA 94549 (925)283-3842 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 45. Estella or "Stella" Vasquez (Witness) | Defendants are believed to have Ms. Vasquez' last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 46. Alejandro Bucio (Witness) | c/o Stan Mallison and Hector Martinez | Likely to have discoverable information regarding the |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|---------------------------------------|------------------------------------------------------|
| | Law Offices of Mallison & Martinez 1042 Brown Ave., Suite A Lafayette, CA 94549 (925)283-3842 | hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 47. Johann Mendez (Witness) | Bakersfield, CA (661)205-1515 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 48. Beatriz Huerta (Witness) | c/o Stan Mallison and Hector Martinez Law Offices of Mallison & Martinez 1042 Brown Ave., Suite A Lafayette, CA 94549 (925)283-3842 | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 49. Natalie Vasquez (Witness) | Defendants are believed to have Ms. Vasquez' last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 50. Facil Algaheim (Defendants' employee) | Defendants are believed to have Mr. Algaheim's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; policies, practices, and procedures regarding sex harassment; and damages. |
| 51. Silvia R. Chaleunrath (Defendants' employee) | Defendants are believed to have Ms. Chaleunrath's last known address and | Likely to have discoverable information regarding the hostile environment; policies, practices, and |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|----------------------------------------|------------------------------------------------------|
| | telephone number. | procedures regarding sex harassment; and damages. |
| 52. Adalberto Hernandez (Defendants' employee) | Defendants are believed to have Mr. Hernandez' last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 53. Rene (LNU) (Defendants' employee) | Defendants are believed to have Rene's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 54. Jose Morales (Defendants' employee) | Defendants are believed to have Mr. Morales' last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 55. Carlos (LNU) (Defendants' employee) | Defendants are believed to have Carlos' last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 56. Arturo (LNU) (Defendants' employee) | Defendants are believed to have Arturo's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 57. Allen Juarez (Defendants' supervisor) | Defendants are believed to have Mr. Juarez' last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, |

| Name | Last Known Address & Telephone Number | General Topic(s) On Which Person May Have Information |
|------|---------------------------------------|------------------------------------------------------|
| | | practices, and procedures regarding sex harassment. |
| 58. David Guerrero (Defendants' employee) | Defendants are believed to have Mr. Guerrero's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 59. Jose Esquivel (Defendants' employee) | Defendants are believed to have Mr. Esquivel's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |
| 60. Antonio Duran (Defendants' employee) | Defendants are believed to have Mr. Duran's last known address and telephone number. | Likely to have discoverable information regarding the hostile environment; and Defendants' policies, practices, and procedures regarding sex harassment. |

The Charging Parties and claimants are represented by the EEOC and may only be contacted through counsel for the EEOC identified herein. Defendants or any other party representative is prohibited from engaging in *ex parte* contact with Ms. Morales and the claimants.

Discovery into this matter is continuing. The EEOC reserves the right to amend its disclosures. The Commission anticipates that there may be additional persons who may be able to provide discoverable information. Plaintiff EEOC will continue to identify additional claimants as the information becomes available and reserves the right to include additional claimants should they be discovered at a later point in time after this supplemental disclosure.

## II.   DISCLOSURE REQUIREMENT B

The EEOC identifies the following documents, which are in the possession, custody, or control of the Commission:

> EEOC administrative investigative files (Charge Nos. 480-2006-02932and 480-2007-01134) containing all non-privileged documents, which include, but are not limited to, the charges of discrimination, the letters of determination, the letters of amended determination, the letters of conciliation failure, correspondence from the Commission to Defendants and from Defendants to the Commission, charging parties', claimants', and witness' statements, Javier Vasquez's statement, Jose "Joe" Vasquez's statement, Tom Cazale's statement, Anthony MacFarlane's statement, Erika Morales' personnel file, Javier Vasquez's personnel file, Jose "Joe" Vasquez's personnel file, Defendants' sexual harassment policy, Defendants' harassment training participant's roster, Defendants' training participant's workbook and guides, Defendant's policy regarding employee background checks, Defendants' employee handbook, various documents regarding complaints of sexual harassment, and Defendants' list of employees who worked with Erika Morales and/or Jose "Joe" Vasquez;  a declaration of Johann Mendez; Bakersfield Police Department Report; documents produced by Defendants, which include, but are not limited to, bate stamp nos. D0001-D1124.

Any redaction of documents and/or withholding of documents will be described in a privilege and redaction log.

