1  LAURA E. HAYWARD, Bar No. 204014
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
4  Email: lhayward@littler.com

5  KEITH A. JACOBY, Bar No. 150233
   LITTLER MENDELSON
6  A Professional Corporation
   2049 Century Park East, 5th Floor
7  Los Angeles, CA  90067.3107
   Telephone:   310.553.0308
8  Facsimile:   310.553.5583
   Email: kjacoby@littler.com
9
   Attorneys for Defendants
10 ABM INDUSTRIES INCORPORATED; ABM
   JANITORIAL SERVICES, INC. and ABM
11 JANITORIAL SERVICES - NORTHERN
   CALIFORNIA, INC.

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15 | U.S. EQUAL EMPLOYMENT              | Case No. 1: 07 CV 01428 LJO-JLT
   | OPPORTUNITY COMMISSION,            |
16 |                                    | **DEFENDANTS' NOTICE OF MOTION AND
   |                Plaintiff,          | MOTION FOR PROTECTIVE ORDER
17 |                                    | PRECLUDING AND/OR RESTRICTING
   | ERIKA MORALES and ANONYMOUS        | DISCLOSURE OF CONFIDENTIAL AND
18 | PLAINTIFFS ONE THROUGH EIGHT,      | PROPRIETARY INFORMATION AND
   |                                    | DOCUMENTS**
19 |           Plaintiff Intervenors,   |
   |                                    | Hearing Date:   February 22, 2010
20 |           v.                       | Time:           9:00 a.m.
   |                                    | Judge:          Hon. Jennifer Thurston
21 | ABM INDUSTRIES INCORPORATED        | Courtroom:      1300 18th St., 1st Floor
   | and ABM JANITORIAL SERVICES,       |                 Bakersfield, CA 93301
22 | INC.; ABM JANITORIAL NORTHERN      |
   | CALIFORNIA; JOE VASQUEZ; Does 1 -  |
23 | 10 inclusive,                      |
   |                                    |
24 |                Defendants.         |

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

NOTICE OF MOTION AND MOTION
FOR PROTECTIVE ORDER                          CASE NO. 1:07 CV 01428 LJO (JLT)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 22, 2010 at 9:00 a.m., in the above-entitled Court located at 1300 18th St., 1st Floor, Bakersfield, California 93301, Defendants ABM INDUSTRIES INCORPORATED, ABM JANITORIAL SERVICES, INC. and ABM JANITORIAL SERVICES - NORTHERN CALIFORNIA, INC. ("Defendants") will and hereby do move the Court for a Protective Order pursuant to Federal Rule of Civil Procedure 26 to preclude and/or restrict the production of highly confidential, proprietary and sensitive information, including Defendants' tax returns and other financial data pertaining to revenue, profits and SEC working papers.

Defendants respectfully request that the following categories of documents either be precluded from production altogether or limited by way of a Protective Order:

- Financial records, including Defendants' tax returns and Accounting Work Papers underlying the SEC filings;
- Minutes from Board of Directors meetings;
- Identities of all officers and managers since 2000, including a managerial organization chart for Defendant ABM Janitorial Services;
- Asset Purchase Agreement for Defendant ABM Janitorial Northern California, Customers Contracts, such as its state-wide contract with Bank of America and contracts with third-party vendors for supplies, Leases Agreements and Licenses;
- Documents showing the relationship between the Defendants back to 2001 and documents outlining the parent holding company's involvement in creating, modifying or eliminating jobs at Defendant ABM Janitorial Northern California; and
- Documents pertaining to the "implementation" of the service agreement, code of conduct and employee handbook.

This Court may exercise its inherent authority to grant the Protective Order, especially where much of the information sought by the EEOC is not publicly available, and production of this sensitive information – especially without confidentiality protection – would be detrimental to Defendants.

---

NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER

CASE NO. 1:07 CV 01428 LJO (JLT)

1   This motion is based on this Notice of Motion and Motion, the Parties' Joint Statement of
2   Discovery Disagreements pursuant to Local Rule 37-251, the Declarations of Keith A. Jacoby and a
3   designated ABM representative, the exhibits attached thereto, the complete files and records of this
4   action, and any oral argument on this motion that the Court shall hear.

Date: February 1, 2010

LITTLER MENDELSON

By: *(signature)*
KEITH A. JACOBY
LAURA E. HAYWARD
Attorneys for Defendants
ABM Industries Incorporated; ABM
Janitorial Services, Inc. and ABM
Janitorial Services - Northern
California, Inc.

Firmwide:93909074.1 054667.1005

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF MOTION AND MOTION
FOR PROTECTIVE ORDER

CASE NO. 1:07 CV 01428 LJO (JLT)