1  LAURA E. HAYWARD, Bar No. 204014
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone:    415.433.1940
4  Email: lhayward@littler.com

5  KEITH A. JACOBY, Bar No. 150233
   LITTLER MENDELSON
6  A Professional Corporation
   2049 Century Park East, 5th Floor
7  Los Angeles, CA 90067.3107
   Telephone:    310.553.0308
8  Facsimile:    310.553.5583
   Email: kjacoby@littler.com
9
   Attorneys for Defendants
10
   ABM INDUSTRIES INCORPORATED; ABM
11 JANITORIAL SERVICES, INC. and ABM
   JANITORIAL NORTHERN CALIFORNIA
12
   (ADDITIONAL COUNSEL LISTED ON NEXT
13 PAGE)

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  U.S. EQUAL EMPLOYMENT<br>     OPPORTUNITY COMMISSION,<br>17<br>                    Plaintiff,<br>18<br>     ERIKA MORALES and ANONYMOUS<br>19   PLAINTIFFS ONE THROUGH EIGHT,<br>20              Plaintiff Intervenors,<br>21        v.<br>22   ABM INDUSTRIES INCORPORATED<br>     and ABM JANITORIAL SERVICES,<br>23   INC.; ABM JANITORIAL NORTHERN<br>     CALIFORNIA; JOE VASQUEZ; Does 1 -<br>24   10 inclusive,<br>25              Defendants. | Case No. 1: 07 CV 01428 LJO-BAK GSA<br><br>**JOINT STIPULATION TO MOVE HEARING DATE ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER PRECLUDING AND/OR RESTRICTING DISCLOSURE OF CONFIDENTIAL AND PROPRIETARY INFORMATION AND DOCUMENTS** |

26
27
28

1  Anna Y. Park, SBN 164242
   Victor Viramontes, SBN 214158
2  Lorena Garcia-Bautista, SBN 234091
   U.S. EQUAL EMPLOYMENT
3  OPPORTUNITY COMMISSION
   255 East Temple Street, 4th Floor
4  Los Angeles, CA 90012
   Telephone: (213) 894-1108
5  Facsimile: (213) 894-1301
   Attorneys for Plaintiff
6  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

JOINT STIPULATION MOVING
HEARING DATE                    2.          CASE NO. 1:07 CV 01428 LJO BAK GSA

The parties hereto, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Defendants ABM Industries, Incorporated, ABM Janitorial Services, Inc., and ABM Janitorial Services - Northern California, Inc.'s ("Defendants") Motion for Protective Order Precluding and/or Restricting Disclosure of Confidential and Proprietary Information and Documents is currently set to be heard on February 22, 2010 at 9:00 a.m.;

WHEREAS, the parties are currently in the process of completing voluminous and time consuming discovery, and the intervening holiday would shorten the time for the joint filing;

WHEREAS, Plaintiff's counsel requested that Defendants move the hearing date on their Motion for Protective Order Precluding and/or Restricting Disclosure of Confidential and Proprietary Information to March 1, 2010;

IT IS HEREBY STIPULATED AND AGREED, by and through the parties' respective counsel of record, that the hearing date on Defendants' Motion for Protective Order Precluding and/or Restricting Disclosure of Confidential and Proprietary Information and Documents be moved to March 1, 2010 at 9:00 a.m.

IT IS SO STIPULATED.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco CA 94108 2693
415 433 1940

JOINT STIPULATION MOVING
HEARING DATE

CASE NO. 1:07 CV 01428 LJO BAK GSA

1  Dated: February 8, 2010

                                            /s/
                                            KEITH A. JACOBY
                                            LAURA E. HAYWARD
                                            LITTLER MENDELSON
                                            A Professional Corporation
                                            Attorneys for Defendants
                                            ABM INDUSTRIES INCORPORATED;
                                            ABM JANITORIAL SERVICES, INC. and
                                            ABM JANITORIAL NORTHERN
                                            CALIFORNIA

Dated: February 8, 2010

                                            /s/
                                            ANNY Y. PARK
                                            VICTOR VIRAMONTES
                                            LORENA GARCIA
                                            U.S. EQUAL EMPLOYMENT
                                            OPPORTUNITY COMMISSION
                                            Attorneys for Plaintiff

IT IS SO ORDERED:

Dated: February ___, 2010

                                            _____
                                            HON. JENNIFER L. THURSTON

Firmwide:93984669.1 054667.1005

JOINT STIPULATION MOVING HEARING DATE    2.    CASE NO. 1:07 CV 01428 LJO BAK GSA