# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFF'S ONE THROUGH EIGHT<br><br>                Plaintiff-Intervenors<br>v.<br><br>ABM INDUSTRIES INCORPORATED, et al.<br><br>                Defendants. | 1:07-cv-01428 LJO JLT<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER TO MARCH 1, 2010<br><br>[Doc 155] |

On February 1, 2010, defendants' (referred collectively here as "ABM") filed a motion for a protective order under Fed. R. Civ. P. 26 relating to production of documents that they contend are confidential, proprietary and sensitive. ABM scheduled the hearing on this motion to be heard on February 22, 2010. In the meantime, a third-party filed a motion to intervene in the matter. The hearing on this motion to intervene is scheduled for March 1, 2010 at 10:00 a.m.

On February 8, 2010, the parties stipulated to continue the hearing on ABM's motion for protective order to March 1, 2010. Because this continuance serves the convenience of the parties and

1

judicial economy, the Court GRANTS the motion to continue the matter to March 1, 2010 but the matter will be heard at 10:00 a.m. concurrently with the motion to intervene.

IT IS SO ORDERED.

Dated: **February 9, 2010**    /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2