IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFF'S ONE THROUGH EIGHT<br><br>　　　　Plaintiff-Intervenors<br>　v.<br><br>ABM INDUSTRIES INCORPORATED, et al.<br><br>　　　　Defendants. | 1:07-cv-01428 LJO JLT<br><br>ORDER CONTINUE HEARING ON DEFENDANTS' MOTION FOR SANCTIONS AND MANDATING FURTHER MEDIATION TO MARCH 1, 2010 AT 10:00 A.M.<br><br>[Doc 138] |

　　　On January 13, 2010, defendants' (referred collectively here as "ABM") filed a motion for a sanctions against the plaintiffs and seeking an order mandating further mediation. ABM scheduled the hearing on this motion to be heard on February 22, 2010. In the meantime, a third-party filed a motion to intervene in the matter. The hearing on this motion to intervene is scheduled for March 1, 2010 at 10:00 a.m. Since this time, ABM filed a motion for protective order related to production of certain documents. The parties have stipulated that the hearing on the motion for protective order will be heard on March 1, 2010.

1

1   In order to preserve judicial resources, the Court ORDERS the motion for a sanctions against the
2 plaintiffs and mandating further mediation will be continued to March 1, 2010 at 10:00 a.m. concurrently
3 with the other motions on calendar.

IT IS SO ORDERED.

Dated: **February 9, 2010**   /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE