1   LAURA E. HAYWARD, Bar No. 204014
    LITTLER MENDELSON
2   A Professional Corporation
    650 California Street, 20th Floor
3   San Francisco, CA  94108.2693
    Telephone:    415.433.1940
4   Email: lhayward@littler.com

5   KEITH A. JACOBY, Bar No. 150233
    LITTLER MENDELSON
6   A Professional Corporation
    2049 Century Park East, 5th Floor
7   Los Angeles, CA  90067.3107
    Telephone:    310.553.0308
8   Facsimile:    310.553.5583
    Email: kjacoby@littler.com

9
    Attorneys for Defendants
10  ABM INDUSTRIES INCORPORATED; ABM
    JANITORIAL SERVICES, INC. and ABM
11  JANITORIAL SERVICES- NORTHERN
    CALIFORNIA, INC.

12

13              UNITED STATES DISTRICT COURT

14             EASTERN DISTRICT OF CALIFORNIA

15  U.S. EQUAL EMPLOYMENT            Case No. 1: 07 CV 01428 LJO-JLT
    OPPORTUNITY COMMISSION,
16                                   **DECLARATION OF MATTHEW E.**
                Plaintiff,           **FARMER RE: COURT REQUIRED**
17                                   **STIPULATED PROTECTIVE ORDER**
    ERIKA MORALES and ANONYMOUS
18  PLAINTIFFS ONE THROUGH EIGHT,
                                     Judge:    Hon. Jennifer L. Thurston
19              Plaintiff Intervenors,

20        v.

21  ABM INDUSTRIES INCORPORATED
    and ABM JANITORIAL SERVICES,
22  INC.; ABM JANITORIAL SERVICES-
    NORTHERN CALIFORNIA; JOE
23  VASQUEZ; Does 1 - 10 inclusive,

24              Defendants.

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

**DECLARATION OF MATTHEW E. FARMER
RE: COURT REQUIRED STIPULATED
PROTECTIVE ORDER**                          **CASE NO. 1: 07 CV 01428 LJO-JLT**

**DECLARATION OF MATTHEW E. FARMER**

I, Matthew E. Farmer, declare and state as follows:

1.      I am an attorney admitted to practice before this Court.  I am an attorney with Littler Mendelson, a Professional Corporation, counsel of record for Defendants ABM Industries Incorporated, ABM Janitorial Services, Inc., and ABM Janitorial Services- Northern California, Inc. ("Defendants").  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently to each fact.

2.      On February 5, 2010, the Court issued its Order Granting In Part and Denying In Part EEOC's Motion to Compel Defendant ABM Janitorial Services Northern California to Respond and Produce Responsive Documents ("Order"), which in relevant part required the parties to submit a stipulated form of protective order for the Court's consideration as to any complainant/claimant or alleged harasser whose name appears in full as part of Defendant's anticipated production in response to the Order.  The parties were directed to submit a stipulated protective order within ten days of the Order (which would be February 15, 2010).

3.      On February 10, 2010, Laura Hayward, another attorney with my firm who also represents Defendants, sent an e-mail to all counsel attaching a proposed stipulated protective order that was designed to meet the requirements of the Order.  A true and correct copy of that e-mail, together with its attachments, are attached hereto as Exhibit "A," and incorporated herein by this reference.

4.      In the morning of February 11, 2010, I received a call from Victor Viramontes, one of the attorneys for the EEOC.  Mr. Viramontes at that time advised me that he and his client were still considering the proposed stipulated protective order sent by Ms. Hayward.

5.      Later in the early evening on February 11, 2010, Mr. Viramontes sent an e-mail to all relevant counsel, myself included, regarding the proposed stipulated protective order.  A true and correct copy of that e-mail is attached as Exhibit "B," and incorporated herein by this reference.  As can be seen in that e-mail, Mr. Viramontes said the matter was still being considered and that a response would be forthcoming the next day.

