

**Marco A. Palau <marco.themmlawfirm@gmail.com>**

# EEOC v. ABM: Zapien, Cardiel
3 messages

---

**Marco A. Palau <mpalau@themmlawfirm.com>**                    **Thu, Feb 18, 2010 at 3:07 PM**
To: "Laura E. Hayward" <lhayward@littler.com>
Cc: Hector Martinez <hectorm@themmlawfirm.com>, Stan Mallison <stanm@mallisonlaw.com>, LORENA GARCIA
<LORENA.GARCIA@eeoc.gov>

Hi Laura,
We received your opposition to intervention. We can address your concerns regarding the two applicant
intervenors already deposed by offering Ms. Zapien and Ms. Cardiel for deposition on matters as to which
defendants have not already questioned these applicant intervenors.

This limited scope of questioning on matters not already covered should relieve the concerns expressed in your
opposition to intervention. We would also like to know what general topics you believe have not been covered
already so that we can agree on appropriate limitations.

If you agree to this proposal, we can coordinate for depositions by the current cut off, Feb 26. By the way, also
confirm that you will notice Maribel Lopez's deposition by this cut-off date as well.

We look forward to your prompt response.

Regards,
Marco A. Palau
mpalau@themmlawfirm.com

---

**Marco A. Palau <mpalau@themmlawfirm.com>**                    **Fri, Feb 19, 2010 at 11:19 AM**
To: "Laura E. Hayward" <lhayward@littler.com>
Cc: Hector Martinez <hectorm@themmlawfirm.com>, Stan Mallison <stanm@mallisonlaw.com>, LORENA GARCIA
<LORENA.GARCIA@eeoc.gov>

Laura, we received your email response confirming the deposition of Ms. Lopez on Feb. 24. Thank you.

However, we have not received your response regarding our proposal for limited scope depositions of Zapien
and Cardiel, who have already been deposed by defendants in this action.

Please let us know as soon as possible if you agree to the proposal and, if so, please advise as to the matters
not already covered in their previous deposition that you intend to ask about, so that we are on the same page.

Regards,
Marco A. Palau
mpalau@themmlawfirm.com

[Quoted text hidden]

---

**Hayward, Laura E. <LHayward@littler.com>**                    **Fri, Feb 19, 2010 at 11:29 AM**

To: "Marco A. Palau" <mpalau@themmlawfirm.com>
Cc: Hector Martinez <hectorm@themmlawfirm.com>, Stan Mallison <stanm@mallisonlaw.com>, LORENA GARCIA <LORENA.GARCIA@eeoc.gov>

We do not intend to continue the depositions of Zapien and Cardiel until and unless the court has allowed them to intervene in the case.

Thanks, Laura
[Quoted text hidden]

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com