Anna Y. Park, SBN 164242
Elizabeth Esparza-Cervantes, SBN 205412
Lorena Garcia, SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
(additional counsel listed on next page)

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, et al.,<br><br>Defendants. | CASE NO. 1:07-CV-01428 LJO (JLT)<br><br>**JOINT STIPULATION SEEKING TELEPHONE CONFERNCE AS TO THE REDACTION OF NAMES ON SEXUAL HARASSMENT COMPLAINTS; ORDER** |

| | |
|---|---|
| 1 | Laura E. Hayward, SBN 204014 |
| | LITTLER MENDELSON |
| 2 | A Professional Corporation |
| 3 | 650 California Street, 20th Floor San Francisco, CA 94108.2693 |
| | Telephone: (415) 433-1940 |
| 4 | Keith A. Jacoby, SBN 150233 |
| 5 | LITTLER MENDELSON |
| | A Professional Corporation |
| 6 | 2049 Century Park East, 5th Floor Los Angeles, CA 90067.3107 |
| 7 | Telephone: (310)553-0308 |
| | Attorney for Defendants |
| 8 | ABM INDUSTRIES INCORPORATED; |
| 9 | ABM JANITORIAL SERVICES, INC. and |
| | ABM JANITORIAL NORTHERN CALIFORNIA |

In a Minute Order of February 17, 2010, the Court instructed the parties to meet and confer so as to seek to narrow areas of disagreement regarding redacted sexual harassment complaint documents that Defendants were ordered to produce. After having unsuccessfully sought to resolve this matter, the parties, by and through their respective counsel, hereby jointly request a telephone conference regarding Plaintiff Equal Employment Opportunity Commission's request for the Court to order the ABM Defendants to reveal previously redacted information in the produced sex harassment investigation documents.

The parties further request an abbreviated briefing schedule to submit letter briefs.

Dated: March 17, 2010

/s/ Elizabeth Esparza-Cervantes
ANNY Y. PARK
ELIZABETH ESPARZA-CERVANTES
LORENA GARCIA
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Attorneys for Plaintiff

Dated:  March 17, 2010

/s/ e-mailed consent to file
KEITH A. JACOBY
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ABM INDUSTRIES INCORPORATED;
ABM JANITORIAL SERVICES, INC. and
ABM JANITORIAL NORTHERN
CALIFORNIA

///

///

///

| | |
|---|---|
| 1 | |
| 2 | ORDER |
| 3 | |

Good cause showing, the Court hereby sets a telephonic conference regarding Plaintiff EEOC's Request for an Order that Defendants reveal previously redacted information in the produced sex harassment investigation documents. The telephonic conference is hereby calendared for March 24, 2010 at 10:00 a.m. If the parties elect, they may file briefs outlining their respective positions by close of business Monday, March 22, 2010. Briefs shall not exceed five pages in length.

IT IS SO ORDERED.

Dated: **March 18, 2010**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE