LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Email: lhayward@littler.com

KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
Email: kjacoby@littler.com

Attorneys for Defendants

ABM INDUSTRIES INCORPORATED; ABM JANITORIAL SERVICES, INC. and ABM JANITORIAL SERVICES - NORTHERN CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOE VASQUEZ; Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1: 07 CV 01428 LJO-JLT<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO SEVER THE FRESNO CLAIMANTS**<br><br>Date: May 25, 2010<br>Time: 8:30 a.m.<br>Judge: Lawrence J. O'Neill<br>Courtroom: 4 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 25, 2010 at 8:30 a.m., in the above-entitled Court located at 2500 Tulare Street, Fresno, California, 93721, Defendants ABM INDUSTRIES INCORPORATED; ABM JANITORIAL SERVICES, INC. and ABM JANITORIAL SERVICES - NORTHERN CALIFORNIA ("Defendants") will and hereby do move the Court for an Order pursuant to Federal Rule of Civil Procedure 21 severing the Fresno Claimants – Maria Olga Birrueta, Irene Bravo, Martha Castaneda Garcia, Ana Gutierrez, Teresa Sanchez, Maria Soccoro Zapien, Delia De Mejia, Hilda Gomez, and Maria Quintero – from this action.

This Motion is brought on the grounds that severance is proper because the claims of the Fresno Claimants in this action do not arise out of or relate to the same transactions or occurrences as the claims of the Bakersfield Claimants, nor do they share a common question of fact or law with the claims of the Bakersfield Claimants. Additionally, trying the two sets of claims together will result in severe prejudice to Defendants and a time-consuming and unmanageable trial.

This motion is based on this Notice of Motion and Motion, Defendants' Memorandum of Points and Authorities in support thereof, the Declaration of Lauren E. Robinson and the exhibits attached thereto filed concurrently herewith the complete files and records of this action, and any oral argument on this motion that the Court shall hear.

Dated: April 27, 2010

/s/
LAURA E. HAYWARD
KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
ABM INDUSTRIES INCORPORATED;
ABM JANITORIAL SERVICES, INC. AND
ABM JANITORIAL SERVICES NORTHERN
CALIFORNIA

Firmwide:94820814.1 054667.1005

NOTICE OF MOTION AND MOTION TO SEVER FRESNO CLAIMANTS

CASE NO. 1:07 CV 01428 LJO JLT