LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Email:  lhayward@littler.com

KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:   310.553.0308
Facsimile:   310.553.5583
Email:  kjacoby@littler.com

Attorneys for Defendants
ABM INDUSTRIES INCORPORATED; ABM JANITORIAL SERVICES, INC. and ABM JANITORIAL NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOE VASQUEZ; Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1:07 CV 01428 LJO-LJT<br><br>**MANUAL FILING NOTIFICATION**<br><br>Hearing Date:  June 17, 2010<br>Time:                8:30 a.m.<br>Judge:               Lawrence J. O'Neill<br>Courtroom:        4 |

Manual filing notification regarding:

ABM DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

ABM DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

DECLARATION OF LAURA E. HAYWARD IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/ INTERVENERS

STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ABM DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

PROPOSED ORDER GRANTING ABM DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed because the above-referenced documents are being filed under seal.

Date: May 7, 2010          By:     */s/Laura E Hayward*
                                   LAURA E. HAYWARD
                                   Attorneys for Defendants
                                   ABM INDUSTRIES INCORPORATED; ABM
                                   JANITORIAL SERVICES, INC. and ABM
                                   JANITORIAL SERVICES -NORTHERN
                                   CALIFORNIA, INC.

Firmwide:95369346.1 054667.1005

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**DEFTS' NOTICE/MOTION FOR SUMMARY ADJUDICATION**          1.          **CASE NO. 1: 07 CV 01428 LJO-JLT**