LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Email: lhayward@littler.com

KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
Email: kjacoby@littler.com

Attorneys for Defendants
ABM INDUSTRIES INCORPORATED; ABM JANITORIAL SERVICES, INC. and ABM JANITORIAL NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOE VASQUEZ; Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1:07 CV 01428 LJO-LJT<br><br>**DEFENDANTS' PROOF OF SERVICE VIA OVERNIGHT DELIVERY**<br><br>Hearing Date: June 17, 2010<br>Time: 8:30 a.m.<br>Judge: Lawrence J. O'Neill<br>Courtroom: 4<br><br>**FILED UNDER SEAL** |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**DEFTS' PROOF OF SERVICE VIA OVERNIGHT DELIVERY**     **CASE NO. 1: 07 CV 01428 LJO-JLT**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108-2693. On May 7, 2010, I deposited with Federal Express true and correct copies of the within documents:

**ABM DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/ INTERVENERS**

**ABM DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS**

**DECLARATION OF LAURA E. HAYWARD IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/ INTERVENERS**

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ABM DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS**

**PROPOSED ORDER GRANTING ABM DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS**

**PROOF OF SERVICE VIA OVERNIGHT DELIVERY**

**PROOF OF SERVICE VIA MAIL ON INDIVIDUAL DEFENDANT**

in sealed Federal Express envelopes, postage fully paid, addressed as follows:

| | |
|---|---|
| Elizabeth Esparza-Cervantes<br>Lorena Garcia-Bautista<br>United States Equal Employment Opportunity Commission<br>255 E. Temple Street, 4th Floor<br>Los Angeles, CA 90012<br>Phone: 213.894.1068<br>Attorneys for Plaintiff U.S. Equal Employment Opportunity Commission | Stan S. Mallison<br>Hector R. Martinez<br>Mallison & Martinez<br>1939 Harrison Street, Suite 730<br>Oakland, CA 94612<br>Phone: 510.832.9999<br>Attorneys for Plaintiff Intervenors |

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**DEFTS' PROOF OF SERVICE VIA OVERNIGHT DELIVERY**   1.   **CASE NO. 1: 07 CV 01428 LJO-JLT**

1  I declare under penalty of perjury under the laws of the State of California that the
2  above is true and correct. Executed on May 7, 2010 at San Francisco, California.

4  */s/ Melissa Bibbs*
   Melissa Bibbs

5  Firmwide:95280910.1 054667.1005

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**DEFTS' PROOF OF SERVICE VIA OVERNIGHT DELIVERY**   2.   **CASE NO. 1: 07 CV 01428 LJO-JLT**