Anna Y. Park (SBN 164242)
Elizabeth Esparza-Cervantes (SBN 205412)
Lorena Garcia-Bautista (SBN 234091)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple St., 4th Floor
Los Angeles, CA. 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>ABM INDUSTRIES INCORPORATED, ABM JANITORIAL SERVICES, INC., and ABM JANITORIAL NORTHERN CALIFORNIA,<br><br>Defendants. | CIVIL NO. 1:07-CV-01428 LJO (JLT)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: June 14, 2010<br>Time: 8:30 a.m.<br>Judge: The Honorable Lawrence O'Neill<br>Courtroom: 4 |

## CERTIFICATE OF SERVICE

I am, and was at the time the herein service took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled case. I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

On the date that this declaration was executed, as shown below, I served the foregoing: **EEOC'S NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION ON DEFENDANTS' FIRST, FOURTH, SEVENTH, NINTH, TWELFTH, THIRTEENTH, FOURTEENTH, FIFTEENTH, SIXTEENTH, SEVENTEETH, TWENTIETH, TWENTY-FIRST, TWEENTY-THIRD, TWENTY-FOURTH, AND TWENTY-SIXTH AFFIRMATIVE DEFENSES**; Memorandum of Points and Authorities; EEOC's Statement of Undisputed Facts; and Declaration of Lorena Garcia-Bautista and Supporting Exhibits, via U.S. mail to the following:

Defendant Jose Vasquez
1300 E. 9th St.
Bakersfield, CA 93307

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2010, at Los Angeles, California.

Lorena Garcia-Bautista
Trial Attorney
lorena.garcia@eeoc.gov

1:07-CV-01428 LJO (JLT)- Certificate of Service         2