LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:  415.433.1940
Email:  lhayward@littler.com

KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583
Email:  kjacoby@littler.com

Attorneys for Defendants

ABM INDUSTRIES INCORPORATED;
ABM JANITORIAL SERVICES, INC. and
ABM JANITORIAL NORTHERN
CALIFORNIA

(ADDITIONAL COUNSEL LISTED ON
NEXT PAGE)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

PROOF OF SERVICE   1.   CASE NO. 1:07 CV 01428 LJO BAK GSA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>　　　　Plaintiff Intervenors,<br><br>　　v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOE VASQUEZ; Does 1 - 10 inclusive,<br><br>　　　　Defendants. | Case No. 1: 07 CV 01428 LJO-BAK GSA<br><br>**PROOF OF SERVICE** |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE　　　2.　　　CASE NO. 1:07 CV 01428 LJO BAK GSA

1  Anna Y. Park, SBN 164242
2  Victor Viramontes, SBN 214158
   Lorena Garcia-Bautista, SBN 234091
3  U.S. EQUAL EMPLOYMENT
4  OPPORTUNITY COMMISSION
   255 East Temple Street, 4th Floor
5  Los Angeles, CA 90012
6  Telephone: (213) 894-1108
   Facsimile: (213) 894-1301
7  Attorneys for Plaintiff
8  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE       3.       CASE NO. 1:07 CV 01428 LJO BAK GSA

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067. On May 10, 2010, I served the within document(s):

**ABM DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO CLAIMANTS AND PARENT CORPORATIONS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO CLAIMANTS AND PARENT CORPORATIONS**

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ABM DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO CLAIMANTS AND PARENT CORPORATIONS**

**DECLARATION OF DANIEL GONZALEZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO CLAIMANTS AND PARENT CORPORATIONS**

**DECLARATION OF KEITH A. JACOBY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO CLAIMANTS AND PARENT CORPORATIONS**

**DECLARATION OF MARIA MILLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO CLAIMANTS AND PARENT CORPORATIONS**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE    4.    CASE NO. 1:07 CV 01428 LJO BAK GSA

**DECLARATION OF TOM CAZALE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO CLAIMANTS AND PARENT CORPORATIONS**

**DECLARATION OF LAUREN E. ROBINSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO CLAIMANTS AND PARENT CORPORATIONS**

☐ by facsimile transmission at or about 11:15 AM on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 310-553-5583. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☐ (By E-mail or electronic transmissions). Based on a court order or an agreement by the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is lerobinson@litter.com.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Fresno, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE                    5.           CASE NO. 1:07 CV 01428 LJO BAK GSA

Jose Vasquez
1300 E. 9th Street
Bakersfield, CA 93307

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 10, 2010, at Los Angeles, California.

_____
Cescily Thomas-McKoy

Firmwide:95390758.1 054667.1005