1  LAURA E. HAYWARD, Bar No. 204014
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
4  Email: lhayward@littler.com

5  KEITH A. JACOBY, Bar No. 150233
   LITTLER MENDELSON
6  A Professional Corporation
   2049 Century Park East, 5th Floor
7  Los Angeles, CA  90067.3107
   Telephone:    310.553.0308
8  Facsimile:    310.553.5583
   Email: kjacoby@littler.com

9

10 Attorneys for Defendants
   ABM INDUSTRIES INCORPORATED; ABM
   JANITORIAL SERVICES, INC. and ABM
11 JANITORIAL NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOE VASQUEZ; Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1:07 CV 01428 LJO-LJT<br><br>**ABM DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS UNDER SEAL**<br><br>Hearing Date:  June 17, 2010<br>Time:  8:30 a.m.<br>Judge:  Lawrence J. O'Neill<br>Courtroom:  4 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**Motion for Leave to File MSA Under Seal**                                   **CASE NO. 1: 07 CV 01428 LJO-JLT**

The ABM Defendants make this Motion to File the following documents under seal:

ABM DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

ABM DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

DECLARATION OF LAURA E. HAYWARD IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/ INTERVENERS

STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ABM DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

PROPOSED ORDER GRANTING ABM DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

This Motion is necessary because the EEOC continues to maintain that the names of the Anonymous Plaintiffs/ Claimants at issue in this lawsuit must be kept out of all public filings. However, the above-referenced documents filed in connection with the ABM Defendants Motion for Summary Adjudication Re: Bakersfield Claimants discuss each of the 12 Bakersfield Claimants/Interveners' claims in detail and attach deposition testimony referencing the individuals by name. There is no way to redact all of the names from these documents and exhibits without them being rendered meaningless. Hayward Decl. ¶2.

To accommodate the EEOC and Interveners, the ABM Defendants, the EEOC and Interveners Counsel entered into a Stipulation, which in part, requested that pursuant to Local Rule 141, the pleadings in support of the ABM Defendant's Motion for Summary Adjudication re: Bakersfield Claimants be allowed to be filed under seal. The Stipulation was filed on 4/29/10 and requested specifically: "permission to file pleadings pertaining to the Bakersfield Claimants under seal as Defendants are prevented from referring to these individuals by name due to the Protective Order entered in this case on July 24, 2008. The pleadings will need to refer to each individual by name and in addition, deposition testimony from each of these individuals' depositions will be attached to the pleadings. Thus, pursuant to Eastern District Local Rule 141, the parties request

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Motion for Leave to File MSA Under Seal   1.   CASE NO. 1: 07 CV 01428 LJO-JLT

1  permission to file pleadings referring to the Bakersfield claimants under seal.  Hayward Decl. ¶3,
2  Exhibit A.

3        On April 30, 2010, the Court approved this portion of the parties' stipulation and
4  granted the parties' request to file the pleadings referencing the Bakersfield Claimants/
5  Interveners under seal.  Hayward Decl. ¶3, Exhibit B.

6        On May 7, 2010, Defendants followed all Local Rules for effectuating a filing under
7  seal. First, Defendants e-filed a Notice of Sealed Event listing all of the documents to be filed under
8  seal. The ABM Defendants then served copies of the documents on the EEOC and Interveners'
9  counsel and e-filed copies of the proofs of service.  Further the ABM Defendants sent a courtesy
10 copy of the filing to Judge O'Neil's courtroom and lodged copies of all referenced depositions.
11 However, when Defendants attempted to manually file the sealed documents with a copy of Judge
12 O'Neil's 4/30/10 Order allowing them to file the documents under seal they were told by the clerk
13 that the papers could not be filed under seal without permission from Judge O'Neil.  Defendants
14 have now been requested by this Court to file a Motion and Proposed Order to File Under Seal.
15 Hayward Decl. ¶4.

16       If the Court denies this Motion to File Under Seal, the ABM Defendants will have no
17 choice but to immediately publicly file the pleadings pertaining to the Bakersfield Claimants over
18 any objections of the EEOC and Interveners.  Hayward Decl. ¶5.

Date:  May 10, 2010          By:     */s/Laura E Hayward*
                                 LAURA E. HAYWARD
                                 Attorneys for Defendants
                                 ABM INDUSTRIES INCORPORATED; ABM
                                 JANITORIAL SERVICES, INC. and ABM
                                 JANITORIAL SERVICES -NORTHERN
                                 CALIFORNIA, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**Motion for Leave to File MSA Under Seal**      2.      **CASE NO. 1: 07 CV 01428 LJO-JLT**