LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Email: lhayward@littler.com

KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
Email: kjacoby@littler.com

Attorneys for Defendants
ABM INDUSTRIES INCORPORATED; ABM JANITORIAL SERVICES, INC. and ABM JANITORIAL NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOE VASQUEZ; Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1:07 CV 01428 LJO-LJT<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS UNDER SEAL**<br><br>Hearing Date: June 17, 2010<br>Time: 8:30 a.m.<br>Judge: Lawrence J. O'Neill<br>Courtroom: 4 |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING REQUEST TO FILE MOTION UNDER SEAL

CASE NO. 1: 07 CV 01428 LJO-JLT

For good cause shown, the ABM Defendants make this Motion to File the following documents under seal:

ABM DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

ABM DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

DECLARATION OF LAURA E. HAYWARD IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/ INTERVENERS

STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ABM DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

PROPOSED ORDER GRANTING ABM DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

IT IS SO ORDERED.

Dated: _____, 2010          _____
                                        HONORABLE LAWRENCE J. O'NEILL

In the alternative, the ABM Defendants are not permitted to file the following documents under seal, and may instead publicly e-file these documents:

ABM DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

ABM DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

DECLARATION OF LAURA E. HAYWARD IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/ INTERVENERS

STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ABM DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER RE: FILING OF MSA UNDER SEAL          1.          CASE NO. 1: 07 CV 01428 LJO-JLT

PROPOSED ORDER GRANTING ABM DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS

IT IS SO ORDERED.

Dated: _____, 2010

_____
HONORABLE LAWRENCE J. O'NEILL

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER RE: FILING OF MSA UNDER SEAL      2.      CASE NO. 1: 07 CV 01428 LJO-JLT