# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT | CASE NO. CV F 07-1428 LJO JLT |
| Plaintiff,<br>and | **ORDER ON MOTION TO FILE UNDER SEAL**<br>(Doc. 225) |
| ERIKA MORALES, et al. | |
| Plaintiff Intervenors,<br>vs. | |
| ABM INDUSTRIES INCORPORATED, et al., | |
| Defendants. | |

In this Title VII sexual harassment action, the parties seek to file under seal the motion for summary adjudication and related documents. On April 29, 2010, the parties filed a stipulation to request permission to file under seal pleadings pertaining to the Bakersfield claimants. This Court's April 30, 2010 Order granted the parties permission to file the documents under seal, ruling: "The parties are permitted to file under seal papers to comply with the protective order."

On May 10, 2010, defendants ABM Industries Inc., ABM Janitorial Services, Inc., ABM Janitorial Northern California ("ABM defendants") moved to file the following documents under seal:

1. ABM defendants' notice of motion and motion for summary adjudication re: Bakersfield claimants/intervenors ("Motion");
2. ADM defendants' memorandum of points and authorities in support of Motion;
3. Declaration of Laura E. Hayward in support of Motion;
4. Statement of Undisputed Facts in support of Motion; and

1

1         5.        Proposed Order Granting ABM defendants' Motion.

2 The ABM defendants move to file the documents under seal, because pursuant to a July 24, 2008
3 Protective Order, the ABM defendants are prevented from referring to these anonymous
4 plaintiffs/claimants by name. The ABM defendants aver that Protective Order continues to be required,
5 because plaintiff EEOC continues to maintain that the names of the anonymous plaintiffs/claims at issue
6 in this action must be kept out of all public filings. The ABM defendants contend that notwithstanding
7 the Protective Order, they are required to refer to each individual by name in the pleadings and attach
8 the individuals' depositions. The ADM defendants further assert that there "is no way to redact all of
9 the names from these documents and exhibits without them being rendered meaningless."

10         This Court, having determined that there is good cause to protect the confidentiality of the
11 information contained in the documents identified above, and pursuant to Local Rule 141, this Court:

12         1.        GRANTS the ABM defendants' motion to file the documents under seal;

13         2.        DIRECTS the clerk of court to file under seal the complete, unredacted versions of the
14             documents identified on page 2, lines 3-8 of this Order; and

15         3.        ORDERS the ABM defendants, **no later than May 24, 2010**, to file a redacted copy of
16             the motion and any supporting papers. The redactions shall be narrowly tailored to
17             protect only that information that is confidential or was deemed confidential.

20 IT IS SO ORDERED.

21 **Dated:   May 11, 2010**                      /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE