1 | Anna Y. Park (SBN164242)
Elizabeth Esparza-Cervantes (SBN 205412)
2 | Lorena Garcia-Bautista (SBN2 34091)
U.S. EQUAL EMPLOYMENT
3 | OPPORTUNITY COMMISSION
255 E. Temple St., 4th Floor
4 | Los Angeles, CA. 90012
Telephone: (213) 894-1108
5 | Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

6

7 | Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
8 | OPPORTUNITY COMMISSION

9

**UNITED STATES DISTRICT COURT**

10

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL NO.  1:07-CV-01428 LJO (JLT) |
| Plaintiff, | **DECLARATION OF SUPERVISORY TRIAL ATTORNEY DEREK LI IN SUPPORT OF EEOC'S MEMORANDUM OF POINTS AND AUTHORITIES OPPOSING DEFENDANTS' MOTION TO SEVER THE FRESNO CLAIMANTS** |
| ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT, | |
| Plaintiff-Intervenors, | |
| vs. | Date:        May 28, 2010 |
| | Time:        8:30 a.m. |
| | Judge:       The Honorable Lawrence O'Neill |
| | Courtroom: 4 |
| ABM INDUSTRIES INCORPORATED, ABM JANITORIAL SERVICES, INC., and ABM JANITORIAL NORTHERN CALIFORNIA, | |
| Defendants. | |

Declaration of EEOC Trial Attorney Derek Li
In Support of EEOC's Memorandum of Points
And Authorities Opposing Defendants' Motion
To Sever the Fresno Claimants

1

I, Derek Li, declare and state:

1.      I am an attorney employed at the Los Angeles District Office of the United States Equal

Employment Opportunity Commission.  I have personal knowledge of the facts stated herein;

and if called as a witness to testify as to the matters stated herein, I could and would competently

do so.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the excerpts of deposition

        transcript of Faisal Algaheim, which was taken on February 18, 2010.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the excerpts of deposition

        transcript of Antonio Bautista, which was taken on January 25, 2010.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the excerpts of deposition

        transcript of Maria Olga Birrueta, which was taken on September 22, 2009.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the excerpts of deposition

        transcript of Irene Bravo, which was taken on September 18, 2009.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the excerpts of deposition

        transcript of Timothy Brekke, which was taken on February 25, 2010.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the excerpts of deposition

        transcript of Lucia Cardiel, which was taken on November 17, 2009.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the excerpts of deposition

        transcript of Tom M. Cazale, which was taken on July 8, 2009.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the excerpts of deposition

        transcript of Francisco Javier Cervantes, which was taken on January 26, 2010.

10.     Attached hereto as Exhibit 9 is a true and correct copy of the excerpts of deposition

        transcript of Delia Rubio De Mejia, which was taken on February 17, 2009.

Declaration of EEOC Trial Attorney Derek Li
In Support of EEOC's Memorandum of Points
And Authorities Opposing Defendants' Motion
To Sever the Fresno Claimants

2

11.     Attached hereto as Exhibit 10 is a true and correct copy of the excerpts of deposition transcript of David Guerrero, which was taken on January 27, 2010.

12.     Attached hereto as Exhibit 11 is a true and correct copy of the excerpts of deposition transcript of Teuila Hanson, which was taken on February 2, 2010.

13.     Attached hereto as Exhibit 12 is a true and correct copy of the excerpts of deposition transcript of Allen Henry Juarez, which was taken on January 27, 2010.

14.     Attached hereto as Exhibit 13 is a true and correct copy of the excerpts of deposition transcript of Jose Guadalupe Morales Lozano, which was taken on February 25, 2010.

15.     Attached hereto as Exhibit 14 is a true and correct copy of the excerpts of deposition transcript of Maria Magana, which was taken on October 27, 2008.

16.     Attached hereto as Exhibit 15 is a true and correct copy of the excerpts of deposition transcript of Maria Miller, which was taken on February 24, 2010.

17.     Attached hereto as Exhibit 16 is a true and correct copy of the excerpts of deposition transcript of Erika Morales, which was taken on July 23, 2008.

18.     Attached hereto as Exhibit 17 is a true and correct copy of the excerpts of deposition transcript of Reyna Morales, which was taken on September 10, 2008.

19.     Attached hereto as Exhibit 18 is a true and correct copy of the excerpts of deposition transcript of Adalberto Rodriguez, which was taken on February 5, 2010.

20.     Attached hereto as Exhibit 19 is a true and correct copy of the excerpts of deposition transcript of Arturo Jimenez Sanchez, which was taken on February 19, 2010.

