Anna Y. Park (SBN164242)
Elizabeth Esparza-Cervantes (SBN 205412)
Lorena Garcia-Bautista (SBN 234091)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple St., 4th Floor
Los Angeles, CA. 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>　　　　Plaintiff-Intervenors,<br><br>　　vs.<br><br>ABM INDUSTRIES INCORPORATED, ABM JANITORIAL SERVICES, INC., and ABM JANITORIAL NORTHERN CALIFORNIA,<br><br>　　　　Defendants. | CIVIL NO. 1:07-CV-01428 LJO (JLT)<br><br>**CERTIFICATE OF SERVICE RE: PLAINTIFF EEOC'S MEMORANDUM OF POINTS AND AUTHORITIES OPPOSING DEFENDANTS' MOTION TO SEVER THE FRESNO CLAIMANTS; DECLARATION AND EXHIBITS**<br><br>Date:　　May 28, 2010<br>Time:　　8:30 a.m.<br>Judge:　　The Honorable Lawrence O'Neill<br>Courtroom: 4 |

1:07-CV-01428 LJO (JLT)- Certificate of Service

1

**CERTIFICATE OF SERVICE**

I am, and was at the time the herein service took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled case. I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

On the date that this declaration was executed, as shown below, I served the foregoing:

1    **PLAINTIFF EEOC'S MEMORANDUM OF POINTS AND AUTHORITIES OPPOSING DEFENDANTS' MOTION TO SEVER THE FRESNO CLAIMANTS;**

2.   **DECLARATION OF PLAINTIFF EEOC'S COUNSEL DEREK LI IN SUPPORT OF EEOC'S MEMORANDUM OF POINTS AND AUTHORITIES OPPOSING DEFENDANTS' MOTION TO SEVER THE FRESNO CLAIMANTS; EXHIBITS**

via CM / ECF through the Court:

Laura E. Hayward
LITTLER MENDELSON
650 California St., 20th Floor
San Francisco, CA 91408-2693
e-mail: lhayward@littler.com

Keith A. Jacoby
LITTLER MENDELSON
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
e-mail: kjacoby@littler.com

Stan Mallison
Hector Martinez
Law Offices of Mallison & Martinez
1042 Brown Ave., Suite A
Lafayette, CA 94549
e-mail: stanm@mallisonlaw.com
e-mail: hectorm@mallisonlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2010, at Los Angeles, California.

/s/ Derek W. Li
_____
Derek W. Li, Trial Attorney

1:07-CV-01428 LJO (JLT)- Certificate of Service

2

# CERTIFICATE OF SERVICE BY MAIL

I am, and was at the time the herein service took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled case. I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

On the date that this declaration was executed, as shown below, I served the foregoing:

**1  PLAINTIFF EEOC'S MEMORANDUM OF POINTS AND AUTHORITIES OPPOSING DEFENDANTS' MOTION TO SEVER THE FRESNO CLAIMANTS;**

**2. DECLARATION OF PLAINTIFF EEOC'S COUNSEL DEREK LI IN SUPPORT OF EEOC'S MEMORANDUM OF POINTS AND AUTHORITIES OPPOSING DEFENDANTS' MOTION TO SEVER THE FRESNO CLAIMANTS; EXHIBITS**

by first class mail to:

Jose Vasquez
1300 E. 9th St.
Bakersfield, CA 93307

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2010, at Los Angeles, California.

/s/ Derek W. Li

Derek W. Li, Trial Attorney

1:07-CV-01428 LJO (JLT)- Certificate of Service

3