LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Email: lhayward@littler.com

KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
Email: kjacoby@littler.com

Attorneys for Defendants
ABM INDUSTRIES INCORPORATED; ABM
JANITORIAL SERVICES, INC. and ABM
JANITORIAL NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff Intervenors,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL NORTHERN CALIFORNIA; JOE VASQUEZ; Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1:07 CV 01428 LJO-LJT<br><br>**PROPOSED ORDER GRANTING ABM DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/INTERVENERS PURSUANT TO F.R.C.P. 56(D)**<br><br>Hearing Date: June 17, 2010<br>Time: 8:30 a.m.<br>Judge: Lawrence J. O'Neill<br>Courtroom: 4<br><br>**REDACTED VERSION** |

Defendants ABM Industries, Inc., ABM Janitorial Services, Inc. and ABM Janitorial Services - Northern California Inc. ("Defendants") Motion for Summary Adjudication re: Bakersfield Claimants/Interveners came before this Court on June 17, 2010 at 8:30 a.m.. Upon review of the Motion, the memorandum of points and authorities in support thereof, the Separate Statement of Undisputed Facts, the supporting declaration of Laura E. Hayward and exhibits thereto, the declaration of Tom Cazale and exhibits thereto, any oral argument by counsel and all other relevant documents on file in this action, and good cause appearing, pursuant to Federal Rule of Civil Procedure 56(d):

1. The first cause of action and EEOC's claim for Discrimination in violation of Title VII is summarily adjudicated in favor of ABM Defendants' as to the claims of Claimant 2, Claimant 4, Claimant 3, Claimant 5, Claimant 6, and Claimant 7 and Claimant 12, Claimant 9, Claimant 8, Claimant 11, and Claimant 10.

2. The second cause of action for Discrimination in violation of FEHA is summarily adjudicated in favor of ABM Defendants' as to the claims of Claimant 2, Claimant 4, Claimant 3, Claimant 5, Claimant 6, and Claimant 7.

3. The third cause of action and EEOC's claim for Hostile Work Environment in violation of Title VII is summarily adjudicated in favor of ABM Defendants' as to the claims of Claimant 2, Claimant 4, Claimant 3, Claimant 5, Claimant 6, and Claimant 7 and Claimants Claimant 12, Claimant 9, Claimant 8, Claimant 11, and Claimant 10.

4. The fourth cause of action for Hostile Work Environment in violation of FEHA summarily adjudicated in favor of ABM Defendants' as to the claims of Claimant 2, Claimant 4, Claimant 3, Claimant 5, and Claimant 7.

5. The fifth cause of action and EEOC's claim for Quid Pro Quo Harassment in violation of Title VII is summarily adjudicated in favor of ABM Defendants' as to the claims of Claimant 2, Claimant 4, Claimant 3, Claimant 5, Claimant 6, and Claimant 7 and Claimant 12, Claimant 9, Claimant 8, Claimant 11, and Claimant 10.

6. The sixth cause of action and EEOC's claim for Retaliation in violation of Title VII is summarily adjudicated in favor of ABM Defendants' as to the claims of Claimant 2,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROPOSED ORDER GRANTING DEFTS'
MOTION FOR SUMMARY
ADJUDICATION

1.

CASE NO. 1: 07 CV 01428 LJO-JLT

Claimant 4, Claimant 3, Claimant 5, Claimant 6, and Claimant 7 and Claimant 12, Claimant 9, Claimant 8, Claimant 11, and Claimant 10.

      7. The seventh cause of action for Retaliation in violation of FEHA is summarily adjudicated in favor of ABM Defendants' as to the claims of Claimant 2, Claimant 4, Claimant 3, Claimant 5, Claimant 6, and Claimant 7.

      8. The eighth cause of action for False Imprisonment is summarily adjudicated in favor of ABM Defendants' as to the claims of Erika Morales, Claimant 2, Claimant 4, Claimant 3, Claimant 6, and Claimant 7.

      9. The ninth cause of action for Assault is summarily adjudicated in favor of ABM Defendants' as to the claims of Erika Morales, Claimant 2, Claimant 4, Claimant 3, and Claimant 7.

      10. The tenth cause of action for Battery is summarily adjudicated in favor of ABM Defendants' as to the claims of Erika Morales, Claimant 2, Claimant 4, Claimant 3, and Claimant 7.

      11. The eleventh cause of action for Intentional Infliction of Emotional Distress is summarily adjudicated in favor of ABM Defendants' as to the claims of Erika Morales, Claimant 2, Claimant 4, Claimant 3, and Claimant 7.

      12. The twelfth cause of action for Negligent Infliction of Emotional Distress summarily adjudicated in favor of ABM Defendants' as to the claims of Erika Morales, Claimant 2, Claimant 4, Claimant 3, and Claimant 7.

      13. The thirteenth cause of action for Aiding and Abetting Harassment, Discrimination and Retaliation in violation of FEHA is summarily adjudicated in favor of ABM Defendants' as to the claims of Claimant 2, Claimant 4, Claimant 3, Claimant 5, and Claimant 7.

      14. The fourteenth cause of action for Failure to Prevent Harassment, Discrimination and Retaliation, in violation of FEHA is summarily adjudicated in favor of ABM Defendants' as to the claims of Claimant 2, Claimant 4, Claimant 3, Claimant 5, and Claimant 7.

      15. The fifteenth cause of action for Negligence is summarily adjudicated in favor of ABM Defendants' as to the claims of Erika Morales, Claimant 2, Claimant 4, Claimant 3, and

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROPOSED ORDER GRANTING DEFTS'
MOTION FOR SUMMARY
ADJUDICATION     2.     CASE NO. 1: 07 CV 01428 LJO-JLT

Claimant 7.

IT IS SO ORDERED.

Dated: _____, 2010

HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

Firmwide:95488377.1 054667.1005

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROPOSED ORDER GRANTING DEFTS'
MOTION FOR SUMMARY
ADJUDICATION

3.

CASE NO. 1: 07 CV 01428 LJO-JLT