1  LAURA E. HAYWARD, Bar No. 204014
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA  94108.2693
   Telephone:  415.433.1940
4  Email: lhayward@littler.com

5  KEITH A. JACOBY, Bar No. 150233
   LITTLER MENDELSON
6  A Professional Corporation
   2049 Century Park East, 5th Floor
7  Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
8  Facsimile:  310.553.5583
   Email: kjacoby@littler.com
9
   Attorneys for Defendants
10 ABM INDUSTRIES INCORPORATED; ABM
   JANITORIAL SERVICES, INC. and ABM
11 JANITORIAL NORTHERN CALIFORNIA

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15 U.S. EQUAL EMPLOYMENT              Case No. 1:07 CV 01428 LJO-LJT
   OPPORTUNITY COMMISSION,
16                                    **ABM DEFENDANTS' NOTICE OF
              Plaintiff,               SUBMISSION OF CONFIDENTIAL
17                                     SETTLEMENT CONFERENCE
   ERIKA MORALES and ANONYMOUS        STATEMENT**
18 PLAINTIFFS ONE THROUGH EIGHT,
                                      Hearing Date:  June 7, 2010
19            Plaintiff Intervenors,  Time:          9:00 a.m.
                                      Judge:         Jennifer L. Thurston
20       v.                           Courtroom:     1300 18th St. Bakersfield, Ca

21 ABM INDUSTRIES INCORPORATED
   and ABM JANITORIAL SERVICES,
22 INC.; ABM JANITORIAL NORTHERN
   CALIFORNIA; JOE VASQUEZ; Does 1 -
23 10 inclusive,

24            Defendants.

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ABM DEFTS' NOTICE OF SUBMISSION
OF CONFIDENTIAL SETTLEMENT                              CASE NO. 1: 07 CV 01428 LJO-JLT
CONFERENCE STATEMENT

1  PLEASE TAKE NOTICE that on May 26, 2010, Defendants ABM INDUSTRIES
2  INCORPORATED; ABM JANITORIAL SERVICES, INC. and ABM JANITORIAL SERVICES-
3  NORTHERN CALIFORNIA, INC. have submitted a Confidential Settlement Conference Statement
4  to The Honorable Jennifer L. Thurston.

Date: May 26, 2010          By: _____
                                 LAURA E. HAYWARD
                                 Attorneys for Defendants
                                 ABM INDUSTRIES INCORPORATED; ABM
                                 JANITORIAL SERVICES, INC. and ABM
                                 JANITORIAL SERVICES -NORTHERN
                                 CALIFORNIA, INC.

Firmwide:95605094.1 054667.1005

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ABM DEFTS' NOTICE OF SUBMISSION
OF CONFIDENTIAL SETTLEMENT            1.            CASE NO. 1: 07 CV 01428 LJO-JLT
CONFERENCE STATEMENT

## PROOF OF SERVICE BY MAIL

I am employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California, 94108. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 26, 2010, I placed with this firm at the above address for deposit with the United States Postal Service true and correct copies of the within documents:

**ABM DEFENDANTS' NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**

in sealed envelopes, postage fully paid, addressed as follows:

Jose Vasquez
1300 E. 9th Street
Bakersfield, CA 93307

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 26, 2010 at San Francisco, California.

_____
Anne Kawase

Firmwide:86040372.1 054667.1005

PROOF OF SERVICE                                    CASE NO. 1:07 CV 01428 LJO JLT