Anna Y. Park (SBN164242)
Elizabeth Esparza-Cervantes (SBN 205412)
Lorena Garcia-Bautista (SBN 234091)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple St., 4th Floor
Los Angeles, CA. 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>　　　　Plaintiff-Intervenors,<br><br>　　vs.<br><br>ABM INDUSTRIES INC.ORPORATED, ABM JANITORIAL SERVICES, INC., and ABM JANITORIAL NORTHERN CALIFORNIA,<br><br>　　　　Defendants. | CIVIL NO. 1:07-CV-01428 LJO (JLT)<br><br>**PLAINTIFF'S APPENDIX OF DEPOSITIONS, EXHIBITS 1 – 40 IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE MOTIONS FOR SUMMARY ADJUDICATION AND/OR JUDGMENT FILED BY DEFENDANTS** |

　　　Plaintiff Equal Employment Opportunity Commission ("EEOC") submits this Appendix of Depositions, Exhibits 1 – 40, in opposition to the motions for summary adjudication and/or judgment filed by Defendants ABM Industries, Inc. ("ABM, Inc."), ABM Janitorial Services, Inc., and ABM Northern California ("ABM N. Cal.") (collectively "Defendants").

1

## APPENDIX OF DEPOSITIONS, EXHIBITS 1 - 40

| Exhibit No. | Description |
|---|---|
| 1 | Excerpts of deposition transcript of Faisal Algaheim, which was taken on February 18, 2010 |
| 2 | Excerpts of deposition transcript of Guadalupe Barron, which was taken on February 24, 2010. |
| 3 | Excerpts of deposition transcript of Antonio Bautista, which was taken on January 25, 2010. |
| 4 | Excerpts of deposition transcript of Gloria Bernal, which was taken on November 17, 2009. |
| 5 | Excerpts of deposition transcript of Maria Olga Birrueta, which was taken on September 22, 2009. |
| 6 | Excerpts of deposition transcript of Irene Bravo, which was taken on September 18, 2009. |
| 7 | Excerpts of deposition transcript of Timothy Brekke, which was taken on February 25, 2010. |
| 8 | Excerpts of deposition transcript of Maria Cantoral, which was taken on September 11, 2008. |
| 9 | Excerpts of deposition transcript of Lucia Cardiel, which was taken on November 17, 2009. |
| 10 | Excerpts of deposition transcript of Tom M. Cazale, which was taken on July 8, 2009. |
| 11 | Excerpts of deposition transcript of Francisco Javier Cervantes, which was taken on January 26, 2010. |
| 12 | Excerpts of deposition transcript of Delia Rubio De Mejia, which was taken on February 17, 2009. |
| 13 | Excerpts of deposition transcript of Patricia DeVera, which was taken on August 17, 2009. |
| 14 | Excerpts of deposition transcript of Jose Luis Esquivel Salinas, which was taken on January 28, 2010. |
| 15 | Excerpts of deposition transcript of Martha Castaneda Garcia, which was taken on September 17, 2009. |
| 16 | Excerpts of deposition transcript of Hilda Gomez, which was taken on February 18, 2010. |
| 17 | Excerpts of deposition transcript of Ana Marie Gutierrez, which was taken on September 17, 2009. |
| 18 | Excerpts of deposition transcript of David Guerrero, which was taken on January 27, 2010. |
| 19 | Excerpts of deposition transcript of Teuila Hanson, which was taken on February 2, 2010. |
| 20 | Excerpts of deposition transcript of Allen Henry Juarez, which was taken on January 27, 2010. |
| 21 | Excerpts of deposition transcript of Maribel Lopez, which was taken on February 24, 2010. |

| | | |
|---|---|---|
| 1 | 22 | Excerpts of deposition transcript of Jose Guadalupe Morales Lozano, which was taken on February 25, 2010. |
| 2 | 23 | Excerpts of deposition transcript of Anthony MacFarlane, which was taken on July 24, 2009. |
| 3 | 24 | Excerpts of deposition transcript of Maria Magana, which was taken on October 27, 2008. |
| 4 | 25 | Excerpts of deposition transcript of Endelisa Mendiver, which was taken on July 24, 2008. |
| 5 | 26 | Excerpts of deposition transcript of Antonio Duran Mercado, which was taken on January 26, 2010. |
| 6 | 27 | Excerpts of deposition transcript of Maria Miller, which was taken on February 24, 2010. |
| 7 | 28 | Excerpts of deposition transcript of Erika Morales, which was taken on July 23, 2008. |
| 8 | 29 | Excerpts of deposition transcript of Reyna Morales, which was taken on September 10, 2008. |
| 9 | 30 | Excerpts of deposition transcript of Ana Portillo De Tellez, which was taken on October 6, 2008. |
| 10 | 31 | Excerpts of deposition transcript of Adalberto Rodriguez, which was taken on February 5, 2010. |
| 11 | 32 | Excerpts of deposition transcript of Arturo Jimenez Sanchez, which was taken on February 19, 2010. |
| 12 | 33 | Excerpts of deposition transcript of Gladys Sanchez, which was taken on October 24, 2008. |
| 13 | 34 | Excerpts of deposition transcript of Teresa Sanchez, which was taken on September 21, 2009. |
| 14 | 35 | Excerpts of deposition transcript of Richard Eugene Steiner, which was taken on August 18, 2009. |
| 15 | 36 | Excerpts of deposition transcript of Maria Quintero, which was taken on February 18, 2009. |
| 16 | 37 | Excerpts of deposition transcript of Javier Vasquez, which was taken on June 23, 2009. |
| 17 | 38 | Excerpts of deposition transcript of Jose G. Vasquez, which was taken on September 24, 2008. |
| 18 | 39 | Excerpts of deposition transcript of Ruben Vasquez, which was taken on June 24, 2009. |
| 19 | 40 | Excerpts of deposition transcript of Maria Socorro Zapien, which was taken on September 21, 2009. |

Dated: June 3, 2010                           Respectfully submitted,

                                                   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

                                                   /S/ Lorena Garcia- Bautista             .
                                                 Lorena Garcia-Bautista, Trial Attorney
                                                 Attorney for Plaintiff