Anna Y. Park (SBN164242)
Elizabeth Esparza-Cervantes (SBN 205412)
Lorena Garcia-Bautista (SBN2 34091)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple St., 4th Floor
Los Angeles, CA. 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>ABM INDUSTRIES INCORPORATED, ABM JANITORIAL SERVICES, INC., and ABM JANITORIAL NORTHERN CALIFORNIA,<br><br>Defendants. | CIVIL NO.  1:07-CV-01428 LJO (JLT)<br><br>**(1) DECLARATION OF EEOC TRIAL ATTORNEY LORENA GARCIA-BAUTISTA IN SUPPORT OF EEOC'S MEMORANDUM OF POINTS AND AUTHORITIES OPPOSING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO AND BAKERSFIELD CLAIMANTS AND PARENT CORPORATIONS;**<br>**(2) APPENDIX OF EXHIBITS 41- 2073; AND (3) EXHIBITS 41- 2073**<br><br>Date:     June 17, 2010<br>Time:    8:30 a.m.<br>Judge:   The Honorable Lawrence O'Neill<br>Courtroom: 4 |

Declaration of EEOC Trial Attorney Lorena Garcia-Bautista
In Support of EEOC's Memorandum of Points
And Authorities Opposing Defendants' Summary Judgment
Motions

1

I, Lorena Garcia-Bautista, declare and state:

1. I am an attorney employed at the Los Angeles District Office of the United States Equal Employment Opportunity Commission. I have personal knowledge of the facts stated herein; and if called as a witness to testify as to the matters stated herein, I could and would competently do so.

2. Attached hereto as Exhibit 41 is a true and correct copy of an Article from the La Prensa de Minnesota website posted on 6-0-2006 which I printed.

3. Attached hereto as Exhibit 42 is a true and correct copy of an "ABM Alliance Magazine" which I printed from ABM's corporate website.

4. Each document listed in the following Appendix of Exhibits 41- 2073 are true and correct copies of the document listed therein.

I declare, under penalty of perjury pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this 3rd day of June, 2010 at Los Angeles, California.

                                             /s/ Lorena Garcia-Bautista
                                               Lorena Garcia-Bautista
                                               Trial Attorney
                                               lorena.garcia@eeoc.gov

Declaration of EEOC Trial Attorney Lorena Garcia-Bautista
In Support of EEOC's Memorandum of Points
And Authorities Opposing Defendants' Summary Judgment
Motions

2

**APPENDIX OF EXHIBITS 41-**

| Exhibit No. | Description |
|---|---|
| | *Ex. 1-40 are attached to the EEOC's Appendix of Depositions (Exhibits 1-40) concurrently as Court Doc. No. 252* |
| 41 | Internet Article from La Prensa de Minnesota website posted on 6-0-2006 |
| 42 | ABM Alliance Magazine |
| 301 | Deposition Exhibit 301 |
| 304 | Deposition Exhibit 304 |
| 306 | Deposition Exhibit 306 |
| 800 | Deposition Exhibit 800 |
| 805 | Deposition Exhibit 805 |
| 806 | Deposition Exhibit 806 |
| 807 | Deposition Exhibit 807 |
| 808 | Deposition Exhibit 808 |
| 809 | Deposition Exhibit 809 |
| 810 | Deposition Exhibit 810 |
| 811 | Deposition Exhibit 811 |
| 812 | Deposition Exhibit 812 |
| 814 | Deposition Exhibit 814 |
| 819 | Deposition Exhibit 819 |
| 820 | Deposition Exhibit 820 |
| 911 | Deposition Exhibit 911 |
| 1000 | Deposition Exhibit 1000 |
| 1001 | Deposition Exhibit 1001 |
| 1004 | Deposition Exhibit 1004 |
| 1032 | Deposition Exhibit 1032 |

Declaration of EEOC Trial Attorney Lorena Garcia-Bautista
In Support of EEOC's Memorandum of Points
And Authorities Opposing Defendants' Summary Judgment
Motions

