# EXHIBIT 808

# EXHIBIT 808

## EMPLOYEE INFORMATION REGARDING THE HARASSMENT (CORPORATE ACCOUNTABILITY) HOTLINE AUTOMATED COMPLAINT REPORTING SYSTEM

*** PLEASE READ FULLY, SIGN BELOW AND RETURN TO YOUR SUPERVISOR. ***

**TO:** ALL EMPLOYEES

**FROM:** ABM INDUSTRIES INCORPORATED ("ABM")

**SUBJECT:** OUR COMPLAINT LINE TO REPORT UNLAWFUL BUSINESS PRACTICES INCLUDING HARASSMENT, ACCOUNTING OR AUDITING FRAUD, DISCRIMINATION, RETALIATION, AND OTHER MATTERS

**DATE:** JULY 1, 2004

On April 2, 2004 Harassment Hotline introduced a new version of the Harassment (Corporate Accountability) Hotline® ("Hotline") an automated reporting system that allows employees to report violations such as unlawful harassment, corporate abuse and fraud, discrimination, retaliation, theft, safety violations, workers' compensation fraud, and medical abuse fraud, that they observe or are a victim of in the workplace.

ABM will not tolerate any act that violates any of the reporting standards that are covered by the Hotline and any other civil or criminal act that interferes with the business efforts that we are engaged in.

The Hotline provides you with an unbiased third party reporting system and satisfies the United State's Supreme Court's position that companies must "...*clearly show they provide a simple complaint process that is calculated to encourage victims of harassment including harassment by a third party* [and other unlawful acts such as accounting or auditing fraud] *to come forward.*"

We do not anticipate that our employees will need to use the Harassment (Corporate Accountability) Hotline® because we expect and assume that all of our employees will conduct themselves free of harassment and any other unlawful acts. Still, if it is needed, the Hotline service is available for you 24-hours per day, 7-days per week.

The toll-free number is 1-800-97-STOP IT which is 1-800-977-8674. Our company has a unique identification number, it is 980040. The Hotline uses state of the art interactive voice technology and it requires the caller to press buttons to answer standard questions during the initial call. At the conclusion of the call the caller will be given a unique confirmation number that proves he or she has reported a covered event. Generally within 12 hours of your initial report a professional will contact you and review your report and then take any other relevant information. The completed report is forwarded to your employer. It is up to ABM to conduct a complete and thorough investigation into the report.

*"I have read this document and I understand that I can report any act of unlawful harassment or anonymously report accounting abuse or audit fraud, discrimination to either a company representative or call the Harassment (Corporate Accountability) Hotline® without fear of retaliation or job loss."*

Print your name __Martha Castañeda__

Sign your name __Martha Castañeda__

Date signed __9/12/07__

The toll free hotline telephone number is:
1-800-97-STOP IT - 1-800-977-8674
Our company identification code is: 980040

Attn: Supervisor
Original to Personnel File
Copy to Employee


ABM Industries Incorporated


EXHIBIT 808
GARCIA
9-17-09

D1270