# EXHIBIT 1114

# EXHIBIT 1114



**ABM** Industries Incorporated



*Sexual*
HARASSMENT
IN THE WORKPLACE

## 2005-06
# *It's Not Enough to Know Better*

## Participant's Workbook



**ABM** Facility Services



**ABM** Janitorial Services



**ABM** Security Services



**CommAir** Mechanical Services

**ABM** Engineering Services



**AMPCO SYSTEM PARKING**



**AMTECH** Lighting Services

PTP'S EX. NO. 114
PAGES ___ ___ ___
M. ELLERSICK, CSR 10531 WIT ___

 **"It's Not Enough To Know Better"**

Mandatory Unlawful Harassment Training                         Participant's Workbook

## SESSION AGENDA

**Welcome and Opening Remarks**

**The Message and Program Objectives**

**Exercise A - Pretest**

**Pre-Video Discussion**

**Video - Case Studies 1 through 6**

**Defining Sexual Harassment**

**Video - Case Studies 7 through 12**

**Case Study Discussions**

**Inappropriate Behaviors**

**Protect Yourself and the Company
from Sexual Harassment Claims**

**Additional Materials for California Employees**

**Conclusion**

## THE MESSAGE AND PROGRAM OBJECTIVES

**It's Not Enough To Know Better** is a video-based training program designed to help you recognize, prevent and report any behaviors or actions that could be considered sexual harassment. The video features 12 case studies based on true events that depict a variety of frequently occurring workplace behaviors. A legal perspective is given for each case study. Also emphasized is the importance of setting an appropriate example, having zero tolerance for sexually harassing behaviors, handling complaints, and timely and thorough investigations.

At the end of this course, you will be able to:

- Recognize behavior that could be considered sexual harassment
- Understand legal and other consequences of allowing sexually harassing behavior to occur
- Understand your role and responsibility in creating a work environment free of sexual harassment
- Understand what actions to take when any behavior considered to be sexual harassment, or having the potential to lead to a sexual harassment claim, occurs
- Describe our company's policies and procedures related to sexual harassment

 **Industries Incorporated**

I

 **"It's Not Enough To Know Better"**

**Mandatory Unlawful Harassment Training** | **Participant's Workbook**

## EXERCISE A - PRETEST

Choose what you believe is the correct answer for each question.

1. **Quid Pro Quo means:**

   a. A hostile work environment
   b. Something for something
   c. A legal responsibility
   d. None of the above

2. **Sexually suggestive behavior must be considered unwelcome to be considered harassment.**

   a. True
   b. False

3. **Which of the following could create a hostile work environment?**

   a. A woman tells an attractive man he looks good.
   b. An employee talks loudly on the phone about his sexual conquests to his brother.
   c. A manager suggests to his employee that she might get a better position of she would consider dating him.
   d. a and c
   e. All of the above

4. **Who of the following could not legally be considered a harasser?**

   a. A board member
   b. A customer
   c. A delivery person
   d. A caterer
   e. All could legally be considered a harasser

5. **Which behaviors could create a hostile work environment?**

   a. Giving gifts
   b. Sending personal notes through e-mail
   c. Massaging a co-worker's shoulders
   d. Posting a calendar with women in bathing suits
   e. c & d
   f. All of the above

 **Industries Incorporated**

 **"It's Not Enough To Know Better"**

Mandatory Unlawful Harassment Training                    Participant's Workbook

## Case Study 1: Delicious

**RATE** this behavior

1 being mild, 10 being severe.

Was the behavior welcome?    YES   NO

Do you consider this type of    YES   NO
behavior sexual harassment?   PERHAPS



Notes:

## Case Study 2: What Does She Have That I Don't?

**RATE** this behavior

1 being mild, 10 being severe.

