# EXHIBIT 1115

# EXHIBIT 1115

PAST EVIDENCE

9-7-05

First of all, we hope you take this letter seriously. We are hoping that this letter is recieved by someone responsible and will do what he/she can to help. The last letter we sent was just sent back to our supervisor with no action done. He just laughed and told me "You see nothing was done, I'm known by people that trust me." (This was said by Javier Vasquez.) This is why we decided to write another with more detail.

We want to begin by saying that the ABM office in Bakersfield is very unfair. First, they are all family which makes it very difficult to complain because they just cover for one another. Javier's brothers have very short tempers. They start raising their voices and demanding respect when it is them that are yelling and not us.

For example: Javier only hires family members and members from his church. We know that him being in charge he can

PITF EX. NO. 1175
PAGES 7/8/09
M. ELLERSICK, CSR 10531 WIT: Cazales

2

do that but he should also consider regular applicants. Some of us workers ~~have sent friends and family to apply~~ and none have ever been called for an interview. But yet he is always hiring family members and friends. Which he has also moved employees that have been for a while and gives the better jobs to those people. He also rehired employees that were fired or layed off for taking supplies from building being cleaned ~~There was~~ also sleeping on the job on daily basis. All this happened in the AERA building which is no longer ~~cleand~~ cleaned by ABM. The ~~supervisor was the one~~ taking supplies. We also have trouble with our checks not being complete. Another example is that Javier has ~~built~~ but the problem is that he uses ABM equipment, supplies and employees to do his extras jobs. Why is he going to pay someone from ABM payroll for his sidejobs. This is cutting it short but last there are some employees that are working with other names so that it

wouldn't be so obvious that they are family. Please don't think that this is made up, the reason we know so much is that they themselves tell someone

Jose- He is Javier's brother and also works in the office. First of all one under another name because he recieves money from a claim from a previous job. Also, it is ~~weird that~~ Jose was hired once he got out of jail. A family friend told some of us that he was in jail for sexual harrasment, which can believed after what happened in a job site. Jose was seen touching an ABM employee by the name of Angelica. You can call and verify at Valley Bible Fellowship at 2300 Brundage Street. The ~~phom~~ phone number is 661-325-2251. At Sierra Vista Clinic he also grabbed another ABM worker by the breast and ask "Are they Real?" Her name is Erica. She got so nervous and ~~just left~~. She didn't to make a big deal out of it

4

because she was afraid of her husband. A police report was taken on the church incident. ~~A lot more~~ things can be said but these are the most important.

~~We hope that you take this~~ letter serious and take some actions. Please don't just send Javier a copy and do nothing. Please send someone to investigate. You can see for yourselves all that is going on here in Bakersfield.

Thank-you

P.S. This is not gossip it is all true. Please help us.