# EXHIBIT 1119

# EXHIBIT 1119

 **ABM** Janitorial Services

830 Riverside Parkway, Suite 40
West Sacramento, CA 95605
(916) 374 9062
Fax (916) 373 1404

September 16, 2005

Complaint/Anonymous

Re: las Preocupaciones con el Bakersfield el Equipo De supervisión

Nosotros estamos en el recibo de su carta que considera sus preocupaciones con la Familia de Vasquez. Los demás aseguró nosotros tomamos quejas de parientes que trabajan para supervisores muy serio, como él una violación de la Política del Personal de ABM es.

Sin embargo, su alegación de supervisores que no pueden verificarse Javier Vasquez y José Vasquez que son los hermanos, cuando nuestros archivos reflejan que ellos no son los hermanos. Si usted tiene información que cita que ellos son los hermanos, usted necesitará remitirlo a nuestra atención.

Nosotros somos conscientes del acoso sexual que ocurrió al sitio usted descubierto, y se ha dirigido según la Política de acoso sexual de ABM.

ABM no puede proceder con cualquier investigación extensa en sus alegaciones a menos que usted puede avanzar con más información a ese apoyo sus demandas. Usted puede mandar por correo esta información a mí a la dirección anterior de llamada yo a las 916-374-9062.

Atentamente,

El Tom M Cazale, SPHR,
El Director de HR Regional
ABM

a subsidiary of *ABM* Industries, Inc.



1120

1121