# EXHIBIT 1124

# EXHIBIT 1124

Name: Joe Vasquez                    **NEW HIRE CHECKLIST** Promotion to Sup.
                                      Hire Date: 2/1/05

| | FORM DESCRIPTION | DATE PROVIDED | DATE RETURNED |
|---|---|---|---|
| ⊙ | Application for Employment | | |
| ⊙ | Work Opportunity Tax Credit ("WOTC") Form 8850 (Employee to phone 1-800-966-8648)* | ✓ | |
| | Resume | | |
| | Reference Checks | ✓ | |
| | Offer Letter (Non-union employees) | | |
| | ~~Pre-Dispute Resolution Agreement (Non-union employees)~~ | ✓ | N/A |
| ⊙ | "Employee Relations Primer" - New Employee Orientation Video | | |
| | Form I-9: Employment Eligibility Verification (ABM Form 490-B) (Maintain in separate file) * | | N/A |
| ⊙ | Employee Handbook/Receipt and Acknowledgement | ✓ | |
| ⊙ | Drug-Free Workplace Policy (Agreement/Acknowledgement) * | ✓ | |
| ⊙ | FCRA Disclosure and Authorization* | ✓ | |
| ⊙ | MVR Only FCRA Disclosure and Authorization* | ✓ | |
| | MVR Policy Summary and Acknowledgement. Fleet Safety and Driver Eligibility Program Overview (Copy to Safety Department)* | ✓ | |
| ⊙ | Form W-4: Employee Withholding* | ✓ | |
| ⊙ | Sexual Harassment Policy* | ✓ | |
| ⊙ | Sexual Harassment Information Sheet Acknowledgement* | ✓ | |
| ⊙ | Harassment Hotline Information and Acknowledgement | ✓ | |
| ⊙ | Emergency Contact Information* | ✓ | N/A |
| | Code of Business Conduct (Non-union employees) | ✓ | |
| | Application for Union Membership and Payroll Deduction Authorization (Union members only) | ✓ | |
| ⊙ | Equal Employment Opportunity Information-Post Employment (ABM Form 529-E) (Maintain in separate file) | N/A | |
| ⊙ | Request for Self-Identification (Accompanies EEO-Post Employment)* | ✓ | |
| | Company Organization/Governance Chart | | |
| | Welcome Letter from President | ✓ | |
| | ABM Industries Employee Benefits Info (Non-union employees) 2/1/05 | ✓ | N/A |
| ⊙ | Automatic Payroll Deposit Authorization Form (If applicable) | | N/A |
| | Personnel Action Notice with Appropriate Signatures (PAN 563-F) (To Payroll and Employee Benefits Departments) | ✓ | N/A |
| | Employee Instructions, Information and Workrules (if applicable) | N/A | N/A |
| ⊙ | Standard Employment Agreement (Non-union employees) | ✓ | |
| ⊙ | Facts About Workers' Compensation | ✓ | |

(⊙) Required for all new hires
* Included in New Hire Packet (ABM-641)

I have been provided with and have reviewed the above listed information, as indicated in the "Date Provided" column.

Employee Signature  X _____

ABM-641  Rev (10/03)

Date: 2/3

EX. NO. 1124
PAGES 7 & 8
M. ELLERSICK, CSR 10531  WIT: Gazale