# EXHIBIT 1127

# EXHIBIT 1127

**ABM Industries Incorporated**

Corporate Headquarters
160 Pacific Avenue, Suite 222
San Francisco, CA 94111
Telephone: (415) 733-4044
Facsimile: (415) 733-5146
e-mail: teuila.hanson@abm.com

December 18, 2006

Teuila Hanson
Assistant General Counsel

<u>Via Fax and U.S. Mail</u>
Fax No.: 213-894-1118

Olophius E. Perry, District Director
Sara Aguirre, Investigator
EEOC – Los Angeles District Office – 480
255 E. Temple St. 4th
Los Angeles, CA  90012

Re:  <u>Erika Morales v. ABM Janitorial Services</u>
     <u>Charge No.: 480-2006-02932</u>

Dear Mr. Perry and Ms. Aguirre:

We are in receipt of your letter dated December 13, 2006 in which you informed us that, in the course of the EEOC's investigation into the above-referenced matter, the EEOC learned that Jose Vasquez "has been convicted of rape by force and that he is registered in the State of California as a sex offender." Please be informed that on December 14, 2006, we met with Jose Vasquez to inform him that he was being placed on an unpaid suspension pending the outcome of our investigation into these reported activities. During this meeting Mr. Vasquez voluntarily resigned from employment.

Please feel free to contact us should you have any additional questions or concerns. Thank you.

Very truly yours,

Teuila Hanson
Teuila Hanson
Assistant General Counsel

TH/rb

cc:  ABM Janitorial Services
     Brian Nelson, EEOC

New York Stock Exchange Symbol: ABM