# EXHIBIT 1201

# EXHIBIT 1201

January 28, 2005                                           **Promotion**

Joe Vasquez

Dear Joe:

I am pleased to offer you a promotion to the position of Supervisor effective February 1, 2005. In this position, you will report directly to me. Your compensation will be $1,100.00 bi-monthly. We will review your progress in 90 days, to if you are meeting the requirements of your new role. We will review the Supervisory Incentive Plan with you at that time.

In your new role, your present benefits will reflect that of an exempt supervisory employee. These benefits will be covered with you by Tom Cazale in Fresno on February 3, 2005 at 11:30am, along with your regular orientation paperwork promoting you to Supervisor.

You will be provided a company vehicle and a gas card to perform your job duties.

Human Resources will review your personnel file to ensure all the necessary paper work has been completed. If additional documentation is needed, it will be completed on the 3rd.

Joe, you are a valuable member of our Branch Team, and I believe your experience will benefit both ABM and the Customer in this role. Should you have any questions, please do not hesitate to contact me.

Sincerely,

Ric Steiner
District Manager

I accept the terms of this promotion: _Joe Vasquez_
                                        Signature

                                        Date  1-28-05

Plaintiffs' Exhibit 1201
Amy Maier, CSR # 13248
08/18/09
Richard Eugene Steiner