# EXHIBIT 1208

# EXHIBIT 1208

From PEERLESS-MFP                    Thu 30 Jun 2005 12:49:39 AM PDT                    Page 2 of 3

### Peterson's Family Foster Home

611 Calabria Drive
Bakersfield, CA 93305

Cell no. (661) 910-16__
Sequoia 326 Airbase

Monday, June 27, 2005

Valley Bible Fellowship, Soul Factory
Attn: Mrs. Becky Fox
2300 East Brundage Lane
Bakersfield, California 93306

RE: VBF Campus Incident Involving ABM Services Employees

Dear Mrs. Fox,

Pertaining to our telephone conversation and at your request this afternoon, please accept this letter as my written account of the facts for the night of Sunday, June 26, 2005 at 9:10PM.

My children and I were just finishing cleaning up in the kitchen at the time stated herein. While I had sent two of my boys to run a box of trash out to the dumpster, they quickly returned and indicated to me that they only went halfway because they were scared and believed someone to be in the dumpster area. I then exited out the North exit of the Building and we all proceeded over to the dumpster to investigate. Upon arrival I found both metal swing doors open and ABM site supervisor Joe L. (whom I have made prior acquaintances with about 2 ½ months ago when I conducted a walkthrough of our kitchen facilities with him) and ABM staff holding and detaining ABM employee Angelica S. against the back wall. Joe was not aware of our immediate presence and was positioned with his back toward us at the dumpster opening. Upon further observation, I noticed that Angelica appeared to be scared and in distress as Joe spoke to her in a firm and demanding spanish tone as he swayed side to side with his hands and feet spread apart blocking her attempts to exit the back of the dumpster area. Joe continued to push her back against the back wall while grabbing her breast and on one occasion it appeared to me that he groped her vagina. Realizing that we were possibly witnessing either an on-the-job sexual harassment or an attempted sexual assault, I slammed the trash box into the dumpster startling Joe away from Angelica. Since Angelica did not seek out my immediate protection and there was a language barrier, we headed to my _____ with a sense of urgency to contact VBF management for

Plaintiffs' Exhibit 1208 (2 pgs.)
Amy Maier, CSR # 13248
08/18/09
Richard Eugene Steiner

From PEERLESS-MFP          Thu 30 Jun 2005 12:49:39 AM PDT                 Page 3 of 3

further directions.

I realized that I was not in possession of my cell phone. My van (which was currently) parked on the east side of the [church]. The two were separating. I then raced back to my residence dropped off the boys, changed vehicles and grabbed my cell phone. In route back to VBF, I first made contact with Chuck Garcia whom informed me that he would meet me back on campus and would contact the on call pastor. I then contacted Christina Silva's mother and grandmother and they were available to meet me on church grounds to not only to control but also serve as a translator with Angelica. When I arrived close to VBF I opted to walk down the street with Chuck Garcia while Joe V. locked up the front gate and exited the area. We [arrived] back onto the campus. The Silva's arrived approximately 4 minutes later as Chuck made contact with Pastor Scott. We located both female ABM employees in the gym with Angelica in the Adoni Youth Room. Christina's grandmother talked with Angelica for approximately 20 minutes and determined that an attempted sexual assault / harassment had taken place and she was afraid not only of Joe but of also reporting the incident for fear of being deported. She had only been on the job for 3 months and had 2 small children to care for. I then contacted the Bakersfield Police Department, according to my cell phone records at 10:12PM to report the incident. Two BPD officers responded to do the initial investigation. The officers explained that due to the fact that Angelica J. was in fear of pressing charges against Joe. All they could do at that point was forward the matter to a detective with the BPD Sex crimes unit and the district attorney's office for further review.

In closing, if you should have any questions regarding this statement. Please do not hesitate to contact me at the location stated above.

In His Continued Service,

Scott Stevenson