# EXHIBIT 1234

# EXHIBIT 1234

# SEXUAL HARASSMENT INFORMATION SHEET ACKNOWLEDGEMENT

I acknowledge that I have been provided with a copy of ABM's Company Policy on Sexual Harassment. I also understand that it is my responsibility to read this information as provided by my employer, and that I may, at any time, review the contents contained within this information sheet with my employer.

Dated: 11-1-05

Francisco Cervantes
(Employee's Printed Name)

*(signature)*
(Employee's Signature)

*(signature)*
(Witness Signature)

Plaintiff's Exhibit 1234
Sandra L. Edmonson, CSR# 7704
01/26/10
Francisco Cervantes

ABM-645 (4/04)

D1473