# EXHIBIT 1235

# EXHIBIT 1235

## HANDBOOK RECEIPT AND ACKNOWLEDGMENT

I acknowledge that I have read and understand the Employee Handbook, and I accept the terms and conditions of employment contained therein.

I understand that this Handbook summarizes the Company's personnel policies and guidelines, and that it is furnished to me only for my information. I further understand that the policies and procedures contained in the Handbook are not intended to create an employment contract.

I understand that the Company may modify or rescind any policies, guidelines, benefits, or practices described in this Handbook at any time, except for its policy of at-will employment and those policies required by law.

9-19-96

Acosta Cervantes
(Employee's Printed Name)

_____
(Employee's Signature)

*[Handwritten annotations:] Redact fax line. Do Not Stamp Unless otherwise tagged.*

Plaintiff's Exhibit 1235
Sandra L. Edmonson, CSR# 7704
01/26/10
Francisco Cervantes

D1469