# EXHIBIT 1266

# EXHIBIT 1266

# SEXUAL HARASSMENT INFORMATION SHEET ACKNOWLEDGMENT

I acknowledge that I have been provided with a copy of ABM's Company Policy on Sexual Harassment. I also understand that it is my responsibility to read this information as provided by my employer, and that I may, at any time, review the contents contained within this information sheet with my employer.

Dated: _8/10/03_

_Adalberto Rodriguez_
(Employee's Printed Name)

_Adalberto Rodriguez_
(Employee's Signature)

_____
(Witness Signature)

Plaintiff's Exhibit 1266
Sandra L. Edmonson CSR # 7704
02/05/10
Adalberto Rodriguez

D1701