# EXHIBIT 1281

# EXHIBIT 1281





GOBIERNO DE LOS ESTADOS UNIDOS
COMISION DE IGUALDAD DE OPORTUNIDAD EN EL EMPLEO

UNITED STATES GOVERNMENT
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

255 E. TEMPLE STREET, 4TH FLOOR
LOS ANGELES, CALIFORNIA 90012
1-800-669-4000
(213) 894-1000
TDD (213) 894-1121
FAX (213) 894-1118

**SENT VIA FACSIMILE & U.S. MAIL**

Teuila Hanson, Assistant General Counsel
ABM Industries Inc.
160 Pacific Avenue, Suite 222
San Francisco, CA 94111

RE:   Erika Morales v. ABM Janitorial Services
      EEOC Charge No. 340-2006-02932

Dear Ms. Hanson:

The charge referenced above represents extremely serious allegations. Pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e-5(f)(2), the EEOC is conducting an expedited investigation into this matter. During the course of the investigation, the EEOC has learned that Jose Vasquez, Supervisor for ABM Janitorial Services, Inc. in Bakersfield, has been convicted of rape by force and that he is registered in the State of California as a sex offender.

We wish to raise this concern with you in light of the serious nature of the allegations raised not only by the Charging Party but by a number of other employees. The EEOC is asking that you take appropriate measures to ensure that employees are protected, up to and including, the removal of Mr. Vasquez from his position. Based on your knowledge of this information, should you decide to take no action, your liability could potentially increase. If no action is taken, the EEOC may consider alternative measures, including, but not limited to, a temporary restraining order.

Please contact the EEOC to further discuss this matter. You may contact Sara Aguirre, Investigator at (213) 894-1039 or Brian Nelson, Enforcement Supervisor at (213) 894-1040.

Sincerely,

12/13/06
Date

Olophius E. Perry, District Director
Los Angeles District Office

EXHIBIT
Hansen
281
2/2/10