# EXHIBIT 1283

# EXHIBIT 1283



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
(213) 894-1000
TTY (213) 894-1121
FAX (213) 894-1118

**VIA FACSIMILE & U.S. MAIL**

June 19, 2007

Teuila Hanson, Esq.
ABM Industries Inc.
160 Pacific Avenue, Suite 222
San Francisco, CA 94111

RE:   Erika Morales v. ABM Janitorial Services
      EEOC Charge No. 480-2006-02932

      Law Offices of Mallison & Martinez v. ABM Janitorial Services
      EEOC Charge No. 480-2007-01134

Dear Ms. Hanson:

At this time, the Commission invites ABM Industries, Inc. to join in a collective effort toward a just resolution of the above-referenced matter.

Please be aware that the focus of the conciliation efforts is resolution. The focus of the conciliation efforts is not the analysis or disclosure of the evidence already in hand, although evidence not presented or discussed during the course of the investigation can be presented. In addition, other reasonable resolution alternatives and offers, besides those listed below, can be proposed.

With respect to injunctive relief remedies, the Commission is requesting the following relief:

- ABM's agreement to hire an outside consultant to aid in the establishment of a strong policy against sexual harassment in the workplace and in the communication of such a policy to all employees in either Spanish or English, as appropriate. The outside consultant will also aid in the establishment of proper procedures on how to receive and investigate complaints of sexual harassment and retaliation.

- ABM's agreement to provide training for all employees on sexual harassment and retaliation every six months for a period of five (5) years. Each training session should last approximately a half day. Supervisory, Human Resources, and management employees would be required to attend additional training on how to properly document and respond to sexual harassment complaints. Training should also cover ABM's EEO policies, complaint procedures, investigations and remedial action taken in response to complaints of discrimination, sexual harassment, and/or retaliation. Management training will last a minimum of six (6) hours. The training shall be provided in Spanish and



English as appropriate. ABM will also agree to submit copies of all training materials and attendance records during the same reporting period.

- ABM's agreement to set up audit teams to audit ABM's facilities to ensure that no sexual harassment is occurring.

- ABM's agreement to submit any complaints, copies of investigation reports/summaries, and resolutions of sexual harassment to the EEOC and to the outside consultant for a period of five (5) years.

- ABM's agreement to the consultant's monitoring to prevent and correct potential sexual harassment and/or retaliation and the consultant's implementation of a monitoring procedure.

- ABM's agreement to develop a 24 hour hotline complaint hotline for employees to report sexual harassment. The hotline is to have a Spanish-speaking individual available for individuals wanting to make a complaint in Spanish.

- ABM's agreement to post in areas visible to all employees at all facilities a copy of the EEOC Notice regarding the conciliation of this matter [see attached]. The posting should be in Spanish and in English.

- ABM's agreement not to retaliate against any individuals identified through this the investigation.

The Commission is requesting the following in compensatory and punitive damages for the following Charging Parties and class members:

| Name | Compensatory/Punitive Damages |
|---|---|
| Erika Morales | $ |
| | $ |
| |  REDACTED |
| | |
| | |
| Nataly Vasquez | |

The Commission is requesting a total of _____ in compensatory/punitive damages. In the event of litigation, the Commission may expand this list to include additional victims of discrimination.

Please submit a written response setting forth your agreement with the relief requested or counteroffer to this proposal by **July 3, 2007**. If a response is not received by close of business, **July 3, 2007**, the Commission will conclude conciliation efforts. If a response is received by close of business, **July 3, 2007**, we will review the offer and determine whether further conciliation efforts are warranted.

If you have any questions, I can be reached at (213) 894-1039.

Sincerely,

Sara Aguirre
Investigator

```
TRANSMISSION VERIFICATION REPORT
```

```
                                        TIME  : 06/19/2007 10:02
                                        NAME  : EEOC ENFORCEMENT
                                        FAX   : 12138941055
                                        TEL   : 12138941055
                                        SER.# : BROE6J475027
```

```
DATE,TIME           06/19 10:00
FAX NO./NAME        914157335146
DURATION            00:02:21
PAGE(S)             08
RESULT              OK
MODE                STANDARD
```



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Los Angeles District Office

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
(213) 894-1000
TTY (213) 894-1121
FAX (213) 894-1118

## FACSIMILE TRANSMITTAL

DATE     : June 19, 2007
TO       : Teuila Hanson, Esq.
           (415) 733-5146

FROM     : Sara Aguirre, Investigator
           LOS ANGELES DISTRICT OFFICE

SUBJECT  : Erika Morales v. ABM Janitorial Services
           Law Offices of Mallison & Martinez v. ABM Janitorial Services

COMMENTS :

NUMBER OF PAGES  (INCLUDING THIS SHEET)  __8__

Confidentiality Notice: The materials enclosed with this facsimile transmission are private and confidential and are the property of the privileged and is intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, be advised that any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited by federal law. If you have received this transmission in error, please immediately notify

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Los Angeles District Office

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
(213) 894-1000
TTY (213) 894-1121
FAX (213) 894-1118

## FACSIMILE TRANSMITTAL

DATE : June 19, 2007
TO : Teuila Hanson, Esq.
(415) 733-5146

FROM : Sara Aguirre, Investigator
LOS ANGELES DISTRICT OFFICE

SUBJECT : Erika Morales v. ABM Janitorial Services
Law Offices of Mallison & Martinez v. ABM Janitorial Services

COMMENTS :

NUMBER OF PAGES (INCLUDING THIS SHEET) __8__

Confidentiality Notice: The materials enclosed with this facsimile transmission are private and confidential and are the property of the privileged and is intended only for the use of the individual(s) and/or entity(ies) named above. **If you are not the intended recipient, be advised that any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited by federal law.** If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the forwarded documents.

IF YOU EXPERIENCE ANY PROBLEMS IN RECEIVING OF THESE PAGES, PLEASE CALL US AS SOON AS POSSIBLE.

EEOC TELEPHONE NUMBER : (213) 894-1039