# EXHIBIT 1284

# EXHIBIT 1284

# LITTLER MENDELSON
### A PROFESSIONAL CORPORATION

August 27, 2007

Daniel L. Gonzalez
Direct: 310.772.7228
Direct Fax. 310.553.5583
dlgonzalez@littler.com

**VIA MAIL AND FACSIMILE 213.894.1118**

Sara Aguirre
Investigator
U.S. Equal Employment Opportunity Commission
255 East Temple Street.
Los Angeles, CA. 90012

Re:   Erika Morales v. ABM Janitorial Services, Inc.
      EEOC Charge No. 480-2007-01134

      Law Office of Mallison & Martinez v. ABM Janitorial Services, Inc.
      EEOC Charge No. 480-2007-01134

Dear Ms. Aguirre:

As stated in the voicemail I left for you this afternoon, ABM will be making its counter offer to the EEOC's conciliation demand tomorrow morning, August 28, 2007. ABM's counter-offer will be sent by personal courier.

Thank you for anticipated professional courtesy in this matter and please feel free to contact me if you have any questions.

Very truly yours,

Daniel L. Gonzalez

Attachments
cc:   J. Kevin Lilly
Firmwide:83000458.1 054667.1005

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM
2049 Century Park East, 5th Floor, Los Angeles, California 90067-3107   Tel: 310.553.0308  Fax: 310.553.5583  www.littler.com

ALABAMA
ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
WASHINGTON

EXHIBIT
Nansu
1284
2/2/10