# EXHIBIT 1289

# EXHIBIT 1289





UNITED STATES GOVERNMENT
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

GOBIERNO DE LOS ESTADOS UNIDOS
COMISION DE IGUALDAD DE OPORTUNIDAD EN EL EMPLEO

255 E. TEMPLE STREET, 4TH FLOOR
LOS ANGELES, CALIFORNIA 90012
1-800-669-4000
(213) 894-1000
TDD (213) 894-1121
FAX (213) 894-1118

J. Kevin Lilly, Esq.
Littler Mendelson
2049 Park East, 5th Floor
Los Angeles, CA 90067-3107

Re:   Law Offices of Mallison & Martinez v. ABM Industries, Inc.
      EEOC Charge No. 480-2007-01134

Dear Mr. Lilly:

The Equal Employment Opportunity Commission (EEOC) has determined that efforts to conciliate this charge as required by Title VII of the Civil Rights Act of 1964, as amended, have been unsuccessful. This letter constitutes the notice required by §1601.25 of the Equal Employment Opportunity Commission's Procedural Regulations which provides that the EEOC shall notify the parties to a charge in writing when it determines that further conciliation efforts would be futile or non-productive. No further efforts to conciliate this case will be made by the EEOC.

The charge has been referred to the Legal Unit for review to determine whether EEOC will bring a civil action in Federal District Court against the above named Respondent. A determination should be forthcoming in the near future.

On Behalf of the Commission:

_9/25/07_
Date

Olophius Perry, District Director
Los Angeles District Office

EXHIBIT
Hanson
1289
2/2/10
PENGAD 800-631-6989