# EXHIBIT 1292

# EXHIBIT 1292


**ABM Industries Incorporated**

Corporate Headquarters
160 Pacific Avenue, Suite 222
San Francisco, CA 94111
Telephone: (415) 733-4044
Facsimile: (415) 733-5146
e-mail: teuila.hanson@abm.com

March 12, 2007

Teuila Hanson
Assistant General Counsel

Via Fax and U.S. Mail
Fax No.: 213.894.1118

Brian A. Nelson, Enforcement Supervisor
EEOC – Los Angeles District Office
255 E. Temple Street, 4th Fl.
Los Angeles, CA 90012

Re:   Law Office of Mallison & Martinez v. ABM Janitorial Services –
      Northern California
      Charge No.: 480-2007-01134

Dear Mr. Nelson:

This letter will confirm that ABM Janitorial Services – Northern California will submit its position statement in response to the above-referenced Charge of Discrimination on or before March 21, 2007. Thank you for your courtesy.

If you have any questions, please feel free to contact me.

Very truly yours,

Teuila Hanson
Assistant General Counsel

TH/rh

New York Stock Exchange Symbol: ABM

EXHIBIT
Hansen
1392
2/2/10