# EXHIBIT 1294

# EXHIBIT 1294

 **Industries Incorporated**

Corporate Headquarters
160 Pacific Avenue, Suite 222
San Francisco, CA 94111
Telephone: (415) 733-4044
Facsimile: (415) 733-5146
e-mail: tcuila.hanson@abm.com

Teuila Hanson
Assistant General Counsel

February 1, 2007

Brian A. Nelson, Enforcement Supervisor
EEOC – Los Angeles District Office – 480
255 E. Temple St. 4th
Los Angeles, CA  90012

> *Re:*   **Erika Morales v. ABM Janitorial Services**
>          **Charge No.:  480-2006-02932 – Amended**

Dear Mr. Nelson:

We are in receipt of the Amended Charge of Discrimination referenced above.  You can be assured of our cooperation in connection with your investigation.  However, we just received a copy of the amended complaint in this matter, and additional time will be required to investigate the facts, identify witnesses, and respond accordingly.  We would appreciate your patience in the meantime.

If you have any questions, please feel free to contact me.  Thank you.

Very truly yours,

Teuila Hanson
Assistant General Counsel

TH/rb

cc:   ABM Janitorial Services

New York Stock Exchange Symbol: ABM

EXHIBIT
Hanson
94
2/2/10