# EXHIBIT 1296

# EXHIBIT 1296



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Los Angeles District Office

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
(213) 894-1000
TTY (213) 894-1121
FAX (213) 894-1118

**SENT VIA FACSIMILE & U.S. MAIL**

August 24, 2006

Teuila Hanson, Assistant General Counsel
ABM Industries Inc.
160 Pacific Avenue, Suite 222
San Francisco, CA 94111

RE:   Erika Morales v. ABM Janitorial Services
      EEOC Charge No. 340-2006-02932

Dear Ms. Hanson:

I am in receipt of your Position Statement dated August 21, 2006. At this time, your organization is requested to submit information and records relevant to the investigation of the subject of charge of discrimination. The Commission is authorized by law to conduct such investigations. This request for information does not necessarily represent the entire body of evidence that we may need to obtain from you in order that a proper determination can be made.

As always, you may submit other information to support your position along with the information outlined on the attached Request for Information. You may be assured that information supplied to the EEOC is safeguarded and used for law enforcement purposes only. Please forward the information requested by September 7, 2006.

The EEOC is authorized to issue a subpoena to obtain evidence in instances where a party fails or refuses to cooperate with the investigation. While the EEOC attempts to first secure voluntary compliance with its investigations, be advised that failure to provide all of the information requested may result in the issuance of a subpoena.

If you have any questions, I may be reached at (213) 894-1039.

Sincerely,

Sara Aguirre
Investigator

COPY

EXHIBIT Hanson
1296
2/2/10

 

## REQUEST FOR INFORMATION[1]

1. Identify Respondent's full legal name and any "dba" or "fka" names.

2. Identify Respondent's corporate status, nature of business/operation at the entity named on the above-referenced Charge of Discrimination, and the date on which it began operating.

3. Identify and describe the relationship and lines of reporting between this Respondent and any applicable parent company and subsidiaries. Provide an organizational chart illustrating the relationship.

4. Identify the full address of place of incorporation of the entity named on the above-referenced Charge of Discrimination.

6. Identify the name, business address and phone number of the registered agent for service of process for the entity named in the above-referenced Charge of Discrimination.

7. Identify the number of employees that the entity named on the above-referenced Charge of Discrimination employed in each of 20 or more calendar weeks, as that phrase is understood for the purposes of 42 U.S.C. Section 1981a(b)(3), spanning January 1, 2004 to the present, by year.

8. Identify the name, address and phone number for the Custodian of Records for the entity named in the above-referenced Charge of Discrimination.

9. Produce all documents that reflect or reveal whether your organization has adopted any procedure by which an employee may register a complaint of harassment by co-workers or supervisors.
    a. If your organization has a procedure, describe each step of the procedure(s) available to employees since January 1, 2004, including, but not limited to, the procedures for initiating, investigating and disposing of such complaints, and a detailed description of all the records created in paper and electronic format for documenting, investigating, and determining the merit of these internal complaints.
    b. If the procedure is written, submit a copy of the procedure. Explain how these procedures are communicated to employees and supervisory

10. Produce a copy of all the employee handbook(s), and any corresponding acknowledgment forms, in effect at any time during the period of January 1, 2004 to the present, identifying their effective dates. Describe the process for distributing employee handbooks to employees, if they are provided to them.

---

[1] This Request for Information is a continuing request. Thus, should any policy or practice within the scope of these questions change significantly after these questions are answered, you are requested to provide a full description of the change within twenty (20) days.

11. Produce all records that reflect sexual harassment training provided to Erika Morales, Javier Vasquez and Jose Vasquez during the period of from January 1, 2004 to the present.

12. Produce a complete copy of the personnel file[3] of the following employees:
    a. Erika Morales;
    b. Javier Vasquez;
    c. Jose Vasquez.

13. Produce all records related to, recommended, proposed, and actual disciplinary actions[4] of Jose Vasquez and Erika Morales throughout his entire career with your organization, including, but not limited to, disciplinary notices, demotions, suspensions, supervisory notes, counseling memoranda, termination recommendations, termination notices, and supervisory notes. The documents should reflect the following:
    a. Date of the disciplinary action(s);
    b. Reason for the disciplinary action(s);
    c. Type of disciplinary action(s) taken;
    d. Disciplinary record of employee prior to the instant issue; and
    e. Person imposing the discipline, including the person's name, position title, race, gender, date of hire.
    e. If the person is no longer employed with you, also provide the last known address, telephone number, social security number, and reason for separation.

