# EXHIBIT 1501

# EXHIBIT 1501

# Service Agreement

## ABM Industries Incorporated and ABM JANITORIAL SERVICES - NORTHERN CALIFORNIA



EXHIBIT
Miller
1501
2/24/10

This Service Agreement ("Agreement") is entered into this 1st day of January, 1999, by and between ABM Industries Incorporated, a California Corporation ("ABM"), and **ABM Janitorial Services - Northern California**("Subsidiary"). **(collectively "the parties")**

## RECITALS

A.    ABM is a holding company which owns the stock of certain subsidiary corporations, including **Subsidiary**; and

B.    ABM provides certain administrative, financial and legal services to Subsidiary; and

C.    The parties wish to memorialize the services to be provided by ABM to Subsidiary, and the charges applicable to such services.

NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained, ABM and Subsidiary hereby agree as follows:

### *Article 1.     Services Performed by ABM*

**1.1    Accounting Services.** ABM, through its Controller's Office, shall provide to Subsidiary necessary accounting services which shall include the following:

a)    Provide financial policies and procedures;
b)    Payroll tax depositing;
c)    Manage independent audit of the Company;
d)    Prepare and file federal and state income tax reports;
e)    Prepare required external financial reports and disclosures as needed.

**1.2    Administrative Services.** ABM, through its Administrative Services Department, shall provide to Subsidiary necessary administrative services which shall include the following:

a)    Negotiation and management of national accounts;
b)    Management of vehicle acquisition and disposal program;
c)    Management of uniform company logos and signage;
d)    Purchase of business cards and stationary.

**1.3    Electronic Services.** ABM, through its Electronic Services Department, shall provide to Subsidiary necessary computer and electronic services which shall include the following:

a)    General
   i)    Computer systems and telecommunications systems advise to Subsidiary as required.
   ii)   Centralized call center management of all ESD-provided services, including periodic end-user surveys via e-mail to measure satisfaction.

b)    Procurement Services
   i)    Purchasing of Company standard computer-related hardware and software products, including adherence to Purchase Order/Capital Expenditure Requisition rules by Division.
   ii)   Advise, resourcing and/or purchasing of non-standard computer-related hardware and software products, as required.

c)    Voice Communications Services
   i)    Administration and support of the Company's long-distance pager, telephone, and cellular voice communications systems contracts.

d)    Computer Software Program Services
   i)    Development, implementation and support of the financial and payroll computer software programs used by Corporate, Engineering, Janitorial, Parking, Security and Supply.
   ii)   Liaison to outsourcing partners, for support of the Company's laser check printing, positive pay process, fixed assets system, electronic time clocks, and data communications services, including internet access and frame relay network services.
   iii)  Development and support of the LMS, the labor tracking system by the Janitorial and Security Divisions.
   iv)   Development and support the revenue entry system and lot inspection system used by the Parking Division.
   v)    Development and support of PM and EM, the preventive maintenance and energy tracking systems used by the Engineering Division.
   vi)   Development and support of division service center software systems.
   vii)  Development and support of the periodic scheduling and facility inspection system used by the Janitorial Division.

e) <u>Technical Support</u>
  i) On-site and telephone based installations and support for personal computers ("PCs") and network attached peripheral devices such as printers and modems.
  ii) Telephone-based development, implementation and support for UNIX access and peripheral devices, and Lotus Notes e-mail access and basic, company-provided workgroup applications.

f) <u>Project Management</u>
  i) Manage overall documentation and filing, vendor, systems hardware & software, office inventory and Lessor compliance
  ii) Manage conversion process.
  iii) Liaison with management and customers in marketing presentation and communications process.

**1.4   <u>Employee Benefits.</u>** ABM, through its Employee Benefits Department, shall provide to Subsidiary necessary Employee Benefits services which shall include the following:

a) Administer Employee Benefits programs, including but not limited to, ABM Employee Stock Purchase Plan, Service Award Benefit Plan, Employee Stock Option Plans, Group Health and Life Insurance, Short-Term and Long-Term Disability Plans;
b) Manage COBRA Notification process for qualifying employees;
c) Manage 401(k) program for eligible employees;
d) Manage and administer Qualified Domestic Relations Orders as they pertain to any benefit plans;
e) Coordinate with third party service providers as necessary.

**1.5   <u>Human Resources.</u>** ABM, through its Human Resources Department, shall provide to Subsidiary necessary Human Resources and legal services which shall include the following:

a) Assist in development of human resource policies applicable to Subsidiary;
b) Assist in development and distribution of employee handbooks and employment-related forms for use by Subsidiary;
c) Assist Subsidiary with employment-related workplace posting requirements;
d) Provide employee relations personnel to assist Subsidiary with employment-related problems;
e) Provide employment related legal advice and guidance;
f) Manage all employment-related lawsuits, claims and liabilities;
g) Preparation of Annual Affirmative Action Plan(s);
h) Provide support for Subsidiary in cases of governmental audits;
i) Manage human resource information systems;
j) Develop and present employment-related division training programs.

**1.6** <u>Insurance Services.</u>  ABM, through its Insurance Services Department, shall provide to Subsidiary necessary risk management services which shall include the following:

a)   Negotiate and Contract with Insurance providers covering Subsidiary, its employees, officers and directors;

b)   Management of third party injury and loss claims made against Subsidiary;

c)   Manage workers' compensation insurance and workers' compensation claims management;

d)   Calculate and collect from Subsidiary required premium payments for workers' compensation and liability insurance.

**1.7** <u>Legal Services.</u>  ABM, through its Legal Department, shall provide to Subsidiary legal services which shall include the following:

a)   Negotiation, drafting and review of service and procurement agreements;

b)   Management of corporate secretarial function including filing and registration requirements at state, local and national levels;

c)   Negotiation, drafting and management of asset and stock acquisitions;

d)   Negotiation and drafting of executive employment agreements;

e)   Provide general legal business advice to Subsidiary.

**1.8** <u>Safety Services.</u>  ABM, through its Safety Services Department, shall provide to Subsidiary safety services which shall include the following:

a)   Provide advice and guidance necessary to enable Subsidiary to comply with applicable laws pertaining to health and safety of employees, customers, and the general public;

b)   Develop and distribute safety-related training and education materials;

c)   Publish and distribute appropriate safety manuals;

d)   Develop or review Material Safety Data Sheets;

e)   Maintain ABM motor vehicle safety program;

f)   Hire appropriate professionals to conduct tests and make recommendations on safety issues.

**1.9    Treasury Services.** ABM, through its Treasury Services Department, shall provide to Subsidiary treasury services which shall include the following:

a)   Establish and maintain banking relationships;
b)   Perform monthly bank reconciliations;
c)   File annual escheatment returns with appropriate states;
d)   Provide for the audit and filing of annual 5500 for Employee 401K and Savings Plan;
e)   Provide liaison with depository institutions for day-to-day operation of banking system.

## Article 2.    Duties of Subsidiary Under Agreement

2.1    In exchange for such services, Subsidiary shall pay 1% of its gross operating revenue to ABM, which 1% shall be calculated and booked by ABM's accounting department.

2.2    Subsidiary shall cooperate with ABM in the provision of the services outlined in part 1, above.

2.3    Subsidiary agrees to follow policies and guidelines developed pursuant to this Agreement, as well as such corporate guidelines as may be developed and promulgated from time to time.

## Article 3.    Miscellaneous

3.1    **Termination.** Either party may terminate this agreement by providing 120 days written notice to the other.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement the date and year first above written.

_____
ABM Industries Incorporated

_____
ABM Janitorial Services
Northern California