# EXHIBIT 1502

# EXHIBIT 1502



## CODE OF BUSINESS CONDUCT AND ETHICS

The Board of Directors of ABM Industries Incorporated ("ABM") has adopted the following Code of Business Conduct and Ethics (the "Code") for all directors, officers and employees of the Company. The "Company" includes ABM and all of its subsidiaries and affiliates.

While there cannot be a specific rule for every situation you may encounter in your workday, we have adopted this Code to provide certain baseline principles for the business conduct of the Company's directors, officers and employees. In addition to this Code, you are expected to be familiar with and comply with the Company's various policies and procedures, as well as adhere to the highest ethical standards in all of your business dealings.

The provisions of this Code may only be waived by the President & Chief Executive Officer of ABM Industries, Inc. or, in the case of corporate and subsidiary directors and officers, by ABM's Board of Directors. Waivers by the President & Chief Executive Officer shall be reported to ABM's Board of Directors within five business days. Waivers of this Code for corporate and subsidiary directors and officers will be promptly disclosed if and as required by law or stock exchange regulation.

I.    CONFLICTS OF INTEREST: A "conflict of interest" occurs when a director, officer or employee's private interest interferes in any way, or even appears to interfere, with the interests of the corporation as a whole. All such conflicts are expressly prohibited. No spouse, relative, in-law or co-habitant of an employee may receive improper personal benefits as a result of your position with the Company or be employed by the Company in any position where either of them is subject, directly or indirectly, to the management and/or control of the other. Examples of other prohibited conflicts of interest include, but are not limited to:

A.   Employment by or acting as a consultant to a competitor or potential competitor, regardless of the nature of the employment or consulting relationship.

B.   Ownership of or holding a substantial interest in a business which is a competitor or supplier of the Company; except that an employee may own up to five percent (5%) of any such publicly-held business(es) provided that (1) he or she shall not directly or indirectly be employed by, operate, assist or otherwise be involved with such business and (2) that he or she shall give the Company notice of such ownership.

C.   The purchase of merchandise or services for the Company from, or placement of other business with, a company directly or beneficially



EXHIBIT
Miller

1502

2/24/10

PENGAD 800-631-6989

D0123

owned or controlled by an employee, his or her spouse, relative, in-law or co-habitant.

D. Serving as a proprietor, general partner, officer or director of any business (except charitable organizations or family businesses that in no way compete with the Company) without first obtaining written consent of the president of ABM or the applicable subsidiary.[1]

E. Loans to employees, or guarantees of employee obligations, not authorized by Company policies and procedures or not permitted by applicable law.

All potential conflicts of interest should be reported immediately to the Company's Senior Vice President of Human Resources & Chief Employment Counsel, or to its Assistant Vice President & Director of Internal Audit.

II. **CORPORATE OPPORTUNITIES AND DUTY OF LOYALTY:** As an employee you have a common law duty of loyalty to your employer, which includes a duty to advance the Company's legitimate interests when the opportunity to do so arises. Accordingly, you may not use your position or the Company's name, property, information or goodwill for personal gain or for the gain of others. You are further prohibited from taking advantage of a personal opportunity that is discovered through the use of corporate property, information or your position with the Company.

III. **FRAUD, THEFT OR DISHONESTY:** You are strictly prohibited from committing acts of fraud, theft, dishonesty, embezzlement, misappropriation or falsification in connection with the performance of your duties for the Company. All such acts shall be punishable by termination for cause.

IV. **GIFTS AND GRATUITIES:**

A. <u>Government and Union Personnel.</u> You may not directly or indirectly give, offer, ask for or accept a gift of cash, merchandise or services, or any gratuity or other business courtesy from or to any member of the judiciary, any federal, state or local government official or employee, any union officer or agent or any representative of a regulatory authority, in connection with the Company's business or any transaction or proceeding involving the Company.

B. <u>Customers and Suppliers.</u> Unsolicited gifts of cash, merchandise or services, gratuities or business courtesies from or to a current or potential customer or supplier, including meals and entertainment, are permissible as long as they are customary in the trade or industry and do not otherwise violate any federal, state or local law, regulation or ordinance or Company policy

---

[1] This provision does not apply to directors of ABM who are not also officers or former officers.

2

D0124

C. <u>Bribes and Kickbacks.</u> You may not offer or pay directly or indirectly any "bribe" or "kickback" or other payment of anything of value to any person for the purpose of influencing, obtaining or rewarding any favorable action in a commercial transaction, collective bargaining agreement or governmental matter involving the Company.

V.   **INSIDER TRADING; SPECULATION:** Insider trading is both unethical and unlawful. You are strictly prohibited from directly or indirectly buying, selling or otherwise trading in ABM securities on the basis of material, non-public, "insider" information or sharing that information with others. Examples of insider information include: potential mergers, acquisitions or divestitures; financial results or changes in dividends; gain or loss of significant contracts; potential major litigation; planned major changes in business strategies or any non-public information which could affect the price of ABM securities. The Company also believes it is improper and inappropriate for directors, officers and employees to engage in speculative transactions involving ABM securities. You therefore may not sell any ABM securities you do not own (i.e., a short sale) either directly, by sale of an option or other arbitrage transaction.

