# EXHIBIT 1505

# EXHIBIT 1505



# ABM Janitorial Services

## "When's My Turn?"



# Participant's Guide



"When's My Turn" Training
4/18/07

D0187

## Remember the Basic Rule

**#1: *Guard Words and Actions***

Employees are also responsible for monitoring their comments and behaviors in the workplace. Managers should ensure that all employees are able to work in an environment free from inappropriate conduct.

**#2: *Investigate, Document***

If managers observe inappropriate conduct, they should follow the Company's policy in managing the situation.

**#3: *Get Help***

Of a manager is unsure about what type of behaviors are inappropriate or whether the location in which the behavior took place requires a Duty to Act, he/she should contact Human resources for help.

**#4: *Be consistent and Professional***

Inappropriate conduct is not professional. If a manager fails to stop such behavior or joins in, employees may perceive that the behavior is acceptable.

**#5: *Avoid Unnecessary Litigation***

Failing to properly manage the work environment creates risk for both the manager and the Company.

"When's My Turn" Training
4/18/07

D0188

## Definitions:

**Q:  What is a hostile work environment?**

**A.:** A hostile work environment is created when the harassment is so severe or pervasive that it alters the victim's employment and  creates an abusive environment. In the context of this training, a hostile work environment is based on race, sex, religion, national origin, color, disability, or age.

**Q. What does Mutual Banter mean?**

A. Any inappropriate workplace joking or comments based on sex, race, age, religion, etc, in which all of the involved participants seem to be participating in or enjoying the behavior.

**Q. What does "Duty to Act" mean?**

**A.** A manager's responsibility to take action when he/she has knowledge or facts suggesting knowledge of conduct that could be in violation of Company policies, safety practices, or the law.

**Q. How would you manage a "Remote workplace?"**

**A.** Give employees company policy information, Consistently communicate policy information and behavior expectations, help employees feel comfortable raising concerns at any time, monitor the work environment when you can.

"When's My Turn" Training
4/18/07

D0189

## How Do I Minimize the Risks of Sexual Harassment and Other Inappropriate Conduct?

- **Clearly understand and frequently communicate the Company policy regarding Sexual Harassment.**
  Your responsibility as a manager involves responding to problems quickly and efficiently. Just as you understand policies regarding other operation rules, it is critical to the Company's success that you are familiar with policies regarding the complaint procedures and necessary action steps in cases of potential sexual harassment. The more you communicate about those policies with your employees, the more likely it  is that they will be upheld.

- **Do not talk with employees about sex**
  This includes joking about sex, teasing employees about sex, making gestures to employees that could reasonably be perceived as sexual, and/or asking the sexual habits and/or sharing information about yours. If you mistakenly behave I a manner that could be considered offensive, so not hesitate to apologize. Emphasize that the behavior will not be repeated and act accordingly.

- **Do not allow sexually-oriented materials to be displayed anywhere in the workplace.**
  This includes calendars, posters, cartoons, faxes, Internet material and e-mails.

- **Do not express sexual interest to an employee or discuss that interest with any other employee, including other managers.**

- **Do not make remarks, no mater how innocent they may seem to you, that might five the impression that sex is part of the job expectation.**
  For example, never say, "Be nice to me and maybe I'll consider you for that promotion."

- **Do not allow employees to tell sexual joke or make sexually-oriented comments, even if they appear to enjoy them.**
  Stop the behavior immediately , and never engage in these types of conversations yourself. Allowing such behavior to continue implies that you and the Company condone such behavior..

- **Immediately stop any sexually-orientated conduct circulating the workplace.**
  It can encourage increasingly inappropriate conduct, poison the workplace, and lead to liability.

- **Avoid becoming romantically involved with any employee, especially those you supervise or who report to you.**
  Employees can later claim that you forced then into a romantic relationship. If the relationship ends, employees might say they were disciplined or terminated because the relationship ended. Also, other employees may claim they were treated less favorably.

"When's My Turn" Training
4/18/07

# What is the Workplace Environment?

The workplace environment is defined as: A Company property at any time, Company sponsored events/activities, and anywhere business is conducted.

Examples of the workplace environment include:
- The annual workplace picnic
- Happy Hour, if the Company is sponsoring it
- A third party vendor location

Keep in mind that as managers, you bear an extra responsibility for behaving professionally. Conduct that has the potential to affect productivity or teamwork should be avoided, regardless of where it takes place.

D0191

## What is Mutual Banter?

Mutual Banter is any inappropriate workplace joking or comments based on sex, race, age, religion, etc, in which all of the involved participants seem to be participating in or enjoying the behavior.

