# EXHIBIT 1506

# EXHIBIT 1506

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**        **Participant's Workbook**

## SESSION AGENDA

**Welcome and Opening Remarks**

**Introductions**

**How Much Do You Know About Unlawful Harassment?**

**ABM Policies and Procedures**

**Building The Respectful Workplace**

**Harassment In Our Workplace**

**Case Study #1 – "The Performance Review"**

**Case Study #2 – "That's More Than I Want To Know"**

**Case Study #3 – "The New Guy"**

**Case Study #4 – "Special Delivery"**

**Case Study #5 – "Wild Wild Web"**

**Case Study #6 – "Believe It Or Not!"**

**Stopping Harassment At Work**

**What Is Expected Of All Employees?**

**What Is Expected Of Supervisors and Managers?**

**Why Should We Promote A Respectful Workplace?**

**Training Session Evaluations**



EXHIBIT
Miller
1506
2/24/10



1

D0156

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**       **Participant's Workbook**

### How Much Do You Know About Unlawful Harassment?

**Directions:**

Answer each of the following questions based on what you know about workplace harassment. Correct answers can be found on the following pages.

1. Sexual harassment is only illegal if your company has a policy forbidding it?

   ☐ True   ☐ False

2. If you observe harassment taking place in the workplace, it is best to let the people involved deal with it between themselves. It is none of your business.

   ☐ True   ☐ False

3. Men can sexually harass other men, and women can sexually harass other women.

   ☐ True   ☐ False

4. If someone lets you know that your behavior makes them uncomfortable, you should stop that behavior immediately.

   ☐ True   ☐ False

5. If you honestly do not intend to offend anyone, your behavior cannot be considered harassment.

   ☐ True   ☐ False

6. Sexual harassment is only illegal if a supervisor is harassing a subordinate.

   ☐ True   ☐ False

7. It's okay to ask a fellow employee out on a date, as long as you do not persist in pursuing them if they say no.

   ☐ True   ☐ False

8. Employees can only report harassment to their direct supervisor,

   ☐ True   ☐ False

9. You could be held personally liable in court for certain harassment claims.

   ☐ True   ☐ False

10. If a customer or other non-employee is harassing you, there's nothing your organization can be expected to do about it.

   ☐ True   ☐ False

 Industries Incorporated

2

D0157

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

Mandatory Unlawful Harassment Training

Participant's Workbook

### ABM Industries, Inc.

### Policies and Procedures Governing Unlawful Harassment

ABM is committed to a zero tolerance policy regarding discriminatory, harassing or retaliatory conduct in the workplace. To that end, the Company has implemented the following programs:

- Each new hire receives a copy of ABM's Unlawful Harassment Policy statement and a "Sexual Harassment Policy" pamphlet (ABM – 643). A signed Sexual Harassment Information Sheet Acknowledgement is retained in their personnel file.

- Every employee receives a copy of the Employee Handbook (ABM – 628) containing a section stating the Company's zero tolerance policy on harassment. A Handbook Receipt and Acknowledgement is retained in the employee's personnel file.

- Every employee receives an annual payroll enclosure, ABM's, "Sexual Harassment Policy" pamphlet (ABM – 643).

- Every employee receives "Employee Information Regarding the Harassment Hotline" which describes the Company's 24-hour reporting/complaint Hotline. A signed acknowledgment of receipt of this information is kept in the employee's personnel file.

- The Company's Unlawful Harassment Policy (signed by the Company's President) is posted "in a conspicuous area that is readily accessible and clearly visible to all employees and job applicants".

- All employees with supervisory responsibilities are required to attend an annual Unlawful Harassment training program.

- Anyone who believes s/he has been the subject of harassment, who has witnessed harassment or had harassment reported to him/her is required to immediately report this behavior to management or their human resource representative.

Supervisors and Managers are responsible to assure compliance with these procedures and to immediately report or correct any violations. All complaints will be immediately investigated as required by law.

ABM relies on its Supervisors and Managers to support its commitment to Zero Tolerance of discrimination, harassment or retaliation in the workplace!



3

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

Mandatory Unlawful Harassment Training                                  Participant's Workbook

### Overview:   Why Respectful Behavior?

No one wants to work in an environment where he or she feels harassed and uncomfortable. Disrespectful behavior serves no useful purpose in our workplace and interferes with the work we are doing. For our organization to be productive, disrespectful behavior must be eliminated.

But eliminating disrespectful, harassing behavior is not just for the good of the organization. Respectful behavior makes us more productive as employees. If we are not productive, our value to the organization is diminished. Disrespectful, harassing behavior may cost us our job.

Harassing behavior not only could cost us our job, but could land us in court as well. The 1991 amendment to Title VII of the Civil Rights Act of 1964 allows victims of harassment to recover damages. A lawsuit based on harassment can have severe personal legal and financial consequences for the harasser.

This workbook presents several case studies, supported by the video, and discussions to help you understand the different types of harassment and how to prevent them.

### Program Objectives:

Specific learning objectives are:

- Acknowledge that all employees have an equal right to work in a respectful environment.

- Examine attitudes, beliefs, and actions toward those who are different.

- Know the different types of sexual harassment and harassers.

- Understand whose job it is to STOP harassment

- Understand what is expected of employees and their supervisors and managers.

- Understand the Company's Unlawful Harassment Policy, methods of communicating the policy and complaint reporting procedures.

