# EXHIBIT 1603

# EXHIBIT 1603



**ABM**
**Janitorial Services**

# EMPLOYEE HANDBOOK



PENGAD 800-631-6989

EXHIBIT

26
1603
Brekke
2/25/10

## PRESIDENT'S MESSAGE

**W**e're very happy to welcome you to the ABM Family of Services. You have joined an organization that has established an outstanding reputation for quality service and products. Credit for this goes to every employee. We hope that you, too, will find satisfaction and take pride in your work here.

This Handbook is intended to help you get acquainted with your Company's employment guidelines, policies and procedures. We hope that it will serve as a useful reference document throughout your employment. *These guidelines, policies and procedures apply to all employees unless individual employment contracts or collective bargaining agreements provide otherwise.*

From time to time, the information included in our Employee Handbook may change. New guidelines, policies and procedures will be announced in bulletins, memos or other Company publications. You should keep copies of these. When it becomes necessary, we'll update this entire Handbook and you'll receive a new copy.

Mutual respect for each other is a requirement as we work together to reach our common goals. Having a clear understanding of the employment guidelines, policies and procedures will go a long way in developing your career potential. We hope that this Handbook will help you understand what is expected of you during your period of employment with the Company.

Your compliance with these guidelines, policies and procedures can be very important to your future and to the future of your Company.

Henrik Slipsager
President and Chief Executive Officer
ABM Industries Incorporated

(17/04)

# CONTENTS

PRESIDENT'S MESSAGE ....... i

CONDITIONS OF EMPLOYMENT
Equal Employment Opportunity ....... 1
At-Will Employment ....... 1
New Hires ....... 2
Introductory Period ....... 2
Employment Status ....... 2
Employment of Relatives/Conflicts ....... 4
Personnel Records ....... 5
Employee Privacy ....... 6
Self-Identification ....... 6
Polygraph Testing ....... 6
Company Communication ....... 7

COMPENSATION
Work Schedules ....... 8
Payment of Wages ....... 8
Overtime ....... 8
Breaks and Meal Periods ....... 9
Garnishments ....... 9
Punctuality and Attendance ....... 9
Absence without Notice ....... 11
Company and/or Customer Property ....... 11

PAID TIME OFF
Holidays ....... 12
Jury/Witness Duty ....... 12
Military Leave ....... 12
Voting Time Off ....... 12
Sick Leave ....... 12

UNPAID TIME OFF
Personal Leave ....... 13
Parental Leave for School Activities ....... 13
Religious Observances ....... 13
Family/Medical Leave ....... 13
Pregnancy-Disability Leave ....... 15

COMPANY RULES
Cause for Disciplinary Action and Discharge ....... 16
Alcoholic Beverages and Drugs ....... 19
Harassment ....... 21
Solicitations ....... 23
English in the Workplace ....... 24
Personal Appearance ....... 24
Employment Disputes ....... 24

WORKPLACE SAFETY AND HEALTH
Safety and Health Policy ....... 26
Violence Prevention ....... 26
Smoking ....... 27
Fitness for Duty Policy ....... 28

BENEFITS
Social Security and Income Tax Withholding ....... 30
State Disability Insurance ....... 30
Unemployment Insurance ....... 30
Work Related Illness or Injury ....... 31

TERMINATION
Procedure on Termination of Your Employment ....... 32

HANDBOOK RECEIPT AND ACKNOWLEDGMENT ....... 34

CONDITIONS OF EMPLOYMENT

## EQUAL EMPLOYMENT OPPORTUNITY POLICY

The Company is an equal employment opportunity employer. The Company will not discriminate against qualified applicants or employees with respect to any terms or conditions of employment based on race, color, national origin, ancestry, gender, sexual orientation, age, religion, creed, physical or mental disability, marital status or any other characteristic protected by state or federal law or local ordinances.

When necessary, the Company will reasonably accommodate employees and applicants with disabilities if the person is otherwise qualified to safely perform all of the essential functions of the position.

## AT-WILL EMPLOYMENT

You are free to terminate your employment with the Company at any time, with or without a reason, and the Company has the right to terminate your employment at any time, with or without a reason unless prohibited by law or written contract. Although the Company may choose to terminate employment for cause, cause is not required. This is called "at-will" employment.

No one other than the President of the Company has the authority to alter this policy of "at-will" employment. Further, any such change of policy must be in writing and signed by the President.

The Company reserves the right to make lawful changes in its terms and conditions of employment. Nothing in this Handbook should be read as contractually limiting that right or as guaranteeing employment for any specific length or period of time.

1

(07/04)

---

CONDITIONS OF EMPLOYMENT

## NEW HIRES

All offers of employment are contingent on verification of your right to work in the United States, as required by the Immigration Reform & Control Act of 1986. Upon receiving a conditional offer of employment, you will be asked to provide original documents verifying your right to work and to sign a verification form required by federal law. If you cannot verify your right to work in the United States, the Company may be obligated to revoke your employment.

