# EXHIBIT 1802

# EXHIBIT 1802

# UNLAWFUL HARASSMENT
# AND
# SEXUAL HARASSMENT INFORMATION SHEET - ABM-643 (9/01)
# ACKNOWLEDGEMENT

I acknowledge that I have been provided with a copy of the ABM Industries' or applicable subsidiary company's policy on Unlawful Harassment and the Sexual Harassment information sheet. I also understand that it is my responsibility to read this information as provided by my employer, and that I may, at any time, review the contents contained within this information sheet with my employer.

X Dated: 6-13-08

X Delia R Mejia
(Employee's Printed Name)

X [signature]
(Employee's Signature)

X [signature]
(Witness Signature)

EXHIBIT NO. 1802
Demejia
2-17-10
KBL

D1342