# EXHIBIT 1804

# EXHIBIT 1804

# EMPLOYEE CORRECTIVE ACTION NOTICE

ABM-831 (Rev. 10/92)

Employee's Name: Delia Mejia  Soc. Sec. #: ___-__-____

Company: ABM  Branch: Fresno  Work Loc.: P.P.G.

The above named employee and I met today to discuss the following problem area(s):

☐ ABSENTEEISM: ☐ Attendance ☐ Tardiness (SPECIFY):

☐ POOR PERFORMANCE (SPECIFY):

☒ MISCONDUCT (SPECIFY):

☐ VIOLATION OF CO. POLICY/WORK RULES (SPECIFY):

Failure to comply with instructions of a supervisor or manager.

EXPECTATIONS (Include time frame, if indicated)

## TYPE OF WARNING
(CHECK ONE ONLY)

☒ INFORMAL/VERBAL  ☐ FORMAL

We have previously discussed these areas of concern on _____ (date). You are currently not meeting the expectations for your position. (OPTIONAL: Because at this time your performance is below expected levels, you are being placed on probation for ____ days.) Unless you make an immediate and sustained improvement in the specific areas of concern (indicated above), your continued employment may be in jeopardy.

☐ FINAL WARNING

We have met on 8-15-08 (date) and _____ (date) to discuss the above problem areas. In addition, you were given a formal written warning on _____. (Optional: Because at this time your performance is below expected levels, you are being placed on probation/suspension (circle one) for ____ days.) If you are unable to make immediate and sustained improvement in all areas listed above, you may be subject to further disciplinary action up to and including termination of your employment.

If you are unclear of the Company's expectations, please let me know. I will assist you in taking the necessary corrective measures and will help in any way I can.

_[signature]_  8-15-08    _Jose Tinajero_  8-15-08
Employee Acknowledgement  Date    Manager/Supervisor Signature  Date

☐ Employee has read the above and problems were discussed. Employee refused to sign.

(Witness Signature to Employee's Refusal to Sign)

DISTRIBUTION: WHITE - Employee  CANARY - Supervisor  PINK - Personal File

EXHIBIT No. 1004
Renteria
2-17-10

D1343