# EXHIBIT 1807

# EXHIBIT 1807

# APPLICATION FOR EMPLOYMENT/SERVICE EMPLOYEE
ABM-124-P (Rev. 5/99)

**DATE:** 3/30/00

**NOTE:**
- **A** This application will remain active for 90 days only. If you wish to be considered for employment thereafter, you must submit another Employment Application.
- **B** Applicants receive consideration for employment without regard to race, color, ancestry, religion, gender, age, national origin, sexual orientation, disability, veteran status or marital status. ABM Janitorial is an Affirmative Action employer.
- **C** Statements made in this application will be relied upon in making the hiring decision.
- **D** Any promises regarding the terms of employment and / or promotional opportunities, whether express or implied, are null and void unless made in writing and signed by an officer of the Company.
- **E** ABM Janitorial is committed to a safe, healthy work environment. Applicants and employees may be required to take a drug test.

## I.D.
- **NAME LAST:** Gomez **MIDDLE:** A **FIRST:** Hilda
- **SOCIAL SECURITY NUMBER:** 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
- **PRESENT STREET ADDRESS:** 10822 Malta St
- **HOME TELEPHONE NUMBER:** 559-582-724c
- **CITY:** Hanford **STATE:** CA **ZIP CODE:** 93230
- **ARE YOU AT LEAST 18 YEARS OF AGE?** ☒ YES ☐ NO

## POSITION DESIRED
- **TYPE OF WORK DESIRED:** Cleaning
- **WAGES EXPECTED:** open

## GENERAL
- **HOW WERE YOU REFERRED TO ABM Janitorial?** Salvador from Hanford Mall
- **HAVE YOU EVER WORKED FOR ABM Janitorial BEFORE? IF YES, WHERE AND WHEN?** ☐ YES ☒ NO
- **DO YOU HAVE ANY RELATIVES EMPLOYED BY ABM Janitorial?** ☐ YES ☒ NO **IF YES, GIVE NAME:** N/A **RELATIONSHIP:** N/A
- **HAVE YOU SERVED IN THE U.S. ARMED SERVICES?** ☐ YES ☒ NO **IF YES, BRANCH OF SERVICE / HIGHEST RANK RECEIVED:** N/A
- **TYPE OF TRAINING AND DUTY IN SERVICE:** house duty, house keeping.

EXHIBIT NO. 1807
Gomez
2-18-10
KBL

- **HAVE YOU EVER BEEN CONVICTED OF A CRIME?** ☐ YES ☒ NO
  NOTE: OMIT MINOR TRAFFIC VIOLATIONS. A CONVICTION WILL NOT NECESSARILY BAR APPLICANTS FROM EMPLOYMENT.
- **IF YES, PLEASE EXPLAIN:** N/A
- **UPON AN OFFER OF EMPLOYMENT, CAN YOU, AS REQUIRED BY LAW, PROVIDE THE APPROPRIATE ORIGINAL DOCUMENTS SHOWING ELIGIBILITY TO WORK IN THE UNITED STATES?** ☒ YES ☐ NO
- **IN WHICH FOREIGN LANGUAGES DO YOU HAVE WORKING SKILL?** **SPEAK:** Spanish **READ:** Spanish **WRITE:** Spanish
- **HAVE YOU EVER BEEN BONDED?** ☐ YES ☒ NO **HAVE YOU EVER BEEN REFUSED BONDING?** ☐ YES ☒ NO

## EDUCATION

| NAME OF SCHOOL | LOCATION | GRADUATED? LAST GRADE COMPLETED | SPECIAL COURSES MAJOR / GRADE POINT AVERAGE |
|---|---|---|---|
| HIGH SCHOOL | In Mexico | 9th | |
| COLLEGE / UNIVERSITY | | DEGREE | |
| GRADUATE OR BUSINESS | | DEGREE | |