# EXHIBIT 1808

# EXHIBIT 1808

# SEXUAL HARASSMENT INFORMATION SHEET ACKNOWLEDGMENT

I acknowledge that I have been provided with a copy of ABM's Company Policy on Sexual Harassment. I also understand that it is my responsibility to read this information as provided by my employer, and that I may, at any time, review the contents contained within this information sheet with my employer.

Dated: 3/30/00

Hilda A. Gomez
(Employee's Printed Name)

x Hilda A. Gomez
(Employee's Signature)

_____
(Witness Signature)



EXHIBIT NO. 1808
Gomez
2-18-10
KEL