# EXHIBIT 1813

# EXHIBIT 1813

 **Janitorial Services**

## APPLICATION FOR EMPLOYMENT/SERVICE EMPLOYEE    ABM-124 (Rev. 10/02)

DATE: 6-28-07

| NOTE | | |
|---|---|---|
| A | This application will remain active for 90 days only. If you wish to be considered for employment thereafter, you must submit another Employment Application. |
| B | Applicants receive consideration for employment without regard to race, color, ancestry, religion, gender, age, national origin, sexual orientation, disability, veteran status or marital status. ABM Janitorial is an Affirmative Action employer. |
| C | Statements made in this application will be relied upon in making the hiring decision. |
| D | Any promises regarding the terms of employment and / or promotional opportunities, whether express or implied, are null and void unless made in writing and signed by an officer of the Company. |
| E | ABM Janitorial is committed to a safe, healthy work environment. Applicants and employees may be required to take a drug test. |

### I.D.

NAME   LAST: Quintero   MIDDLE: M   FIRST: Maria

SOCIAL SECURITY NUMBER: 546-07-98-71

PRESENT STREET ADDRESS: 4408 E Olive Ap.A. Fresno CA   93702

HOME TELEPHONE NUMBER: (559) 454-07-66

CITY: Fresno   STATE: CA   ZIP CODE: 93702

ARE YOU AT LEAST 18 YEARS OF AGE? ☒ YES  ☐ NO

### POSITION DESIRED

TYPE OF WORK DESIRED:

WAGES EXPECTED:

### GENERAL

HOW WERE YOU REFERRED TO ABM Janitorial? Jose Quintero

HAVE YOU EVER WORKED FOR ABM Janitorial BEFORE? IF YES, WHERE AND WHEN? ☐ YES ☒ NO

DO YOU HAVE ANY RELATIVES EMPLOYED BY ABM Janitorial? IF YES, GIVE NAME ☒ YES ☐ NO   Jose Quintero   RELATIONSHIP: Brother

HAVE YOU SERVED IN THE U.S. ARMED SERVICES? ☐ YES ☒ NO   IF YES, BRANCH OF SERVICE / HIGHEST RANK RECEIVED

TYPE OF TRAINING AND DUTY IN SERVICE:

HAVE YOU EVER BEEN CONVICTED OF A CRIME? ☐ YES ☒ NO   NOTE: OMIT MINOR TRAFFIC VIOLATIONS. A CONVICTION WILL NOT NECESSARILY BAR APPLICANTS FROM EMPLOYMENT.

IF YES, PLEASE EXPLAIN:

UPON AN OFFER OF EMPLOYMENT, CAN YOU, AS REQUIRED BY LAW, PROVIDE THE APPROPRIATE ORIGINAL DOCUMENTS SHOWING ELIGIBILITY TO WORK IN THE UNITED STATES? ☒ YES ☐ NO

IN WHICH FOREIGN LANGUAGES DO YOU HAVE WORKING SKILL?   SPEAK: Español   READ: Español   WRITE: Español

HAVE YOU EVER BEEN BONDED? ☐ YES ☐ NO   HAVE YOU EVER BEEN REFUSED BONDING? ☐ YES ☐ NO

### EDUCATION

| | NAME OF SCHOOL | LOCATION | GRADUATED? LAST GRADE COMPLETED | SPECIAL COURSES MAJOR / GRADE POINT AVERAGE |
|---|---|---|---|---|
| HIGH SCHOOL | Pedro Cico Funci | Mexico | | |
| COLLEGE / UNIVERSITY | | | DEGREE | |
| GRADUATE OR BUSINESS | | | DEGREE | |

EXHIBIT NO. 1813
Quintero
2-18-10
REL

## EMPLOYMENT HISTORY

Starting with present employer (or most recent) list all experience and account for all time during the last 5 years, including periods of unemployment and U. S. Military Service.

| DATES - MO/YR LAST 5 YRS ONLY | EMPLOYER | JOB TITLE AND DUTIES | RATE OF PAY |
|---|---|---|---|
| FROM | NAME: Cimbo Cleaner<br>STREET ADDRESS:<br>CITY, STATE, ZIP CODE:<br>COMPANY TELEPHONE NUMBER: (559) 268-51-78<br>MAY WE CONTACT YOUR PRESENT / PAST EMPLOYER: ☒ YES ☐ NO | SUPERVISOR: Jury Salas<br>IF YES, PLEASE PROVIDE APPROVAL SIGNATURE | START<br>END<br>OTHER COMPENSATIONS |
| TO | | | |
| REASON FOR LEAVING: Movin for las vegas | | | |
| FROM | NAME: Tenaya Long<br>STREET ADDRESS: yosemite<br>CITY, STATE, ZIP CODE:<br>COMPANY TELEPHONE NUMBER: (559) 452-07-46 | SUPERVISOR: iRMA partida | START<br>END<br>OTHER COMPENSATIONS |
| TO | | | |
| REASON FOR LEAVING: Porque Se me quebro el carro | | | |
| FROM | NAME: IHOP Casa de pancakes<br>STREET ADDRESS: 4747 E. Fresno<br>CITY, STATE, ZIP CODE: Fresno Cal.<br>COMPANY TELEPHONE NUMBER: (559) 440-04-94 | SUPERVISOR: Fredy | START<br>END<br>OTHER COMPENSATIONS |
| TO | | | |
| REASON FOR LEAVING: ninguna | | | |
| FROM | NAME:<br>STREET ADDRESS:<br>CITY, STATE, ZIP CODE:<br>COMPANY TELEPHONE NUMBER: ( ) | SUPERVISOR: | START<br>END<br>OTHER COMPENSATIONS |
| TO | | | |
| REASON FOR LEAVING: | | | |
| FROM | NAME:<br>STREET ADDRESS:<br>CITY, STATE, ZIP CODE:<br>COMPANY TELEPHONE NUMBER: ( ) | SUPERVISOR: | START<br>END<br>OTHER COMPENSATIONS |
| TO | | | |
| REASON FOR LEAVING: | | | |