# EXHIBIT 1907

# EXHIBIT 1907

**ABM Janitorial Services**

## APPLICATION FOR EMPLOYMENT/SERVICE EMPLOYEE   ABM-124 (Rev. 10/02)

DATE: 12-12-05

**NOTE**

| | |
|---|---|
| A | This application will remain active for 90 days only. If you wish to be considered for employment thereafter, you must submit another Employment Application. |
| B | Applicants receive consideration for employment without regard to race, color, ancestry, religion, gender, age, national origin, sexual orientation, disability, veteran status or marital status. ABM Janitorial is an Affirmative Action employer. |
| C | Statements made in this application will be relied upon in making the hiring decision. |
| D | Any promises regarding the terms of employment and / or promotional opportunities, whether express or implied, are null and void unless made in writing and signed by an officer of the Company. |
| E | ABM Janitorial is committed to a safe, healthy work environment. **Applicants and employees may be required to** take a drug test. |

**I.D.**

NAME  LAST: Arturo   MIDDLE: Jimenez   FIRST: Sanchez   SOCIAL SECURITY NUMBER:

PRESENT STREET ADDRESS: 1234 E Griffith Way   HOME TELEPHONE NUMBER:

CITY: Fresno   STATE: CA   ZIP CODE: 93704   ARE YOU AT LEAST 18 YEARS OF AGE? ☒ YES  ☐ NO

**POSITION DESIRED**

TYPE OF WORK DESIRED:

WAGES EXPECTED:

**GENERAL**

HOW WERE YOU REFERRED TO ABM Janitorial?

HAVE YOU EVER WORKED FOR ABM Janitorial BEFORE? IF YES, WHERE AND WHEN? ☐ YES  ☒ NO

DO YOU HAVE ANY RELATIVES EMPLOYED BY ABM Janitorial? IF YES, GIVE NAME ☐ YES  ☒ NO   RELATIONSHIP:

HAVE YOU SERVED IN THE U S ARMED SERVICES? ☐ YES  ☒ NO   IF YES, BRANCH OF SERVICE / HIGHEST RANK RECEIVED:

TYPE OF TRAINING AND DUTY IN SERVICE:

Plaintiff's Exhibit 1907 (2 pgs.)
Darlinda R. Compeon, CSR # 13094
02/19/10
Arturo Jimenez Sanchez

HAVE YOU EVER BEEN CONVICTED OF A CRIME? ☐ YES  ☒ NO   NOTE: OMIT MINOR TRAFFIC VIOLATIONS. A CONVICTION WILL NOT NECESSARILY BAR APPLICANTS FROM EMPLOYMENT.

IF YES, PLEASE EXPLAIN:

UPON AN OFFER OF EMPLOYMENT, CAN YOU, AS REQUIRED BY LAW, PROVIDE THE APPROPRIATE ORIGINAL DOCUMENTS SHOWING ELIGIBILITY TO WORK IN THE UNITED STATES? ☒ YES  ☐ NO

| IN WHICH FOREIGN LANGUAGES DO YOU HAVE WORKING SKILL? | SPEAK | READ | WRITE |
|---|---|---|---|
| | | | |

HAVE YOU EVER BEEN BONDED? ☐ YES  ☒ NO   HAVE YOU EVER BEEN REFUSED BONDING? ☐ YES  ☐ NO

**EDUCATION**

| | NAME OF SCHOOL | LOCATION | GRADUATED? LAST GRADE COMPLETED | SPECIAL COURSES MAJOR / GRADE POINT AVERAGE |
|---|---|---|---|---|
| HIGH SCHOOL | | Elementary | | |
| COLLEGE / UNIVERSITY | | | DEGREE | |
| GRADUATE OR BUSINESS | | | DEGREE | |

D1910

1907

## INDICATE JANITORIAL AND OTHER CLEANING EXPERIENCE   (PLEASE CHECK BOX)

| EXPERIENCE | YRS | MOS | EXPERIENCE | YRS | MOS | EXPERIENCE | YRS | MOS |
|---|---|---|---|---|---|---|---|---|
| ☐ Office Buildings / Banks | | | ☐ Schools | | | ☐ Route Work | | |
| ☐ Industrial | | | ☐ Airports | | | ☐ Floor Waxing | | |
| ☐ Department Stores | | | ☐ Hospitals | | | ☐ Carpet Cleaning | | |
| ☐ Retail Shopping Centers | | | ☐ Hotels | | | ☐ Window Cleaning | | |
| ☐ Theaters | | | ☐ Other: | | | ☐ Other: | | |

DO YOU HAVE A LIFE SAFETY CERTIFICATE?
☐ YES   ☐ NO

DRIVER'S LICENSE NUMBER (IF DRIVING REQUIRED)   STATE

IS THERE ANY ADDITIONAL INFORMATION RELATIVE TO CHANGE OF NAME, USE OF ASSUMED NAME, OR NICKNAME NECESSARY TO ENABLE A CHECK ON YOUR WORK HISTORY?   ☐ YES   ☐ NO

IF YES, EXPLAIN

LIST SPECIAL SKILLS AND EQUIPMENT YOU CAN OPERATE

## ALL APPLICANTS READ AND COMPLETE THIS SECTION

I certify that the information contained in this employment application is complete, correct and accurate to the best of my knowledge and I understand that any falsifications or omissions may result in denial of employment or dismissal. I authorize ABM Janitorial to act as my agent in securing information about me from any person or company without liability to such person or company or to ABM Janitorial. If an employment relationship is established, I understand that I will be an employee-at-will and that my employment and compensation can be terminated with or without cause and with or without notice, at any time by either myself or ABM Janitorial. No modifications of these statements shall be valid unless in writing signed by me and the Company President. In addition, if accepted for employment, I hereby agree to abide by the rules and policies of ABM Janitorial.

APPLICANT SIGNATURE

X   *Arturo Jimenez sanchez*

DATE

X

D1911

*2*