# EXHIBIT 1909

# EXHIBIT 1909

# SEXUAL HARASSMENT INFORMATION SHEET
## ACKNOWLEDGEMENT

I acknowledge that I have been provided with a copy of ABM's Company Policy on Sexual Harassment. I also understand that it is my responsibility to read this information as provided by my employer, and that I may, at any time, review the contents contained within this information sheet with my employer.

Dated: _12  12  05_

_Arturo_
(Employee's Printed Name)

_Arturo_
(Employee's Signature)

_(signature)_
(Witness Signature)

Plaintiff's Exhibit 1909
Darlinda R. Compeon, CSR # 13094
02/19/10
Arturo Jimenez Sanchez

ABM-645 (4/98)

1909

D1914