# EXHIBIT 1911

# EXHIBIT 1911

## HANDBOOK RECEIPT AND ACKNOWLEDGMENT

I acknowledge that I have read and understand the Employee Handbook, and I accept the terms and conditions of employment contained therein.

I understand that this Handbook summarizes the Company's personnel policies and guidelines, and that it is furnished to me solely for my information. I further understand that the policies and procedures contained in the Handbook are not intended to create an employment contract.

I understand that the Company may modify or rescind any of its policies, guidelines, benefits, or practices described in the Handbook at any time, except for its policy of at-will employment and those policies required by law.

Dated: __19/19/05__

__Arturo Jimenez__
(Employee's Printed Name)

__Arturo Jimenez__
(Employee's Signature)

34   (07/04)

Plaintiff's Exhibit 1911
Darlinda R. Compeon, CSR # 13094
02/19/10
Arturo Jimenez Sanchez

1911

D1927