# EXHIBIT 2052

# EXHIBIT 2052

# SEXUAL HARASSMENT INFORMATION SHEET ACKNOWLEDGMENT

I acknowledge that I have been provided with a copy of ABM's Company Policy on Sexual Harassment. I also understand that it is my responsibility to read this information as provided by my employer, and that I may, at any time, review the contents contained within this information sheet with my employer.

Dated: 3-19-04

_Jose R. Morales_
(Employee's Printed Name)

_Jose Morales_
(Employee's Signature)

_[signature]_
(Witness Signature)

Plaintiff's Exhibit 2052
Sandra L. Edmonson, CSR # 7704
02/25/10
Jose Guadalupe Morales Lozano

D1304