# EXHIBIT 2053

# EXHIBIT 2053

AN EQUAL OPPORTUNITY EMPLOYER

# EMPLOYEE INSTRUCTIONS, INFORMATION AND WORK RULES

 **ABM** Janitorial Services

WORK LOCATION _____ SUPERVISOR'S NAME _____

*The below listing is intended to give you general information regarding your work location. However, rules cannot be listed to cover every possible situation. While it is the Company's practice to use a system of progressive discipline in the matters of poor performance, some situations may not be subject to progressive disciplinary steps. Under certain circumstances, an action may be serious enough to constitute misconduct, resulting in immediate termination. All employees must cooperate fully in any internal investigation concerning the workplace. Please check with your Supervisor if you have any questions.

1. Questions about your job should be directed to your Supervisor.
   All notifications regarding illness, injuries, absences and/or tardiness, must be made as directed below.
   The Company maintains a 24-hour telephone service. The number is _____. When calling in, be sure to give the operator (1) your name and job name; (2) your Supervisor's name; (3) brief message or description of problem. Make note of the name of the operator and the time that you called.

2. Every injury on the job, regardless of how minor, must be reported to your Supervisor within 24 hours. In the case of serious accidents, call _____ immediately.

3. a) A starting time will be established for you to report to work. If you have a route, you will also be assigned the order your jobs are to be worked. Your Supervisor must be notified in advance if you are unable to perform your work at the time or in the order assigned. Notify your Supervisor if you are required to leave your work station before the end of your shift.

   b) You must sign an attendance sheet or punch a time card upon beginning or ending your shift, unless otherwise instructed. Any tampering with your own or another's attendance record is cause for termination.

4. If you are unable to report for work, you must notify your Supervisor as soon as possible. Four (4) hours notice is required before regular starting time. Failure to report that you will be absent is cause for termination. If you work a day shift, call the office before 4:00 p.m. on the day before you will return to work. If you work a night shift, call at least six (6) hours before regular starting time to notify your Supervisor when you will be reporting back to work. Excessive tardiness or absenteeism is cause for termination.

5. If a Company Identification Card (ID) is issued to you, you <u>must</u> carry it with you at all times while on the job. Notify your Supervisor if you have lost or damaged your ID card. It must be replaced immediately. You may be required to pay for the replacement cost.

6. Unauthorized persons are not allowed on your job site at any time. This includes spouses, children and other relatives. If you need assistance on your job, call your Supervisor.

7. The possession, distribution, sale, transfer and/or use of alcoholic beverages, intoxicants or illegal drugs, including marijuana, on the job is strictly prohibited and cause for immediate termination. There will be no smoking in prohibited areas. Radios and tape or CD players are not to be brought on the job. Sleeping on duty is strictly prohibited, and is cause for disciplinary action up to and including termination.

8. Bringing firearms, weapons, explosives or any article intended to be used as a weapon to your job site, fighting or threats to another employee, supervisor or customer is prohibited and cause for immediate termination. Committing criminal acts on the job site will also result in immediate termination.

9. There will be no gambling, selling, soliciting, posting or distribution of any literature on company or customer property at any time.

10. Discrimination against, or harassment of any employee, visitor or customer on the basis of gender, race, national origin, color, religion, age, disability, sexual orientation or marital status will not be tolerated and is prohibited. It is the responsibility of any employee who has been harassed or otherwise discriminated against, or who has witnessed such harassment or discrimination, to immediately report all such conduct to their direct supervisor or to a senior supervisor. Furthermore, it is the responsibility of any supervisor who receives such a report to immediately communicate it to their management and to their human resource representative. Your complaint will be handled discreetly and promptly investigated. All employees are guaranteed protection from retaliation or reprisal.

11. Obey work orders of forepersons, supervisors and management. Perform the work assigned and follow instructions. Discuss any complaints with your Foreperson or Supervisor as soon as practical after your shift. Insubordination, incompetence or failure to perform work as required will be cause for disciplinary action, up to and including termination.

12. A neat and professional appearance should be maintained at all times. Any problems with a company-issued uniform should be reported to your Supervisor. Failure to wear your uniform as directed by your supervisor may result in disciplinary action up to and including termination.

13. After completing your work, be sure to recheck the area to make sure that everything is in place and only the proper lights are left on. It is very important to double check all doors to make sure they are locked. Do not take keys out of the building unless authorized by your Supervisor. Unauthorized duplication or use of keys that lock or secure company or customer premises or property is prohibited.

14. Only throw away trash that is in a waste receptacle or that is plainly marked to be thrown away. Do not throw away articles placed on top of a waste receptacle, in boxes, or anything sitting on the floor unless you first have the approval of your Foreperson or Supervisor. No trash may be taken from the worksite for personal use under any circumstances.

15. Any unusual or suspicious circumstances such as an unlocked door, shortage of supplies, evidence of break-in or damage or accidental breakage of any company or customer property must be reported immediately to your Supervisor. If in doubt of any situation, don't hesitate to ask your Supervisor.

16. Customers and building tenants are critical to our business. They must be treated with care and respect. If you should meet someone while on our job, be polite and tend to your work. If you are asked to do something within the scope of building cleaning and maintenance, be pleasant and do it. It is the Company's responsibility to address work-related issues and work-related complaints. Please bring work-related issues or complaints to your Supervisor or other appropriate company representative. Any unusual communications with customers or building tenants should be reported to your supervisor as soon as possible.

17. Theft or willful damage to property of the client, an employee of the client or any other premises to which you are assigned, will be cause for immediate termination. We employ a full time Security Officer who conducts investigations of all acts reported by our customers.

18. No customer equipment, materials, or furnished areas are to be used at any time. This includes telephones, radios, computers, fax machines, typewriters, food, office supplies, etc. Unauthorized use will be grounds for termination.

19. Violation of safety rules or security rules will be cause for disciplinary action up to and including termination. Any company owned item that is not in proper working order or that poses a safety hazard should be reported to your Supervisor as soon as possible. Be responsible when using equipment and clean it at the end of the work shift.

20. Except in cases of emergency, do not leave your assigned job site or work area without permission from your Supervisor. You are permitted on the customer's premises only during your working hours, unless you have the approval of your Supervisor.

FAILURE TO OBSERVE ANY OF THE ABOVE RULES MAY BE CAUSE FOR TERMINATION.

I have read and understand the above and have received a copy of the same.

Plaintiff's Exhibit 2053
Sandra L. Edmonson, CSR # 7704
02/25/10
Jose Guadalupe Morales Lozano

01706