# EXHIBIT 2054

# EXHIBIT 2054

# HANDBOOK RECEIPT   ID
## ACKNOWLEDGMENT

I acknowledge that I have read and understand the Employee Handbook, and I accept the terms and conditions of employment contained therein.

I understand that this Handbook summarizes the Company's personnel policies and guidelines, and that it is furnished to me solely for my information.  I further understand that the policies and procedures contained in the Handbook are not intended to create an employment contract.

I understand that the Company may modify or rescind any of its policies, guidelines, benefits, or practices described in the Handbook at any time, except for its policy of at-will employment and those policies required by law.

Dated: _3 / 24. 04_

_Jose Morales_
(Employee's Printed Name)

_Jose Morales_
(Employee's Signature)

34                    (10/03)

Plaintiff's Exhibit 2054
Sandra L. Edmonson, CSR # 7704
02/25/10
Jose Guadalupe Morales Lozano