# EXHIBIT 2055

# EXHIBIT 2055

# EMPLOYEE INFORMATION REGARDING THE HARASSMENT HOTLINE®

### * * * PLEASE READ FULLY, SIGN BELOW AND RETURN TO YOUR SUPERVISOR. * * *

TO:        ALL EMPLOYEES

FROM:    ABM JANITORIAL SERVICES

SUBJECT:  OUR COMMITMENT TO A ZERO TOLERANCE POLICY AGAINST EMPLOYEE HARASSMENT

DATE:     JANUARY 1, 1999

---

ABM Janitorial Services has a zero tolerance policy regarding any discriminatory, harassing, or retaliatory conduct in the workplace. Pursuant to that policy, ABM Janitorial Services has subscribed to a telephone reporting/complaint service called the Human Resources ("HR") Harassment Hotline® so that our employees can readily report such acts (as well as theft and safety matters) without fear of retaliation, job-loss or embarrassment.

The hotline is an unbiased, third party reporting system and satisfies the United State's Supreme Court's position that companies must *"...clearly show they provide a simple complaint process that is calculated to encourage victims of harassment to come forward."*

We do not anticipate that our employees will need to use the HR Harassment Hotline®, as we expect and assume that all of our employees will conduct themselves free of harassment. Still, if it is needed, the service is available and allows ANY employee to report any allegation of sexual harassment, discrimination, retaliation, theft, or any safety concern that occurs in the workplace or any harassment by a third party.

For the convenience of our employees, the Hotline can be accessed 24-hours per day, 7-days per week. The toll-free number is 1-800-97-STOP IT which is 1-800-977-8674. Our Company has a unique identification number, it is 980043. Remember that any employee may call the toll-free telephone number at any time and report harassment, discrimination, retaliation, theft, or any safety concern without fear of retaliation.

Sexual harassment, discrimination, retaliation and other dysfunctional behavior cannot and will not be tolerated under any circumstances. The only way we can stop such behavior in the workplace is bring it out into the open by communication and total employee/employer cooperation.

---

"I have read this document and I understand that I can report any act of harassment (sexual or otherwise) to either a company representative or call the HR Harassment Hotline® without fear of retaliation or job loss."

Print your name    Jose G. Morales

Sign your name    Jose Morales

Date signed    3/19-04

The toll free harassment hotline telephone number is:
1-800-97-STOP IT • 1-800-977-8674
Our Company Identification Code is: 980043

Attn: Supervisor
Original to Personnel File
Copy to Employee

Plaintiff's Exhibit 2055
Sandra L. Edmonson, CSR # 7704
02/25/10
Jose Guadalupe Morales Lozano

**ABM** Janitorial Services

D1793