# EXHIBIT 2059

# EXHIBIT 2059

1   LAURA E. HAYWARD, Bar No. 204014
    LITTLER MENDELSON
2   A Professional Corporation
    650 California Street, 20th Floor
3   San Francisco, CA  94108.2693
    Telephone:    415.433.1940
4   Email: lhayward@littler.com

5   KEITH A. JACOBY, Bar No. 150233
    LITTLER MENDELSON
6   A Professional Corporation
    2049 Century Park East, 5th Floor
7   Los Angeles, CA  90067.3107
    Telephone:    310.553.0308
8   Facsimile:    310.553.5583
    Email: kjacoby@littler.com

9
    Attorneys for Defendants
10
    ABM INDUSTRIES INCORPORATED; ABM
11  JANITORIAL SERVICES, INC. and ABM
    JANITORIAL NORTHERN CALIFORNIA
12

13

14                      UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16  U.S. EQUAL EMPLOYMENT                   Case No. 1: 07 CV 01428 LJO-BAK GSA
    OPPORTUNITY COMMISSION,
17                                          **DEFENDANT ABM INDUSTRIES
18                Plaintiff,                INCORPORATED'S RESPONSE TO
                                            PLAINTIFF'S REQUEST FOR
19  ERIKA MORALES and ANONYMOUS            ADMISSIONS, SET ONE**
    PLAINTIFFS ONE THROUGH EIGHT,
20
                  Plaintiff Intervenors,
21
           v.
22
    ABM INDUSTRIES INCORPORATED
23  and ABM JANITORIAL SERVICES,
    INC.; ABM JANITORIAL NORTHERN
24  CALIFORNIA; JOE VASQUEZ; Does 1 -
    10 inclusive,
25
                  Defendants.
26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco  CA  94108 2693
415 433 1940

DEF'S RESPONSE TO FIRST SET OF                    CASE NO. 1:07 CV 01428 LJO BAK GSA
REQUEST FOR ADMISSIONS

PROPOUNDING PARTY:   PLAINTIFF U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

RESPONDING PARTY:   DEFENDANT ABM INDUSTRIES INCORPORATED

SET NUMBER:   ONE

Pursuant to California Code of Civil Procedure section 2033, Defendant ABM INDUSTRIES INCORPORATED responds as follows to Plaintiff's First Request for Admissions.

## RESPONSE TO REQUEST FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**

Admit that Erika Morales filed a charge of Discrimination with the EEOC dated June 29, 2006. (A copy of the charge of discrimination filed by Erika Morales, Bates Nos. EE000001, is attached hereto as Ex. A.)

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Defendant lacks knowledge or information sufficient to enable it to admit or deny this request as it is not privy to the actions taken by Erika Morales, and on that basis denies the request for admission. However, Defendant admits that it received a copy of EE0001.

**REQUEST FOR ADMISSION NO. 2:**

Admit that Erika Morales filed an amended charge of Discrimination with the EEOC dated January 10, 2007. (A copy of the amended charge of discrimination filed by Erika Morales, Bates Nos. EE000002, is attached hereto as Ex. B.)

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Defendant lacks knowledge or information sufficient to enable it to admit or deny this request as it is not privy to the actions taken by Erika Morales, and on that basis denies the request for admission. However, Defendant admits that it received a copy of EE0002.

**REQUEST FOR ADMISSION NO. 3:**

Admit that YOU received notice of Erika Morales' charge of Discrimination. (A copy of the notice of charge of discrimination filed by Erika Morales, Bates Nos. EE000003-0004, is attached hereto as Ex. C.)

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DEF'S RESPONSE TO FIRST SET OF
REQUEST FOR ADMISSIONS                    CASE NO. 1:07 CV 01428 LJO BAK GSA

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Defendant objects that this Request is vague and ambiguous as to the term "notice." Subject to and without waiving said objections, Defendant responds as follows:  Deny. Defendant admits that it received a copy of EE0003-0004.

