# EXHIBIT 2062

# EXHIBIT 2062

Anna Y. Park (SBN164242)
Elizabeth Esparza-Cervantes (SBN 205412)
Lorena Garcia-Bautista (SBN2 34091)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple St., 4th Floor
Los Angeles, CA. 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE THROUGH EIGHT,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>ABM INDUSTRIES INCORPORATED, ABM JANITORIAL SERVICES, INC., and ABM JANITORIAL NORTHERN CALIFORNIA,<br><br>Defendants. | CIVIL NO.  1:07-CV-01428 LJO (JLT)<br><br>**DECLARATION OF EEOC'S FRESNO LOCAL OFFICE DIRECTOR MELISSA BARRIOS IN SUPPORT OF EEOC'S MEMORANDUM OF POINTS AND AUTHORITIES OPPOSING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO AND BAKERSFIELD CLAIMANTS' AND PARENT CORPORATIONS; AND EXHIBITS**<br><br>Date:      June 17, 2010<br>Time:      8:30 a.m.<br>Judge:     The Honorable Lawrence O'Neill<br>Courtroom: 4 |

Declaration of EEOC'S Fresno Local Office Director Melissa Barrios
In Support of EEOC's Memorandum of Points
And Authorities Opposing Defendants' Summary Judgment
Motions

1

I, Melissa Barrios, declare and state:

1.      I am the Director of the Fresno Local Office of the United States Equal Employment Opportunity Commission ("EEOC"), Plaintiff in this matter.  I oversaw the investigation of Charge No. 485-2009-00261 filed by Charging Party Delia DeMejia against ABM Janitorial.  I have personal knowledge of the facts stated herein, and if called as a witness to testify, could and would competently testify as to the following facts.

2.      On April 21, 2009, Delia DeMejia filed Charge No. 485-2009-00261 with the EEOC against ABM Janitorial. Attached hereto and incorporated by this reference as Exhibit A is a true and correct copy of her charge.

3.      The EEOC sent ABM Janitorial a notification of Charge No. 485-2009-00261 on April 24, 2009.  Attached hereto and incorporated by this reference as Exhibit B is a true and correct copy of the Notice of Charge of Discrimination of the charge.

4.      On May 13, 2009, ABM's counsel sent me a letter confirming that it received Charge No. 485-2009-00261.  Attached hereto and incorporated by this reference as Exhibit C is a true and correct copy of said letter.

5.      On December 14, 2009, the EEOC issued a letter of determination with respect to Charge No. 485-2009-00261.  Attached hereto and incorporated by this reference as Exhibit D is a true and correct copy of the letter of determination.

6.      On or about December 21, 2009, I sent a letter to ABM inviting it to conciliate Charge No. 485-2009-00261.  Attached hereto and incorporated by this reference as Exhibit E is a true and correct copy of said letter.

7.      On or about March 2, 2010, ABM's counsel sent me a letter confirming that it declined to participate in conciliation as to Charge No. 485-2009-00261.  Attached hereto and incorporated by this reference as Exhibit F is a true and correct copy of said letter.

8.      On or about March 5, 2010, I sent a letter to ABM confirming that conciliation had failed with respect to Charge No. 485-2009-00261.  Attached hereto and incorporated by this reference as Exhibit G is a true and correct copy of said letter.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of June, 2010, at Fresno, California.

Melissa Barrios, Director
Fresno Local Office
U.S. Equal Employment Opportunity Commission

# EXHIBIT A

# EXHIBIT A

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 485-2009-00261 |

**California Department Of Fair Employment & Housing** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Delia Mejia** | **(559) 227-1108** | **01-20-1977** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| REDACTED | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **ABM JANITORIAL** | **201 - 500** | **(415) 979-9309** |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| **420 Taylor Street, San Francisco, CA 94102** | | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| | | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER *(Specify below.)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 07-01-2008 | 09-30-2008 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. On or about July 2008, I was hired as a janitor. During my employment I was subjected to comments and gestures of a sexual nature. I opposed the sexual comments and gestures. On or about September 2008, I was discharged.

