# EXHIBIT 2063

EXHIBIT 2063

Stan S. Mallison, (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426

Attorneys for Plaintiffs Intervenors

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED and ABM JANITORIAL SERVICES, INC.; Does 1 through 10, Inclusive,<br><br>Defendants.<br><br>ERIKA MORALES and ANONYMOUS PLAINTIFFS ONE through EIGHT,<br><br>Plaintiffs Intervenors,<br>v.<br><br>ABM INDUSTRIES INCORPORATED, ABM JANITORIAL SERVICES, INC., ABM JANITORIAL NORTHERN CALIFORNIA, JOSE VASQUEZ; Does 1 through 10, Inclusive,<br><br>Defendants. | Case No. 1:07-cv-01428 LJO-TAG<br><br>**DECLARATION OF EDUARDO HUERTA**<br><br>Hon. Lawrence J. O'Neill<br>U.S. District Judge<br><br>Hon. Theresa A. Goldner<br>U.S. Magistrate Judge |

Yo, Eduardo Huerta, declaro los siguiente:

1. Anteriormente fui empleado de ABM y trabajé bajo la supervisión de Jose "Joe" Vasquez, supervisor de ABM, y Javier Vasquez, Supervisor de Distrito de ABM.

2. Aproximadamente en julio del 2006, Claimant 6 y yo fuimos amenazados por Jose Vasquez luego de haber conversado sobre la demanda contra Jose Vasquez por acoso sexual de mujeres en el lugar de trabajo. Jose Vasquez nos dijo que deberíamos callarnos y "cuidarnos las espaldas." Esa amenaza fue transmitida a nosotros por Natalie Vasquez bajo orden de Jose Vasquez. Cuando le informé de esta amenaza a Javier Vasquez, Supervisor de Distrito de ABM, él me dijo que ignorara las palabras de Jose Vasquez. Sin embargo, creo que las palabras de Jose Vasquez – que debíamos "cuidarnos las espaldas" – eran en serio, porque Ruben Vasquez, quien también era empleado de ABM y quien creo ser pariente de Jose Vasquez, me había dicho que Jose Vasquez había estado en la cárcel y tenía un pasado violento.

3. Aproximadamente en octubre del 2006 Javier Vasquez y Jose Vasquez me pidieron que fuera a la oficina de ABM en Bakersfield para reunirme con ellos. Me presenté en la oficina como me instruyeron y me reuní con Javier Vasquez y Jose Vasquez. Durante esa reunión, ellos me dijeron que yo podría ser llamado como testigo para declarar en la investigación de acoso sexual, y ambos me dieron instrucciones de negar cualquier conocimiento de las acusaciones por acoso sexual contra Jose Vasquez.

4. Aproximadamente tres meses después de la reunión con Javier Vasquez y Jose Vasquez en la oficina de ABM en Bakersfield, Jose Vasquez se presentó en la clínica donde trabajaba y de nuevo me advirtió que negara cualquier conocimiento de acoso sexual, haciendo notar que "tenía trabajo seguro con ocho horas diarias—que más podría desear?" Considero que esto fue una amenaza a mi sustento y habilidad de ganarme la vida si no obedecía sus instrucciones.

5. Considero que Jose Vasquez es un hombre peligroso y que sus amenazas y palabras me intimidaron en verdad con el fin de que no proveyera información en ninguna investigación, y de impedir que yo testificara sobre el acoso sexual. Tanto en ese entonces como en la actualidad

he tenido temor por mi bienestar físico y económico a causa de las amenazas e intimidación de Jose Vasquez.

6. Javier Vasquez, el Supervisor de Distrito de ABM, no hizo nada para prevenir las amenazas físicas y económicas o la intimidación, sino que por el contrario, fue partícipe en ellas con el fin de que yo no diera información para la investigación de acoso sexual, y para evitar e impedir que yo testificara. Entendí su participación como un intento de proteger a ABM y a Jose Vasquez contra las alegaciones de acoso sexual.

7. Declaro bajo pena de perjurio bajo la ley de los Estados Unidos que lo anterior es correcto y verdadero, y que esta declaración es ejecutada el ______ noviembre de 2008 en

Eduardo Huerta