# EXHIBIT 2064

# EXHIBIT 2064

# DECLARATION OF EDITH MARTINEZ

I, Edith Martinez, make the following declaration based on my personal knowledge of the facts stated herein, and if called as a witness to testify as to the matters stated herein, I could and would competently do so.

1.  I have been working for ABM as a janitor in Fresno, California since 2008.  My supervisor at ABM is Allen Juarez.  I was also supervised by Adalberto Pilar Rodriguez.

2.  My mother Maria Quintero also works for ABM in Fresno, California.

3.  My date of birth is September 15, 1987.

4.  During my employment with ABM, supervisor Adalberto Pilar Rodriguez touched my hair on two separate occasions without my consent.  The first time he touched my hair there were no other employees around.   The second time he touched my hair was in front of my mother.  I told my mother that he had touched my hair before because it made me feel uncomfortable.

5.  My mother complained to supervisor Allen Juarez about supervisor Adalberto Pilar Rodriguez touching my hair.

6.  Supervisor Allen Juarez told me not to talk to the Pelco employees.

7.  I saw supervisor Adalberto Pilar Rodriguez stare at me on one occasion, which made feel uncomfortable.

8.  My mother told me that supervisor Adalberto Pilar Rodriguez made a comment to her "that there were no cameras."

9.  I heard supervisor Adalberto Pilar Rodriguez say to an ABM female employee named Arcelia (LNU) "Mi corazon" in Spanish or "my heart" and/or

//
//
//
//
//

1

1 | "my love."

2 |    I declare under penalty of perjury that the foregoing is true and correct.

3 | Executed this _____ of April, 2010 at Fresno, California.

4 |

5 |

6 | Edith Martinez

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |