# EXHIBIT 2065

# EXHIBIT 2065

## DECLARATION OF ROBERT PLUMA

I, Robert Pluma, make the following declaration based on my personal knowledge of the facts stated herein, and if called as a witness to testify as to the matters stated herein, I could and would competently do so.

1. I worked the day shift for ABM as a janitor from approximately July 2005 to October 2005 in Lebec, California. My supervisors at ABM were Javier Vasquez and Jose Vasquez.

2. On my first day with ABM, I was assigned to the Clinica Sierra Vista in Lebec, California along with three ABM female employees (I do not recall their names). I saw supervisor Jose Vasquez put his arm around a female employee and say to her in Spanish, "I'd like to do you like this and like that..." I saw the ABM female employee push away from supervisor Jose Vasquez. I then saw supervisor Jose Vasquez put his arm around her neck and her waist pulling her towards him. I heard the ABM female employee tell supervisor Jose Vasquez to stop and she then moved away.

3. I also saw on my first day with ABM, supervisor Jose Vasquez trying to get close to the other two ABM female employees. After I saw this, I heard an ABM female employee say "cochino" in Spanish.

4. Supervisor Jose Vasquez told me on my first day with ABM that he would not mind having sex with an ABM female employee because she was "fine."

5. During my employment with ABM, I also heard supervisor Jose Vasquez make sexual comments to the ABM female employees at least four to five times. I heard supervisor Jose Vasquez talk about the ABM female employees' buttocks and make offensive comments about women in general.

//
//
//
//

1

6. During my employment with ABM, I did not receive any sexual harassment training. I was also unaware of the sexual harassment policies, the complaint procedures, and the 1-800 hotline number(s) during my employment with ABM.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th of April, 2010 at Lebec, California.

*Robert Pluma* (signature)
Robert Pluma