# EXHIBIT 2066

# EXHIBIT 2066

# DECLARATION OF SCOTT STEVENSON

I, Scott Stevenson, make the following declaration based on my personal knowledge of the facts stated herein, and if called as a witness to testify as to the matters stated herein, I could and would competently do so.

1. In 2004, I was the school kitchen manager for Valley High School, which is part of the Valley Bible Church. It is located at 2300 East Brundage Lane, Bakersfield, California 93306.

2. On Sunday, June 26, 2005, I was at the Valley Bible Church with my children. While I was taking the trash to the dumpster at approximately 9:10 p.m. I witnessed an attempted sexual assault of ABM female employee Angelica by ABM site supervisor Joe V.

3. Attached as Exhibit A is a true and correct copy of the letter I prepared and sent to the Valley Bible Church on or about June 27, 2005 regarding the attempted sexual assault I witnessed on Sunday, June 26, 2005.

4. I contacted the Bakersfield Police Department on June 26, 2005 at approximately 10:12 p.m. to report the incident.

5. The Bakersfield Police Department interviewed me on June 26, 2005 and took my statement. Attached as Exhibit B is a true and correct copy of the statement that I made to the Bakersfield Police Department regarding the attempted sexual assault that I witnessed on Sunday, June 26, 2005.

6. No ABM representative ever interviewed me regarding the attempted sexual assault of ABM female employee Angelica by ABM supervisor Joe Vasquez.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12 of May, 2010.

_____
Scott Stevenson

1

# EXHIBIT A

# EXHIBIT A

*Stevenson's Family Foster Home*
*Ross G. & Diane A. Stevenson*

6113 Calabria Drive
Bakersfield, Ca 93309

Cellular: (661)910-1850
Stevensfh@msn.com

Monday, June 27, 2005

Valley Bible Fellowship, Soul Factory
Attn: Mrs. Becky Fox
2300 East Brundage Lane
Bakersfield, California 93306

RE: VBF Campus Incident Involving ABM Services Employees

Dear Mrs. Fox,

Pertaining to our telephone conversation and at your request this afternoon. Please accept this statement of the facts for the night of Sunday, June 26, 2005 at 9:10PM.

My children and I were just finishing cleaning up in the VBF kitchen at the time stated herein. When I had sent two of my boys to run a box of trash out to the dumpster. They quickly returned and indicated to me that they only went halfway because they were scared and believed someone to be in the dumpster area. I then coded out the North C.E. Building and we all proceeded over to the dumpster to dispose of the box of trash. We arrived to find both metal swing doors open and ABM site supervisor Joe V. (whom I have made prior acquaintances with about 3 ½ months ago when I conducted a walkthrough of our kitchen facilities with him and ABM staff) holding and detaining ABM employee Angelica T. against the back wall. Joe was not aware of our immediate presence and was positioned with his back toward us at the dumpster opening. Upon further observation, I noticed that Angelica appeared to be scared and in distress as Joe spoke to her in a firm and demanding Spanish tone as he swayed side to side with his hands and feet spread apart blocking her attempts to exit the back of the dumpster area. Joe continued to push her back against the back wall while grabbing her breast and on one occasion it appeared to me that he groped her vagina. Realizing that we were possibly witnessing either an on the job sexual harassment or an attempted sexual assault, I slammed the trash box into the dumpster startling Joe away from Angelica. Since Angelica did not seek out my immediate protection and there was a language barrier, We headed to my van with a sense of urgency to contact VBF management for

further directions.

I realized that I was not in possession of my cell phone or handheld radio. It was still in the van (which was currently parked on the east side of the office building) to call for backup, the two were separating. I then raced back to my residence dropped off the boys, changed vehicles and grabbed my cell phone. In route back to VBF I first made contact with Chuck Garcia whom informed me that he would meet me back on campus and would contact the on call pastor. I then contacted Christina Silva's mother and grandmother and they were available to meet me on church grounds to not only to consol but also serve as a translator with Angelica. When I arrived close to VBF I opted to wait down the street with Chuck Garcia while Joe V. locked up the front gate and exited the area. We then unlocked the gate and entered the campus. The Silva's arrived approximately 4 minutes later as Chuck made contact with Pastor Scott. We located both female ABM employees in the gym with Angelica in the Adoni Youth Room. Christina's grandmother talked with Angelica for approximately 20 minutes and determined that an attempted sexual assault / harassment had taken place and she was afraid not only of Joe but of also reporting the incident for fear of being deported. She had only been on the job for 3 months and had 2 small children to care for. I then contacted the Bakersfield Police Department, according to my cell phone records at 10:12PM to report the incident. Two BPD officers responded to do the initial investigation. The officers explained that due to the fact that Angelica J. was in fear of pressing charges against Joe. All they could do at that point was forward the matter to a detective with the BPD sex crimes unit and the district attorneys office for further review.

