# EXHIBIT 2069

# EXHIBIT 2069

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To | Agency(ies) Charge No(s) |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 480-2006-02932 |

California Department Of Fair Employment & Housing
*State or local Agency, if any* and EEOC

**Name** (Indicate Mr., Ms., Mrs.): Erika Morales
**Home Phone** (Incl. Area Code): REDACTED
**Date of Birth**: REDACTED
**Street Address**: REDACTED
**City, State and ZIP Code**:

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: ABM JANITORIAL SERVICES, INC.
**No. Employees, Members**: 500 or More
**Phone No.** (Include Area Code):
**Street Address**: 1400 Easton Drive, Suite 149, Bakersfield, CA 93309

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 06-01-2004   Latest: 09-13-2005
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on June 1, 2004 as a Janitor. Throughout my employment with Respondent, I was assigned to work at various locations in the Bakersfield area. From shortly after my date of hire until September 13, 2005, I was subjected to verbal and physical sexual harassment by Jose Vasquez, Supervisor. The sexual harassment consists of, but is not limited to the following: Mr. Vasquez would make sexual comments, such as "que buena estas" (how fine you are), "que rica" (how delicious), and "que no haria contigo" (what wouldn't I do with you), he would ask me to go out with him, and touched my breasts, buttocks, and tried to kiss me. Mr. Vasquez also showed me the outline of his erection through his pants and attempted to force me to touch his penis. I repeatedly asked Mr. Vasquez to stop, but the harassment continued. Due to the harassment, I left my job in or around April or May 2005. I returned to work after Javier Vasquez, District Supervisor, requested that I return to work. When I returned to work, I was subjected to further sexual harassment by Jose Vasquez. On or about September 13, 2005, I was constructively discharged from my position.

Despite my requests that he stop the sexual harassment, Jose Vasquez continued to sexually harass me.

I believe that I have been discriminated against on the basis of my sex (female) in violation of Title VII of the Civil Rights Act of 1964, as amended.

I believe a class of females have been discriminated against on the basis of their sex, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

[Signature: Erika Morales] Date: 6/1/06

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC 0001

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | AMENDED<br>480-2006-02932 |

California Department Of Fair Employment & Housing
*State or local Agency, if any*                                                                 and EEOC

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Erika Morales | REDACTED | |

Street Address: REDACTED     State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ABM Janitorial Services, Inc. | 500+ | (661) 322-3289 |

Street Address: 1400 Easton Drive, Suite 149, Bakersfield, CA 93309

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-01-2004   Latest: 09-13-2005
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the company on June 1, 2004, as a Janitor. Throughout my employment with the company, I was assigned to work at various locations in the Bakersfield area. From shortly after my date of hire until September 13, 2005, I was subjected to verbal and physical sexual harassment by José Vasquez, Supervisor. The sexual harassment consisted of, but was not limited to the following: Mr. Vasquez would make sexual comments, such as "que buena estás" (how fine you are), "que rica" (how delicious), and "que no haría contigo" (what wouldn't I do with you). He would ask me to go out with him, and touched my breasts, buttocks, and tried to kiss me. Mr. Vasquez also showed me the outline of his erection through his pants, and attempted to force me to touch his penis. I repeatedly asked Mr. Vasquez to stop, but the sexual harassment continued. Due to the continuous sexual harassment, I left my position in or around April or May 2005. I returned to work for the company after Javier Vasquez, District Supervisor, requested that I return to work. When I returned to work, I was subjected to further sexual harassment by José Vasquez. On or about September 13, 2005, I was constructively discharged from my position. Despite my requests that he stop the sexual harassment, José Vasquez continued to sexually harass me.