## III.   DISCLOSURE REQUIREMENT C

The EEOC intends to seek all allowable damages under Title VII of the Civil Rights Act of 1964 and Title I of Civil Rights Act of 1991, including back pay,

1    front pay, interest, compensatory and punitive damages and injunctive relief.

2    Plaintiff seeks the statutory cap on compensatory and punitive damages of

3    $300,000 for each Charging Party and claimant. The EEOC also intends to seek

4    all prohibitive and mandatory injunctive relief available pursuant to the statute.

5        The EEOC reserves the right to supplement its damages estimate if it

6    discovers additional information, including information about other claimants.

7

8    **IV.**    **DISCLOSURE REQUIREMENT D**

9        The EEOC has no insurance coverage information pertaining to the claims

10    alleged in this matter.

11

12    Date: September 30, 2009       Respectfully Submitted,

13                             U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

14                             Anna Y. Park

15                             Victor Viramontes

16                             Lorena Garcia-Bautista
                                By: _Lorena Garcia Bautista_

17                             Attorneys for Plaintiff EEOC

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE

1

2       I am, and was at the time the herein mentioned service took place, a citizen

3   of the United States, over the age of eighteen (18) years and not a party to the

4   above-entitled cause.

5       I am employed in the Legal Unit of the Los Angeles District Office of the

6   United States Equal Employment Opportunity Commission.  My business address

7   is Equal Employment Opportunity Commission, Los Angeles District Office, 255

8   East Temple Street, 4th Floor, Los Angeles, CA 90012.

9       On the date that this declaration was executed, as shown below, I served the

10  foregoing **PLAINTIFF EEOC's FOURTH SUPPLEMENTAL**

11  **DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** by U.S. Mail and

12  facsimile at Los Angeles, County of Los Angeles, State of California, which was

13  addressed as follows:

Stan Mallison
14
Hector Martinez
15  Law Offices of Mallison & Martinez
1042 Brown Ave., Suite A
16  Lafayette, CA 94549
17  925-283-3426, facsimile

18
Laura E. Hayward
19  LITTLER MENDELSON
650 California St., 20th Floor
20  San Francisco, CA 91408-2693
21  415-399-8490, facsimile

22
Keith Jacoby
23  LITTLER MENDELSON
2049 Century Park East, 5th Floor
24  Los Angeles, CA 90067-3107
25  310-553-5583, facsimile

26

27

28
Plaintiff EEOC's Fourth Supplemental Disclosures
Pursuant to Fed. R. Civ. P. 26(a)(1)          -16-

1    Matthew E. Farmer
     LITTLER MENDELSON
2    5200 North Palm Avenue, Suite 302
     Fresno, California 93704
3    (559) 244-7545, facsimile

4

5    I declare under penalty of perjury that the foregoing is true and correct.

6    Executed on September 30, 2009 at Los Angeles, California.

7

8    Lorena Garcia-Bautista

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT J**

**From:** Jacoby, Keith A.
**Sent:** Wednesday, October 21, 2009 3:52 PM
**To:** LORENA GARCIA; VICTOR VIRAMONTES; stan mallison; hectorm@mallisonlaw.com
**Cc:** Farmer, Matthew E.; Hayward, Laura E.
**Subject:** EEOC v. ABM

Victor and Lorena:

I am aware that Lorena is working with Matt on scheduling the rest of the claimants' depositions.  As you know, we have a dispute regarding the three most recently added claimants, and that dispute cannot be circumvented by offering them up for deposition. ABM's position is that class discovery ended in March, and that all of the claimants in this case should have been disclosed at Court conferences that occurred long before now.  I understand from speaking with Victor that the EEOC disagrees, so we will file a motion for a protective order on this issue, seeking to strike these individuals as claimants (of course, they can be witnesses). In the alternative, if the Court is of the view that the adding of these three claimants was proper, requesting that a date certain be set at which time all claimants must be disclosed. The scheduling order agreed to by ABM did not contemplate indefinite, seriatim additions of claimants.

Please confirm your position that at this juncture, you are are not willing to agree to a deadline.  As for the deposition, we would need to defer it, since the person's status as a witness, versus a claimant, is at issue.

**Keith Jacoby,** Shareholder
310.772.7284 direct   310.701.6164 mobile   310.553.5583 fax   kjacoby@littler.com
2049 Century Park East, 5th Floor | Los Angeles, CA 90067-3107



**Littler** | littler.com
Employment & Labor Law Solutions Worldwide