///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

DECLARATION OF MATTHEW E. FARMER
RE: COURT REQUIRED STIPULATED
PROTECTIVE ORDER                    1.                    CASE NO. 1: 07 CV 01428 LJO-JLT

6.     Having heard nothing further from Mr. Viramontes, I sent him an e-mail at 9:40 a.m. in the morning of February 12, 2010 regarding the status of the EEOC's review of the proposed stipulated protective order.  A true and correct copy of my e-mail is attached hereto as Exhibit "C," and incorporated herein by this reference.  I followed that e-mail up with a telephone call to Mr. Viramontes at about 10:00 a.m.  Unfortunately, Mr. Viramontes was not available.  As such, I left Mr. Viramontes a message inquiring about the status of the stipulated protective order.  I further asked for him to call me back.

7.     By three p.m. on February 12, 2010, I had heard nothing further from Mr. Viramontes.  Based upon that, and the fact February 15, 2010 is a Court holiday, I went ahead and filed this declaration with the Court.

8.     Defendants request that the proposed stipulated protective order (included within Exhibit "A") be made the order of the Court.  The proposed stipulation was circulated to all counsel and Defendants never received an objection to its language or contents.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 12th day of February, 2010 at Fresno, California.

S/ Matthew E. Farmer
_____
MATTHEW E. FARMER

Firmwide:94089576.1 054667.1005

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

**DECLARATION OF MATTHEW E. FARMER RE: COURT REQUIRED STIPULATED PROTECTIVE ORDER**        2.        **CASE NO. 1: 07 CV 01428 LJO-BAK GSA**

**Exhibit A**

## Farmer, Matthew E.

| | |
|---|---|
| **From:** | Hayward, Laura E. |
| **Sent:** | Wednesday, February 10, 2010 7:43 PM |
| **To:** | VICTOR.VIRAMONTES@EEOC.GOV; LORENA.GARCIA@EEOC.GOV; stanm@mallisonlaw.com; hectorm@mallisonlaw.com |
| **Cc:** | Jacoby, Keith A.; Farmer, Matthew E.; Robinson, Lauren E. |
| **Subject:** | Protective Order Stipulation |

**Attachments:** Document.pdf; 94058210_1.doc

All:

Attached please find a stipulation I have drafted which references the Protective Order already in place in this case. I have attached the prior Order for your convenience as well. Magistrate Goldner signed that order in Jan 2009 when defendants were asked to produce certain information concerning complaints made by ABM employees. As I stated earlier, I believe this Protective Order will protect the additional information that ABM is producing pursuant to the Court's Feb 5th Order. Thus, I suggested we submit this Stipulation referring the Judge to our prior order.

I asked you to get back to me on this issue today if possible, but I have yet to hear from you. Please direct your response to Matt Farmer who will be handling this issue in my absence. This (or something else containing the parties' respective positions) needs to be filed on Friday due to the holiday on Monday.

Thanks, Laura

**Laura E. Hayward,** Shareholder
415.677.3180 direct   415.743.6665 fax  lhayward@littler.com
650 California Street, 20th Floor | San Francisco, CA 94108-2693

# Littler | littler.com
Employment & Labor Law Solutions Worldwide

1   LAURA E. HAYWARD, Bar No. 204014
    LITTLER MENDELSON
2   A Professional Corporation
    650 California Street, 20th Floor
3   San Francisco, CA  94108.2693
    Telephone:    415.433.1940
4   Email:  lhayward@littler.com

5   KEITH A. JACOBY, Bar No. 150233
    LITTLER MENDELSON
6   A Professional Corporation
    2049 Century Park East, 5th Floor
7   Los Angeles, CA  90067.3107
    Telephone:    310.553.0308
8   Facsimile:    310.553.5583
    Email:  kjacoby@littler.com

9
    Attorneys for Defendants
10
    ABM INDUSTRIES INCORPORATED; ABM
11  JANITORIAL SERVICES, INC. and ABM
    JANITORIAL NORTHERN CALIFORNIA
12
    (ADDITIONAL COUNSEL LISTED ON NEXT
13  PAGE)

14                  UNITED STATES DISTRICT COURT

15                  EASTERN DISTRICT OF CALIFORNIA

16  U.S. EQUAL EMPLOYMENT              Case No. 1: 07 CV 01428 LJO-BAK GSA
    OPPORTUNITY COMMISSION,
17                                     **JOINT STIPULATION RE: PROTECTIVE**
                  Plaintiff,           **ORDER IN RESPONSE TO COURT'S**
18                                     **FEBRUARY 5, 2010 ORDER RE: EEOC'S**
    ERIKA MORALES and ANONYMOUS        **DISCOVERY MOTION**
19  PLAINTIFFS ONE THROUGH EIGHT,

20                  Plaintiff Intervenors,

21          v.