21.     Attached hereto as Exhibit 20 is a true and correct copy of the excerpts of deposition transcript of Gladys Sanchez, which was taken on October 24, 2008.

22.     Attached hereto as Exhibit 21 is a true and correct copy of the excerpts of deposition transcript of Teresa Sanchez, which was taken on September 21, 2009.

Declaration of EEOC Trial Attorney Derek Li
In Support of EEOC's Memorandum of Points
And Authorities Opposing Defendants' Motion
To Sever the Fresno Claimants

3

23.    Attached hereto as Exhibit 22 is a true and correct copy of the excerpts of deposition transcript of Maria Quintero, which was taken on February 18, 2009.

24.    Attached hereto as Exhibit 23 is a true and correct copy of the excerpts of deposition transcript of Javier Vasquez, which was taken on June 23, 2009.

25.    Attached hereto as Exhibit 24 is a true and correct copy of the excerpts of deposition transcript of Jose G. Vasquez, which was taken on September 24, 2008.

26.    Attached hereto as Exhibit 26 is a true and correct copy of the excerpts of the Supplemental Expert Report dated April 27, 2010 by Michael A. Robbins, President of Extti Incorporated.

27.    Attached hereto as Exhibit 27 is a true and correct copy of the Charge of Discrimination against Defendant ABM Janitorial Services, Inc. filed by Charging Party Erika Morales on or about January 16, 2007 with the EEOC.

28.    Attached hereto as Exhibit 28 is a true and correct copy of the EEOC's Letter of Determination, which was dated April 25, 2007, on the charge filed by Erika Morales.

29.    Attached hereto as Exhibit 29 is a true and correct copy of the EEOC's Notice of Conciliation Failure dated September 26, 2007, with respect to the charge of discrimination filed by Erika Morales.

30.    Attached hereto as Exhibit 30 is a true and correct copy of Plaintiff EEOC's First Amended Complaint—Civil Rights Employment Discrimination (Title VII) dated July 17, 2009.

31.    Attached hereto as Exhibit 31 is a true and correct copy of Plaintiff EEOC's Motion for Partial Summary Judgment.

Declaration of EEOC Trial Attorney Derek Li
In Support of EEOC's Memorandum of Points
And Authorities Opposing Defendants' Motion
To Sever the Fresno Claimants

4

32.     Attached hereto as Exhibit 32 is a true and correct copy of the Charge of Discrimination against Defendant ABM Janitorial Services, Inc. filed by Charging Party Delia DeMejia on or about April 24, 2009 with the EEOC.

33.     Attached hereto as Exhibit 33 is a true and correct copy of the EEOC's Notice of Conciliation Failure dated March 5, 2010, with respect to the charge of discrimination filed by Delia DeMejia.

34.     Attached hereto as Exhibit 34 is a true and correct copy of the EEOC's Letter of Determination, which was dated December 14, 2009, on the charge filed by Delia DeMejia.

35.     Attached hereto as Exhibit 35 is a true and correct copy of the Notice of Charge of Discrimination on or about January 26, 2007 to Defendants ABM Industries Inc. and ABM Janitorial Services, Inc. regarding the Charge filed by Law Office of Mallison & Martinez .

36.     Attached hereto as Exhibit 36 is a true and correct copy of the EEOC's Notice of Conciliation Failure dated September 25, 2007, with respect to the charge of discrimination filed by the Law Offices of Mallison & Martinez.

37.     Attached hereto as Exhibit 37 is a true and correct copy of the EEOC's Letter of Determination, which was dated April 25, 2007, on the charge filed by the Law Offices of Mallison & Martinez.

//

//

Declaration of EEOC Trial Attorney Derek Li
In Support of EEOC's Memorandum of Points
And Authorities Opposing Defendants' Motion
To Sever the Fresno Claimants

5

38.     Attached hereto as Exhibit 38 is a true and correct copy of the Service Agreement between ABM Industries Inc. and ABM Janitorial Services—Northern California dated January 1, 1999.

I declare, under penalty of perjury pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this 14th day of May, 2010 at Los Angeles, California.