3

| | |
|---|---|
| 1034 | Deposition Exhibit 1034 |
| 1040 | Deposition Exhibit 1040 |
| 1043 | Deposition Exhibit 1043 |
| 1048 | Deposition Exhibit 1048 |
| 1057 | Deposition Exhibit1057 |
| 1100 | Deposition Exhibit 1100 |
| 1101 | Deposition Exhibit 1101 |
| 1102 | Deposition Exhibit 1102 |
| 1114 | Deposition Exhibit 1114 |
| 1115 | Deposition Exhibit1115 |
| 1119 | Deposition Exhibit 1119 |
| 1124 | Deposition Exhibit 1124 |
| 1127 | Deposition Exhibit 1127 |
| 1202 | Deposition Exhibit 1202 |
| 1208 | Deposition Exhibit 1208 |
| 1234 | Deposition Exhibit 1234 |
| 1265 | Deposition Exhibit 1265 |
| 1266 | Deposition Exhibit 1266 |
| 1281 | Deposition Exhibit 1281 |
| 1283 | Deposition Exhibit 1283 |
| 1284 | Deposition Exhibit 1284 |
| 1288 | Deposition Exhibit 1288 |
| 1289 | Deposition Exhibit 1292 |
| 1294 | Deposition Exhibit 1294 |
| 1296 | Deposition Exhibit 1296 |

Declaration of EEOC Trial Attorney Lorena Garcia-Bautista
In Support of EEOC's Memorandum of Points
And Authorities Opposing Defendants' Summary Judgment
Motions

4

| | |
|---|---|
| 1501 | Deposition Exhibit 1501 |
| 1502 | Deposition Exhibit 1502 |
| 1504 | Deposition Exhibit 1505 |
| 1505 | Deposition Exhibit 1505 |
| 1506 | Deposition Exhibit 1506 |
| 1603 | Deposition Exhibit 1603 |
| 1802 | Deposition Exhibit 1802 |
| 1804 | Deposition Exhibit 1804 |
| 1808 | Deposition Exhibit 1808 |
| 1813 | Deposition Exhibit 1813 |
| 1907 | Deposition Exhibit 1907 |
| 1909 | Deposition Exhibit 1909 |
| 1910 | Deposition Exhibit 1910 |
| 1911 | Deposition Exhibit 1911 |
| 2052 | Deposition Exhibit 2052 |
| 2053 | Deposition Exhibit 2053 |
| 2054 | Deposition Exhibit 2054 |
| 2055 | Deposition Exhibit 2055 |
| 2056 | EEOC's Complaint—Title VII, Sexual Harassment |
| 2057 | Plaintiff EEOC's First Amended Complaint—Civil Rights Employment Discrimination (Title VII), Sexual Harassment |
| 2058 | Defendant ABM Janitorial Services—Northern California Inc.'s Response to Plaintiff U.S. EEOC's First Set of Requests for Admissions |
| 2059 | Defendant ABM Industries Incorporated's Response to Plaintiff's Request for Admissions, Set One |
| 2060 | Defendant ABM Janitorial Services, Inc.'s Response to Plaintiff U.S. EEOC's Second Set Of Requests for Admissions |
| 2061 | Defendant ABM Industries Incorporated's Response to Plaintiff U.S. EEOC's Request for Admissions (Set No. Three) |

Declaration of EEOC Trial Attorney Lorena Garcia-Bautista
In Support of EEOC's Memorandum of Points
And Authorities Opposing Defendants' Summary Judgment
Motions

5

| | |
|---|---|
| 2062 | Declaration of EEOC's Fresno Local Office Director Melissa Barrios In Support of EEOC's Memorandom of Points and Authorities Opposing Defendants' Motion for Summary Judgment or, in the Alternative , Summary Adjudication Re: Fresno and Bakersfield Claimants and Parent Corporations; and Exhibits |
| 2063 | Declaration of Eduardo Huerta |
| 2064 | Declaration of Edith Martinez |
| 2065 | Declaration of Robert Pluma |
| 2066 | Declaration of Scott Stevenson |
| 2067 | Expert Witness Michael Robbins March 20, 2010 Report |
| 2068 | Expert Witness Michael Robbins April 26, 2010 Report |
| 2069 | EEOC Bates Documents Re: Conditions Precedent (Documents Produced by the EEOC) |
| 2070 | Defendants' 2001 Sexual Harassment Policy Produced in EEOC Investigation |
| 2071 | Police Reports Received in EEOC Investigation |
| 2072 | Defendants' Bates  Documents (Documents Produced by Defendants) |
| 2073 | 2005 W-2 of Plaintiff-Intervenor Erika Morales |

Declaration of EEOC Trial Attorney Lorena Garcia-Bautista
In Support of EEOC's Memorandum of Points
And Authorities Opposing Defendants' Summary Judgment
Motions

6