Was the behavior welcome?    YES   NO

Do you consider this type of    YES   NO
behavior sexual harassment?   PERHAPS



Notes:



 **"It's Not Enough To Know Better"**

Mandatory Unlawful Harassment Training                          Participant's Workbook

---

## Case Study 3: Man to Man

**RATE** this behavior

1 being mild, 10 being severe.

Was the behavior welcome?     YES   NO

Do you consider this type of     YES   NO
behavior sexual harassment?     PERHAPS

Notes:

---

## Case Study 4: Up and Down

**RATE** this behavior

1 being mild, 10 being severe.

Was the behavior welcome?     YES   NO

Do you consider this type of     YES   NO
behavior sexual harassment?     PERHAPS

Notes:

 Industries Incorporated

4

 **"It's Not Enough To Know Better"**

Mandatory Unlawful Harassment Training

Participant's Workbook

### Case Study 5: Job Prerequisite

**RATE** this behavior

1 being mild, 10 being severe.

Was the behavior welcome?   YES   NO

Do you consider this type of behavior sexual harassment?   YES   NO   PERHAPS



Notes:

### Case Study 6: Lateral Move?

**RATE** this behavior

1 being mild, 10 being severe.

Was the behavior welcome?   YES   NO

Do you consider this type of behavior sexual harassment?   YES   NO   PERHAPS



Notes:

 Industries Incorporated

 **"It's Not Enough To Know Better"**

Mandatory Unlawful Harassment Training

Participant's Workbook

### Case Study 7: Let Me Work My Magic

**RATE** this behavior

1 being mild, 10 being severe.

Was the behavior welcome?    YES  NO

Do you consider this type of    YES  NO
behavior sexual harassment?    PERHAPS

Notes:



### Case Study 8: Give Me Your Best

**RATE** this behavior

1 being mild, 10 being severe.

Was the behavior welcome?    YES  NO

Do you consider this type of    YES  NO
behavior sexual harassment?    PERHAPS

Notes:



 **Industries Incorporated**

 **"It's Not Enough To Know Better"**

Mandatory Unlawful Harassment Training

Participant's Workbook

## Case Study 9: The Good Tipper

**RATE** this behavior

1 being mild, 10 being severe.

Was the behavior welcome?   YES   NO

Do you consider this type of behavior sexual harassment?   YES   NO   PERHAPS



Notes:

## Case Study 10: Gina's Fan

**RATE** this behavior

1 being mild, 10 being severe.

Was the behavior welcome?   YES   NO

Do you consider this type of behavior sexual harassment?   YES   NO   PERHAPS



Notes:

 Industries Incorporated

 "It's Not Enough To Know Better"

**Mandatory Unlawful Harassment Training**                    Participant's Workbook

### Case Study 11: Back to Normal

**RATE** this behavior

1 being mild, 10 being severe.

Was the behavior welcome?          YES  NO

Do you consider this type of        YES  NO
behavior sexual harassment?         PERHAPS

Notes:

### Case Study 12: Oh, Dear!

**RATE** this behavior



1 being mild, 10 being severe.

Was the behavior welcome?          YES  NO

Do you consider this type of        YES  NO
behavior sexual harassment?         PERHAPS

Notes:



 **"It's Not Enough To Know Better"**

**Mandatory Unlawful Harassment Training**                    **Participant's Workbook**

## DEFINING SEXUAL HARASSMENT

Sexual harassment can be defined as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature that create a hostile work environment when:

- ⇨ Submission to such conduct is made either explicitly (directly expressed) or implicitly (understood but not directly expressed) a term or condition of an individual's employment.
- ⇨ Submission to, or rejection of, such conduct by an individual is used as the basis for employment decisions affecting such individual.
- ⇨ Such conduct has the purpose or effect of substantially interfering with a person's work performance or creating an intimidating, offensive working environment.

More specifically, a hostile work environment can be created in one of two ways.