14. Produce all records or documents related to and concerning the allegation that Jose Vasquez sexually harassed Erika Morales and the investigation of Charging Party's allegations including, but not limited to, all witness statements, tapes (of recorded interviews), notes, documents, complaints, reports, memos, correspondences, recommendations, conclusions, and disposition.
    a. For each witness statement provide the following information for each witness: name, address, telephone number, social security number and job title.

15. Produce all records that reflect or reveal all employee(s) other than the Charging Party who have at any time complained about sexual harassment and/or inappropriate behavior by Jose Vasquez, whether formal or informal, including but not limited to allegations of sexual harassment. If the answer is yes, please provide the following:
    a. Name, position, and gender of employee(s) placing the complaint;

---

[3] The phrase "personnel file," shall include any and all records maintained either in the normal course of business or for any special purpose with regard to the applicant, course of employment, and termination and/or promotion, and specifically includes applications, unemployment compensation records, disciplinary notices, performance evaluations, productivity reports, employment histories or summaries, records of residential addresses and telephone numbers, termination notices, job assignment or classification records, compensation and other similar records.

[4] The term "Disciplinary actions" as used at any time within this document is not limited to records in the personnel file, it includes, but is not limited to, verbal warnings, written warnings, suspensions, counseling memoranda, supervisory notes, performance improvement notices, performance improvement plans, termination recommendations, and termination notices.

    b.     Last known home address, telephone number, and social security number of the employee(s) placing the complaint;
    c.     Name, position, and gender of the supervisor(s) or manager(s) to whom the individual(s) complained, whether formal or informal;
    d.     Disposition of the complaint(s);
    e.     A copy of any and all documents concerning the complaint(s) lodged;
    f.     A copy of any and all documents concerning the investigation of the complaint(s).

16. Produce all documents that reflect or reveal whether any complaints, written or verbal, and formal or informal, of gender, sexual, national origin, race, color, age, religious or disability harassment[5] or employment discrimination made by any current or former employee at Respondent's Bakersfield locations, including Erika Morales, to any current or former representative, supervisor or management of ABM Janitorial Services, Inc. at any time between January 1, 2004 to the present, provide:
    a.     The full name, position title, last known address, last known phone number, and social security number of the individual who made the complaint;
    b.     Any records of the complaint, whether generated at the time of the complaint or at a subsequent date;
    c.     The full name, position title, last known address, last known phone number, and social security number of each individual interviewed in response to the complaint;
    d.     All records related to the employment discrimination complaint, including records related to subsequent actions such as investigation, interviews, determinations and disciplinary actions;
    e.     Whether or not the individual is currently employed by Respondent; and
    f.     If the individual is no longer employed by Respondent, provide a copy of separation notice (e.g. termination slip, resignation letter, retirement, layoff, etc.) and all records related to recommended, proposed, and actual disciplinary actions.

17. Identify all employees who worked with Charging Party at any time period during her employment with your organization. Responsive documents should reflect
    a.     Name and gender;
    b.     Last known home address and telephone number; and
    c.     Social security number.

18. Identify all employees who worked with Jose Vasquez at any time period during his employment with your organization. Responsive documents should reflect
    a.     Name and gender;
    b.     Last known home address and telephone number; and
    c.     Social security number.

---

[5] The term "Harassment" as used within this document refers to any ethnic, racist, ageist, or sexist slurs and comments; visual conduct such as leering, making sexual gestures; displaying suggestive items, pictures, cartoons, and posters of such things as nooses, sexual or private parts; verbal or unwanted sexual advances; Physical conduct, including but not limited to, touching, embraces, assault, blocking movements, etc.

19. Identify all documents that reflect or reveal all of the locations and addresses of where Erika Morales was assigned to work from June 1, 2004 to September 14, 2005.

20. Identify all documents that reflect or reveal all of the locations and addresses of where Jose Vasquez was assigned to work from the beginning of his employment to the present.