VI.   **COMPLIANCE WITH LAWS, REGULATIONS AND RULES:** You are expected to obey and comply with all federal, state and local laws, regulations and ordinances, including but not limited to:

A.  Immigration related laws concerning the hiring of legally documented workers;

B.  Employment laws concerning payment of minimum wage, overtime requirements, child labor and general working conditions;

C.  Labor laws concerning worker organizing and bargaining activities;

D.  Health and safety laws concerning the workplace;

E.  Civil rights laws concerning harassment and job discrimination;

F.  Federal laws concerning racketeering and corrupt practices;

G.  Laws concerning unlawful influence of foreign officials and falsification of records;

H.  Laws concerning the proper maintenance of books, records and internal controls; and

I.  Any other applicable federal, state or local law, regulation or ordinance.

In addition, you are expected to be familiar with and comply with the Company's various policies and procedures. Violation of Company work rules may result in disciplinary action, up to and including termination.

VII.  **FAIR DEALING:** Each employee is expected to deal fairly with the Company's customers, suppliers, competitors and other employees. You should not take unfair advantage of anyone through manipulation, concealment, abuse of confidential information, falsification,

3

misrepresentation of material facts or any other unfair dealing practice. Unauthorized use of covert surveillance equipment, including video, photographic or recording devices, is strictly prohibited.

VIII.   **PROTECTION OF COMPANY ASSETS:** You are expected at all times to protect and assure the efficient use of the Company's assets, property and facilities. You are also expected to assure that such assets are used only for conducting legitimate Company business. Theft, carelessness and waste by an employee of any Company asset(s) is strictly prohibited.

IX.   **POLITICAL CONTRIBUTIONS:** You are prohibited from making any direct or indirect contribution of cash, merchandise, services or other property on behalf of the Company to any candidate for public office, or to any political party or other political organization, except as provided by Company policy. Corporate expenditures of a nonpartisan nature made be made in support of legislative issues of concern to the Company, but only with prior written approval of the President & Chief Executive Officer of ABM.

X.   **CONFIDENTIALITY:** Absent a court order or other legal mandate, you must maintain confidentiality regarding any non-public Company or customer information entrusted to you that might be of use to competitors, or harmful to the Company or its customers, if disclosed. You must also maintain confidentiality about any proprietary information or trade secrets you learn while employed by the Company that are not otherwise in the public domain. Examples of such proprietary information include, but are not limited to: customer or potential customer lists; cost, price, billing and profit information and methodology; customer service and supply preferences or requirements; trademarks, copyright and software development; contracts, contract negotiations and employee information.

XI.   **ACCOUNTING AND RECORDKEEPING:** Many people associated with the Company, not just accountants and controllers, participate in the financial control and reporting processes of the Company. If you have any responsibility for any aspect of the Company's record keeping (including, but not limited to processing of cash receipts or processing or approval of payments; creation, processing or approval of invoices and credit memos; payroll and benefits decisions; submission or approval of expense reports and any and all other transactions; or the estimation of reserves or other claims or the amount of any accrual or deferral; or the recording of any of the foregoing in the Company's ledgers) and/or the preparation of the Company's financial statements or other reports, you must see to it that complete and accurate books and records are maintained. You shall not subvert the Company's established systems of internal accounting controls, maintain funds or assets for any illegal or improper purposes or make false or misleading statements in any Company documents, reports or records. No undisclosed or unrecorded accounts may be established using the Company's funds or other assets.

4

All accounting records and the financial reports produced from those records must be kept and presented in accordance with applicable law, must accurately and fairly reflect in reasonable detail the Company's assets, liabilities, revenues and expenses, and must be in accordance with generally accepted accounting principles. All transactions must be supported by accurate and reasonably detailed documentation, recorded in the proper account and recorded in the proper accounting time period. To the extent that estimates are necessary, they must be based on your good faith judgment and be supported by appropriate documentation. No payment or the related accounting entry may be approved or made with the intention or understanding that any part of the payment will be used for any purpose other than that described by the document supporting the entry or payment.

If you receive inquiries from the Company's internal auditors or independent accountants, you must respond promptly, fully and accurately

XII.   **EMPLOYEE HEALTH AND SAFETY:** The Company strives to maintain a safe and healthy work environment for its employees at all times. To that end, you are prohibited from using or possessing alcohol or drugs in violation of any federal, state or local law, regulation or ordinance or Company policy at your workplace or in connection with your work, in a Company vehicle or in any motor vehicle when used in connection with Company business. In addition, you are prohibited from threatening or using any threatening behavior, or possessing any firearm, ammunition, incendiary device or other weapon, at your workplace, in a Company vehicle or at any time in connection with Company business.

## REPORTING ILLEGAL OR UNETHICAL BEHAVIOR

You are encouraged to talk to your supervisor, manager or human resource representative when in doubt about the best course of action to take in a particular situation. Any violation of this Code must be immediately reported to the Company's Senior Vice President of Human Resources & Chief Employment Counsel, or to its Assistant Vice President & Director of Internal Audit. Notwithstanding any other agreement between the parties involved, any such violation shall constitute grounds for termination of employment. In addition, some Code violations may be serious enough to result in civil or criminal fines and/or imprisonment.

Your failure to report a violation is itself a violation of this Code.

Retaliation against anyone who, in good faith, reports a possible violation of any law or Company policy is expressly forbidden.

The Board of Directors of
ABM Industries Incorporated

5

D0127