Mutual Banter may also consist of inappropriate comments that do not relate to a characteristic protected by federal law. (i.e. sex, age, national origin, color, religion, or disability) but may be divisive, insensitive, or bothersome. Although this behavior may not be illegal, it may still affect productivity, teamwork, or trust within a department. In addition, this type of behavior may be violation of Company policy and could be used as evidence in court to taint the legitimacy of decisions or prove workplace discrimination.

You may have a duty to act in such situations. Use your best judgment to determine when mutual banter puts your work environment at risk. Use the Prescriptive Rules to guide your decisions in this area.

When in doubt about whether behavior is considered Inappropriate or may affect productivity or teamwork, *GET HELP* (Rule #3) Human Resources can guide you through managing this type of behavior.

## What are the potential risks of Mutual Banter in the workplace?

- A non-participant could overhear the banter, be offended, and file a complaint or lawsuit

- A participant could be offended but afraid to speak up, and file a complaint or lawsuit.

- Comments could be overheard by a customer who becomes offended and allows them to affect their business with the Company.

- A participant could change his/her mind after the fact, decide he/she was offended by the remark, and file a complaint or lawsuit.

- A participant could later be promoted, at which time his/her comments could be used as evidence in a lawsuit.

- A participant could be offended but afraid to speak up. Thereafter the banter could affect his/her productivity or trust of other team members.

- A participant could repeat the inappropriate comments to co-workers who may be offended.

- Inappropriate mutual banter can be used as evidence in a lawsuit to show that the Company'.management routinely tolerated unguarded words and actions in the workplace.

D0193

Insert Division Logo or print on Branch Letterhead
## UNLAWFUL HARASSMENT POLICY

It is the policy of ABM Janitorial Services that all employees be able to work in an environment free from all forms of discrimination including unlawful harassment. We will not tolerate harassment of employees by anyone, including any supervisor, co-worker, vendor, client or customer of the Company.

Unlawful harassment is unwelcome or unsolicited speech or conduct based upon age, sex, race, color, creed, religion, national origin, ancestry, physical or mental disability, marital status, sexual orientation, or any other protected status under federal, state or local law.

One form of unlawful harassment is sexual harassment which is defined as unwanted sexual advances, requests for sexual favors or other visual, verbal or physical conduct of a sexual nature. This definition includes many forms of offensive behavior and includes gender-based harassment of a person of the same sex as the harasser. The following list describes examples of unlawful sexual harassment:

- Unwanted sexual advances.
- Offering employment benefits in exchange for sexual favors.
- Making or threatening reprisals after a negative response to sexual advances.
- Visual conduct: leering, making sexual gestures, displaying of sexually suggestive objects or pictures, cartoons or posters.
- Verbal conduct: making or using derogatory comments, epithets, slurs, and jokes.
- Verbal sexual advances or propositions.
- Verbal abuse of a sexual nature, graphic verbal commentaries about an individual's sexual experiences or activities, sexually degrading words used to describe an individual, suggestive or obscene letters, notes or invitations.
- Physical conduct: unwelcome contact or touching, assault, impeding or blocking movements.

It is the responsibility of any employee who has been harassed or discriminated against, or who has witnessed such harassment or discrimination, to immediately report it to their direct supervisor or to a senior supervisor. Furthermore, it is the responsibility of any supervisor who receives such a report to immediately communicate it to their management and to their human resource representative.

> **DISCRIMINATION OF ANY PROTECTED STATUS IN THE WORKPLACE IS AGAINST THE LAW AND AGAINST COMPANY POLICY.**

**RETALIATION**
It is unlawful to retaliate against an employee for filing a complaint of unlawful harassment or for cooperating in an investigation of a complaint for unlawful harassment.

**DISCIPLINARY ACTION**
If it is determined that inappropriate conduct has been committed by an employee, the Company will take appropriate disciplinary action. Consequences may range from counseling to termination of employment, and may include such other forms of disciplinary action as are deemed appropriate under the circumstances.

**COMPLAINT PROCEDURE**
Employees should report incidents of unlawful harassment promptly to their supervisor. If the supervisor is unavailable or the employee believes it would be inappropriate to contact this person, the employee should immediately contact the next level of management or the Employee Relations Unit of ABM's Human Resource Department. Employees may raise concerns and make reports without fear of retaliation by management, employees or co-workers.