 Industries Incorporated

4

D0159

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**          **Participant's Workbook**

### Building The Respectful Workplace

A respectful workplace starts with each one of us. Respect in the workplace is built on a foundation of very important principles.



### Equality

We must be willing to acknowledge that all persons have an equal right to work. Each person should have an equal opportunity to make the best use of his or her abilities regardless of race, sex, religion, national origin or any other characteristic.

### Accepting Differences

Acknowledging equality requires that we be able to accept difference between us. We all work with people who are different from us.. They may look different, sound different and even behave differently than us. They may practice a different religion or come from a different cultural background than we do. We must realize that these differences do not prevent us from having an equal right to work.

### Appreciating Diversity

Beyond merely accepting differences between ourselves and our co-workers, however, is the ability to appreciate the diversity that exists in our workplace. The variety of experiences, viewpoints, abilities and ways of thinking and depth and strength to our workplace.

### The Respectful Workplace

On this foundation of equality, accepting differences and appreciating diversity, we build the respectful workplace. The respectful workplace is a place of mutual respect for all employees, where no one feels harassed or scared.

 Industries Incorporated

5

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

| Mandatory Unlawful Harassment Training | Participant's Workbook |
|---|---|

## Harassment In Our Workplace

The opposite of a respectful workplace is a workplace full of conflict, discomfort, discrimination and harassment. This is not only harmful to our organization, but is illegal.

Our laws guarantee all employees a workplace free from discrimination and harassment. Yet, in all too many workplaces, there are individuals who continue to act in such an offensive manner that their behavior becomes the subject of news headlines and court cases.

Remember that behind all of the attorneys and legal arguments are real people just like us; behind the trials and civil judgments are real workplaces just like ours; and behind all the headlines lays behavior that was completely unnecessary and served absolutely no productive purpose in the workplace.

Even more that being unproductive, the harassing behavior in most of these cases had severe consequences. Organizations were harmed, jobs were lost, reputations were tarnished, and people were held personally liable, both legally and financially.

*Don't let this happen to you! **STOP** harassment before it starts.*

## Types Of Sexual Harassment and Harassers

When most of us hear the word "harassment" we think of *sexual harassment*. Many employees still express a fundamental lack of understanding about what behavior constitutes sexual harassment. It is our duty to gain an understanding of what behavior leads to this type of harassment, and to prevent it.

---

### Types of Sexual Harassment and Harassers

- Harassment
  - Quid Pro Quo
  - Hostile Work Environment
- Harassers
  - Gender Based
  - Same Sex
  - Non-Employee
  - Third Party

---



D0161

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                      **Participant's Workbook**

## Types Of Sexual Harassment

### Quid Pro Quo Harassment

When an individual's submission to or rejection of unwelcome sexual conduct is used as a basis for employment decisions affecting that individual, including granting of employment benefits.

### Hostile Environment Harassment

When unwelcome sexual conduct unreasonably interferes with an individual's job performance or creates an intimidating, hostile or offensive working environment, even if it does not lead to tangible or economic job consequences.

Hostile environment harassment is usually less obvious than quid pro quo harassment but the majority of harassment claims are based on this type of harassment.

## Types Of Harassers

### Gender-Based

When a male harasses a female or when a female harasses a male.

### Same Sex

Sexual harassment laws protect against all forms of sexual harassment. It is no more acceptable to harass those of the same sex than it is to harass those of the opposite sex.

### Non-Employee

The simple fact that a person engaging in sexually harassing behavior is a non-employee, such as a vendor, customer or visitor in the workplace, does not excuse such behavior. Harassment by someone other than an employee may lead to sexual harassment charges as well.

### Third-Party

Harassment initiated by a third-party is often difficult to understand. If behavior between employees, that they themselves do not find offensive, creates an offensive environment for another employee, it may be sexual harassment. The behavior might be as simple as a group of employees talking about each other's sex lives in the presence of another person who feels uncomfortable about the discussion.

 Industries Incorporated

7

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                    **Participant's Workbook**

### Video Case Studies

**Directions:**

There are one or two questions asked after each case study. Think about what your answers would be and be prepared to discuss your thoughts later in the session.

### CASE STUDY #1 – The Performance Review

A male supervisor suggests to his female subordinate that she come to his office for her performance review meeting about twenty minutes early so she can "review his performance" first. When the subordinate hesitates in answering, the supervisor threatens her by saying he can make things easy for her on the job, or he can make things hard. If she "plays along" with him, he will make things "real good" for her.

1. Is this Sexual Harassment?  Yes _____     No_____  If so, what type of harassment is it?

   ☐   Quid Pro Quo Harassment
   ☐   Hostile Environment Harassment

### CASE STUDY #2 – That's More Than I Want To Know

Jeff finds a lingerie catalog in Jan's mail. He launches into a description of the nightwear his wife chooses to wear and the current state of his love life at home. Jan does not want to hear about any of this. Jeff's discussion of the sexual relationship between him and is wife make's Jan uncomfortable.

1. Could Jeff's behavior be considered harassment? Why, or why not?

   _____

   _____

### CASE STUDY #3 – The New Guy

The new guy refuses an invitation to go to lunch with the others at the local strip club saying that it would upset his girlfriend. Tony decides that the new guy probably means "boyfriend" not girlfriend. When Tony returns from lunch he confronts the new guy telling him that, "we don't need your type around here."