## INTRODUCTORY PERIOD

New employees are "introductory employees." During this period, you will have an opportunity to learn your new position and see whether you enjoy your employment here. The Company will use this period to determine whether you are able to meet its expectations. Upon completion of this period, the Company will review your performance.

Completion of this introductory period does not entitle you to remain employed by the Company for any definite period of time. After completion of this period, eligible employees may be eligible for benefits described in this Handbook.

## EMPLOYMENT STATUS

There are five types of employees at the Company. You employment status is one of the following:

(1) *Introductory Employee* - employees who have not yet completed the "introductory period";

2

(07/04)

## CONDITIONS OF EMPLOYMENT

(2) *Regular Full-Time Employee (exempt or non-exempt)* - employees who are salaried, although the salary may be converted to an hourly rate. These employees are not in a temporary status and are regularly scheduled to work the Company's full-time schedule.

(3) *Regular Part-Time Employee (exempt or non-exempt)* - employees who are salaried, although the salary may be converted to an hourly rate. These employees are not assigned to a temporary status and are regularly scheduled to work less than the Company's full-time work schedule. Regular part-time employees working less than 30 hours weekly are not generally eligible for Company benefits.

(4) *Temporary Employee* - employees who are hired as interim replacements to temporarily supplement the workforce or to assist in the completion of a specific project. Employment assignments in this category are of a limited duration. Temporary employees, whether full-time or part-time, are generally not eligible for Company benefits.

(5) *Hourly Employee* - employees who may or may not be on a regular schedule and are paid by the hour only for the hours they work. These jobs may be "on call" or restricted in schedule. Hourly employees generally are not eligible for Company benefits.

*Union Employees* may fall into any one of the above classifications and are members of an independent labor union whose terms and conditions of employment are covered by a collective bargaining agreement between the Company and that union.

3

(07/04)

## CONDITIONS OF EMPLOYMENT

## EMPLOYMENT OF RELATIVES/COHABITANTS

### Potential for Conflicts

The employment of relatives or close friends in the same area of an organization may cause serious conflicts and problems with favoritism and employee morale. Therefore, any hire, transfer, or promotion involving a relative by blood or marriage, or co-habitant, of any executive or manager of the Company requires prior written approval of an operating subsidiary senior vice president or corporate vice president. For purposes of this policy, relatives means a person's spouse, parents, children, grandchildren, siblings, mothers-in-law or fathers-in-law, sons and daughters-in-law, brothers and sisters-in-law, aunts and uncles and the spouses of aunts and uncles, [the children of aunts and uncles,] and anyone who shares the employee's home. Employees have a duty to bring such relationship to the attention of their human resources representative.

In addition, no relative of an employee shall be employed by the Company in any position where either of them is subject to any supervision, direction or review by the other, directly or through another person, with respect to any work activity, compensation or financial transactions or records, *without prior written approval of ABM Industries' President & Chief Executive Officer, and ABM Industries' Senior Vice President of Human Resources or ABM Industries' Vice President of Internal Audit.* This policy also applies to employees in positions which have access to Company proprietary information and/or sensitive information that may affect or influence employment conditions in any manner. It would apply, for instance, to any employee in a financial or human resources role. Finally, no relative by blood or marriage, or co-habitant can be employed in a position where the roles of the individuals, when taken together, would cause a weakness in internal controls.

In all cases where a personal relationship exists and where a conflict or the potential for conflict arises, whether or not a supervisory relationship is involved, the parties may be separated by reassignment or terminated from employment.

4

(07/04)

## CONDITIONS OF EMPLOYMENT

*If an employee marries or begins to share a household with another employee* and they work in the same department or report to the same immediate supervisor, or if his/her relationship represents a security risk, internal control issue, or creates a potential conflict of interest, the employees may select between themselves which will transfer or be terminated *subject to approval by ABM Industries' Senior Vice President of Human Resources*. The Company will make reasonable efforts to provide transfer opportunities so that employment of both employees may be continued with the ABM organization.

The potential for conflicts also exist with respect to the hire, transfer or promotion of any employee related by blood or marriage to an employee or principal of any client, customer, independent contractor or vendor of the Company and requires the same levels of approval outlined above. Any hiring involving a former professional employee of the Company's independent auditor, a close relative of a professional employee or the Company's independent auditor, or a relative of a member of the Company's Board of Directors *requires the approval of ABM Industries' General Counsel or delegate*. For purposes of this independent auditor restriction, a close relative means all relatives under this policy other than the children of aunts and uncles.

## PERSONNEL RECORDS

The Company keeps a personnel file on each employee. The contents of your file, except for letters of reference and other confidential information, are open for your inspection at reasonable times and at reasonable intervals at your request. You may only make copies of documents in the file that you have previously signed.