**REQUEST FOR ADMISSION NO. 4:**

Admit that YOU received notice of Erika Morales' amended charge of Discrimination. (A copy of the notice of the amended charge of discrimination filed by Erika Morales, Bates Nos. EE000005-0006, is attached hereto as Ex. D.)

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Defendant objects that this Request is vague and ambiguous as to the term "notice." Subject to and without waiving said objections, Defendant responds as follows:  Deny. Defendant admits that it received a copy of EE0005-0006.

**REQUEST FOR ADMISSION NO. 5:**

Admit that EEOC conducted some administrative investigation into the sexual harassment charge of discrimination filed by Erika Morales against YOU.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Defendant objects that this Request is vague and ambiguous as to the term "some administrative investigation."   Subject to and without waiving said objections, Defendant responds as follows:  Defendant lacks knowledge or information sufficient to enable it to admit or deny this request as it is not privy to the actions taken by the EEOC to investigate the harassment charge filed by Erika Morales, and on that basis denies the request for admission.

**REQUEST FOR ADMISSION NO. 6:**

Admit that EEOC requested information from YOU through Request for Information during the administrative investigation. (A copy of the Request for Information, Bates Nos. EE000007-00013, is attached hereto as Ex. E.)

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Defendant objects that this Request is vague with respect to the term "Request for Information" and "the administrative investigation."  Subject to and without waiving said objections,

ITTLER MENDELSON
PROFESSIONAL CORPORATIONS
650 California Street
20th Floor
n Francisco, CA  94108 2693
415 433 1940

1  Defendant responds as follows:  Deny.  However, Defendant admits that it received a copy of EEOC

2  0007-0013.

3  **REQUEST FOR ADMISSION NO. 7:**

4             Admit that the EEOC interviewed witnesses during its administrative investigation of

5  the sexual harassment charge filed by Erika Morales.

6  **RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

7             Defendant objects that this Request is vague as to the terms "witnesses" and "its

8  administrative investigation."  Subject to and without waiving said objections, Defendant responds

9  as follows:  Defendant lacks knowledge or information sufficient to enable it to admit or deny this

10  request as it is not privy to the actions taken by the EEOC to investigate the harassment charge filed

11  by Erika Morales, and on that basis denies the request for admission.

12  **REQUEST FOR ADMISSION NO. 8:**

13             Admit that YOU received the EEOC's determination letter, dated April 25, 2007. (A

14  copy of the Letter of Determination, Bates Nos. EE0000014-00015, is attached hereto as Ex. F.)

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

16             Defendant objects that this Request is vague and ambiguous as to the term

17  "determination letter."   Subject to and without waiving said objections, Defendant responds as

18  follows: Deny.

19  **REQUEST FOR ADMISSION NO. 9:**

20             Admit that YOU received the EEOC's amended determination letter, dated September

21  17, 2007. (A copy of the Amended Letter of Determination, Bates 8 Nos. EE0000016-00017, is

22  attached hereto as Ex. G.)

23  **RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

24             Defendant objects that this Request is vague and ambiguous as to the term

25  "determination letter."   Subject to and without waiving said objections, Defendant responds as

26  follows: Deny.  Defendant admits that it received a copy of EE00016-00017.

27  **REQUEST FOR ADMISSION NO. 10:**

28             Admit that YOU engaged in conciliation with the EEOC.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
an Francisco, CA  94108 2693
415 433 1940

DEF'S RESPONSE TO FIRST SET OF
REQUEST FOR ADMISSIONS                      3.        CASE NO. 1:07 CV 01428 LJO BAK GSA

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

2          Defendant objects that this Request is vague and ambiguous as it is not specific to

3  claims or parties. Defendant further objects that the term "conciliation" is vague and ambiguous.

4  Subject to and without waiving said objections, Defendant responds as follows: Deny.

5  **REQUEST FOR ADMISSION NO. 11:**

6          Admit that YOU received the EEOC's September 26, 2007 conciliation failure letter.

7  (A copy of the EEOC's September 26, 2007 letter, Bates 13 Nos. EE0000018, is attached hereto as

8  Ex. H.)

9  **RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

10         Defendant objects that this Request is vague as to the terms "conciliation failure

11  letter." Subject to and without waiving said objections, Defendant responds as follows: Deny.