II. No reason was given to me.

III. I believe I was harassed because of my sex (female) and discharged in retaliation for asserting my rights and opposing discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | RECEIVED |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT APR 21 2009 |
| Apr 21, 2009 *(signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* FRESNO LOCAL OFFICE |
| Date          Charging Party Signature | |

EEOC01500

# EXHIBIT B

# EXHIBIT B

EEOC FORM 131 (5/01)

# U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| **ABM JANITORIAL**<br>C/o Human Resources<br>420 Taylor Street<br>San Francisco, CA 94102 | Della Mejia |

PERSON FILING CHARGE

**Della Mejia**

THIS PERSON (check one or both)

[X] Claims To Be Aggrieved

[ ] Is Filing on Behalf of Other(s)

EEOC CHARGE NO.

**485-2009-00261**

## NOTICE OF CHARGE OF DISCRIMINATION
### (See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act

[ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act

[ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **25-MAY-09** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____

If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| **Melissa Barrios,**<br>**Local Office Director** | **Fresno Local Office**<br>**2300 Tulare Street**<br>**Suite 215**<br>**Fresno, CA 93721** |
|---|---|
| *EEOC Representative* | |
| Telephone **(559) 487-5797** | |

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [X] RETALIATION  [ ] OTHER

**See enclosed copy of charge of discrimination.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| April 24, 2009 | Melissa Barrios,<br>Director | *Melissa Barrios* |

EEOC01502

# U.S. Equal Employment Opportunity Commission

TO:   **California Department Of Fair Employment & Housing**     Date     **April 24, 2009**
      **1320 East Shaw Ave, Suite 150**                            EEOC Charge No.
      **Fresno, CA 93710**                                              **485-2009-00261**

                                                                 FEPA Charge No.

CHARGE TRANSMITTAL

SUBJECT:

| **Della Mejia** | v. | **ABM JANITORIAL** |
|---|---|---|
| _Charging Party_ | | _Respondent_ |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC   ☐ _____   on   **Apr 24, 2009**
                      _Name of FEPA_                              _Date of Receipt_

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver            ☐ FEPA waives

☐ No waiver requested               ☐ FEPA will investigate the charge initially

_Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge._

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **Melissa Barrios** | _Melissa Barrios_ |

| **Della Mejia** | v. | **ABM JANITORIAL** |
|---|---|---|
| _Charging Party_ | | _Respondent_ |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| | |

TO:   **Fresno Local Office**              Date     **April 24, 2009**
      **2300 Tulare Street**                EEOC Charge No.
      **Suite 215**                             **485-2009-00261**
      **Fresno, CA 93721**                 FEPA Charge No.

EEOC01503

# EXHIBIT C

# EXHIBIT C


**Industries Incorporated**

Labor & Employment Group
420 Taylor Street
San Francisco, CA 94102
Telephone: (415) 531-2467
eFax: (866) 286-8029
e-mail: sheila.sharei@abm.com

Sheila Sharei
Attorney

May 13, 2009

**Via Fax & U.S. Mail**
**Fax No.: 559-487-5053**

Melissa Barrios, Local Office Director
EEOC – Fresno Local Office
2300 Tulare Street, Suite 215
Fresno, CA 93721

    Re:    **Delia Mejia v ABM Janitorial Services – Northern California, Inc.**
           **Charge No.: 485-2009-00261**

Dear Ms. Barrios:

    ABM Industries Incorporated provides legal counsel to affiliate companies such as ABM Janitorial Services – Northern California, Inc. The above-referenced charge of discrimination has been forwarded to ABM's Law Department for handling. We will be representing the employer from this point forward.

    This will also confirm our conversation of Monday in which you agreed to grant Respondent an extension until June 1, 2009, to submit its Position Statement.

    Thank you for your courtesy. If you have any questions, please feel free to contact me at 415.531.2467.

                Very truly yours,

                *Sheila Sharei*

                Sheila Sharei
                Attorney for Respondent

SS/rb

cc:    ABM Janitorial Services – Northern California, Inc.