In closing, If you should have any questions regarding this statement. Please do not hesitate to contact me at the location stated above.

**In His Continued Service,**

**Scott Stevenson**

# EXHIBIT B

# EXHIBIT B

## BAKERSFIELD POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
THIS REPORT IS FOR THE EXCLUSIVE USE OF

GO 2005-122392 (UNFOUNDED)   7100 - 2 POSSIBLE SEXUAL ASSAULT

### General Offense Information

Operational status : **UNFOUNDED**
Reported on : **Jun-26-2005 (Sun.) 2220**
Occurred on : **Jun-26-2005 (Sun.) 2100**
Approved on : **Jun-27-2005 (Mon.)** by : **723 - WHITAKER, WALLY**
Report submitted by : **855 - WILSON, STEPHEN**
Org unit : **OPERATIONS SHIFT 1**
Accompanied by : **952 - DILLARD, PATRICK**
Location : **2300 E BRUNDAGE LN**
Place name : **VALLEY HIGH SCHOOL**
Municipality : **BAKERSFIELD** County : **KERN COUNTY**
District : E Beat : 08 Grid : 341
Bias : **NONE (NO BIAS)**
Family violence : **NO**

### Offenses (Completed/Attempted)

Offense : #1 **7100 - 2 POSSIBLE SEXUAL ASSAULT - COMPLETED**
Location : **SCHOOL/COLLEGE (INCLUDES UNIVERSITY)**
Offender suspected of using : **NOT APPLICABLE**
Weapon type : **NONE**

### Related Event(s)

CP   2005-122392

### Related Person(s)

**VICTIM #1: JAUREGUE, ANGELICA**
(Case Specific Information)

Sex : **FEMALE**
Race : **WHITE**
Date of birth :
Address :                    REDACTED
Phone Numbers :
Occupation : **CLEANING**
Employer : **ABM JANITORIAL**

Master Name Index Reference
VICTIM #1: JAUREGUE, ANGELICA
Sex : **FEMALE**
Race : **WHITE**
Date of birth :              REDACTED

Linkage factors
Resident status : **RESIDENT**
Injury severity : **NOT INJURED**
Type of injury : **NONE**
Victim of :
**7100 - 2 POSSIBLE SEXUAL ASSAULT - COMPLETED**

For: S341 Thursday August 14, 2008

Page: 1 of 5

```
BAKERSFIELD POLICE DEPARTMENT
GENERAL OFFENSE HARDCOPY
THIS REPORT IS FOR THE EXCLUSIVE USE OF
```

GO 2005-122392 (UNFOUNDED)   7100 - 2 POSSIBLE SEXUAL ASSAULT

**SUSP/OFFNDR #1: VASQUEZ, JOE**
(Case Specific Information)

Sex : MALE
Race : WHITE
Ethnicity : HISPANIC/MEXICAN/LATINO
Date of birth :
Address                    REDACTED
Phone Numbers:
Occupation : SUPERVISOR
Employer : ABM JANITORIAL SACRAMENTO, CA
Language(s) spoken: ENGLISH
Height : 5'10
Weight: 250 lbs
Complexion : MEDIUM
Build : HEAVY
Hair color : GRAY OR SALT/PEPPER
Hair style : SHORT
Lens type : GLASSES

**Master Name Index Reference**
SUSP/OFFNDR #1: VASQUEZ, JOE
Sex : MALE
Race : WHITE
Ethnicity : HISPANIC/MEXICAN/LATINO
Date of birth            REDACTED

Linkage factors
Resident status : RESIDENT

**WITNESS #1: STEVENSON, SCOTT**
(Case Specific Information)

Sex : MALE
Race : WHITE
Ethnicity : WHITE
Date of birth :
Address :                  REDACTED
Phone Numbers:
Occupation : KITCHEN MANAGER
Employer : VALLEY HIGH SCHOOL 2300 E BRUNDAGE LN
Additional remarks :
    FOSTER PARENT

**Master Name Index Reference**
WITNESS #1: STEVENSON, SCOTT GLENN
Sex : MALE
Race : WHITE
Ethnicity : WHITE
Date of birth :       REDACTED

**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**THIS REPORT IS FOR THE EXCLUSIVE USE OF**

GO 2005-122392 (UNFOUNDED)             7100 - 2 POSSIBLE SEXUAL ASSAULT

**Linkage factors**
Resident status : RESIDENT

**Related text page(s)**

Document: **INITIAL OFFENSE REPORT**
Author: 952 - DILLARD, PATRICK

On the above listed date and time Officer Wilson and I were dispatched to Valley High School at 2300 E Brundage Ln. regarding a possible attempt rape call. Upon arrival we contacted the school kitchen manager Stevenson.