I believe that I have been discriminated against based on my gender (female) in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe that female employees as a class have been discriminated against based solely on their gender in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

[Signature] Erika Morales

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC 0002

# U.S. Equal Employment Opportunity Commission

Erin M. Andre
Senior VP of Human Resources
ABM INDUSTRIES INC.
160 Pacific Avenue, Suite 222
San Francisco, CA 94111

**PERSON FILING CHARGE**

Erika Morales

THIS PERSON (check one or both)
- [ ] Claims To Be Aggrieved
- [ ] Is Filing on Behalf of Other(s)

**EEOC CHARGE NO.**
480-2006-02932

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

- [X] Title VII of the Civil Rights Act
- [ ] The Americans with Disabilities Act
- [ ] The Age Discrimination in Employment Act
- [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **07-AUG-06** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____

If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Brian A. Nelson,
Enforcement Supervisor
EEOC Representative

Telephone (213) 894-1040

Los Angeles District Office - 480
255 E. Temple St. 4th
Los Angeles, CA 90012

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [X] RETALIATION  [ ] OTHER

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| July 07, 2006 | Olophius E. Perry, District Director | |

EEOC 0003

# U.S. Equal Employment Opportunity Commission

California Department Of Fair Employment & Housing
611 W. 6th St., Ste.1500
Los Angeles, CA 90017

Date: July 07, 2006
EEOC Charge No. 480-2006-02932
FEPA Charge No.

CHARGE TRANSMITTAL

SUBJECT

__Erika Morales__  v.  __ABM JANITORIAL SERVICES, INC.__
Charging Party                           Respondent

Transmitted herewith is a charge of employment discrimination initially received by the:

[X] EEOC     [ ] _____ on Jul 07, 2006
                    Name of FEPA            Date of Receipt

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

[ ] Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

[ ] The worksharing agreement does not determine which agency is to initially investigate the charge.

[ ] EEOC requests a waiver          [ ] FEPA waives

[ ] No waiver requested             [ ] FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

Typed Name of EEOC or FEPA Official: **Olophius E. Perry**          Signature/Initials: [signature]

---

__Erika Morales__  v.  __ABM JANITORIAL SERVICES, INC.__
Charging Party                           Respondent

TO WHOM IT MAY CONCERN:

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

[ ] This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

[ ] This will acknowledge receipt of the referenced charge and indicated this Agency's intention to dismiss/close/not docket the charge for the following reasons.

Typed Name of EEOC or FEPA Official: **Olophius E. Perry**          Signature/Initials:

To:
Los Angeles District Office - 480
255 E. Temple St. 4th
Los Angeles, CA 90012

Date: July 07, 2006
EEOC Charge No. 480-2006 02932
FEPA Charge No.

EEOC 0004

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Erin M. Andre<br>Senior VP of Human Resources<br>ABM INDUSTRIES INC.<br>160 Pacific Avenue, Suite 222<br>San Francisco, CA 94111 | PERSON FILING CHARGE<br><br>Erika Morales<br><br>THIS PERSON (check one or both)<br>[ ] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| **AMENDED CHARGE** | EEOC CHARGE NO.<br>**480-2006-02932** |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act            [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act    [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **16-FEB-07** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to

If you <u>DO NOT</u> wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Brian A. Nelson,
Enforcement Supervisor
EEOC Representative

Telephone (213) 894-1040

Los Angeles District Office - 480
255 E. Temple St. 4th
Los Angeles, CA 90012

Enclosure(s) [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [X] RETALIATION  [ ] OTHER

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| January 16, 2007 | Olophius E. Perry,<br>District Director | |

EEOC 0005

# U.S. Equal Employment Opportunity Commission

California Department Of Fair Employment & Housing
611 W. 6th St., Ste.1500
Los Angeles, CA 90017

Date: January 16, 2007
EEOC Charge No. 480-2006-02932
FEPA Charge No.

## AMENDED CHARGE

CHARGE TRANSMITTAL

SUBJECT

| Erika Morales | v. | ABM JANITORIAL SERVICES, INC. |
|---|---|---|
| Charging Party | | Respondent |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC     ☐ _____ on Jul 07, 2006
                    Name of FEPA                Date of Receipt

☒ Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver           ☐ FEPA waives

☐ No waiver requested               ☐ FEPA will investigate the charge initially

Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.

Typed Name of EEOC or FEPA Official: **Olophius E. Perry**

Signature/Initials: *[signature]*

---

| Erika Morales | v. | ABM JANITORIAL SERVICES, INC. |
|---|---|---|
| Charging Party | | Respondent |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicated this Agency's intention to dismiss/close/not docket the charge for the following reasons:

Typed Name of EEOC or FEPA Official: **Olophius E. Perry**

Signature/Initials:

Los Angeles District Office - 480
255 E. Temple St. 4th
Los Angeles, CA 90012

Date: January 16, 2007
EEOC Charge No. 480-2006-02932
FEPA Charge No.