22  ABM INDUSTRIES INCORPORATED
    and ABM JANITORIAL SERVICES,
23  INC.; ABM JANITORIAL NORTHERN
    CALIFORNIA; JOE VASQUEZ; Does 1 -
24  10 inclusive,

25                  Defendants.

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

**JOINT STIPULATION RE: PROTECTIVE**          **CASE NO. 1:07 CV 01428 LJO BAK GSA**
**ORDER**

1   Anna Y. Park, SBN 164242
    Victor Viramontes, SBN 214158
2   Lorena Garcia-Bautista, SBN 234091
    U.S. EQUAL EMPLOYMENT
3   OPPORTUNITY COMMISSION
    255 East Temple Street, 4th Floor
4   Los Angeles, CA 90012
    Telephone: (213) 894-1108
5   Facsimile: (213) 894-1301
    Attorneys for Plaintiff
6   U.S. EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

**JOINT STIPULATION RE: PROTECTIVE ORDER**          2.          **CASE NO. 1:07 CV 01428 LJO BAK GSA**

1       The parties hereto, by and through their respective counsel, hereby stipulate as

2   follows:

3       WHEREAS, on February 5, 2010, the Court issued an Order Granting In Part and

4   Denying In Part EEOC's Motion to Compel Defendant ABM Janitorial Services Northern California

5   to Respond and Produce Responsive Documents, which in relevant part required the parties to

6   submit a stipulated form of protective order for the Court's consideration as to any

7   complainant/claimant or alleged harasser whose name appears in full as part of Defendant's

8   anticipated production in response to the Court's February 5th Order;

9       WHEREAS, the parties previously entered into a Stipulated Protective Order which

10   was approved by this Court on January 14, 2009, attached hereto as Exhibit "A";

11       WHEREAS, the parties believe that the January 14, 2009 Protective Order will keep

12   confidential the names of any complainant/claimant or alleged harasser identified as part of

13   Defendant's anticipated production in response to the Court's February 5th Order;

14       IT IS HEREBY STIPULATED AND AGREED, by and through the parties'

15   respective counsel of record, that the January 14, 2009 Protective Order will continue to apply to any

16   complainant/claimant or alleged harasser identified as part of Defendant's production in response to

17   the Court's February 5th Order.

18

19       IT IS SO STIPULATED.

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

**JOINT STIPULATION RE: PROTECTIVE ORDER**        CASE NO. 1:07 CV 01428 LJO BAK GSA

1    Dated:  February 12, 2010

2
                                            _____
3                                           KEITH A. JACOBY
                                            LAURA E. HAYWARD
4                                           LITTLER MENDELSON
                                            A Professional Corporation
5                                           Attorneys for Defendants
                                            ABM INDUSTRIES INCORPORATED;
6                                           ABM JANITORIAL SERVICES, INC. and
                                            ABM JANITORIAL NORTHERN
7                                           CALIFORNIA

8
9    Dated: February 12, 2010

10
                                            _____
11                                          ANNY Y. PARK
                                            VICTOR VIRAMONTES
12                                          LORENA GARCIA
                                            U.S. EQUAL EMPLOYMENT
13                                          OPPORTUNITY COMMISSION
                                            Attorneys for Plaintiff

14

15   IT IS SO ORDERED:

16
17   Dated:  February ___, 2010
                                            _____
18                                          HON. JENNIFER L. THURSTON

19

20

21

22   Firmwide:94058210.1 054667.1005

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

**JOINT STIPULATION RE: PROTECTIVE**            2.            **CASE NO. 1:07 CV 01428 LJO BAK GSA**
**ORDER**

1   KEITH A. JACOBY, Bar No. 150233
    LITTLER MENDELSON
2   A Professional Corporation
    2049 Century Park East, 5th Floor
3   Los Angeles, CA 90067.3107
    Telephone:    (310)553-0308
4   Facsimile:    (310)553-5583
    kjacoby@littler.com
5

6   LAURA E. HAYWARD, Bar No. 204014
    LITTLER MENDELSON
7   A Professional Corporation
    650 California Street, 20th Floor
8   San Francisco, CA 94108.2693
    Telephone:    (415) 433-1940
9