_____/s/ Derek Li_____
Derek Li
SupervisoryTrial Attorney
derek.li@eeoc.gov

Declaration of EEOC Trial Attorney Derek Li
In Support of EEOC's Memorandum of Points
And Authorities Opposing Defendants' Motion
To Sever the Fresno Claimants

6

## TABLE OF CONTENTS FOR EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | Excerpts of deposition transcript of Faisal Algaheim, which was taken on February 18, 2010 |
| 2 | Excerpts of deposition transcript of Antonio Bautista, which was taken on January 25, 2010. |
| 3 | Excerpts of deposition transcript of Maria Olga Birrueta, which was taken on September 22, 2009. |
| 4 | Excerpts of deposition transcript of Irene Bravo, which was taken on September 18, 2009. |
| 5 | Excerpts of deposition transcript of Timothy Brekke, which was taken on February 25, 2010. |
| 6 | Excerpts of deposition transcript of Lucia Cardiel, which was taken on November 17, 2009. |
| 7 | Excerpts of deposition transcript of Tom M. Cazale, which was taken on July 8, 2009. |
| 8 | Excerpts of deposition transcript of Francisco Javier Cervantes, which was taken on January 26, 2010. |
| 9 | Excerpts of deposition transcript of Delia Rubio De Mejia, which was taken on February 17, 2009. |
| 10 | Excerpts of deposition transcript of David Guerrero, which was taken on January 27, 2010. |
| 11 | Excerpts of deposition transcript of Teuila Hanson, which was taken on February 2, 2010. |
| 12 | Excerpts of deposition transcript of Allen Henry Juarez, which was taken on January 27, 2010. |
| 13 | Excerpts of deposition transcript of Jose Guadalupe Morales Lozano, which was taken on February 25, 2010. |
| 14 | Excerpts of deposition transcript of Maria Magana, which was taken on October 27, 2008. |
| 15 | Excerpts of deposition transcript of Maria Miller, which was taken on February 24, 2010. |
| 16 | Excerpts of deposition transcript of Erika Morales, which was taken on July 23, 2008. |
| 17 | Excerpts of deposition transcript of Reyna Morales, which was taken on September 10, 2008. |
| 18 | Excerpts of deposition transcript of Adalberto Rodriguez, which was taken on February 5, 2010. |
| 19 | Excerpts of deposition transcript of Arturo Jimenez Sanchez, which was taken on February 19, 2010. |
| 20 | Excerpts of deposition transcript of Gladys Sanchez, which was taken on October 24, 2008. |

Declaration of EEOC Trial Attorney Derek Li
In Support of EEOC's Memorandum of Points
And Authorities Opposing Defendants' Motion
To Sever the Fresno Claimants

7

| 21 | Excerpts of deposition transcript of Teresa Sanchez, which was taken on September 21, 2009. |
|----|---|
| 22 | Excerpts of deposition transcript of Maria Quintero, which was taken on February 18, 2009. |
| 23 | Excerpts of deposition transcript of Javier Vasquez, which was taken on June 23, 2009. |
| 24 | Excerpts of deposition transcript of Jose G. Vasquez, which was taken on September 24, 2008. |
| 25 | Omitted |
| 26 | Excerpts of the Supplemental Expert Report dated April 27, 2010 by Michael A. Robbins, President of Extti Incorporated. |
| 27 | Charge of Discrimination against Defendant ABM Janitorial Services, Inc. filed by Charging Party Erika Morales on or about January 16, 2007 with the EEOC. |
| 28 | EEOC's Letter of Determination, which was dated April 25, 2007, on the charge filed by Erika Morales. |
| 29 | EEOC's Notice of Conciliation Failure dated September 26, 2007, with respect to the charge of discrimination filed by Erika Morales. |
| 30 | Plaintiff EEOC's First Amended Complaint—Civil Rights Employment Discrimination (Title VII) dated July 17, 2009. |
| 31 | Plaintiff EEOC's Motion for Partial Summary Judgment on Defendants' First, Fourth, Seventh, Ninth, Twelfth, Thirteenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth, Twentieth, Twenty-first, Twenty-third, Twenth-fourth, and Twenty-sixth Affirmative Defenses dated May 7, 2010. |
| 32 | Charge of Discrimination against Defendant ABM Janitorial Services, Inc. filed by Charging Party Delia DeMejia on or about April 24, 2009 with the EEOC. |
| 33 | EEOC's Notice of Conciliation Failure dated March 5, 2010, with respect to the charge of discrimination filed by Delia DeMejia. |
| 34 | EEOC's Letter of Determination, which was dated December 14, 2009, on the charge filed by Delia DeMejia. |
| 35 | Charge of Discrimination on or about January 26, 2007 to Defendants ABM Industries Inc. and ABM Janitorial Services, Inc. regarding the Charge filed by Law Office of Mallison & Martinez . |
| 36 | EEOC's Notice of Conciliation Failure dated September 25, 2007, with respect to the charge of discrimination filed by the Law Offices of Mallison & Martinez. |
| 37 | EEOC's Letter of Determination, which was dated April 25, 2007, on the charge filed by the Law Offices of Mallison & Martinez. |
| 38 | Service Agreement between ABM Industries Inc. and ABM Janitorial Services—Northern California dated January 1, 1999. |