The first is Quid Pro Quo. Quid Pro Quo is a Latin term meaning "this for that" or "something for something." Quid Pro Quo harassment occurs when a manager, supervisor, or person in a position of authority threatens a subordinate with a demotion or other negative consequence or promises an employment benefit in exchange for a sexual favor. Quid Pro Quo may also occur if an employee feels he/she must tolerate sexual advances or other behavior of a sexual nature because of a perceived threat by the person of authority.

It is particularly important that as a manager or supervisor you become aware of any personal behaviors or habits that could be perceived as harassment.  Employees may perceive and believe that you hold power over them and therefore have to accept your behavior in order to succeed in the company. The second way to create a hostile work environment is by subjecting employees to sexually harassing behavior from another person(s) that:

- ⇨ Unreasonably interferes with an individual's work performance or has the effect of creating an offensive or abusive work environment.
- ⇨ Is unwelcome.
- ⇨ Is sufficiently severe or pervasive to alter the conditions of the victim's employment and create an abusive working environment.

Two conditions determine an employer's liability when harassment occurs:

1. The employer knew or should have known about the harassment, and
2. The employer failed to take appropriate corrective action.

 **ABM Industries Incorporated**

 **"It's Not Enough To Know Better"**

Mandatory Unlawful Harassment Training

Participant's Workbook

DEFINING SEXUAL HARASSMENT (cont'd)

Having and communicating the appropriate sexual harassment policies and procedures, as well as holding annual training sessions like this one, are two of the most important steps an organization can take to protect itself from legal liability when harassment occurs. However, having policies and procedures does not protect our organization from liability when Quid Pro Quo occurs. Managers, supervisors, and persons with authority over other employees are commonly held to a higher standard by our courts.

Your role as a manager or supervisor is to help our organization avoid a complaint of sexual harassment or discrimination. So even if an employee's conduct is not "illegal", if it is inappropriate it could lead to an internal complaint, an agency complaint, or even a lawsuit. Your role is really not to decide whether or not conduct is "illegal" but whether or not the behavior is "appropriate" for our work environment. If behavior is inappropriate, you must take action to stop it.

## INAPPROPRIATE BEHAVIORS AT WORK

Sexual harassment comes in many forms of inappropriate behaviors. These risky and inappropriate behaviors can generally be divided into three primary groups - verbal, non verbal, or physical. We've talked about many of the specific behaviors to avoid in the workplace during our case study discussions. Here are some of the behaviors that can lead to a sexual harassment claim.

**Risky Behaviors - Verbal**
- derogatory comments of a sexual nature or based on gender
- comments about clothing, personal behavior, or a person's body
- sexual or gender-based jokes or teasing
- requests for sexual favors
- repeated requests for dates
- terms of endearment, such as "honey", "dear", "sweetheart", "babe"
- sexual innuendoes
- tales or stories of a sexual nature
- grunts, whistles, cat-calls, hoots, sucking noises, lip-smacks and animal noises
- obscene phone calls
- lies or rumors about a person's personal or sex life

**Risky Behaviors - Non-Verbal**
- staring
- looking a co-worker up and down
- making gestures of a sexual nature
- leering or making sexually suggestive looks
- making facial expressions of a sexual nature; winking, licking lips

 **Industries Incorporated**

 **"It's Not Enough To Know Better"**

Mandatory Unlawful Harassment Training

Participant's Workbook

## INAPPROPRIATE BEHAVIORS AT WORK (cont'd)

**Risky Behaviors - Physical**
- leaning over, invading a co-worker's personal space
- inappropriately touching a person or person's clothing
- "accidentally" brushing up against another person
- indecent exposure, mooning or flashing
- blocking someone's path with the purpose of making a sexual advance
- uninvited neck or shoulder massage
- deliberately touching sexually, or pinching
- pressing or rubbing up against a person
- stalking
- grabbing
- kissing, hugging, patting, stroking
- actual or attempted sexual assault

## EXERCISE B

On the back of your workbook write a brief example of a situation that you believe could be sexual harassment. This might be something you have experienced, heard of, or witnessed. **Do not use actual names or describe events that will be recognizable to others in the group.** Take about five minutes to do this and consider these questions specifically:

- Do you think it was Quid Pro Quo?