ABM Industries Incorporated has established a **HARASSMENT HOTLINE** for employees to report incidents of discriminatory, harassing or retaliatory conduct in the workplace. The telephone number for this special hotline is 1-800-977-8674. Please follow the automated instructions when making the complaint, and use the following company identification number: [INSERT DIVISION SPECIFIC PIN]

Your supervisor or Human Resources Representative will conduct an immediate, thorough, objective and complete investigation. A determination will be made and the results communicated to the complainant, to the alleged harasser, and, as appropriate, to all other directly concerned. If sexual harassment has occurred, your supervisor will take effective action to stop any further harassment and to lessen any effects of the harassment.

May 2003                           INSERT NAME & Title OF UPPER MANAGEMENT/BRANCH MANAGER]

"When's My Turn" Training
4/18/07

D0194

**When's My Turn?**

**Participant's Questionnaire – Answer Key**

**Directions:**

Answer each of the following questions based on what you have learned in this training program.

1. Sexual Harassment is only illegal if ABM has a policy forbidding it?

   ☐ True     ☐ False

2. If you observe harassment taking place in the workplace, it's best to let the people involved deal with it between themselves, it's none of your business.

   ☐ True     ☐ False

3. Men can sexually harass other men, and women can sexually harass other women?

   ☐ True     ☐ False

4. If someone lets you know that your behavior makes them uncomfortable, you should stop that behavior immediately.

   ☐ **True**     ☐ False

5. If you honestly don't intend to offend anyone, your behavior cannot be considered harassment.

   ☐ True     ☐ False

6. Sexual Harassment is only illegal if a supervisor is harassing a subordinate?

   ☐ True     ☐ **False**

7. It's okay to ask a fellow employee out on a date, as long as you don't persist in pursuing them if they say no.

   ☐ **True**     ☐ False

8. Employees can only report harassment to their direct supervisor.

   ☐ True     ☐ **False**

9. You could be held personally liable in court for certain harassment claims.

   ☐ **True**     ☐ False

10. If a customer or other non-employee us harassing you, there's nothing ABM can be expected to do about it.

    ☐ True     ☐ False



# PERSONAL NOTES

"When's My Turn" Training
4/18/07

D0196

## Compliance Hotline: (877) ALERT-04 (877-253-7804)

Toll-free, day or night, any language, anonymous

**https://www.compliance-helpline.com/ABMHotline.jsp**

Our Company is extremely concerned about harassment, discrimination, retaliation, accounting fraud, theft, safety violations, or medical abuse and fraud that can occur in the workplace. We will not tolerate this type of conduct. If any situation at work makes you feel uncomfortable or you are aware of situations such as those listed below, report it to a member of management or report your concerns anonymously to a neutral third-party by calling our Compliance Hotline.

Such situations may include:

- Theft
- Fraudulent or Negligent Accounting
- Payroll Fraud
- Worker's Compensation Fraud
- Conflicts of Interest
- Bribery or Kickbacks

- Code of Conduct and Ethics Violations
- Insider Trading
- Violations of Governmental Regulations
- Safety, Security or Environmental Violations
- Substance Abuse
- Harassment and Discrimination

(Vea el revés para Español)

**ABM** Janitorial Services

---

xxx xxx xxx xxx xxx

---

## Línea de Cumplimiento: (877) ALERT-04 (877-253-7804)

Gratuita, día y noche, en cualquier idioma, anónima

**https://www.compliance-helpline.com/ABMHotline.jsp**

Nuestra Compañía esta extremamente preocupada respecto al acoso, discriminación, represalia, el fraude de contabilidad, robo, violaciones a las reglas de seguridad, abuso y fraude médico, que pueden ocurrir en el lugar de trabajo. No toleraremos dicho tipo de comportamiento. Si alguna situación en el trabajo le hace sentirse incómodo o usted se entera de situaciones tales como esas enumeradas abajo, informe a un miembro de la gerencia o informe anónimamente a un tercero neutral llamando a nuestra Línea de Cumplimiento.

- Robo
- Fraude en la nómina de pago
- Conflictos de intereses
- Violaciones del Código de Conducta y Ética
- Abuso de sustancias ilegales
- Violaciones de las regulaciones gubernamentales

- Fraude o negligencia en la contabilidad
- Fraude en la compensación del trabajador
- Sobornos o incentivos ilegales
- Uso de la información privilegiada
- Acoso, discriminación o represalia
- Violaciones de las reglas de seguridad o seguridad ambiental

(See reverse for English)

**ABM** Janitorial Services

xxx   xxx   xxx   xxx   xxx

D0197