 **Industries Incorporated**

8

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

| Mandatory Unlawful Harassment Training | Participant's Workbook |
|---|---|

1. If Tony believes the new guy to be homosexual and, as a result of his belief, harasses him for not going to the strip club, is it sexual harassment?

_____

2. Does it matter if what the new guy's sexual orientation is when determining whether or not this is harassment? Explain your answer.

_____

_____

_____


## CASE STUDY #4 – Special Delivery

A package delivery vendor continuously tries to talk the receptionist into posing for photographs to be placed on a web site. He suggests to her that she could make a lot of money, especially if she's willing to take her clothing off in the pictures. He tells her that with her body and face she'd make a ton of money. This is not the first time he's tried to coerce her into posing, and, just as obviously, it will not be the last time he asks her about it.

1. The delivery person does not work for the same company as the receptionist. Can this still be considered sexual harassment? Explain.

_____

_____

2. What should the receptionist's employer do if she reports these incidents?

_____

_____

_____


## CASE STUDY #5 – Wild Wild Web

Three employees are huddled around their computer screen, laughing and joking. It's obvious they are viewing adult websites on the internet. One of them announces that, "Internet porn is man's best invention since the draft beer". Their comments and laughter can easily be heard by Margaret in the adjoining cubicle.



ABM Industries Incorporated

9

D0164

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                    **Participant's Workbook**

These men are all consenting adults and are voluntarily engaging in this behavior. None of these men has directed any comments toward Margaret. Their actions and words are directed only at each other, and the images they are viewing cannot be seen by Margaret.

1. Could these three web watchers be guilty of harassment? Explain.

_____

_____

2. These men don't intend to upset Margaret. Does their intent matter when determining if their behavior is creating a hostile environment? Explain.

_____

_____

### Other Types Of Workplace Harassment

"Sexual" harassment is only one type of harassment. Other types of harassment are equally unacceptable, can create a hostile environment and can have equally serious consequences. These include:



**Other Types of Workplace Harassment**

| Race | | Religion | | National Origin |
| Age | | Disability | | Sexual Orientation |
| Political Affiliation | | Physical Appearance | | Pregnancy |

### CASE STUDY #6 – Believe It Or Not!

Jordan keeps putting religious materials where Monica will find them. When Monica confronts Jordan and asks her to stop doing so, Jordan tells Monica that Monica's religious beliefs are "leading her away from the truth". Jordan then attempts to sway Monica to her way of believing, ignoring Monica's attempts to end the conversation. Jordan accuses Monica of being intolerant toward her on the subject of religion.



Industries Incorporated

10

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**        **Participant's Workbook**

1. Could Jordan's attempts to convert Monica to her religious beliefs be considered harassment? Explain

 

 

2. Would the situation be any different if the subject were political affiliation instead of religion? Yes _____ No_____ Explain

 

### Stopping Workplace Harassment



## Source

The source of the disrespectful behavior has the responsibility to stop behaving in such a manner. What isn't so obvious is that the source might be us. It is easy to point our finger at others, but each of us must carefully examine our own behavior. If we have any reason to believe that our own actions might offend someone else, we need to reconsider our actions. We need to make sure that our actions promote respect, not destroy it.

## Target

If we are the target of someone's actions or words that we find offensive, we need to let them know how we feel and ask them to stop. The target of harassing behavior might feel angry, hurt, scared or depressed. We might   be going out of our way to avoid the person who is the source of the harassment. These reactions will surely interfere with our ability to perform at work and could affect other parts of our life.

If the harassment continues after we have told the source of our feelings and asked them to stop, we need to take further action. Notify your supervisor, manager, human resources personnel or call the Company's Harassment Hotline.

 Industries
Incorporated

11

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                              **Participant's Workbook**

## Observer

When we observe harassing behavior it is incorrect to assume that we should stay out of it or that it is none of our business. When disrespectful or harassing behavior occurs the observer has a responsibility to stop it. This may involve telling the harasser to stop or reporting the harassment to the appropriate person. Playing a role in stopping harassment shows others that harassment will not be tolerated.

## Person In Authority

Any person in authority within the workplace has a duty to insure that the workplace is kept free from offensive and harassing behavior. These leaders should challenge disrespectful behavior and insure that all incidents of harassment are thoroughly investigated and appropriately resolved.

## What Is Expected Of Us As Employees?

> ### What Is Expected Of Us As Employees?
> - Behave Respectfully Ourselves
> - Challenge Disrespectful Behavior
> - Report Harassment Immediately
>   - Tell Your Supervisor or Manager
>   - Tell Human Resources
>   - Call The Harassment Hotline
>     - 1-(800) 977-8674

### Behave Respectfully Ourselves

The key to behaving respectfully is to treat those around us with respect and to think before we speak or act. In order to accomplish this we must first examine our own beliefs, behavior and actions. We must remember that all of us have an equal right to work in a respectful environment. We then need to eliminate any behavior or actions that others might perceive to be disrespectful or offensive.

When we are tempted to make say or do something that could be considered offensive we must stop and think. We shouldn't do or say anything that we wouldn't want to see printed in a newsletter or posted on a bulletin board.



**ABM Industries Incorporated**

12

D0167

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                          **Participant's Workbook**

### Challenge Disrespectful Behavior

We need to challenge disrespectful behavior when we see it. We shouldn't participate in it, tolerate it or overlook it.

### Report Harassment Immediately

If we experience or witness workplace harassment, we are expected to report it immediately to our supervisor, any other member of management, or our local Human Resources Representative.