Any changes in your personal data, such as address and phone number, must be reported to your local Human Resource Representative, in writing, so that the Company records can be kept up to date. If you are enrolled in any Company health or welfare benefit plans, you must also notify the Company, in writing, of changes in marital status or number of dependents.

## CONDITIONS OF EMPLOYMENT

It is Company policy that no personnel or medical files be released to outsiders or unauthorized Company personnel without the written consent of the employee. Exceptions are made only when required under legal order or as required by government administrative regulations.

## EMPLOYEE PRIVACY

The Company respects your individual privacy. However, you should not anticipate an expectation of privacy with respect to your work-related conduct, including, but not limited to the use of Company-owned furniture, equipment or supplies. Company stationery, desks, telephones, voice mail, facsimile machines, copiers, e-mail, software and computer network systems are for business purposes only and may be accessed by management at any time. Therefore, you should practice professional discretion when using Company-owned property or communication systems.

## SELF-IDENTIFICATION

The Company has adopted a program to employ and advance persons who are: a) individuals with a disability b) war veterans or c) disabled veterans. In order to make this program succeed we ask that you identify yourself if you qualify under this program. It is completely voluntary and you will not be disciplined or refused employment if you do not wish to provide this information.

## POLYGRAPH TESTING

The Company will not use polygraph tests to randomly test employees. If polygraph testing is used as part of an ongoing investigation of workplace theft or other incidents causing economic loss or injury to the Company, the Company will conduct the testing in accordance with the provisions set forth in the Employee Polygraph Protection Act of 1988.

CONDITIONS OF EMPLOYMENT

## COMPANY COMMUNICATIONS

Every company employee is responsible for ensuring the Company's communications systems are used properly and in accordance with this policy. Company stationary; telephones, facsimile machines, copiers, voice-mail, e-mail, software, and computer network systems are for business purposes only. Additionally:

1.  The Company expressly reserves the right to monitor, access, retrieve, read and delete any communication that is created on, received through, or sent on Company property or systems to assure compliance with this or any other Company policy.

2.  No messages or information should be transmitted through any Company communications system without a legitimate business purpose.

3.  The provisions of the Company's Solicitations policy (page 23) fully apply to all communication systems.

4.  No communications should be retrieved, created or sent that may constitute intimidating, hostile or offensive material based on gender, race, color, religion, national origin, sexual orientation or disability. The Company's policy against sexual harassment and other harassment applies fully to all company communication systems and any violation of that policy is grounds for discipline up to and including termination.

5.  All electronic and telephonic communication systems and all communications and information transmitted by, received from, or stored in these systems, as well as passwords or codes, utilized to access such communications and information, are the property of the Company.

7

(07/04)

## COMPENSATION:

## WORK SCHEDULES

Management reserves the right to assign work schedules to accommodate business conditions, and you may be required to adjust your schedule accordingly. The regular workweek will not exceed 40 hours, and regular working hours generally will not exceed 8 hours per day within any consecutive 24-hour period.

## PAYMENT OF WAGES

In most cases, employees will be paid at least twice monthly. If a regularly scheduled payday falls on a weekend or scheduled holiday, paychecks will be distributed on the last regular workday before the holiday or weekend.

## OVERTIME

Some employees are exempt from the overtime pay requirements of the law. "Exempt" employees are paid a salary and are in executive, administrative, sales or professional positions.

Nonexempt employees are paid either a salary or on an hourly basis, and receive overtime pay for hours worked in excess of 40 hours per week. A number of states have more restrictive laws regarding the number of hours which may be worked in a day.

When operating requirements or other needs cannot be met during regular working hours, you may be expected to work overtime.

8

(07/04)

## COMPENSATION

If you work overtime, you will be paid at a rate of 1-1/2 times your regular rate for all hours worked greater than the daily maximum for your state or over 40 hours per week.

Overtime pay is based on actual time worked. Time off for sick leave, vacation leave or any leave of absence will not be considered hours worked for the purpose of calculating overtime hours.

### Approval to Work Overtime

Overtime, as well as any time in excess of your regular work schedule, must be authorized in advance by your Supervisor. If you work overtime without receiving prior authorization, you may be subject to disciplinary action up to and including termination.

## BREAKS AND MEAL PERIODS

If you are a non-exempt employee, you may be entitled to rest periods during your work period. Rest periods and meal periods may not be combined or used to leave work early. Additionally, you may receive at least one-half hour time off as a meal period. Your supervisor schedules meal and break periods.

## GARNISHMENTS

If the Company receives a court order to garnish your wages, we must comply with that order. A garnishment will reduce your take-home pay.

## PUNCTUALITY AND ATTENDANCE

Regular and punctual attendance is an essential function of your job. Unless you are unable to provide advance notice, you must notify your immediate Supervisor of absences as soon as possible.