12  Defendant admits that its counsel received a letter dated September 26, 2007 from the EEOC.

13  However, the letter is not identical to EEOC 00018.

14  **REQUEST FOR ADMISSION NO. 12:**

15         Admit that YOU employed more than 14 employees in each of 20 or more calendar

16  weeks in the calendar year of 2001.

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

18         Defendant objects on the grounds that this request seeks information which is neither

19  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

20  evidence. Defendant objects to this request on the ground that ABM Industries Inc. was not

21  Plaintiffs' employer. Subject to and without waiving said objections, Defendant responds as

22  follows: Admit.

23  **REQUEST FOR ADMISSION NO. 13:**

24         Admit that YOU employed more than 100 employees in each of 20 or more calendar

25  weeks in the calendar year of 2001.

26  **RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

27         Defendant objects on the grounds that this request seeks information which is neither

28  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

ITTLER MENDELSON
Professional Corporation
650 California Street
20th Floor
n Francisco, CA 94108 2993
415 433 1940

**DEF'S RESPONSE TO FIRST SET OF**
**REQUEST FOR ADMISSIONS**          4.          **CASE NO. 1:07 CV 01428 LJO BAK GSA**

1  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

2  Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

3  follows: Admit.

4  **REQUEST FOR ADMISSION NO. 14:**

5         Admit that YOU employed more than 200 and fewer than 501 employees in each of

6  20 or more calendar weeks in the calendar year of 2001.

7  **RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

8         Defendant objects on the grounds that this request seeks information which is neither

9  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

10  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

11  Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

12  follows: Deny.

13  **REQUEST FOR ADMISSION NO. 15:**

14         Admit that YOU employed more than 500 employees in each of 20 or more calendar

15  weeks in the calendar year of 2001.

16  **RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

17         Defendant objects on the grounds that this request seeks information which is neither

18  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

19  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

20  Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

21  follows: Deny.

22  **REQUEST FOR ADMISSION NO. 16:**

23         Admit that YOU employed more than 14 employees in each of 20 or more calendar

24  weeks in the calendar year of 2002.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

26         Defendant objects on the grounds that this request seeks information which is neither

27  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

28  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DEF'S RESPONSE TO FIRST SET OF
REQUEST FOR ADMISSIONS                    5.          CASE NO. 1:07 CV 01428 LJO BAK GSA

1    Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

2    follows: Admit.

3    **REQUEST FOR ADMISSION NO. 17:**

4             Admit that YOU employed more than 100 employees in each of 20 or more calendar

5    weeks in the calendar year of 2002.

6    **RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

7             Defendant objects on the grounds that this request seeks information which is neither

8    relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

9    evidence.   Defendant objects to this request on the ground that ABM Industries Inc. was not

10    Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

11    follows: Admit.

12    **REQUEST FOR ADMISSION NO. 18:**

13             Admit that YOU employed more than 200 employees in each of 20 or more calendar

14    weeks in the calendar year of 2002.

15    **RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

16             Defendant objects on the grounds that this request seeks information which is neither

17    relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

18    evidence.   Defendant objects to this request on the ground that ABM Industries Inc. was not

19    Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

20    follows: Deny.

21    **REQUEST FOR ADMISSION NO. 19:**

22             Admit that YOU employed more than 500 employees in each of 20 or more calendar

23    weeks in the calendar year of 2002.

24    **RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

25             Defendant objects on the grounds that this request seeks information which is neither

26    relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

27    evidence.   Defendant objects to this request on the ground that ABM Industries Inc. was not

28    Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

**DEF'S RESPONSE TO FIRST SET OF**
**REQUEST FOR ADMISSIONS**       6.       **CASE NO. 1:07 CV 01428 LJO BAK GSA**

1  follows: Deny.