RECEIVED

MAY 1 9 2009

EEOC
FRESNO LOCAL OFFICE

EEOC01497

# EXHIBIT D

# EXHIBIT D

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Fresno Local Office

Civic Center Square
2300 Tulare Street, Suite 215
Fresno, CA 93721
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Fresno Status Line: (866) 408-8075
Fresno Direct Dial: (559) 487-5797
TTY (559) 487-5837
FAX (559) 487-5053

EEOC Charge No. 485-2009-00261

Delia Mejia                                        Charging Party

REDACTED

ABM INDUSTRIES, INCORPORATED;              Respondent
ABM JANITORIAL SERVICES, INC.; and
ABM JANITORIAL SERVICES-NORTHERN CALIFORNIA
C/O Mr. Keith A. Jacoby
Littler Mendelson
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107

## DETERMINATION

Under the authority vested in me by the Equal Employment Opportunity Commission ("EEOC" or "the Commission"), I issue the following determination as to the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended ("Title VII"). All requirements for coverage under Title VII have been met.

Charging Party alleges being harassed and discharged because of her sex, female, and in retaliation for reporting the harassment.

Respondent denies Charging Party's allegations.

The Commission has determined that there is reasonable cause to believe that Charging Party was subjected to harassment based on her sex, female and discharged in retaliation for opposing discrimination. The Commission further determines that Respondent subjected a class of employees to harassment based on their sex, female and discharged them in retaliation for opposing discrimination. Therefore, I have concluded that the evidence is sufficient to establish a violation of Title VII of the Civil Rights Act of 1964, as amended.

Respondent is reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in Commission investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

Having determined that there is reason to believe that a violation has occurred, the Commission now invites the parties to join with it in a collective effort toward a just resolution of this matter. If Respondent declines to enter into conciliation discussions, or if for any other reason the Commission's representative is unable to secure an acceptable conciliation, the Director will so inform the parties in writing and advise them of the court enforcement alternative available to the Charging Party and the Commission.

The Commission will be contacting you shortly to begin conciliation discussions. You may contact the Commission at (559) 487-5797.

On Behalf of the Commission:

12/14/09
Date

Melissa Barrios, Local Director
Fresno Local Office

EEOC01484

# EXHIBIT E

# EXHIBIT E

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Fresno Local Office

Civic Center Square
2300 Tulare Street, Suite 215
Fresno, CA 93721
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Fresno Status Line:  (866) 408-8075
Fresno Direct Dial:  (559) 487-5797
TTY (559) 487-5837
FAX (559) 487-5053

December 21, 2009

Sent Via Regular U.S. Mail & E-Mail

Mr. Keith A. Jacoby
Littler Mendelson, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107

RE:  Mejia v. ABM Industries, Inc; ABM Janitorial Services, Inc.; and ABM Janitorial Services-Northern California/ EEOC Charge # 485-2009-00261

Mr. Jacoby:

This is a follow up to our Letter of Determination in the above referenced matter.  As you may already be aware, conciliation is an opportunity for the parties to join in a collective effort toward a just resolution.  Please be aware that the focus of the conciliation is resolution as opposed to analysis or disclosure of evidence already in hand, though evidence not presented or discussed during the course of the investigation can be introduced.  Reasonable resolution alternatives, proposals, and offers are welcomed and encouraged by both parties.  The Commission will hold a conciliation conference on January 11, 2010 at 9:30am.  The conference will be held at 2300 Tulare St. Suite 215 Fresno, CA.

This is an opportunity for Respondent to resolve these charges without a court filing or the risk, expense, publicity and effort that may accompany such a filing.  Please be aware that statements, documents, settlement offers, or other evidence presented during conciliation are not admissible in court.

To ensure that we all enter the conciliation conference with an understanding of what the parties expect, we will follow up with a conciliation proposal that encompasses the conciliation relief that the EEOC seeks.  You may, if you wish, submit a counter-proposal or more than one alternative proposal for resolution.  We will then continue discussing the same at our conciliation conference.

Please note that the Commission reserves the right to seek any and all appropriate relief under the applicable statute in the event that conciliation is not successful and litigation is commenced.  Additional remedies provided by law may be sought.  In addition, all related documents, including any settlement should this case be litigated, will be a matter of public record.  Please be advised that the Commission will assume that conciliation attempts are futile should Respondent fail to engage in a conciliation conference or, otherwise, adequately respond to conciliation efforts in a timely manner.