Stevenson said he was notified by some students that they heard noises in the trash bin area which is enclosed by and approximate 6' brick wall and a chain link gate for access to the trash bin. Stevenson went to the trash bin area with a bag of trash and saw a janitor he identified as Joe Vasquez standing at the gates of the trash bin grasping both gates with both of his hands. He said he saw Jauregue inside the trash bin area and looked frightened. Stevenson was standing behind Vasquez who did not know he was there. Stevenson stated Jauregue was attempting to get by Vasquez and every time she got close to Vasquez he would block her path and attempt to grab her breasts. Stevenson threw the bag of trash over the wall into the trash bin which startled Vasquez who did not say anything and walked away.

We contacted Jauregue who said she went to the trash bin to dispose of trash. While she was inside the trash bin area Vasquez approached and blocked the exit way. She said he did not say anything to her and she became frightened. She attempted to walk past Vasquez and he placed both of his hands on the gates preventing her from getting by. She backed away from Vasquez then again tried to walk past him. She said as she got closer to him he tried to place his hands on her chest area. She said she backed away before Vasquez could touch her. She said he still had not said anything to her when she saw Stevenson standing behind Vasquez. She said Vasquez threw a trash bag into the trash bin and Vasquez turned around and walked away without saying anything. She said Vasquez detained her in the trash bin area against her will for about two minutes.

Both Vasquez and Jauregue are employees of ABM Janitorial who is contracted by Valley High School. We were unable to completely identify Vasquez who had already left. Stevenson provided a work number of 322-3289 for ABM Janitorial and a cell number for Vasquez of 201-1059. We were unable to contact Vasquez at this time.

No further

Document: **DETECTIVE NOTES**
Author: 411 - MARSHALL, DAVID (Retired)
Related date/time: Jun-29-2005 1522

6/29/2005- Case was assigned and reviewed. I went to 1015 Barlow to contact the victim in this case. I noted the initial report indicated the residence

For: S341 Thursday August 14, 2008

**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**THIS REPORT IS FOR THE EXCLUSIVE USE OF**

GO 2005-122392 (UNFOUNDED)                    7100 - 2 POSSIBLE SEXUAL ASSAULT

was located on Barrow Street. I contacted the resident at 1015 Barlow and asked for Angelica Jauregue. The resident told me that he had recently moved into the house. Angelica was the previous resident and had moved to an unknown location. I then ended this interview.

Later in the day, I telephoned the suspect Joe Vasquez. I requested that he respond to the BPD later this afternoon. Vasquez agreed to meet with me later this afternoon. I then ended this interview. (Vasquez later failed to make this appointment).

6/30/2005- I telephoned Joe Vasquez and he agreed to meet with me at the BPD this afternoon. Later in the afternoon, I met with Vasquez at the BPD. After identifying him, he stated that he was aware of this investigation. He had brought the victim to the BPD. He indicated that he and Angelica had playing around. He had hugged her but it was not sexual. He did not try to touch her breasts and did not try to block her from leaving the trash dumpster. I asked him why Angelica had told the initial responding officers a different version of the incident. He told me that he did not know, she must of been lying. I then ended this interview.

I went to the lobby of the BPD and asked Angelica if she would speak with me. While we were walking to the interview room, Angelica said that she only spoke Spanish. I asked BPD investigations clerk Brenda De La Garza to translate for me. After briefing De LA Garza on the case, she asked Angelica what had happened. Angelica said that she was throwing away the trash. Vasquez was helping her to throw away the trash because it was very dirty. He had only touched her arm. He was playing with her and had never touched her in the breast area. He had never held her against her will, He was simply playing around with her. This was all a big misunderstanding. The other guy from the church was mistaken, they had only been playing. Through De La Garza, I told Angelica that I did not believe her. She had told the initial officers a different story, I thought she was afraid of being fired from her job. Angelica said that she was not afraid of being fired, the incident had been only playing. The other individual must of been mistaken. I told her that I thought she was lying and because she initially told the truth to the officers. She was now giving false information. Angelica said that she did in fact live at 1015 1/2 Barlow in the residence to the rear of the property. I then ended this interview.

After finishing these interviews, I telephoned Scott Stevenson and asked him about this incident. Stevenson confirmed that he had witnessed this incident. He said that he had stood for a few moments and watched the two subjects in the trash area. He said that he had seen the male subject touch the female in the breast area and in the genitial area. He felt that the female subject was a victim of a sexual assault. I then ended this interview.

Based on the denial of the offense by the victim, this case is unfounded.

For: S341 Thursday August 14, 2008

| BAKERSFIELD POLICE DEPARTMENT GENERAL OFFENSE HARDCOPY THIS REPORT IS FOR THE EXCLUSIVE USE OF | |
|---|---|
| GO 2005-122392 (UNFOUNDED) | 7100 - 2 POSSIBLE SEXUAL ASSAULT |

**\*\* END OF HARDCOPY \*\***