EEOC 0006



UNITED STATES GOVERNMENT
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

GOBIERNO DE LOS ESTADOS UNIDOS
COMISION DE IGUALDAD DE OPORTUNIDAD EN EL EMPLEO

255 E. TEMPLE STREET, 4TH FLOOR
LOS ANGELES, CALIFORNIA 90012
1-800-669-4000
(213) 894-1000
TDD (213) 894-1121
FAX (213) 894-1118

Charge No.: 480-2006-02932

Erika Morales

REDACTED

Charging Party

ABM Janitorial Services, Inc.
1400 Easton Drive, Suite 149
Bakersfield, CA 93309

Respondent

## DETERMINATION

Under the authority vested in me by the Equal Employment Opportunity Commission (Commission), I issue the following determination as to the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended. All requirements for coverage were met.

Charging Party alleges that from June 2004 through June 2005, and from July 2005 through September 13, 2005, she was subjected to verbal and physical sexual harassment by her male supervisor. Charging Party further alleges that female employees, as a class, were subjected to sexual harassment. Charging Party further alleges that she was constructively discharged on September 13, 2005.

The Commission has determined that there is reasonable cause to believe that Charging Party was subjected to sexual harassment and was constructively discharged. There is also reasonable cause to believe that females, as a class, have been subjected to sexual harassment.

Therefore, I have concluded that the evidence gathered in the Commission's investigation is sufficient to establish a violation of Title VII of the Civil Rights Act of 1964, as amended. Upon finding that there is reasonable cause to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just

EEOC 00014

Letter of Determination
Charge No. 480-2006-02932
Page 2 of 2

resolution of this matter. The confidentiality provisions of Title VII of the Civil Rights Act of 1964, as amended, and Commission Regulations apply to information obtained during conciliation.

If Respondent declines to discuss settlement or when, for any other reason, a settlement acceptable to the office Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission.

Respondent is reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in Commission investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

A Commission representative will contact you shortly to begin conciliation discussions.

4/25/07
Date

On Behalf of the Commission:

_Rosa Viramontes for_
Olophius E. Perry, District Director
Los Angeles District Office

EEOC 00015

UNITED STATES GOVERNMENT
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

GOBIERNO DE LOS ESTADOS UNIDOS
COMISION DE IGUALDAD DE OPORTUNIDAD EN EL EMPLEO

255 E. TEMPLE STREET, 4TH FLOOR
LOS ANGELES, CALIFORNIA 90012
1-800-669-4000
(213) 894-1000
TDD (213) 894-1121
FAX (213) 894-1118

Charge No.: 480-2006-02932

Erika Morales

REDACTED

Charging Party

ABM Janitorial Services, Inc.
1400 Easton Drive, Suite 149
Bakersfield, CA 93309

Respondent

ABM Industries, Inc.
160 Pacific Avenue, Suite 222
San Francisco, CA 94111

Respondent

## DETERMINATION
## (AMENDED)

Under the authority vested in me by the Equal Employment Opportunity Commission (Commission), I issue the following determination as to the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended. All requirements for coverage were met.

Charging Party alleges that she was subjected to verbal and physical sexual harassment by her male supervisor. Charging Party further alleges that she was constructively discharged on September 13, 2005.

The Commission has determined that there is reasonable cause to believe that Charging Party was subjected to sexual harassment and was constructively discharged. There is also reasonable cause to believe that similarly situated individuals were subjected to sexual harassment and/or subjected to constructive discharge for complaining about, or rebuking, the sexual harassment.

Therefore, I have concluded that the evidence gathered in the Commission's investigation is sufficient to establish a violation of Title VII of the Civil Rights Act of 1964, as amended.

EEOC 00016

Letter of Determination
Charge No. 480-2006-02932
Page 2 of 2

Upon finding that there is reasonable cause to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. The confidentiality provisions of Title VII of the Civil Rights Act of 1964, as amended, and Commission Regulations apply to information obtained during conciliation.