    Attorney for Defendants
10  ABM INDUSTRIES INCORPORATED; ABM
    JANITORIAL SERVICES, INC. and ABM
11  JANITORIAL NORTHERN CALIFORNIA

12                          UNITED STATES DISTRICT COURT

13                          EASTERN DISTRICT OF CALIFORNIA

14

15  U.S. EQUAL EMPLOYMENT              Case No. 1: 07 CV 01428 LJO-TAG
    OPPORTUNITY COMMISSION,
                                       STIPULATED PROTECTIVE ORDER
16                 Plaintiff,

17  ERIKA MORALES and ANONYMOUS
    PLAINTIFFS ONE THROUGH EIGHT,
18
                   Plaintiff Intervenors,
19
          v.
20
    ABM INDUSTRIES INCORPORATED
21  and ABM JANITORIAL SERVICES,
    INC.; ABM JANITORIAL NORTHERN
22  CALIFORNIA; JOSE VASQUEZ; Does 1
    - 10 inclusive,
23
                   Defendants.
24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED PROTECTIVE ORDER                    CASE NO. 1:07 CV 01428 LJO (TAG)

1            Documents and information subject to discovery in this action reflect, or may reflect,

2 confidential corporate information of Defendants ABM INDUSTRIES, INC. and ABM JANITORIAL

3 SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA ("Defendants") and/or

4 confidential information regarding the employees and/or former employees of Defendants. The

5 following Stipulation and Protective Order shall govern the production, disclosure, and use of such

6 confidential information in this action.

7            IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through

8 their respective undersigned counsel, that a Court may enter the following Protective Order pursuant to

9 Federal Rules of Civil Procedure 26(c) and 37(b), and Local Rules 39-140 and 39-141, in this action as

10 follows:

11            1.     Confidential Information

12            For purposes of this Protective Order, "confidential information" means any type or

13 classification of information, whether originals, copies or in redacted form, that would reveal the

14 following information:

15            (a)     Addresses, phone numbers, and other contact information of Defendants'

16 current or former employees.

17            (b)     Documents pertaining to complaints of sexual assault and/or sexual

18 harassment allegedly occurring in Defendant's workplace.

19            No information shall be claimed to be confidential unless counsel making the claim

20 has a reasonable, good faith belief that the information meets the criteria specified above. Once so

21 designated, confidential information shall be subject to the protection of this Protective Order unless

22 such protection is expressly waived in writing by all of the stipulating parties or removed in whole or

23 in part upon further order of the Court.

24            2.     Time and Manner of Designation

25            Counsel may designate documents and writings as confidential at the time of

26 production any time during a deposition, or within thirty (30) days after delivery of deposition

27 transcripts containing confidential documents. Any confidential documents inadvertently not

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED PROTECTIVE ORDER     2.     CASE NO. 1:07 CV 01428 LJO (TAG)

1    designated as confidential at the time of production or within thirty (30) days after delivery of

2    deposition transcripts may be designated as confidential at any time prior to trial.

3            The failure to designate information in accordance with this Protective Order or the

4    failure to object to a designation at a given time shall not preclude the filing of a motion at a later

5    time seeking to impose such a designation or challenge the propriety thereof.

6        3.    Coverage

7            This Protective Order shall control the pretrial production, disclosure, and use of

8    confidential information revealed by or to the stipulating parties or any of them, through deposition,

9    through interrogatory responses, through production of documents, through other discovery, or

10    through informal means. This Protective Order shall not constitute or be deemed to constitute any

11    admission by any of the stipulating parties or a determination by the Court as to any contested issue

12    in this case, including, without limitation, the existence or non-existence of a privacy interest or

13    privilege relating to said confidential information or its admissibility at trial.

14        4.    Use of Confidential Information at Trial Not Covered

15            This Protective Order applies only to information disclosed in the course of pretrial

16    discovery in this action. Counsel for the stipulating parties agree to negotiate in good faith with

17    respect to the procedure for utilizing confidential information at the trial of this action. Any dispute,

18    regarding the use of any confidential information at the trial of this action will be resolved by the

19    trial court.