- Was it verbal, non-verbal, or physical harassment of a sexual nature?

- Do you feel a hostile work environment was created?

- What did you do?

- What do you wish you would have done?

At one time or another, most of us have either experienced or witnessed behavior that could be considered sexual harassment in the workplace — even if in its subtlest form. And we all understand that what is often offensive to one person isn't to another. Much of the behavior we've discussed as an isolated incident – isn't generally considered sexual harassment. However, each of the behaviors would be considered, at a minimum, disrespectful behavior. Such behavior, if repeated or escalated, could very well create hostile work environment sexual harassment.

Sexual harassment can easily be eliminated in the workplace if each employee makes a commitment to treat all employees, co-workers, vendors, and customers with respect. Our organization expects each one of us to be respectful in the workplace.

 **Industries Incorporated**

11

 "It's Not Enough To Know Better"

Mandatory Unlawful Harassment Training

Participant's Workbook

# PROTECT YOURSELF AND THE COMPANY FROM
## SEXUAL HARASSMENT CLAIMS

This next part of our training session concentrates on how to protect ourselves and our company from a sexual harassment complaint, and how to handle one if it occurs. We will be covering five steps. They are:

1. **The Actions You Need to Take to Protect Yourself**
2. **Know Our Company's Policies Related to Sexual Harassment**
3. **Educate Your Employees**
4. **Know and Use Our Company's Complaint Procedure**
5. **Know and Use Our Company's Investigation Guidelines**

## 1. The Actions You Need to Take To Protect Yourself

Generally speaking, employers and managers can successfully defend themselves against a sexual harassment complaint by proving they:

⊃ Exercised reasonable care to prevent and promptly correct any behavior that could create a hostile work environment and;

⊃ Offered preventive or corrective opportunities of which the employee unreasonably failed to take advantage

To accomplish both of these, supervisors should, at a minimum:

⊃ Assist management and Human Resources in distributing and communicating the Company's sexual harassment policy.

⊃ Know where the employee's rights are published (workplace postings, employee handbook, written policies, etc.)

⊃ Educate all employees on their rights and responsibilities.

⊃ Know the company's complaint procedure.

⊃ Train all employees on what behavior they must avoid, and how they should respond to inappropriate behavior from others.



 **"It's Not Enough To Know Better"**

Mandatory Unlawful Harassment Training

Participant's Workbook

## 2. Know Our Company's Policies Related to Sexual Harassment

Just having a policy is not enough. For our policy to have any legal value, we must all know it, understand it, and make sure all of our employees have read, heard and understand it.

Our company's Unlawful Harassment Policy was given to you prior to this training session. A list of the company's policies and procedures governing unlawful harassment including the steps we take to communicate these policies to our employees is printed below.

### ABM's Policies and Procedures Governing Unlawful Harassment

ABM is committed to a zero tolerance policy regarding discriminatory, harassing or retaliatory conduct in the workplace. To that end, the Company has implemented the following programs:

- Each new hire receives a copy of ABM's Unlawful Harassment Policy statement and a "Sexual Harassment Policy" pamphlet (ABM – 643). A signed Sexual Harassment Information Sheet Acknowledgement is retained in their personnel file.

- Every employee receives a copy of the Employee Handbook (ABM – 628) containing a section stating the Company's zero tolerance policy on harassment. A Handbook Receipt and Acknowledgement is retained in the employee's personnel file.

- Every employee receives, ABM's "Sexual Harassment Policy" pamphlet (ABM – 643) as a payroll enclosure annually.

- Every employee receives "Employee Information Regarding the Harassment Hotline" which describes the Company's 24-hour reporting/complaint Hotline. A signed acknowledgment of receipt of this information is kept in the employee's personnel file.