Incidents of harassment may also be reported to the Company's Harassment Hotline®. The hotline is an unbiased, third party reporting system that allows ANY employee to report incidents of harassment, discrimination, retaliation, theft, or safety violations that occur in the workplace or any harassment by a third party. The Hotline can be accessed 24-hours per day, 7-days per week.  The toll-free number is 1-800-97-STOP IT (1-800-977-8674).

## What Is Expected Of Supervisors And Managers?

While every employee has the responsibility to keep our workplace free of harassment, supervisors and managers have an increased responsibility to act. Supervisors can play a leading role in eliminating workplace harassment by following these guidelines:

- The supervisor should ask him or herself if what is said or done would make a reasonable person feel uncomfortable.

- Be very sure that nothing that is said or done can be seen (or heard) as a request for a sexual favor.

- Be aware of the same kind of complaint happening more than once.

- Keep language, behavior and visual images (magazines, calendars, posters) of a sexual nature or otherwise offensive to a "reasonable person" out of the workplace.

- Immediately contact their Human Resources Representative and follow their instructions if you learn of any harassment or other offensive behavior in the workplace.

- Let the harasser know that the behavior is wrong and must stop.

- Know that companies have the responsibility to punish harassers up to, and including, termination of their employment.

- Other than reporting the harassment to your manager or HR Representative, you must maintain the confidentiality of the complainant and accused.

- "Getting even" or retaliation is illegal.

 **Industries Incorporated**

13

D0168

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

| | |
|---|---|
| Mandatory Unlawful Harassment Training | Participant's Workbook |

### Why Should We Promote A Respectful Workplace?

When we treat others with respect they are more likely to treat us with respect as well. Behaving respectfully in the workplace is simply the right thing to do and the most productive way to behave. Disrespectful behavior interferes with the work of our organization. If we behave disrespectfully, our value to the organization is diminished. We could lose our jobs, and suffer legal and financial consequences

No one wants to work in an environment that is hostile and uncomfortable. Therefore, we must all play a role in promoting a respectful workplace.





 Industries Incorporated

14

D0169

# WITH ALL DUE RESPECT
### Promoting A Respectful Workplace

Mandatory Unlawful Harassment Training                     Leader's Guide

## SESSION AGENDA

**Welcome and Opening Remarks**

**Introductions**

**How Much Do You Know About Unlawful Harassment?**

**ABM Policies and Procedures**

**Building The Respectful Workplace**

**Harassment In Our Workplace**

**Case Study #1 – "The Performance Review"**

**Case Study #2 – "That's More Than I Want To Know"**

**Case Study #3 – "The New Guy"**

**Case Study #4 – "Special Delivery"**

**Case Study #5 – "Wild Wild Web"**

**Case Study #6 – "Believe It Or Not!"**

**Stopping Harassment At Work**

**What Is Expected Of All Employees?**

**What Is Expected Of Supervisors and Managers?**

**Why Should We Promote A Respectful Workplace?**

**Training Session Evaluations**



1

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                                **Leader's Guide**

**Directions to Trainers:**

"With All Due Respect" is a new video program that is being used to train supervisors and managers within ABM Industries. The program focuses primarily on unlawful harassment but also includes a secondary emphasis on dealing with diversity in the workplace.

This Leader's Guide is designed to help you effectively lead your designated group through this training. You are encouraged to review the video and read through this guide before conducting your training session. Familiarize yourself with the following actions:



| | | | |
|---|---|---|---|
| SAY | Giving Directions | ASK | Asking A Question |
| DO | Following An Instruction | | Showing An Overhead |
| | Starting A Video Segment | STOP | Stopping A Video Segment |
| READ | Reading A Statement Or Other Section Of Text | | |

These materials have been provided for you:

- Video tape of "With All Due Respect"
- Leader's Guide
- Participant's Workbook (for duplication)
- 5 Overhead Transparencies
- Unlawful Harassment Policy (handout)
- Participant's Roster – (Please ensure that all participants have signed this roster. A copy of the signed roster must be returned with the video tape.)

You will need this additional equipment to conduct the training:

- VCR and Monitor
- Overhead projector
- Flip chart or white board (optional)


Industries
Incorporated

2

D0171

# WITH ALL DUE RESPECT

## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                      **Leader's Guide**

 Distribute ABM Industries Unlawful Harassment Policy.

 The participant's to turn to Page 2 in their workbooks. Give them 10 minutes to answer the questions on the Knowledge Assessment Instrument entitled, "How Much Do You Know About Unlawful Harassment?" Tell them that the group will discuss the correct answers later on in the session. When they are done, ask them to turn to pages 3 and 4 in their workbooks and follow along as you read.

## ABM Industries, Inc.

### Policies and Procedures Governing Unlawful Harassment

 ABM is committed to a zero tolerance policy regarding discriminatory, harassing or retaliatory conduct in the workplace. To that end, the Company has implemented the following programs:

- Each new hire receives a copy of ABM's Unlawful Harassment Policy statement, and a "Sexual Harassment Policy" pamphlet (ABM – 643). A signed Sexual Harassment Information Sheet Acknowledgement is retained in their personnel file.

- Every employee receives a copy of the Employee Handbook (ABM – 628) containing a section stating the Company's zero tolerance policy on harassment. A Handbook Receipt and Acknowledgement is retained in the employee's personnel file.

- Every employee receives an annual payroll enclosure, ABM's "Sexual Harassment Policy" pamphlet (ABM – 643).