(07/04)

## COMPENSATION

Failure to do so is cause for disciplinary action and may be cause for denial of absence pay.

When you call to inform the Company of an unexpected absence or late arrival, ask for your Supervisor directly. Notifying the switchboard operator or another employee is not sufficient. If your Supervisor is not available when you call, you may leave the information with another supervisor or manager.

Excessive absences and tardiness will lead to discipline, up to and including discharge. An *absence* is defined as failure to report for or remain at work *as scheduled*; this includes arriving late and leaving early. Multiple consecutive days off work for the same reason shall constitute a single absence.

Absence and tardiness are considered excessive if frequent or show a pattern. The following are general guidelines for unacceptable attendance:

| Guidelines – Excessive Absenteeism | |
| --- | --- |
| Three (3) absences* in a Six (6) month period | Informal Warning |
| Four (4) absences* in a Six (6) month period | Formal Warning |
| More than four (4) absences* In a six (6) month period | Probation or Termination |

*see definition of "absence" above

(07/04)

## COMPENSATION

## ABSENCE WITHOUT NOTICE (JOB ABANDONMENT)

Absence from work for three consecutive days without notifying your Supervisor will be considered a voluntary resignation.

## COMPANY AND/OR CUSTOMER PROPERTY

The Company or our customers may, from time to time, entrust you with the care, custody and control of certain property such as uniforms, vehicles, tools, communication or computer equipment, supplies, catalogs, books and other materials. The Company may deduct from your paycheck the value of such items if they are not returned upon request, or for any damages beyond ordinary wear and tear to such items. The Company further reserves the right to take legal action against you to recover such property or its value, if necessary.

11                    (07/04)

## PAID TIME OFF

## HOLIDAYS

All holidays to be observed shall be determined in advance by the Company's senior management, subject to the guidelines established by ABM.

## JURY/WITNESS DUTY

Unless you are informed otherwise by the Company for which you work, Jury Duty is an unpaid leave of absence, subject to local state law. Any pay received is subject to an offset for any "jury pay" received by the employee. If you are subpoenaed to appear as a witness in court or as a party to the action (plaintiff or defendant), you will be granted an unpaid leave. If you are subpoenaed to appear as a witness for the Company, you will be granted a paid leave.

## MILITARY LEAVE

All employees may take a leave of absence to accommodate service in the Armed Forces, Military Reserves and National Guard. The specific terms of the absence and of your rights to reinstatement, seniority, benefits and compensation after a military leave are governed by law.

## VOTING TIME OFF

In the event your work schedule would prevent you from voting on Election Day, the Company will give you the necessary time off to vote (up to a maximum of two hours).

## SICK LEAVE

If you are absent from work due to a non-work related illness or injury, you may be eligible for sick pay. In most cases, you will be required to complete your introductory period before you become eligible for this benefit, if offered. Your Human Resource Representative can provide you additional information on this benefit.

The Company reserves the right to require medical documentation substantiating all illness, injury and medical absences.

Excessive absenteeism, whether paid or unpaid, will be cause for disciplinary action.

12                    (07/04)

## UNPAID TIME OFF

## PERSONAL LEAVE

Personal leaves of absence are unpaid and may be granted at the sole discretion of management in extraordinary circumstances.

## PARENTAL LEAVE FOR SCHOOL ACTIVITIES
(California, District of Columbia, Louisiana, Minnesota Only)

If you are a parent, guardian or grandparent having custody of a child in Kindergarten or grades 1-12 and it becomes necessary to attend a school activity, you must notify your Supervisor as soon as possible so that alternative arrangements can be made. Time off will be unpaid and in compliance with your local state law.

## RELIGIOUS OBSERVANCES

You may be granted unpaid time off to observe religious holidays, business permitting.   A written request for such time off must be submitted at least 30 days in advance.

## FAMILY/MEDICAL LEAVE

Family/medical leave is permitted for the birth of an employee's child, or placement of a child with the employee for adoption or foster care, to care for an employee's spouse, child or parent who has a serious health condition; or to care for an employee's own serious health condition.

If you have been employed for at least 12 months and worked 1,250 hours in the last 12 months, you may be eligible to take a family/medical leave up to 12 work/weeks in a 12-month period. This leave is unpaid and subject to the requirements of the Family and Medical Leave Act of 1993 ("FMLA").

## UNPAID TIME OFF

For the purposes of measuring the amount of time available for an FMLA-covered leave, the company will use a "rolling" twelve month calendar, measured backward from the current date. For calculation purposes, the Company must determine the amount of leave previously used, if any, by examining your last twelve (12) months of attendance. This twelve-month calendar moves forward as the FMLA leave is spent.