2  **REQUEST FOR ADMISSION NO. 20:**

3  Admit that YOU employed more than 14 employees in each of 20 or more calendar

4  weeks in the calendar year of 2003.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

6  Defendant objects on the grounds that this request seeks information which is neither

7  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

8  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

9  Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

10  follows: Admit.

11  **REQUEST FOR ADMISSION NO. 21:**

12  Admit that YOU employed more than 100 employees in each of 20 or more calendar

13  weeks in the calendar year of 2003.

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

15  Defendant objects on the grounds that this request seeks information which is neither

16  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

17  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

18  Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

19  follows: Admit.

20  **REQUEST FOR ADMISSION NO. 22:**

21  Admit that YOU employed more than 200 employees in each of 20 or more calendar

22  weeks in the calendar year of 2003.

23  **RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

24  Defendant objects on the grounds that this request seeks information which is neither

25  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

26  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

27  Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

28  follows: Deny.

DEF'S RESPONSE TO FIRST SET OF
REQUEST FOR ADMISSIONS          7.          CASE NO. 1:07 CV 01428 LJO BAK GSA

1 **REQUEST FOR ADMISSION NO. 23:**

2         Admit that YOU employed more than 500 employees in each of 20 or more calendar

3 weeks in the calendar year of 2003.

4 **RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

5         Defendant objects on the grounds that this request seeks information which is neither

6 relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

7 evidence.   Defendant objects to this request on the ground that ABM Industries Inc. was not

8 Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

9 follows: Deny.

10 **REQUEST FOR ADMISSION NO. 24:**

11         Admit that YOU employed more than 14 employees in each of 20 or more calendar

12 weeks in the calendar year of 2004.

13 **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

14         Defendant objects on the grounds that this request seeks information which is neither

15 relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

16 evidence.   Defendant objects to this request on the ground that ABM Industries Inc. was not

17 Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

18 follows: Admit.

19 **REQUEST FOR ADMISSION NO. 25:**

20         Admit that YOU employed more than 100 employees in each of 20 or more calendar

21 weeks in the calendar year of 2004.

22 **RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

23         Defendant objects on the grounds that this request seeks information which is neither

24 relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

25 evidence.   Defendant objects to this request on the ground that ABM Industries Inc. was not

26 Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

27 follows: Admit.

28

ITTLER MENDELSON
Professional Corporation
650 California Street
20th Floor
• Francisco, CA  94108-2593
415 433 1940

DEF'S RESPONSE TO FIRST SET OF
REQUEST FOR ADMISSIONS                    8.        CASE NO. 1:07 CV 01428 LJO BAK GSA

1    **REQUEST FOR ADMISSION NO. 26:**

2         Admit that YOU employed more than 200 employees in each of 20 or more 6

3    calendar weeks in the calendar year of 2004.

4    **RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

5         Defendant objects on the grounds that this request seeks information which is neither

6    relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

7    evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

8    Plaintiffs' employer.  Subject to and without waiving said objections, Defendant responds as

9    follows: Deny.

10   **REQUEST FOR ADMISSION NO. 27:**

11        Admit that YOU employed more than 500 employees in each of 20 or more calendar

12   weeks in the calendar year of 2004.

13   **RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

14        Defendant objects on the grounds that this request seeks information which is neither

15   relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

16   evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

17   Plaintiffs' employer.  Subject to and without waiving said objections, Defendant responds as

18   follows: Deny.

19   **REQUEST FOR ADMISSION NO. 28:**

20        Admit that YOU employed more than 14 employees in each of 20 or more calendar

21   weeks in the calendar year of 2005.

22   **RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

23        Defendant objects on the grounds that this request seeks information which is neither

24   relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

25   evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

26   Plaintiffs' employer.  Subject to and without waiving said objections, Defendant responds as

27   follows: Admit.