On Behalf of the Commission,

MELISSA BARRIOS
Local Director

EEOC01482

# EXHIBIT F

# EXHIBIT F



**Littler**
Employment & Labor Law Solutions Worldwide

Littler Mendelson, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107

March 2, 2010

Keith A. Jacoby
310.772.7284 direct
310.553.0308 main
310.553.5583 fax
kjacoby@littler.com

**VIA MAIL AND FACSIMILE (559) 487-5053**

Melissa Barrios
Local Director
U.S. Equal Employment Opportunity Commission
Civil Center Square
2300 Tulare Street, Suite 215
Fresno, CA  93721

Re:   *Mejia v. ABM Industries, Inc., et al.*
      *EEOC Charge #485-2009-00261*

Dear Ms. Barrios:

ABM Industries, Incorporated declines to participate in conciliation with the Fresno District office on March 3, 2010, with respect to the above-captioned charge.  As my office has communicated to you and Mr. Viramontes of the Los Angeles District Office on several occasions, we do not believe that the charge filed in this matter is valid because the very same person is a Plaintiff/Claimant in the EEOC action being prosecuted by the Los Angeles District Office in the United States District Court for the Eastern District of California.  ABM intends to bring the EEOC's inexplicable conduct to the attention of Judge O'Neil and will seek its legal fees expended in connection with this matter.

Sincerely,

Keith A. Jacoby

cc:    Maria Miller, Esq.
       Victor Viramontes, Esq.

Firmwide:94345686.1 054667.1005

# EXHIBIT G

# EXHIBIT G

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Fresno Local Office

Civic Center Square
2300 Tulare Street, Suite 215
Fresno, CA  93721
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Fresno Status Line:  (866) 408-8075
Fresno Direct Dial:  (559) 487-5797
TTY (559) 487-5837
FAX (559) 487-5053

**Sent Via Facsimile (310) 553-5583 & Regular U.S. Mail**

March 5, 2010

ABM INDUSTRIES, INCORPORATED;
ABM JANITORIAL SERVICES, INC.; and
ABM JANITORIAL SERVICES-NORTHERN CALIFORNIA
C/O Mr. Keith A. Jacoby
Littler Mendelson
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107

RE: **EEOC Charge #485-2009-00261 Mejia v. ABM Industries, Inc. et. al.**

Dear Mr. Jacoby:

This is in response to your March 2, 2010 letter.  The EEOC has made extensive efforts to address your concerns in the above referenced investigation.  EEOC extended the conciliation process for approximately *three months* after the findings were issued on December 14, 2009.  At that time, you raised concerns regarding the Commission's findings of discrimination in the above-referenced charge.  To accommodate your concerns, the EEOC granted you several opportunities to present information for the EEOC to consider and reevaluate that finding.  Despite those extensions, you failed to submit any information.  After such time, we attempted to reschedule, for yet another time, the conciliation of this charge.  In your March 2, 2010 letter, you decline to participate in the scheduled conciliation conference, citing to matters that are currently in litigation.

EEOC charges of discrimination filed in the Fresno Local Office are within my purview for investigation.  EEOC cannot under its mandate refuse to take a charge or turn a charge away if it is timely filed.  In this instance, Ms. Mejia timely filed her charge that resulted in the investigation and findings at issue here.  The remedy you seek which is for the EEOC to dismiss Ms. Mejia's charge, directly contradicts the mandates under the statutes we enforce.  Additionally, I have no control over the conduct of any pending litigation.  That is under the direct control and authority of the Regional Attorney.

Based upon your position, the EEOC has no alternative but to fail conciliation in this matter.  This letter constitutes the notice required by § 1601.25 of the Commission's Regulations, which provides that the Commission shall notify Respondents in writing when it determines that further conciliation efforts would be futile or non-productive.

Thank you for your attention to this matter.  You may address any further inquiries regarding this charge to the Legal Unit of the EEOC's Los Angeles District Office.

On Behalf of the Commission,

MELISSA BARRIOS
Local Director

Cc: ABM Industries, Inc. /Legal Dept