If Respondent declines to discuss settlement or when, for any other reason, a settlement acceptable to the office Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission.

Respondent is reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in Commission investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

9/17/07
Date

On Behalf of the Commission:

Olophius E. Perry, District Director
Los Angeles District Office



UNITED STATES GOVERNMENT
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

GOBIERNO DE LOS ESTADOS UNIDOS
COMISION DE IGUALDAD DE OPORTUNIDAD EN EL EMPLEO

255 E. TEMPLE STREET, 4TH FLOOR
LOS ANGELES, CALIFORNIA 90012
1-800-669-4000
(213) 894-1000
TDD (213) 894-1121
FAX (213) 894-1118

J. Kevin Lilly, Esq.
Littler Mendelson
2049 Park East, 5th Floor
Los Angeles, CA 90067-3107

Re:  Erika Morales v. ABM Industries, Inc.
     EEOC Charge No. 480-2006-02932

Dear Mr. Lilly:

The Equal Employment Opportunity Commission (EEOC) has determined that efforts to conciliate this charge as required by Title VII of the Civil Rights Act of 1964, as amended, have been unsuccessful. This letter constitutes the notice required by §1601.25 of the Equal Employment Opportunity Commission's Procedural Regulations which provides that the EEOC shall notify the parties to a charge in writing when it determines that further conciliation efforts would be futile or non-productive. No further efforts to conciliate this case will be made by the EEOC.

The charge has been referred to the Legal Unit for review to determine whether EEOC will bring a civil action in Federal District Court against the above named Respondent. A determination should be forthcoming in the near future.

On Behalf of the Commission:

9/26/07
Date

Olophius E. Perry, District Director
Los Angeles District Office

EEOC 00018

(EEOC Form 5 (5/01))

| CHARGE OF DISCRIMINATION | Charge Presented To | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 480-2007-01134 |
| California Department Of Fair Employment & Housing | | and EEOC |

*State or local Agency, if any*

Name (indicate Mr., Ms., Mrs.): **Law Office of Mallison & Martinez**

Home Phone (incl. Area Code): REDACTED  
Date of Birth: REDACTED

Street Address: REDACTED  
City, State and ZIP Code: REDACTED

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

Name: **ABM JANITORIAL SERVICES, INC.**  
No. Employees, Members: 500 or More  
Phone No. (Include Area Code): (661) 322-3289  
Street Address: 1400 Easton Drive, Suite 149, Bakersfield, CA 93309

Name: **ABM INDUSTRIES, INC.**  
Street Address: 160 Pacific Avenue, Suite 222, San Francisco, CA 94111

DISCRIMINATION BASED ON (Check appropriate box(es)):
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below)

DATE(S) DISCRIMINATION TOOK PLACE  
Earliest: 01-01-2003  
Latest: 08-28-2006  
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am filing on behalf of a female Utility Worker who was subjected to verbal and physical sexual harassment from on or about January 2003 through August 28, 2006. The sexual harassment consisted of, but is not limited to the following: the female being raped by Jose Vasquez, Supervisor; being invited out to hotels with Mr. Vasquez; being subjected to unwanted sexual comments and innuendos, and Mr. Vasquez would expose his penis to her. The sexual harassment created a hostile work environment, which led the female to resign from her position on or about August 28, 2006. I believe other females have been subjected to similar physical and sexual harassment.

Mr. Vasquez threatened to tell Javier Vasquez, Operations Manager, that the female had initiated the sexual advances if she reported the sexual harassment to Respondent.

I believe that the female Utility Worker in question has been discriminated against on the basis of her sex, female.