20        5.    Limits on Disclosure and Use

21            Documents and information obtained in discovery and designated confidential

22    pursuant to this Protective Order shall only be disclosed to the following persons and entities for a

23    purpose related to the prosecution and/or defense of this action:

24            a.    The Parties;

25            b.    The attorneys and legal staff of the Parties;

26            c.    Witnesses, experts, consultants and other independent contractors

27                retained or employed to consult with, advise or assist counsel in the

28                preparation for or trial of this case, all of whom must agree in writing

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
550 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED PROTECTIVE ORDER        3.        CASE NO. 1:07 CV 01428 LJO (TAG)

1                        to abide by this Order by signing the forms attached hereto as Exhibit

2                        "A." Said forms are to be kept in the custody of the respective parties

3                        and shall be submitted to the Court in camera only if requested by the

4                        Court.;

5               d.      Employee or former employees of Defendants, which are not required

6                        to abide by this Order or sign any forms related to this Order if they

7                        only wish to see their own employment-related records;

8               e.      Court personnel, including judges, ~~court commissioners~~, court

9                        reporters, law clerks, clerks and jurors engaged in proceedings in this

10                        case;

11               f.      Any governmental entity in response to a legitimate subpoena or

12                        administrative order from such governmental entity, which is

13                        authorized to issue the same, and the party receiving such subpoena or

14                        administrative order shall give prompt written notice by facsimile

15                        service of the receipt of such subpoena or order to other parties in this

16                        action, so that any party may make objection to the subpoena or order

17                        to the extent permitted by law; and

18               g.      In accordance with further orders of this Court.

19      As discussed further in paragraph 8 below, nothing in this Protective Order shall prevent any

20  party from seeking to modify the terms of the Protective Order. When one party has expressly

21  designated information as confidential in conformity with paragraphs 1 and 2 above, then the other

22  parties and their respective counsel shall safeguard such designated confidential information against

23  disclosure.

24      With respect to all parties other than the EEOC, information and documents subject to this

25  Protective Order may be used only in connection with this litigation and not for any other legal,

26  business or competitive purpose. With respect to all parties other than the EEOC, information sought

27  and received pursuant to this Order, and any further information arising therefrom, may not be used

28  in any other action pending against any party to this protective order that is unrelated to this action.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

STIPULATED PROTECTIVE ORDER      4.      CASE NO. 1:07 CV 01428 LJO (TAG)

1    With respect to all parties other than the EEOC, the parties to this Order agree that they will not use

2    information obtained through this Order as a means of obtaining discovery in any other civil action

3    or administrative proceeding. With respect to all parties other than the EEOC, the confidential

4    information is to be used for the purpose to the prosecution and/or defense of this action.

5         With respect to the EEOC, nothing in this Order should be construed to prohibit the EEOC

6    from using the confidential information for any other purposes authorized by statute (Title VII, 42

7    U.S.C. §§ 2000e *et seq.*), including the investigation and litigation of other matters.   To the extent

8    that the confidential information is to be used in this litigation, the EEOC is willing to abide by this

9    protective order.  To the extent that the confidential information is be to be used for other purposes

10   authorized by statute to the EEOC, including investigation of other matters, the EEOC is to follow

11   the confidentiality provisions as stated in 706(b) and 709(e) of Title VII of the Civil Rights Act of

12   1963, 42 U.S.C. §§ 2000e-5(b), 8(e).

13        If any information or documents subject to this Protective Order are furnished to any

14   federal government agency by any party, the party furnishing the information or document shall

15   simultaneously notify the agency of the existence of this Protective Order and provide a copy of this

16   Order to the agency.

17        This Order is entered solely for the purpose of facilitating the exchange of documents

18   and information between the parties to this action without involving the Court unnecessarily in the

19   process. Nothing in this Order, nor the production of any information or document under the terms

20   of this Order, nor any proceedings pursuant to this Order, shall be deemed to have the effect of an

21   admission or waiver by either party or of altering the confidentiality or nonconfidentiality of any

22   such document or information or altering any existing obligation of any party or the absence thereof.

23   The parties to this Order agree that they will not use this Order or the existence of this Order to limit

24   discovery in any other civil action or administrative proceeding.