- The Company's Unlawful Harassment Policy (signed by the Company's President) is posted "in a conspicuous area that is readily accessible and clearly visible to all employees and job applicants."

- All employees with supervisory responsibilities are required to attend an annual Unlawful Harassment training program.

- Anyone who believes s/he has been the subject of harassment, who has witnessed harassment or had harassment reported to him/her is required to immediately report this behavior to management or their human resource representative.

Supervisors and Managers are responsible to assure compliance with these procedures and to immediately report or correct any violations. All complaints will be immediately investigated as required by law.



13

 **"It's Not Enough To Know Better"**

Mandatory Unlawful Harassment Training

Participant's Workbook

## 3. Educate Your Employees

In addition to posting policies, educating employees should include practical and subtle examples of inappropriate behavior. Employees may not understand the legal issues related to sexual harassment, but everyone can understand that sexually suggestive or disrespectful behavior is not acceptable in the workplace.

Focus on communicating what behavior all employees must avoid. When acceptable and unacceptable behavior is defined, employees will more likely avoid questionable behavior. Additionally, it is your obligation to empower your employees to:

⊃ Confront their harassers directly

⊃ Use our organization's complaint procedure

Most employees just want unacceptable behavior to stop. They usually only file claims when they feel they cannot handle the matter on their own. If you empower your employees to confront harassers and/or submit complaints within our organization, most situations can be successfully resolved before legal action is taken. It's important to let your employees know that they will not be retaliated against for asking that the person's behavior stop, or for filing a complaint.

Most employees won't speak up about sexual harassment. The most likely reasons why are:

⊃ Fear retaliation by manager

⊃ Fear a loss of job opportunities

⊃ Fear management and co-workers will view him or her as oversensitive or as a troublemaker.

⊃ Fear rejection by peers

⊃ Fear not being believed

⊃ Fear being embarrassed

 Industries Incorporated

 **"It's Not Enough To Know Better"**

Mandatory Unlawful Harassment Training | Participant's Workbook

## 4. Know and Use Our Company's Complaint Procedure

A sexual harassment policy is important, however you must also communicate, our company's complaint procedure to our employees and encourage them to use this procedure whenever they believe harassment has occurred. Our company's complaint procedure is printed at the end of this page.

- ➲ A good complaint procedure allows an employee to communicate with someone other than his or her immediate supervisor. Employees may feel more comfortable discussing the issue with someone of the same sex. Contact a senior manager or human resources representative for guidance.

- ➲ A good complaint procedure allows employees to file a complaint either verbally or in writing. Employers are responsible to respond to any type of notice.

- ➲ Fear of retaliation is the number one reason employees don't report sexual harassment in a timely manner. A good complaint procedure should give employees absolute assurance against retaliation.

- ➲ Confidentiality must be a component of every good complaint procedure. However, you can never promise complete confidentiality because you have a responsibility to the employee, yourself, and the company to investigate. You *can* commit to only communicating or disclosing information to people with a real need to know.

---

### ABM INDUSTRIES COMPLAINT PROCEDURE

Employees should report incidents of unlawful harassment promptly to their supervisor. If the supervisor is unavailable or the employee believes it would be inappropriate to contact this person, the employee should immediately contact the next level of management, your local or regional Human Resources Department, or ABM's Human Resources Department. Employees may raise concerns and make reports without fear of retaliation by management, employees or co-workers.

ABM Industries Incorporated has established a **HARASSMENT HOTLINE** for employees to report incidents of discriminatory, harassing or retaliatory conduct in the workplace. The telephone number for this special hotline is **1-800-977-8674**. Please follow the automated instructions when making the complaint, and use the following company identification number:

— — — — — — —

Your supervisor or Human Resources Representative will conduct an immediate, thorough, objective and complete investigation. A determination will be made and the results communicated to the complainant, to the alleged harasser, and, as appropriate, to all other directly concerned. If sexual harassment has occurred, your supervisor will take effective action to stop any further harassment and to lessen any effects of the harassment.