- Every employee receives "Employee Information Regarding the Harassment Hotline" which describes the Company's 24-hour reporting/complaint Hotline. A signed acknowledgment of receipt of this information is kept in the employee's personnel file.

- The Company's Unlawful Harassment Policy (signed by the Company's President) is posted "in a conspicuous area that is readily accessible and clearly visible to all employees and job applicants".

- All employees with supervisory responsibilities are required to attend an annual Unlawful Harassment training program.

- Anyone who believes s/he has been the subject of harassment, who has witnessed harassment or had harassment reported to him/her is required to immediately report this behavior to management or their human resource representative.

Supervisors and Managers are responsible to assure compliance with these procedures and to immediately report or correct any violations. All complaints will be immediately investigated as required by law.

ABM relies on its Supervisors and Managers to support its commitment to Zero Tolerance of discrimination, harassment or retaliation in the workplace!

                                    3

# WITH ALL DUE RESPECT
### Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                              **Leader's Guide**

**Overview:**   **Why Respectful Behavior?**



No one wants to work in an environment where he or she feels harassed and uncomfortable. Disrespectful behavior serves no useful purpose in our workplace and interferes with the work we are doing. For our organization to be productive, disrespectful behavior must be eliminated.

But eliminating disrespectful, harassing behavior is not just for the good of the organization. Respectful behavior makes us more productive as employees. If we are not productive, our value to the organization is diminished. Disrespectful, harassing behavior may cost us our job.

Harassing behavior not only could cost us our job, but could land us in court as well. The 1991 amendment to Title VII of the Civil Rights Act of 1964 allows victims of harassment to recover damages. A lawsuit based on harassment can have severe personal legal and financial consequences for the harasser.

This workbook presents several case studies, supported by the video, and discussions to help you understand the different types of harassment and how to prevent them.

**Program Objectives:**

At the conclusion of this training you will have accomplished these objectives:

- Acknowledge that all employees have an equal right to work in a respectful environment.

- Examine attitudes, beliefs, and actions toward those who are different.

- Know the different types of sexual harassment and harassers.

- Understand whose job it is to STOP harassment

- Understand what is expected of employees and their supervisors and managers.

- Understand the Company's Unlawful Harassment Policy, methods of communicating the policy and complaint reporting procedures.

 **Industries Incorporated**

4

D0173

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                    **Leader's Guide**



We are now going to watch the first segment of our video program entitled, "With All Due Respect." Please turn to pages 5 and 6 in your participant's workbooks and follow along with the video".

## Building The Respectful Workplace



A respectful workplace starts with each one of us. Respect in the workplace is built on a foundation of very important principles.



**Building The Respectful Workplace**

- EQUALITY
  +
- ACCEPTING DIFFERENCES   =   THE RESPECTFUL WORKPLACE
  +
- APPRECIATING DIVERSITY

### Equality

We must be willing to acknowledge that all persons have an equal right to work. Each person should have an equal opportunity to make the best use of his or her abilities regardless of race, sex, religion, national origin or any other characteristic.

### Accepting Differences

Acknowledging equality requires that we be able to accept difference between us. We all work with people who are different from us. They may look different, sound different and even behave differently than us. They may practice a different religion or come from a different cultural background than we do. We must realize that these differences do not prevent us from having an equal right to work.

### Appreciating Diversity

Beyond merely accepting differences between ourselves and our co-workers, however, is the ability to appreciate the diversity that exists in our workplace. The variety of experiences, viewpoints, abilities and ways of thinking and depth and strength to our workplace.

### The Respectful Workplace

On this foundation of equality, accepting differences and appreciating diversity, we build the respectful workplace. The respectful workplace is a place of mutual respect for all employees, where no one feels harassed or scared.

 **Industries Incorporated**                5

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                                        Leader's Guide

### Harassment In Our Workplace

The opposite of a respectful workplace is a workplace full of conflict, discomfort, discrimination and harassment. This is not only harmful to our organization, but is illegal.

Our laws guarantee all employees a workplace free from discrimination and harassment. Yet, in all too many workplaces, there are individuals who continue to act in such an offensive manner that their behavior becomes the subject of news headlines and court cases.

Remember that behind all of the attorneys and legal arguments are real people just like us; behind the trials and civil judgments are real workplaces just like ours; and behind all the headlines lays behavior that was completely unnecessary and served absolutely no productive purpose in the workplace.

Even more that being unproductive, the harassing behavior in most of these cases had severe consequences. Organizations were harmed, jobs were lost, reputations were tarnished, and people were held personally liable, both legally and financially.

*Don't let this happen to you! STOP harassment before it starts.*

### Types Of Sexual Harassment and Harassers

When most of us hear the word "harassment" we think of *sexual harassment*. Many employees still express a fundamental lack of understanding about what behavior constitutes sexual harassment. It is our duty to gain an understanding of what behavior leads to this type of harassment, and to prevent it.



When you hear the narrator say "what behavior could lead to charges of sexual harassment." (Appr. 5:07)



> **Types of Sexual Harassment and Harassers**
>
> - Harassment
>   - Quid Pro Quo
>   - Hostile Work Environment
> - Harassers
>   - Gender Based
>   - Same Sex
>   - Non-Employee
>   - Third Party



SAY   "As you will see on page 7 of your workbook, there are two types of harassment and four types of harassers. "


Industries Incorporated

6

D0175

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                    Leader's Guide

## Types Of Sexual Harassment



### Quid Pro Quo Harassment

When an individual's submission to or rejection of unwelcome sexual conduct is used as a basis for employment decisions affecting that individual, including granting of employment benefits.