If you are applying for a medical leave for yourself, you must submit a written certification from your treating physician which contains the following information:

(1) The date on which your disability began or will begin;
(2) The probable duration of your condition; and
(3) A statement that, due to your serious health condition, you are (or will be) unable to perform the functions of your position.

You may be required to first utilize your sick leave benefits in the event of your own "serious medical condition," or your accrued vacation for such time off.

If you are applying for a leave to care for your child, spouse, or parent who has a serious health condition, you must submit a written certification signed by the treating physician that includes the following information:

(1) The date on which the serious health condition began;
(2) The probable duration of the condition;
(3) An estimate of the amount of time that the health care provider believes you need to take in order to care for your child, parent or spouse; and
(4) A statement that the serious health condition warrants the participation of a family member to provide care during a period of treatment or supervision of your child, parent, or spouse.

You may be required to first utilize your accrued vacation benefits for such time off.

## UNPAID TIME OFF

- If foreseeable, you must provide a 30-day advance written notice of your intent to take a family/medical leave. If not foreseeable, written notice must be provided as soon as practicable within 15 days.

- The Company will then provide you with a notice of your rights and obligations as soon as practicable (usually within two days) after you give notice for the leave.

- If the request is for a medical leave and the Company questions the validity of the medical certification, the Company can require a second medical opinion at the Company's expense.

- If you return from your family/medical leave in a timely manner, you will be returned to the same or similar position with equivalent terms and conditions of employment, including pay and benefits.

## PREGNANCY-DISABILITY LEAVE

Some states have more restrictive laws for pregnancy related disabilities. Contact your Human Resource Representative for information.

## COMPANY RULES

## CAUSE FOR DISCIPLINARY ACTION AND DISCHARGE

It is not possible to provide employees with a complete list of every possible cause that will, like unsatisfactory performance, result in disciplinary action, including discharge. However, in order to give you some guidance, examples of unacceptable conduct are listed below. You should be aware that conduct that is not listed below, but that is unprofessional or potentially embarrassing, adversely affects or is otherwise detrimental to the Company's interests, or the interests of our employees, customers, or the public at large, may also result in disciplinary action, up to and including immediate termination. Inclusion of the following list does not limit or diminish the Company's policy of "at-will" employment.

1. Inefficiency or failure to perform job duties satisfactorily.

2. Falsification of any Company record.

3. Theft, willful damage or unauthorized removal or use of Company, employee, or customer property, equipment, records or information.

4. Excessive tardiness.

5. Excessive absences.

6. Unauthorized absence or failure to promptly notify the Company of intended absence.

7. Failure to comply with instructions of a supervisor or manager.

**COMPANY RULES**

8. Deliberate unsatisfactory work or negligence.

9. Wasting time, loitering, sleeping during work hours or leaving the workplace without authorization.

10. Failing to keep work areas and equipment clean, creating unsafe conditions or defacing Company or a customer's property.

11. Violation of safety, health or security rules.

12. Personal or unauthorized use of Company material, time or equipment.

13. Careless or negligent use of Company vehicle, equipment or other property.

14. Insubordination to a supervisor or manager such as direct confrontation or profanity.

15. Possession, distribution, sale, transfer or misuse of alcohol, prescription drugs or illegal drugs in the workplace, while on duty, or while operating Company-owned vehicles or equipment.

16. Being under the influence of alcohol or other drugs while at work, or possessing or using alcohol or other drugs on Company premises.

17. Creating, encouraging or participating in disorder or violence, fighting or threatening bodily harm.

17

(07/04)

**COMPANY RULES**

18. Conviction of, or pleading guilty to or admission of a criminal offense involving dishonesty, violence, illegal drugs or moral turpitude.

19. Obtaining employment on the basis of false or misleading information, or a material omission of information

20. Having an interest in or engaging in activities in direct or indirect competition with the Company or any of its affiliates as an employee, partner, consultant or owner.

21. Unauthorized disclosure or misuse of the Company's confidential information, including, but not limited to customer lists, trade secrets or other proprietary information.

22. Unauthorized duplication or use of keys that lock or secure Company or customer premises or property.

23. Possession of firearms, explosives or any item intended for use as a weapon on Company or customer premises.

24. Soliciting funds or distributing written or printed material during working hours without authorization from the Company.

25. Creating discord or harassing any other employee, customer or visitor.

26. Discrimination against or harassment of any applicant, employee, visitor or customer on the basis of gender, race, national origin, color, religion, age, disability, sexual orientation or marital status.

27. Conduct inappropriate in a business environment.

18

(07/04)

## COMPANY RULES:

28. Any flagrantly deliberate or gross misconduct.

29. Misuse of Company or customer funds.

30. Commission of or attempt to commit any criminal act against the Company, its customers, employees or property, including, but not limited to, fraud, theft, vandalism or extortion.