28

ITTLER MENDELSON
Professional Corporation
650 California Street
20th Floor
Francisco, CA 94108 2693
415 433 1940

DEF'S RESPONSE TO FIRST SET OF
REQUEST FOR ADMISSIONS                    9.          CASE NO. 1:07 CV 01428 LJO BAK GSA

1  **REQUEST FOR ADMISSION NO. 29:**

2      Admit that YOU employed more than 100 employees in each of 20 or more calendar

3  weeks in the calendar year of 2005.

4  **RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

5      Defendant objects on the grounds that this request seeks information which is neither

6  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

7  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

8  Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

9  follows: Admit.

10  **REQUEST FOR ADMISSION NO. 30:**

11      Admit that YOU employed more than 200 employees in each of 20 or more calendar

12  weeks in the calendar year of 2005.

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

14      Defendant objects on the grounds that this request seeks information which is neither

15  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

16  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

17  Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

18  follows: Deny.

19  **REQUEST FOR ADMISSION NO. 31:**

20      Admit that YOU employed more than 500 employees in each of 20 or more calendar

21  weeks in the calendar year of 2005.

22  **RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

23      Defendant objects on the grounds that this request seeks information which is neither

24  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

25  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

26  Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

27  follows: Deny.

28

ITTLER MENDELSON
Professional Corporation
650 California Street
20th Floor
Francisco CA 94108 2693
415 433 1940

DEF'S RESPONSE TO FIRST SET OF
REQUEST FOR ADMISSIONS                      10.          CASE NO. 1:07 CV 01428 LJO BAK GSA

1  **REQUEST FOR ADMISSION NO. 32:**

2     Admit that YOU employed more than 14 employees in each of 20 or more calendar

3  weeks in the calendar year of 2006.

4  **RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

5     Defendant objects on the grounds that this request seeks information which is neither

6  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

7  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

8  Plaintiffs' employer.  Subject to and without waiving said objections, Defendant responds as

9  follows:  Admit.

10  **REQUEST FOR ADMISSION NO. 33:**

11     Admit that YOU employed more than 100 employees in each of 20 or more calendar

12  weeks in the calendar year of 2006.

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

14     Defendant objects on the grounds that this request seeks information which is neither

15  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

16  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

17  Plaintiffs' employer.  Subject to and without waiving said objections, Defendant responds as

18  follows:  Admit.

19  **REQUEST FOR ADMISSION NO. 34:**

20     Admit that YOU employed more than 200 employees in each of 20 or more calendar

21  weeks in the calendar year of 2006.

22  **RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

23     Defendant objects on the grounds that this request seeks information which is neither

24  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

25  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

26  Plaintiffs' employer.  Subject to and without waiving said objections, Defendant responds as

27  follows:  Deny.

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
an Francisco, CA  94108 2693
415 433 1940

1  **REQUEST FOR ADMISSION NO. 35:**

2        Admit that YOU employed more than 500 employees in each of 20 or more calendar

3  weeks in the calendar year of 2006.

4  **RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

5        Defendant objects on the grounds that this request seeks information which is neither

6  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

7  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

8  Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

9  follows: Deny.

10  **REQUEST FOR ADMISSION NO. 36:**

11        Admit that YOU employed more than 14 employees in each of 20 or more calendar

12  weeks in the calendar year of 2007.

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

14        Defendant objects on the grounds that this request seeks information which is neither

15  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

16  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

17  Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

18  follows: Admit.

19  **REQUEST FOR ADMISSION NO. 37:**

20        Admit that YOU employed more than 100 employees in each of 20 or more calendar

21  weeks in the calendar year of 2007.

22  **RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

23        Defendant objects on the grounds that this request seeks information which is neither

24  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

25  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

26  Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

27  follows: Admit.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DEF'S RESPONSE TO FIRST SET OF
REQUEST FOR ADMISSIONS          12.          CASE NO. 1:07 CV 01428 LJO BAK GSA

1   **REQUEST FOR ADMISSION NO. 38:**

2         Admit that YOU employed more than 200 employees in each of 20 or more calendar

3   weeks in the calendar year of 2007.