I believe that a class of females have been discriminated against on the basis of their sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED

EEOC 00019

# U.S. Equal Employment Opportunity Commission

|  |  |
|---|---|
| Teuila Hanson<br>Assistant General Counsel<br>ABM INDUSTRIES, INC.<br>160 Pacific Avenue, Suite 222<br>San Francisco, CA 94111 | PER  FILING CHARGE<br><br>Law Office Of Mallison & Martinez<br>THIS PERSON (check one or both)<br>☐ Claims To Be Aggrieved<br>☐ Is Filing on Behalf of Other(s)<br>EEOC CHARGE NO.<br>480-2007-01134 |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act  
[ ] The Americans with Disabilities Act  
[ ] The Age Discrimination in Employment Act  
[ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **26-FEB-07** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____

If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Brian A. Nelson,  
Enforcement Supervisor  
*EEOC Representative*  
Telephone **(213) 894-1040**

Los Angeles District Office - 480  
255 E. Temple St. 4th  
Los Angeles, CA 90012

Enclosure(s): [X] Copy of Charge

### CIRCUMSTANCES OF ALLEGED DISCRIMINATION
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [ ] RETALIATION  [ ] OTHER

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| January 26, 2007 | Olophius E. Perry,<br>District Director | *Samantha [signature]* |

EEOC 00020

EEOC Form 212-A (3/98)

# U.S. Equal Employment Opportunity Commission

| TO | California Department Of Fair Employment & Housing<br>611 W. 6th St., Ste.1500<br>Los Angeles, CA 90017 | Date: January 26, 2007<br>EEOC Charge No.<br>480-2007-01134<br>FEPA Charge No. |

**CHARGE TRANSMITTAL**

SUBJECT:

__Law Office Of Mallison & Martinez__   v.   __ABM JANITORIAL SERVICES, INC.__
*Charging Party*                                                  *Respondent*

Transmitted herewith is a charge of employment discrimination initially received by the:

[X] EEOC          [ ] _____   on   __Jan 25, 2007__
                         *Name of FEPA*                              *Date of Receipt*

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

[ ] Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

[ ] The worksharing agreement does not determine which agency is to initially investigate the charge.

[ ] EEOC requests a waiver          [ ] FEPA waives

[ ] No waiver requested               [ ] FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

| Typed Name of EEOC or FEPA Official<br>**Olophius E. Perry** | Signature/Initials |

---

__Law Office Of Mallison & Martinez__   v.   __ABM JANITORIAL SERVICES, INC.__
*Charging Party*                                                   *Respondent*

**TO WHOM IT MAY CONCERN:**

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

[ ] This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

[ ] This will acknowledge receipt of the referenced charge and indicated this Agency's intention to dismiss/close/not docket the charge for the following reasons:



| Typed Name of EEOC or FEPA Official<br>**Olophius E. Perry** | Signature/Initials |

| TO | Los Angeles District Office - 480<br>255 E. Temple St. 4th<br>Los Angeles, CA 90012 | Date: January 26, 2007<br>EEOC Charge No.<br>480-2007-01134<br>FEPA Charge No. |

EEOC 00021



GOBIERNO DE LOS ESTADOS UNIDOS
COMISION DE IGUALDAD DE OPORTUNIDAD EN EL EMPLEO

UNITED STATES GOVERNMENT
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

255 E. TEMPLE STREET, 4TH FLOOR
LOS ANGELES, CALIFORNIA 90012
1-800-669-4000
(213) 894-1000
TDD (213) 894-1121
FAX (213) 894-1118

Law Offices of Mallison & Martinez

[REDACTED]

Charge No.: 480-2007-01134

Charging Party

ABM Janitorial Services, Inc.
1400 Easton Drive, Suite 149
Bakersfield, CA 93309

Respondent

## DETERMINATION

Under the authority vested in me by the Equal Employment Opportunity Commission (Commission), I issue the following determination as to the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended. All requirements for coverage were met.

Charging Party alleges that she was subjected to verbal and physical sexual harassment by her male supervisor. Charging Party further alleges that she was constructively discharged on August 28, 2006..

The Commission has determined that there is reasonable cause to believe that Charging Party was subjected to sexual harassment and was constructively discharged. There is also reasonable cause to believe that similarly situated individuals were subjected to sexual harassment and/or subjected to constructive discharge for complaining about, or rebuking, the sexual harassment.

Therefore, I have concluded that the evidence gathered in the Commission's investigation is sufficient to establish a violation of Title VII of the Civil Rights Act of 1964, as amended. Upon finding that there is reasonable cause to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just

EEOC 00022

Letter of Determination
Charge No. 480-2007-01134
Page 2 of 2

resolution of this matter. The confidentiality provisions of Title VII of the Civil Rights Act of 1964, as amended, and Commission Regulations apply to information obtained during conciliation.