25        6.    Lodging or Filings With the Court

26        All confidential information lodged or filed with the Court, and any pleading, motion,

27   deposition or other paper filed with or otherwise submitted to the Court disclosing designated

28   confidential information, shall, as permitted by the Court, (1) be submitted for lodging or filing in

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED PROTECTIVE ORDER          5.          CASE NO. 1:07 CV 01428 LJO (TAG)

1   sealed envelopes as specified in paragraph 7 below, and (2) shall be subject to the Local Rules of
2   this Court with respect to the sealing of documents, which require a separate sealing Order for
3   documents to be sealed and filed, and (3) be available for review only for purposes of this litigation
4   by the persons and parties described in paragraph 5 as eligible to receive designated and confidential
5   information.

6

7          7.      Notice of Coverage by Order

8          Portions of any pleading, motion, affidavit, transcript of any deposition or other paper
9   filed with the Court which constitutes, identifies, quotes or refers to designated confidential
10  information shall, as permitted by the Court, be filed with the Court only in sealed envelopes bearing
11  the following statement:

12          **CONFIDENTIAL: THIS ENVELOPE CONTAINS DOCUMENTS**

13          **AND INFORMATION FILED SUBJECT TO A PROTECTIVE ORDER.**

14          Deposition transcripts and other discovery materials which have been designated
15  confidential information will be marked by the court reporter or by the parties or their counsel on the
16  cover of the transcripts or in other prominent locations to reflect this Protective Order.  Pursuant to
17  this Court's Local Rules, a sealing Order is required before any document can be sealed and filed.

18          8.      Modification of Order

19          Material disclosing designated confidential information may be removed from the
20  restrictions of this Protective Order only upon the written agreement of the stipulating parties or by
21  Court Order.

22          In the event that the stipulating parties disagree as to the designation of materials as
23  confidential, or are unable to reach agreement regarding removing from the restrictions of this
24  Protective Order any document or other material claimed to be confidential, the stipulating party
25  contesting confidentiality may, upon motion with notice to the other stipulating party, seek a Court
26  Order removing the contested information from the terms of this Protective Order. Upon noticed
27  motion by either stipulating party, the Court shall have authority to modify the terms of this
28  Protective Order for good cause shown.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED PROTECTIVE ORDER          6.          CASE NO. 1:07 CV 01428 LJO (TAG)

1    9.    Return of Designated Confidential Information by all parties other than the

2          EEOC

3          With respect to all parties other than the EEOC, when the action has terminated by

4    settlement, judgment or dismissal and all appeals have been exhausted, all designated confidential

5    information shall be returned to the party producing the documents, including all copies thereof,

6    upon said party's request. Such request shall be made within sixty (60) days of termination of the

7    action.

8    10.   Destruction or Return of Designated Confidential Information by EEOC

9          With respect to the EEOC, at the final conclusion of this action (including any

10   appeals) and unless the Court orders otherwise, any confidential materials provided to the EEOC, as

11   outlined above, and any copies thereof which have been made shall be stored and destroyed

12   according to the EEOC Records Disposition Program, EEOC Directives Transmittal Order 201.001.

13   At the final conclusion of this action (including any appeals) and unless the Court orders otherwise,

14   any confidential materials provided to parties other than the EEOC shall be returned to the party

15   producing the documents, including all copies thereof, upon said party's request. Such request to

16   any party other than the EEOC shall be made within sixty (60) days of the final conclusion of this

17   action (including any appeals).

18   11.   Limits on Scope of Protective Order

19         Nothing in this Protective Order shall be construed to relieve any party from the

20   obligation to respond timely to discovery requests, nor shall this Protective Order be construed as a

21   waiver of the right to assert any objection to a discovery request. To the extent that a party produces

22   documents or information pursuant to this Protective Order that are covered, or believed in good

23   faith to be covered, by the attorney work product doctrine or attorney-client communication

24   privilege or any other privilege, no wavier of the attorney work product doctrine or attorney-client

25   privilege or any other privilege shall be construed as a result of that production as it relates, or may

26   relate, to the documents produced, or otherwise. Neither shall this Protective Order be construed so

27   as to prejudice the right of any party hereto to file and use a designed document in this Court in

28   connection with motions, pretrial proceedings, settlement conference, trial, or any other hearing or

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATED PROTECTIVE ORDER          7.          CASE NO. 1:07 CV 01428 LJO (TAG)

1   proceeding in this matter, so long as the provisions of this Protective Order are complied with.