---



15

 "It's Not Enough To Know Better"

**Mandatory Unlawful Harassment Training**                    Participant's Workbook

<u>Know and Use Your Organization's Complaint Procedure (cont'd)</u>

When you receive a complaint from an employee:

- ➲ Act immediately. Don't ignore the situation and hope it will go away.
- ➲ Show the employee that you take his or her complaint seriously.
- ➲ Ask the employee what happened and who was involved. Write down everything you are told.
- ➲ You can ask for a written statement from the employee but cannot require one.
- ➲ Contact Sr. Management or Human Resources immediately to insure a prompt investigation.

## 5. Know and Use Your Organization's Investigation Guidelines

The investigation of complaints must be treated with confidentiality and the complainants should be treated with dignity and respect. All claims should be taken seriously. But remember, not all claims are true. Misstated or untruthful allegations can destroy careers and credibility. That's why it is so important to follow our Company's investigatory guidelines every time you receive a complaint.



AN IMPORTANT
MESSAGE
TO OUR
SUPERVISORS

Workplace investigations must be conducted by or with the oversight of a Certified Human Resources Manager or Director. It is important that you contact a senior manager or human resources representative as soon as you receive a complaint or suspect that an employee may be the victim of harassing behavior.

 Industries Incorporated

 "It's Not Enough To Know Better"

Mandatory Unlawful Harassment Training

Participant's Workbook



THE INFORMATION PROVIDED ON THE FOLLOWING PAGES IS MANDATORY FOR CALIFORNIA EMPLOYEES AND OPTIONAL FOR EMPLOYEES IN ALL OTHER STATES.

YOUR INSTRUCTOR MAY CHOOSE TO INCLUDE THESE MATERIALS IN YOUR CURRENT TRAINING SESSION AND WILL GIVE YOU THE APPROPRIATE INSTRUCTIONS. OTHERWISE, PLEASE PROCEED TO THE "CONCLUSION" ON PAGE 21 AND REVIEW THESE ADDITIONAL MATERIALS AT YOUR CONVENIENCE.

THANK YOU FOR PARTICIPATING IN THIS TRAINING PROGRAM.

 Industries Incorporated



## "It's Not Enough To Know Better"

**Mandatory Unlawful Harassment Training**

**Participant's Workbook**

## SEXUAL HARASSMENT: IS IT OR ISN'T IT – YOU DECIDE

Take a few minutes to read the statements below and decide if you think the statement is true or false. Consider the last sentence (**in bold**) of each statement and decide if you believe the statement is true or false.

**Statement One:**  While at work, Maria spends a good deal of time making phone calls to her family and friends. She is generally very animated and colorful in the way she expresses herself. It is not uncommon for Maria to make sexually suggestive comments and she often tells sexually suggestive jokes. Her workspace is not private. As a result, Maria's coworkers can clearly hear most (if not all) of her conversations.

**However, since her co-workers are eavesdropping, Maria's behavior is not considered sexual harassment.**

True ☐          False ☐

**Statement Two:** Alicia has her eye on a co-worker, John, in another department. She goes out of her way to make sure she runs into him wherever possible and e-mails him frequently. During these encounters, Alicia frequently asks John out to dinner or to join her after work for a cocktail. John thinks Alicia is a nice woman and has told her each time she has asked him out that he is in a committed relationship and not available for a dating relationship. Alicia is determined and sends him a note asking him to be her date for an upcoming company event.

**Although Alicia's persistence is annoying to John, her behavior is not considered sexual harassment because they are co-workers, not a boss and subordinate.**

True ☐          False ☐

**Statement Three:**  Raymond is the team clown. When things get tense, he likes to break it up with a dirty joke and a good laugh. All of his team members laugh at these jokes and encourage him to tell more.