### Hostile Environment Harassment

When unwelcome sexual conduct unreasonably interferes with an individual's job performance or creates an intimidating, hostile or offensive working environment, even if it does not lead to tangible or economic job consequences.

Hostile environment harassment is usually less obvious than quid pro quo harassment but the majority of harassment claims are based on this type of harassment.

## Types Of Harassers

### Gender-Based

When a male harasses a female or when a female harasses a male.

### Same Sex

Sexual harassment laws protect against all forms of sexual harassment. It is no more acceptable to harass those of the same sex than it is to harass those of the opposite sex.

### Non-Employee

The simple fact that a person engaging in sexually harassing behavior is a non-employee, such as a vendor, customer or visitor in the workplace, does not excuse such behavior. Harassment by someone other than an employee may lead to sexual harassment charges as well.

### Third-Party

Harassment initiated by a third-party is often difficult to understand. If behavior between employees, that they themselves do not find offensive, creates an offensive environment for another employee, it may be sexual harassment. The behavior might be as simple as a group of employees talking about each other's sex lives in the presence of another person who feels uncomfortable about the discussion.



7

D0176

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**        **Leader's Guide**

### Video Case Studies

**NOTE TO TRAINER:**



Start the video tape when instructed below and stop the video after Case Study #5. Your reference point for stopping the video is stated on page 10.



"We are going to watch another segment of the video and perform a case study of six incidents that could occur in any workplace. We will discuss these as a group later."

**Case Study #1 – "The Performance Review"**

**Case Study #2 – "That's More Than I Want To Know"**

**Case Study #3 – "The New Guy"**

**Case Study #4 – "Special Delivery"**

**Case Study #5 – "Wild Wild Web"**



When you hear the narrator say "this too could lead to charges of sexual harassment." (Appr. 10:23)



Briefly summarize each case study to the class. Ask them how they would answer the question(s) and encourage a group discussion. At the conclusion of each case study discussion, read the answers which are provided in **bold** font.

### CASE STUDY #1 – The Performance Review

A male supervisor suggests to his female subordinate that she come to his office for her performance review meeting about twenty minutes early so she can "review his performance" first. When the subordinate hesitates in answering, the supervisor threatens her by saying he can make things easy for her on the job, or he can make things hard. If she "plays along" with him, he will make things "real good" for her.

     1. Is this Sexual Harassment? Yes ☒     No_____ If so, what type of harassment is it?

         ☒    Quid Pro Quo Harassment

         *The supervisor's suggestion that she "review his performance first" and that he could make things easy or hard for her, implied that he wanted sexual favors in exchange for a favorable performance appraisal.*

         ☐    Hostile Environment Harassment

 Industries Incorporated

8

D0177

# WITH ALL DUE RESPECT
### Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                              Leader's Guide

### CASE STUDY #2 – That's More Than I Want To Know

Jeff finds a lingerie catalog in Jan's mail. He launches into a description of the nightwear his wife chooses to wear and the current state of his love life at home. Jan does not want to hear about any of this. Jeff's discussion of the sexual relationship between him and is wife make's Jan uncomfortable.

   1.  Could Jeff's behavior be considered harassment? Why, or why not?

      *Yes. Because she repeatedly asked him to stop talking about the details of his personal love life. When he persisted, it created a hostile work environment.*

### CASE STUDY #3 – The New Guy

The new guy refuses an invitation to go to lunch with the others at the local strip club saying that it would upset his girlfriend. Tony decides that the new guy probably means "boyfriend" not girlfriend. When Tony returns from lunch he confronts the new guy telling him that, "we don't need your type around here."

   1.  If Tony believes the new guy to be homosexual and, as a result of his belief, harasses him for not going to the strip club, is it sexual harassment?

      **Yes, because Tony harassed the new guy based on what he believed his sexual orientation to be.**

   2.  Does it matter if what the new guy's sexual orientation is when determining whether or not this is harassment? Explain your answer.

      **No. It does not matter what the New Guy's sexual orientation actually is. Harassment occurred when Tony hassled him based on his perception of what the New Guy's sexual orientation was.**

### CASE STUDY #4 – Special Delivery

A package delivery vendor continuously tries to talk the receptionist into posing for photographs to be placed on a web site. He suggests to her that she could make a lot of money, especially if she's willing to take her clothing off in the pictures. He tells her that with her body and face she'd make a ton of money. This is not the first time he's tried to coerce her into posing, and, just as obviously, it will not be the last time he asks her about it.

   1.  The delivery person does not work for the same company as the receptionist. Can this still be considered sexual harassment? Explain.

      **Yes. The company is responsible for stopping all harassment that occurs at their workplace, regardless of the source.**

 **ABM** Industries
Incorporated

9

D0178

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                              **Leader's Guide**

2.   What should the receptionist's employer do if she reports these incidents?

**Conduct a formal investigation into the complaint and take steps to insure that the harassment stops.**

**CASE STUDY #5 – Wild Wild Web**

Three employees are huddled around their computer screen, laughing and joking. It's obvious they are viewing adult websites on the internet. One of them announces that, "Internet porn is man's best invention since the draft beer". Their comments and laughter can easily be heard by Margaret in the adjoining cubicle.