31. Failure to cooperate with a request to search Company or customer property.

32. Dress or grooming inappropriate in a business environment.

Company policy requires all employees to cooperate fully in any internal investigation concerning the workplace.

## ALCOHOLIC BEVERAGES AND DRUGS

By policy, the Company strictly prohibits employees from being under the influence, bringing in, possessing, providing, producing, buying, selling or using alcoholic beverages, unprescribed or illegal drugs at any time on Company premises or in Company vehicles.

Limited consumption of alcoholic beverages at certain Company-sponsored events held on Company property is allowed only with prior written approval of the Company's senior management. Consumption of alcoholic beverages is also permitted at certain Company-sponsored events off Company premises with prior written approval of the Company's senior management.

The Company is not liable for occupational injury or illness payments for any injuries arising out of voluntary participation in any off-duty

19                                                                      (07/04)

## COMPANY RULES:

recreational, social or athletic activity not constituting part of the employee's work-related duties.

"Under the influence" is defined as being unable to perform work in a safe and productive manner; being in a physical or mental condition that creates a risk to the safety and well-being of the affected employee, other employees, the general public or Company property; and/or having any detectable level, in excess of a trace, of alcohol, unprescribed drugs or illegal drugs in the body.

An employee who is involved with on-the-job illegal drug use, possession or sale is in violation of Company policy. Off-the-job use, possession or sale of unprescribed or illegal drugs which has a adverse affect on the Company's customers, other employees, the general public or the Company's reputation or image is also considered a violation of this policy. In deciding what action to take, the Company will take into consideration the nature of the conduct and the employee's present assignment and record with the Company.

Additionally, any employee who is taking prescription or non-prescription drugs or medication which may adversely affect the employee's ability to work in a safe or productive manner is encouraged to report the use of this medication to his or her supervisor, or, if this is not possible, to the office manager before beginning work or entering any Company or customer facility. This includes drugs which are known or advertised as possibly affecting judgment, coordination or other senses, including those which may cause drowsiness or dizziness. Management, after obtaining medical advice, will then determine if any work restrictions will be necessary.

Consent to drug or alcohol testing, when requested by the Company, is a condition of continued employment with the Company and refusal to comply is insubordination.

20                                                                      (07/04)

## COMPANY RULES

Violations of this policy, including refusal to consent to drug or alcohol testing, will result in immediate suspension of the employee pending an investigation. The Company will then make a determination concerning the appropriate discipline, up to and including discharge, on the basis of evidence then available to the Company, reasonable inferences which the Company draws from that evidence, and the employee's refusal to consent to such testing.

## HARASSMENT

The Company is committed to providing a work environment that is free of discrimination including harassment. In keeping with this policy, the Company strictly prohibits unlawful harassment of any kind, including harassment on the basis of race, color, religion, gender, age, mental or physical disability, medical condition, national origin, marital status, veteran status, sexual orientation, or any other characteristic protected under federal or state law or local ordinance. Harassment may take many forms, but the most common forms include:

*Verbal harassment*, such as jokes, epithets, slurs, negative stereotyping and unwelcome remarks about an individual's body, color, physical characteristics, appearance, or talents, references to women such as "honey," "doll," or "sweetheart," comments or questions about a person's sexual practices, and patronizing terms or remarks;

*Physical harassment*, such as physical interference with normal work, impeding or blocking movement, assault, unwelcome physical contact, staring at a person's body, and threatening, intimidating or hostile acts that relate to a protected characteristic;

## COMPANY RULES

*Visual harassment*, such as offensive or obscene photographs, calendars, posters, cards, cartoons, drawings, gestures, and any other written material, display of sexually suggestive or lewd objects, unwelcome personal notes or letters, and any other written or graphic material that denigrates or shows hostility or aversion toward an individual because of a protected characteristic, including posting or circulating any such items in the workplace.

There are two distinct categories of sexual harassment:

*Quid pro quo* sexual harassment occurs when an individual's submission to or rejection of unwelcome sexual conduct is used as basis for employment decisions affecting that individual, including granting of employment benefits;

*Hostile environment* sexual harassment occurs when unwelcome sexual conduct unreasonably interferes with an individual's job performance or creates an intimidating, hostile or offensive working environment, even if it does not lead to tangible or economic job consequences.

Sexual harassment includes harassment of women by men, of men by women, and same-sex/gender-based harassment.

If you witness unlawful harassment on the job, you are expected to report it immediately to your supervisor, any other member of management, or your local Human Resource Representative. *It is the responsibility of any employee who has been harassed or otherwise discriminated against, or who has witnessed such harassment or discrimination, to immediately report all such conduct to their direct supervisor or to a senior supervisor. Furthermore, it is the responsibility of any supervisor who receives such a report to*

## COMPANY RULES

*immediately communicate it to their management and to their Human Resource representative.*

The Company's policy is to immediately conduct a thorough, objective and complete investigation of any harassment complaint. At the conclusion of its investigation, it will attempt to determine whether unlawful harassment has occurred. The Company will look at the conduct and the context in which it occurred.