4   **RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

5         Defendant objects on the grounds that this request seeks information which is neither

6   relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

7   evidence.   Defendant objects to this request on the ground that ABM Industries Inc. was not

8   Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

9   follows: Deny.

10   **REQUEST FOR ADMISSION NO. 39:**

11         Admit that YOU employed more than 500 employees in each of 20 or more calendar

12   weeks in the calendar year of 2007.

13   **RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

14         Defendant objects on the grounds that this request seeks information which is neither

15   relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

16   evidence.   Defendant objects to this request on the ground that ABM Industries Inc. was not

17   Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

18   follows: Deny.

19   **REQUEST FOR ADMISSION NO. 40:**

20         Admit that YOU employed more than 14 employees in each of 20 or more calendar

21   weeks in the calendar year of 2008.

22   **RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

23         Defendant objects on the grounds that this request seeks information which is neither

24   relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

25   evidence.   Defendant objects to this request on the ground that ABM Industries Inc. was not

26   Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

27   follows: Admit.

28

TTLER MENDELSON
Professional Corporation
650 California Street
20th Floor
Francisco, CA. 94108 2693
415 433 1840

DEF'S RESPONSE TO FIRST SET OF
REQUEST FOR ADMISSIONS                13.        CASE NO. 1:07 CV 01428 LJO BAK GSA

1   **REQUEST FOR ADMISSION NO. 41:**

2           Admit that YOU employed more than 100 employees in each of 20 or more calendar

3   weeks in the calendar year of 2008.

4   **RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

5           Defendant objects on the grounds that this request seeks information which is neither

6   relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

7   evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

8   Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

9   follows: Admit.

10  **REQUEST FOR ADMISSION NO. 42:**

11          Admit that YOU employed more than 200 employees in each of 20 or more calendar

12  weeks in the calendar year of 2008.

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

14          Defendant objects on the grounds that this request seeks information which is neither

15  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

16  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

17  Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

18  follows: Deny.

19  **REQUEST FOR ADMISSION NO. 43:**

20          Admit that YOU employed more than 500 employees in each of 20 or more calendar

21  weeks in the calendar year of 2008.

22  **RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

23          Defendant objects on the grounds that this request seeks information which is neither

24  relevant to the instant action nor reasonably calculated to lead to the discovery of admissible

25  evidence.  Defendant objects to this request on the ground that ABM Industries Inc. was not

26  Plaintiffs' employer.   Subject to and without waiving said objections, Defendant responds as

27  follows: Deny.

28

ITTLER MENDELSON
PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

DEF'S RESPONSE TO FIRST SET OF
REQUEST FOR ADMISSIONS       14.      CASE NO. 1:07 CV 01428 LJO BAK GSA

**REQUEST FOR ADMISSION NO. 44:**

Admit that the Law Office of Mallison & Martinez filed a charge of Discrimination with the EEOC dated January 23, 2007. (A copy of the charge of discrimination filed by the Law Office of Mallison & Martinez, Bates Nos. EE0000019, is attached hereto as Ex. I.)

**RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

Defendant lacks knowledge or information sufficient to enable it to admit or deny this request as it is not privy to the actions taken by the Law Office of Mallison & Martinez, and on that basis denies the request for admission. However, Defendant admits that it received a copy of EE00019.

**REQUEST FOR ADMISSION NO. 45:**

Admit that YOU received notice of the Law Office of Mallison & Martinez' charge of Discrimination. (A copy of the notice of charge of discrimination filed by the Law Office of Mallison & Martinez, Bates Nos. EE0000020-00021, is attached hereto as Ex. J.)

**RESPONSE TO REQUEST FOR ADMISSION NO. 45:**

Defendant objects that this Request is vague and ambiguous as to the term "notice." Subject to and without waiving said objections, Defendant responds as follows: Deny. Defendant admits that it received a copy of EE00020-00021.

**REQUEST FOR ADMISSION NO. 46:**

Admit that EEOC conducted some administrative investigation into the sexual harassment charge of discrimination filed by the Law Office of Mallison & Martinez against YOU.