If Respondent declines to discuss settlement or when, for any other reason, a settlement acceptable to the office Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission.

Respondent is reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in Commission investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

A Commission representative will contact you shortly to begin conciliation discussions.

On Behalf of the Commission:

_4/25/07_
Date

_Rosa Viramontes, for_
Olophius E. Perry, District Director
Los Angeles District Office

EEOC 00023



GOBIERNO DE LOS ESTADOS UNIDOS
COMISION DE IGUALDAD DE OPORTUNIDAD EN EL EMPLEO

UNITED STATES GOVERNMENT
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

255 E. TEMPLE STREET, 4TH FLOOR
LOS ANGELES, CALIFORNIA 90012
1-800-669-4000
(213) 894-1000
TDD (213) 894-1121
FAX (213) 894-1118



Charge No.: 480-2007-01134

Law Offices of Mallison & Martinez

Charging Party

ABM Janitorial Services, Inc.
1400 Easton Drive, Suite 149
Bakersfield, CA 93309

Respondent

ABM Industries, Inc.
160 Pacific Avenue, Suite 222
San Francisco, CA 94111

Respondent

## DETERMINATION
## (AMENDED)

Under the authority vested in me by the Equal Employment Opportunity Commission (Commission), I issue the following determination as to the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended. All requirements for coverage were met.

Charging Party alleges that she was subjected to verbal and physical sexual harassment by her male supervisor. Charging Party further alleges that she was constructively discharged on August 28, 2006.

The Commission has determined that there is reasonable cause to believe that Charging Party was subjected to sexual harassment and was constructively discharged. There is also reasonable cause to believe that similarly situated individuals were subjected to sexual harassment and/or subjected to constructive discharge for complaining about, or rebuking, the sexual harassment.

Therefore, I have concluded that the evidence gathered in the Commission's investigation is sufficient to establish a violation of Title VII of the Civil Rights Act of 1964, as amended.

EEOC 00024

Letter of Determination
Charge No. 480-2007-01134
Page 2 of 2

Upon finding that there is reasonable cause to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. The confidentiality provisions of Title VII of the Civil Rights Act of 1964, as amended, and Commission Regulations apply to information obtained during conciliation.

If Respondent declines to discuss settlement or when, for any other reason, a settlement acceptable to the office Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission.

Respondent is reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in Commission investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

On Behalf of the Commission:

Date 9/17/07

Olophius E. Perry, District Director
Los Angeles District Office

EEOC 00025





UNITED STATES GOVERNMENT
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

GOBIERNO DE LOS ESTADOS UNIDOS
COMISION DE IGUALDAD DE OPORTUNIDAD EN EL EMPLEO

255 E. TEMPLE STREET, 4TH FLOOR
LOS ANGELES, CALIFORNIA 90012
1-800-669-4000
(213) 894-1000
TDD (213) 894-1121
FAX (213) 894-1118

J. Kevin Lilly, Esq.
Littler Mendelson
2049 Park East, 5th Floor
Los Angeles, CA 90067-3107

Re: Law Offices of Mallison & Martinez v. ABM Industries, Inc.
EEOC Charge No. 480-2007-01134

Dear Mr. Lilly:

The Equal Employment Opportunity Commission (EEOC) has determined that efforts to conciliate this charge as required by Title VII of the Civil Rights Act of 1964, as amended, have been unsuccessful. This letter constitutes the notice required by §1601.25 of the Equal Employment Opportunity Commission's Procedural Regulations which provides that the EEOC shall notify the parties to a charge in writing when it determines that further conciliation efforts would be futile or non-productive. No further efforts to conciliate this case will be made by the EEOC.

The charge has been referred to the Legal Unit for review to determine whether EEOC will bring a civil action in Federal District Court against the above named Respondent. A determination should be forthcoming in the near future.

On Behalf of the Commission:

9/25/07
Date

Olophius Perry, District Director
Los Angeles District Office

EEOC 00026