2   Nothing in this Protective Order shall operate as an admission by any party that any particular

3   document is, or is not, admissible in evidence at the trial of this action.

4          12.    Counterparts

5          This Stipulation may be executed in counterparts, with any executed counterpart able

6   to serve as the original.

7

8   **IT IS SO STIPULATED.**

LITTLER MENDELSON

9   Date: January 13 , 2009          /s/ Laura E. Hayward

10                                   Keith A. Jacoby
                                     Laura E. Hayward
11                                   Attorneys for Defendant
                                     ABM Industries Incorporated; ABM
12                                   Janitorial Services, Inc. and ABM
                                     Janitorial Services Northern
13                                   California

14

15                                   STRAPP & STRAPP

16   Date: January 13 , 2009          /s/  W. Joseph Strapp
                                      W. Joseph Strapp
17                                    Attorney for Defendant
                                      Jose Vasquez
18

19                                    U.S. EQUAL EMPLOYMENT
                                      OPPORTUNITY COMMISSION
20

21   Date: January 13 , 2009          /s/ Lorena Garcia
                                      Victor Viramontes
22                                    Lorena Garcia
                                      Attorneys for Plaintiff U.S. EEOC
23

24                                    LAW OFFICES OF MALLISON &
                                      MARTINEZ
25

26   Date: January 13 , 2009          /s/ Hector R. Martinez
                                      Stan Mallison
27                                    Hector R. Martinez
                                      Attorneys for Plaintiff- Intervenors
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
850 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED PROTECTIVE ORDER          8.          CASE NO. 1:07 CV 01428 LJO (TAG)

1    **IT IS SO ORDERED.**

2

3    *January 14, 2009*
     Dated                              UNITED STATES *Magistrate Judge*

4

5    Firmwide:88067384.2 054667.1005

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATED PROTECTIVE ORDER**          9.          **CASE NO. 1:07 CV 01428 LJO (TAG)**

EXHIBIT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I,                              , declare under penalty of perjury that I have read in its entirety and

understand the Stipulated Protective Order that was issued by the United States District Court for the

Eastern

~~Central~~ District of California in the case of U.S. Equal Opportunity Commission, et al. v. ABM

Industries Incorporated, et al., Case No. 1:07 CV 01428 LJO-TAG.  I agree to comply with and to be

bound by the terms of this Stipulated Protective Order, which prohibits me from disclosing, in any

manner, any information or item that is subject to this Stipulated Protective Order.  I understand that

failure to so comply could expose me to sanctions and punishment in the nature of contempt.  I

further agree to submit to the jurisdiction of the United States District Court for the Eastern District

of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such

enforcement proceedings occur after termination of this action.


Date:

City and State where sworn and signed:

Printed name:


Signature:

Firmwide:88096274.1 054667.1005

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED PROTECTIVE ORDER          10.          CASE NO. 1:07 CV 01428 LJO (TAG)

**Exhibit B**

## Farmer, Matthew E.

| | |
|---|---|
| **From:** | VICTOR VIRAMONTES [VICTOR.VIRAMONTES@EEOC.GOV] |
| **Sent:** | Thursday, February 11, 2010 5:56 PM |
| **To:** | GARCIA, LORENA; Hayward, Laura E.; hectorm@; stanm@ |
| **Cc:** | Farmer, Matthew E.; Jacoby, Keith A.; LI, DEREK; Robinson, Lauren E. |
| **Subject:** | Re: Protective Order Stipulation |

Dear Counsel,

We do agree to having the protective order generally.  We will get back to you tomorrow about any proposed changes.  I understand from our conversations that this is identical to the previous one with the exception of including the new information.

Victor

>>> "Hayward, Laura E." <LHayward@littler.com> 2/10/2010 7:43 PM >>>
All:

Attached please find a stipulation I have drafted which references the Protective Order already in place in this case.  I have attached the prior Order for your convenience as well.  Magistrate Goldner signed that order in Jan 2009 when defendants were asked to produce certain information concerning complaints made by ABM employees.  As I stated earlier, I believe this Protective Order will protect the additional information that ABM is producing pursuant to the Court's Feb 5th Order.  Thus, I suggested we submit this Stipulation referring the Judge to our prior order.