**Raymond's behavior would not be considered sexual harassment.**

True ☐          False ☐



18



"It's Not Enough To Know Better"

Mandatory Unlawful Harassment Training

Participant's Workbook

SEXUAL HARASSMENT: IS IT OR ISN'T IT – YOU DECIDE (CONT'D)

**Statement Four:** Maggie and Lou, co-workers at a media firm, are attending a convention in Las Vegas together. While at a live show with tickets provided by an outside vendor, Lou pulls her chair closer to his, wraps one arm around her shoulder and puts his other hand firmly on her leg. Maggie pushes his hand off her leg and moves her chair away while throwing him a very annoyed look. Lou laughs it off but also takes the hint and does not attempt the behavior again. Maggie is bothered by the incident. She found the behavior offensive and unwelcome.

**But she knows that since they were not in the workplace, his behavior would not be considered sexual harassment.**

True ☐     False ☐

**Statement Five:** Jason is a project manager who had been dating a subordinate, Andrea for the past several months. Andrea broke up with Jason after he suggested they think about getting married. She wasn't as serious as Jason and thought that ending the relationship would be best for both of them. The next week, Jason approached Andrea and told her it was too painful to see her everyday. He told her that he was going to transfer her to another location. Since Andrea had no interest in a transfer, she quit.

**This would not be considered sexual harassment since Andrea voluntarily resigned her position.**

True ☐     False ☐



 **"It's Not Enough To Know Better"**

Mandatory Unlawful Harassment Training

Participant's Workbook

## WHAT REMEDIES ARE AVAILABLE
## WHEN DISCRIMINATION IS FOUND?

Sexual harassment is a form of employment discrimination. The "relief" or remedies available for employment discrimination, whether caused by intentional acts or by practices that have a discriminatory effect, may include:

- ➲ back pay
- ➲ hiring
- ➲ promotion
- ➲ reinstatement
- ➲ front pay, or
- ➲ other actions that will make an individual "whole" (in the condition he/she would have been but for the discrimination.)

Remedies also may include payment of:

- ➲ attorneys' fees
- ➲ expert witness fees
- ➲ court costs
- ➲ compensatory damages, and
- ➲ punitive damages

Damages may be available to compensate for actual monetary losses, for future monetary losses, and for mental anguish and inconvenience.

An employer may be required to post notices to all employees addressing the violations of a specific charge and advising them of their rights under the laws enforced by the Equal Employment Opportunities Commission (EEOC) including their right to be free from retaliation.

The employer also may be required to take corrective or preventive actions to cure the source of the identified discrimination and minimize the chance of its recurrence, as well as discontinue the specific discriminatory practices involved in the case.

 **ABM** Industries Incorporated

20

 **"It's Not Enough To Know Better"**

Mandatory Unlawful Harassment Training

Participant's Workbook

## CONCLUSION

You, our managers and supervisors, are the key to preventing harassment by understanding your obligations both legally and professionally. You must:

- ➲ Refrain from engaging in Quid Pro Quo or any behavior that could create a hostile work environment harassment.

- ➲ Understand that one's authority does affect how his or her actions, words, and behaviors may be perceived by others.

- ➲ Respond to and appropriately address any sexually suggestive behavior in the workplace, even when no one complains.

- ➲ Respond to any complaints of harassment.

- ➲ Report any complaints of sexual harassment to the appropriate person(s), even if an employee asks that no action be taken.

- ➲ Do not retaliate, or allow any other employee to retaliate, against an employee who has made a complaint.

Keep in mind — the law sees no difference between a supervisor who engages in harassing behavior and one who witnesses the behavior and fails to act.

Remember, your role as a manager or supervisor is to help our organization avoid a complaint of sexual harassment or discrimination. So even if an employee's conduct is not "illegal", if it is inappropriate, it could lead to an internal complaint, an agency complaint, or even a lawsuit. Your role is really not to decide whether or not conduct is "illegal" but whether or not the behavior is appropriate for our work environment.

Thank you very much for attending. Please remember to sign the participant's roster before leaving.

 **Industries Incorporated**

21