These men are all consenting adults and are voluntarily engaging in this behavior. None of these men has directed any comments toward Margaret. Their actions and words are directed only at each other, and the images they are viewing cannot be seen by Margaret.

1.   Could these three web watchers be guilty of harassment?

**Yes. Their behavior is offensive to Margaret. It affects her ability to do her job and has created a hostile working environment.**

2.   These men don't intend to upset Margaret. Does their intent matter when determining if their behavior is creating a hostile environment?

**No. Their intent does not matter. Their actions can be considered harassment.**

## Other Types Of Workplace Harassment



"Sexual" harassment is only one type of harassment. Other types of harassment are equally unacceptable, can create a hostile environment and can have equally serious consequences. These include:





**Other Types of Workplace Harassment**

| Race | | Religion | | National Origin | |
| Age | | Disability | | Sexual Orientation | |
| Political Affiliation | | Physical Appearance | | Pregnancy | |

O.H. #3


ABM Industries Incorporated

D0179

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                     **Leader's Guide**



"We will now watch one more incident on the video and complete the final case study. Please turn to page 10 in your workbooks."



**CASE STUDY #6 – Believe It Or Not!**

Jordan keeps putting religious materials where Monica will find them. When Monica confronts Jordan and asks her to stop doing so, Jordan tells Monica that Monica's religious beliefs are "leading her away from the truth". Jordan then attempts to sway Monica to her way of believing, ignoring Monica's attempts to end the conversation. Jordan accuses Monica of being intolerant toward her on the subject of religion.

After the narrator reads the list of other protected characteristics and says "is also unacceptable in the workplace." (Appr. 12:23)

1. Could Jordan's attempts to convert Monica to her religious beliefs be considered harassment?

   **Yes. Jordan clearly attempted to impose her religious beliefs on Monica after Monica repeatedly asked her to stop. Jordan's behavior adversely affected Monica's ability to do her job and created a hostile work environment.**

2. Would the situation be any different if the subject were political affiliation instead of religion?

   **No. The same rules would apply if Jordan had attempted to persuade Monica to switch political affiliations as well.**

### Stopping Workplace Harassment





# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                                    **Leader's Guide**



"Please turn page 11-13 in your workbooks and follow along with the video and as I read."



## **S**ource

The source of the disrespectful behavior has the responsibility to stop behaving in such a manner. What isn't so obvious is that the source might be us. It is easy to point our finger at others, but each of us must carefully examine our own behavior. If we have any reason to believe that our own actions might offend someone else, we need to reconsider our actions. We need to make sure that our actions promote respect, not destroy it.

## **T**arget

If we are the target of someone's actions or words that we find offensive, we need to let them know how we feel and ask them to stop. The target of harassing behavior might feel angry, hurt, scared or depressed. We might  be going out of our way to avoid the person who is the source of the harassment. These reactions will surely interfere with our ability to perform at work and could affect other parts of our life.

If the harassment continues after we have told the source of our feelings and asked them to stop, we need to take further action. Notify your supervisor, manager, human resources personnel or call the Company's Harassment Hotline.

## **O**bserver

When we observe harassing behavior it is incorrect to assume that we should stay out of it or that it is none of our business. When disrespectful or harassing behavior occurs the observer has a responsibility to stop it. This may involve telling the harasser to stop or reporting the harassment to the appropriate person. Playing a role in stopping harassment shows others that harassment will not be tolerated.

## **P**erson In Authority

Any person in authority within the workplace has a duty to insure that the workplace is kept free from offensive and harassing behavior. These leaders should challenge disrespectful behavior and insure that all incidents of harassment are thoroughly investigated and appropriately resolved.



12

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                                      **Leader's Guide**

## What Is Expected Of Us As Employees?



### What Is Expected Of Us As Employees?

- Behave Respectfully Ourselves
- Challenge Disrespectful Behavior
- Report Harassment Immediately
  - Tell Your Supervisor or Manager
  - Tell Human Resources
  - Call The Harassment Hotline
    - 1-(800) 977-8674

### Behave Respectfully Ourselves

The key to behaving respectfully is to treat those around us with respect and to think before we speak or act. In order to accomplish this we must first examine our own beliefs, behavior and actions. We must remember that all of us have an equal right to work in a respectful environment. We then need to eliminate any behavior or actions that others might perceive to be disrespectful or offensive.

When we are tempted to make say or do something that could be considered offensive we must stop and think. We shouldn't do or say anything that we wouldn't want to see printed in a newsletter or posted on a bulletin board.

### Challenge Disrespectful Behavior

We need to challenge disrespectful behavior when we see it. We shouldn't participate in it, tolerate it or overlook it.

### Report Harassment Immediately



When you hear the narrator say "you will be doing your part to promote a respectful workplace". (Appr. 18:48).



If we experience or witness workplace harassment, we are expected to report it immediately to our supervisor, any other member of management, or our local Human Resources Representative.

Incidents of harassment may also be reported to the Company's Harassment Hotline®. The hotline is an unbiased, third party reporting system that allows ANY employee to report incidents of harassment, discrimination, retaliation, theft, or safety violations that occur in the workplace or any harassment by a third party. The Hotline can be accessed 24-hours per day, 7-days per week.  The toll-free number is 1-800-97-STOP IT (1-800-977-8674).