The Company will, as promptly as possible, communicate its findings to the accused, and the remedial action (if any) to be taken to the complainant, and when appropriate, to other persons who are directly concerned.

If the Company determines that harassment has occurred, the Company will take remedial action commensurate with the severity of the offense. This action may include disciplinary action against the harasser, up to and including termination. Steps will be taken, as necessary, to prevent any further harassment.

In situations involving consensual relationships between employee, the Company reserves the right to take whatever action is necessary to preserve a hostile-free and harassment-free environment.

No individual will suffer any reprisals or retaliation for reporting any incidents of harassment, or for participating in any investigation of incidents of harassment or perceived harassment.

## SOLICITATIONS

The Company discourages solicitation of its employees by co-workers. Such solicitation is only allowed during non-working time

## COMPANY RULES

and the non-working time of the person being solicited. "Non-working" time means time during meal periods or breaks and before or after working hours. The Company prohibits solicitation, collection, posting or distributing of printed or written materials anywhere on Company premises by non-employees.

## ENGLISH IN THE WORKPLACE

To assure compliance with many state and federal employment notice requirements, it is expected that all Company employees read and understand English sufficiently to maintain a safe and lawful work environment. To the extent practical, management will strive to provide alternate translations to further clarify those areas of concern.

## PERSONAL APPEARANCE

A professional appearance is essential to your job. You are a representative of the Company, so you must present a clean and professional image to our customers, employees, management and the general public. You must practice good grooming and personal hygiene. You must dress in a uniform, if required, or if not, in a professional and appropriate manner. If your attire or physical appearance is inappropriate, you may be required to leave the premises until such time as your appearance is appropriate. Consult your Supervisor if you have questions as to what constitutes appropriate appearance.

## EMPLOYMENT DISPUTES

All employees should seek a prompt review of their work-related problems. When such problems arise, you are expected to take the following steps to seek resolution:

## COMPANY RULES

*First, talk to your immediate Supervisor* - Discuss the problems you are having at work with your Supervisor. In most cases, he or she will be in the best position to help you.

*Or, talk to your Supervisor's manager* - If you are having trouble communicating with your immediate Supervisor, you should make an appointment with your Supervisor's manager and explain the problem.

*Talk to your local Human Resource representative, ABM's Human Resources Department or your union representative* - The Company's Human Resources staff or your union representative will work with you and any other people you've asked to have contacted to resolve the problem.

Salaried and hourly office and sales employees hired after March 11, 1994 are subject to the Company's Pre-Dispute Resolution program and may be subject to arbitration of their employment disputes.

## SAFETY AND HEALTH POLICY

The Company is committed to providing all of its employees with a safe and healthy environment in which to work. The Company recognizes that a safe and healthy workplace is the right and the responsibility of every employee. The Company strongly believes that "accidents" are preventable if safety is made an integral part of daily activities. The prevention of work-related injuries is of such consequence that it will take precedence over any unsafe activity or condition. ABM's Safety Services Department is available for consultation on all health and safety matters.

In compliance with the Federal Hazard Communication Standard, the Company maintains Material Safety Data Sheets ("MSDS") for all chemicals used in the course of business. These MSDS sheets are available for review by all employees, as well as their representatives and physicians.

To promote the concept of a safe workplace, the Company maintains an Injury and Illness Prevention Program. This program is available for your review.

## VIOLENCE PREVENTION

Violence or threats of violence against the life, health, well-being, family or property of others, express or implied by words, gestures, symbols, intimidation or coercion, will be regarded as violating the fundamental rights of the Company to operate its business in a safe and peaceful manner. The Company has adopted the following practices to deal with any violence that may occur on its premises, and to ensure the safety of its employees.

WORKPLACE SAFETY AND HEALTH

- Report all threats of violence, whether direct or indirect, as soon as possible to your Supervisor, or if he or she cannot be reached, to any other supervisor or manager. Be as specific as possible.

- Report all suspicious individuals or activities to your Supervisor or to any other supervisor or manager, as soon as possible.

- Do not put yourself in peril.

- If you hear a violent commotion near your work area, do not investigate or interfere. Telephone 911 immediately!

- Cooperate fully with security, law enforcement and medical personnel that respond to a call for help.

- Let the Company respond to all inquiries from the media about violence on its premises so that the Company can speak with one voice.

- If you are qualified, you may provide first aid to injured persons.

## SMOKING

In keeping with the Company's intent to provide a safe and healthful work environment, smoking is prohibited anywhere within a Company-owned or Company-leased building, and in any Company-owned or Company-leased vehicle. Smoking is discouraged in any other vehicle being driven in connection with Company business. Employees who smoke do not receive any additional break time or any other special considerations.