**RESPONSE TO REQUEST FOR ADMISSION NO. 46:**

Defendant objects that this Request is vague and ambiguous as to the term "some administrative investigation." Subject to and without waiving said objections, Defendant responds as follows: Defendant lacks knowledge or information sufficient to enable it to admit or deny this request as it is not privy to the actions taken by the EEOC to investigate the harassment charge filed by the Law Office of Mallison & Martinez, and on that basis denies the request for admission.

ITTLER MENDELSON
Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DEF'S RESPONSE TO FIRST SET OF
REQUEST FOR ADMISSIONS                    15.        CASE NO. 1:07 CV 01428 LJO BAK GSA

**REQUEST FOR ADMISSION NO. 47:**

Admit that the EEOC interviewed witnesses during its administrative investigation of the sexual harassment charge filed by the Law Office of Mallison & Martinez.

**RESPONSE TO REQUEST FOR ADMISSION NO. 47:**

Defendant objects that this Request is vague as to the terms "witnesses" and "its administrative investigation." Subject to and without waiving said objections, Defendant responds as follows: Defendant lacks knowledge or information sufficient to enable it to admit or deny this request as it is not privy to the actions taken by the EEOC to investigate the harassment charge filed by the Law Office of Mallison & Martinez, and on that basis denies the request for admission.

**REQUEST FOR ADMISSION NO. 48:**

Admit that YOU received the EEOC's determination letter, dated April 25, 2007. (A copy of the Letter of Determination, Bates Nos. EE0000022-00023, is attached hereto as Ex. K.)

**RESPONSE TO REQUEST FOR ADMISSION NO. 48:**

Defendant objects that this Request is vague and ambiguous as to the term "determination letter." Subject to and without waiving said objections, Defendant responds as follows: Deny.

**REQUEST FOR ADMISSION NO. 49:**

Admit that YOU received the EEOC's amended determination letter, dated September 17, 2007. (A copy of the Amended Letter of Determination, Bates Nos. EE0000024-00025, is attached hereto as Ex. L.)

**RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

Defendant objects that this Request is vague and ambiguous as to the term "determination letter." Subject to and without waiving said objections, Defendant responds as follows: Deny. Defendant admits that it received a copy of EE00024-00025.

**REQUEST FOR ADMISSION NO. 50:**

Admit that YOU received the EEOC's September 25, 2007 conciliation failure letter. (A copy of the EEOC's September 25, 2007 letter, Bates 8 Nos. EE0000026, is attached hereto as Ex. M.)

DEF'S RESPONSE TO FIRST SET OF
REQUEST FOR ADMISSIONS                 16.        CASE NO. 1:07 CV 01428 LJO BAK GSA

1

**RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

2

Defendant objects that this Request is vague as to the terms "conciliation failure

3

letter."   Subject to and without waiving said objections, Defendant responds as follows:   Deny.

4

Defendant admits that its counsel received a copy of EEOC 00026.

5

6

Dated: July 22, 2009

7

8

LAURA E. HAYWARD

9

LITTLER MENDELSON

A Professional Corporation

10

Attorneys for Defendants

ABM INDUSTRIES INCORPORATED; ABM

11

JANITORIAL SERVICES, INC. and ABM

JANITORIAL NORTHERN CALIFORNIA

12

Firmwide:90495186.1 054667.1005

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

**DEF'S RESPONSE TO FIRST SET OF
REQUEST FOR ADMISSIONS**

17.

CASE NO. 1:07 CV 01428 LJO BAK GSA

## VERIFICATION

1,    I, Maria Miller, am Vice President and Deputy General Counsel of Defendant ABM Industries, Incorporated, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

I have read the foregoing **DEFENDANT ABM INDUSTRIES INCORPORATED'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET ONE**, and know its contents.  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 22, 2009, at San Francisco California.

_____
Maria Miller

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108-2693
415 433 1940

VERIFICATION