I asked you to get back to me on this issue today if possible, but I have yet to hear from you.  Please direct your response to Matt Farmer who will be handling this issue in my absence.  This (or something else containing the parties' respective positions) needs to be filed on Friday due to the holiday on Monday.

Thanks, Laura

**Laura E. Hayward,** Shareholder
415.677.3180 direct   415.743.6665 fax  lhayward@littler.com
650 California Street, 20th Floor | San Francisco, CA 94108-2693

# Littler | littler.com
Employment & Labor Law Solutions Worldwide
----

To ensure compliance with requirements imposed by the IRS, we inform you that
any U.S. federal tax advice contained in this document (including any attachments)
is not intended or written to be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing
or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the
intended recipient(s).  Any review, use, distribution or disclosure by others is strictly
prohibited.  If you are not the intended recipient (or authorized to receive for the
recipient), please contact the sender by reply email and delete all copies of this
message.

To reply to our email administrator directly, send an email to postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com

**Exhibit C**

## Farmer, Matthew E.

| | |
|---|---|
| **From:** | Farmer, Matthew E. |
| **Sent:** | Friday, February 12, 2010 9:40 AM |
| **To:** | VICTOR VIRAMONTES; GARCIA, LORENA; Hayward, Laura E.; hectorm@; stanm@ |
| **Cc:** | Jacoby, Keith A.; LI, DEREK; Robinson, Lauren E. |
| **Subject:** | RE: Protective Order Stipulation |

Victor--

Could we please kindly get your response this morning?  I would like to get this squared away before the lunch hour.
Thank you.

**Matthew E. Farmer,**  Of Counsel
559.244.7559 direct   559.570.0359 fax   MFarmer@littler.com
5200 North Palm Avenue, Suite 302 | Fresno, CA 93704-2225

**Littler** | littler.com
Employment & Labor Law Solutions Worldwide

---

**From:** VICTOR VIRAMONTES [mailto:VICTOR.VIRAMONTES@EEOC.GOV]
**Sent:** Thursday, February 11, 2010 5:56 PM
**To:** GARCIA, LORENA; Hayward, Laura E.; hectorm@; stanm@
**Cc:** Farmer, Matthew E.; Jacoby, Keith A.; LI, DEREK; Robinson, Lauren E.
**Subject:** Re: Protective Order Stipulation

Dear Counsel,

We do agree to having the protective order generally.  We will get back to you tomorrow about any proposed changes.  I
understand from our conversations that this is identical to the previous one with the exception of including the new
information.

Victor

>>> "Hayward, Laura E." <LHayward@littler.com> 2/10/2010 7:43 PM >>>
All:

Attached please find a stipulation I have drafted which references the Protective Order already in place in this case.  I
have attached the prior Order for your convenience as well.  Magistrate Goldner signed that order in Jan 2009 when
defendants were asked to produce certain information concerning complaints made by ABM employees.  As I stated
earlier, I believe this Protective Order will protect the additional information that ABM is producing pursuant to the Court's
Feb 5th Order.  Thus, I suggested we submit this Stipulation referring the Judge to our prior order.

I asked you to get back to me on this issue today if possible, but I have yet to hear from you.  Please direct your response
to Matt Farmer who will be handling this issue in my absence.  This (or something else containing the parties' respective
positions) needs to be filed on Friday due to the holiday on Monday.

Thanks, Laura

**Laura E. Hayward,** Shareholder
415.677.3180 direct   415.743.6665 fax   lhayward@littler.com
650 California Street, 20th Floor | San Francisco, CA 94108-2693

**Littler** | littler.com
Employment & Labor Law Solutions Worldwide

----

2/12/2010

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com

## PROOF OF SERVICE

        I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 5200 North Palm Avenue, Suite 302, Fresno, California 93704.2225. On February 12, 2010, I served the within document(s):

    DECLARATION OF MATTHEW E. FARMER RE: COURT
    REQUIRED STIPULATED PROTECTIVE ORDER

☐    by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 559.244.7525. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒    by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Fresno, California addressed as set forth below.

☐    by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐    by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Jose Vasquez
1300 E. 9th Street
Bakersfield, California 93307

        I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

        I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 12, 2010, at Fresno, California.

_____
                    Camile Manning

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704 2225
559 244 7500

Firmwide:93652239.1 054667.1005

PROOF OF SERVICE