Industries Incorporated

13

D0182

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                                    **Leader's Guide**

### What Is Expected Of Supervisors And Managers?



While every employee has the responsibility to keep our workplace free of harassment, supervisors and managers have an increased responsibility to act. Supervisors can play a leading role in eliminating workplace harassment by following these guidelines:

- The supervisor should ask him or herself if what is said or done would make a reasonable person feel uncomfortable.

- Be very sure that nothing that is said or done can be seen (or heard) as a request for a sexual favor.

- Be aware of the same kind of complaint happening more than once.

- Keep language, behavior and visual images (magazines, calendars, posters) of a sexual nature or otherwise offensive to a "reasonable person" out of the workplace.

- Immediately contact your Human Resources Representative and follow his or her instructions if you learn of any harassment or other offensive behavior in the workplace.

- Let the harasser know that the behavior is wrong and must stop.

- Know that companies have the responsibility to punish harassers up to, and including, termination of his or her employment.

- Other than reporting the harassment to your manager or HR Representative, you must maintain the confidentiality of the complainant and accused.

- "Getting even" or retaliation is illegal.



14

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                    **Leader's Guide**

### How Much Do You Know About Unlawful Harassment?

### Knowledge Assessment Instrument

### (Answers and Rationale)

 Read each question and ask the participant's to share their answers with the class. After the discussing the classes answers, read the correct answer and the rationale for the answer as indicated below.

1. Sexual harassment is only illegal if your company has a policy forbidding it?

   *False*

   *Sexual harassment is always illegal. Title VII of the Civil Rights Act of 1964 and the 1991 Amendments clearly prohibit any type of sexual harassment.*

2. If you observe harassment taking place in the workplace, it is best to let the people involved deal with it between themselves. It is none of your business.

   *False*

   *If you observe harassing behavior in the workplace, you should report it to the appropriate personnel within the company. Harassing behavior should not be allowed to continue, and it is each person's responsibility to prevent it.*

3. Men can sexually harass other men, and women can sexually harass other women.

   *True*

   *In 1998, the Supreme Court stated that same-sex harassment is illegal and will not be tolerated. Sexual harassment laws protect against all types of sexual harassment and it is no more acceptable to harass those of the same sex than it is to harass those of the opposite sex.*

4. If someone lets you know that your behavior makes them uncomfortable, you should stop that behavior immediately.

   *True*

   *Continuing harassing behavior not only can cause you to lose your job, it is illegal. You may find yourself in court and end up losing a lot more than just your job.*

5. If you honestly do not intend to offend anyone, your behavior cannot be considered harassment.

   *False*

   *If your behavior is offensive and creates a hostile environment for someone in the workplace, it may still be considered harassment. Telling sexual or racist jokes or engaging in other behavior that may be offensive to someone is unacceptable in the workplace.*

 Industries Incorporated                    15

D0184

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

| Mandatory Unlawful Harassment Training | Leader's Guide |
|---|---|

6. Sexual harassment is only illegal if a supervisor is harassing a subordinate.
   *False*
   > *A study by the American Management Association found that 50% of sexual harassment cases alleged that co-workers or peers were the harassers, while only 26% of the cases involved direct supervisors. Co-workers and peers are just as likely to be sued for sexual harassment as a manager or supervisor.*

7. It's okay to ask a fellow employee out on a date, as long as you do not persist in pursuing them if they say no.
   *True and False*
   > *It is not illegal to ask a co-worker out on a date as long as you do not harass him or her if they decline. Although company policy does not expressly prohibit dating, the Company does believe it to be wholly inappropriate for a supervisor to date or attempt to date a subordinate.*

8. Employees can only report harassment to their direct supervisor.
   *False*
   > *Employees may report harassment to their supervisor, any other member of management, a Human Resources Representative or the Company's Harassment Hotline.*

9. You could be held personally liable in court for certain harassment claims.
   *True*
   > *If your behavior is found to be unwelcome, severe and pervasive enough to alter the conditions of the victim's employment and such that it creates a hostile work environment, you may be held personally liable in court for that behavior. Also, if you are in a position of authority and abuse that authority to obtain sexual favors, you may be held personally liable. Obviously, this may have severe legal and financial consequences for the harasser.*

10. If a customer or other non-employee is harassing you, there's nothing your organization can be expected to do about it.
    *False*
    > *You should report any harassing behavior in the workplace to the appropriate personnel who are designated by the Company to handle such complaints. This includes actions by a harasser that is not employed by the Company.*

 Industries Incorporated

6

D0185

# WITH ALL DUE RESPECT
## Promoting A Respectful Workplace

**Mandatory Unlawful Harassment Training**                              Leader's Guide

 **ASK** The participant's to turn to page 14 in their workbooks.

### Why Should We Promote A Respectful Workplace?

When we treat others with respect they are more likely to treat us with respect as well. Behaving respectfully in the workplace is simply the right thing to do and the most productive way to behave. Disrespectful behavior interferes with the work of our organization. If we behave disrespectfully, our value to the organization is diminished. We could lose our jobs, and suffer legal and financial consequences

No one wants to work in an environment that is hostile and uncomfortable. Therefore, we must all play a role in promoting a respectful workplace.

 When you hear the narrator say "with all due respect". (Appr: 20:16).

### Conclusion:

 "Thank you for attending this year's Unlawful Harassment Training class. Please refer to your workbooks and employee handbooks for guidance in addressing complaints of harassment. If you ever need any additional help, contact your local Human Resources Representative.

Please make certain that you have signed the Participant's Roster before leaving."





 **ABM** Industries Incorporated                    17

D0186