27

(07/04)

---

## FITNESS FOR DUTY POLICY

To protect the health and well being of all employees, and to maintain a safe work environment, the Company reserves the right to require a fitness-for-duty evaluation when:

- there is reasonable cause for serious concern about an employee's ability to safely perform his or her job;

- an employee's behavior is grossly inappropriate for the workplace, as determined by the Human Resources Department of ABM;

- there is reasonable cause to protect public safety; or

- medical clarification is necessary to support a reasonable accommodation request.

An employee may be requested to report for a fitness-for-duty examination, on Company time and at Company expense, to a physician or medical facility designated by the Company. The employee will be asked to authorize the release of the examination results to the ABM Human Resources Department. All medical fitness-for-duty examinations will be held in strict confidence as required by law.

An employee's decision to comply with the request for a fitness-for-duty examination may affect the determination of whether disciplinary action should be taken, what type of action may be taken, or whether reasonable accommodation should be made.

28

(07/04)

## WORKPLACE SAFETY AND HEALTH

An employee's refusal to comply will be considered insubordination and, subject to review by ABM's Human Resources Department, may result in disciplinary action up to and including termination.

## BENEFITS

## SOCIAL SECURITY AND INCOME TAX WITHHOLDING

All employees must contribute to the Federal Social Security Program and federal and state income tax withholding. The Company pays a matching contribution for each employee's Social Security taxes. The Company requires all employees to complete an IRS-approved W-4 Form and to provide their Social Security number. Violation or interference with this policy is considered insubordination and may be grounds for discipline including discharge.

## STATE DISABILITY INSURANCE

Some states require that each employee contribute to a State Disability Insurance plan. Contributions are made through payroll deduction. Disability Insurance is payable when you cannot work because of illness or injury that is unrelated to your employment with the Company.

## UNEMPLOYMENT INSURANCE

The Company contributes thousands of dollars each year to each State's Unemployment Fund on behalf of its employees. Unemployment benefits are provided by the state and are available to employees who have been subject to a layoff, but are usually not available to employees who have quit voluntarily) or have been terminated for cause.

**BENEFITS**

# WORK RELATED ILLNESS OR INJURY

An occupational injury or illness program may cover the cost of a legitimate occupational injury or illness that results from working for the Company. Benefits help pay for your medical treatment and part of any income you may lose while recovering. Specific benefits are prescribed by law depending on the circumstances of each case. To be assured of maximum coverage, each injury or illness must be reported immediately to your Supervisor who will promptly file a claim.

Occupational injury or illness coverage will not apply when your illness or injury is unrelated to working for the Company or when an injury arises out of voluntary participation in an off-duty recreational, social or athletic activity not constituting a part of your work-related duties.

Occupational injury or illness leaves of absence from the Company will run concurrently with the Federal Family and Medical Leave Act ("FMLA") leaves of absence for employees with FMLA-qualifying health conditions.

31

(07/04)

**TERMINATION ...**

# PROCEDURE ON TERMINATION OF YOUR EMPLOYMENT

Your employment with the Company is at-will, which means that you may terminate your employment at any time, with or without notice, for any reason, and likewise, the Company may terminate your employment at any time, with or without notice and with or without cause, unless prohibited by law or written contract. No one other than the President of the Company has the authority to alter this arrangement.

Your employment with the Company may be deemed terminated for any of the following reasons:

- Voluntary resignation;
- Retirement;
- Reorganization within the Company (including, but not limited to, job elimination);
- Involuntary termination, with or without cause and with or without notice;
- Failure to return to work in a timely manner following an absence;
- Failure to report to work without notice for three (3) consecutive work days;
- Prolonged disability resulting in an inability to safely and satisfactorily perform all the essential functions of your job with or without reasonable accommodation; or
- Death

32

(07/04)

## TERMINATION

If you wish to voluntarily terminate your employment with the Company, you are requested to give at least two weeks' written notice, if possible.

If you quit your employment without notice, the Company will pay you for all hours worked including any earned but unused vacation time, up to the last day of your employment.

If you quit your employment with notice, the Company may, at its discretion, pay you for the period of your notice, and excuse you from coming to work during that time.

33

(07/04)

---

## HANDBOOK RECEIPT AND ACKNOWLEDGMENT

I acknowledge that I have read and understand the Employee Handbook, and I accept the terms and conditions of employment contained therein.

I understand that this Handbook summarizes the Company's personnel policies and guidelines, and that it is furnished to me solely for my information. I further understand that the policies and procedures contained in the Handbook are not intended to create an employment contract.

I understand that the Company may modify or rescind any of its policies, guidelines, benefits, or practices described in the Handbook at any time, except for its policy of at-will employment and those policies required by law.

Dated: _____

_____
(Employee's Printed Name)

_____
(Employee's Signature)

34

(07/04)