# EXHIBIT 2070

# EXHIBIT 2070

# SEXUAL HARASSMENT POLICY

Note: All Employees shall receive a copy of this document annually.

ABM-643 (9/01)

## REMEDIES

If you believe you have been subjected to sexual harassment, you may file a formal complaint with the Equal Employment Opportunity Commission (180 day period for filing a claim) or your local state agency. Using your internal complaint process does not prohibit you from filing a complaint with these agencies.

### In California

The Department of Fair Employment and Housing
Toll Free: 1-800-884-1684 (Within California)
1-916-227-0551 (Outside California)
TTY: 1-800-700-2320
Web: www.dfeh.ca.gov

### In Massachusetts

The U.S. Equal Employment Opportunity Commission
1 Congress Street - 10th Floor
Boston, MA 02114        (617) 565-3200

The Massachusetts Commission Against Discrimination
Boston Office:
One Ashburton Place - Rm 601
Boston, MA 02108-1518   (617) 727-3990

*or contact your local state fair employment agency or human rights commission.*

The U.S. Equal Employment Opportunity Commission ("EEOC")
Headquarters Office
1801 L Street N.W.
Washington, D.C. 20507
(202) 663-4900
TDD (202) 663-4494

Toll-Free Number: 1-800-669-4000 TDD 1-800-669-6820(This number will access the appropriate EEOC office responsible for servicing the geographic area from which the call is being dialed.)

EEOC00745

# SEXUAL HARASSMENT POLICY

## DEFINITION OF SEXUAL HARASSMENT

Sexual harassment is defined as unwanted sexual advances, requests for sexual favors or other visual, verbal or physical conduct of a sexual nature. This definition includes many forms of offensive behavior and includes gender-based harassment of a person of the same sex as the harasser. The following list describes examples of unlawful sexual harassment:

- Unwanted sexual advances.

- Offering employment benefits in exchange for sexual favors.

- Making or threatening reprisals after a negative response to sexual advances.

- Visual conduct: leering, making sexual gestures, displaying of sexually suggestive objects or pictures, cartoons or posters.

- Verbal conduct: making or using derogatory comments, epithets, slurs, and jokes.

- Verbal sexual advances or propositions.

- Verbal abuse of a sexual nature, graphic verbal commentaries about an individual's sexual experiences or activities, sexually degrading words used to describe an individual, suggestive or obscene letters, notes or invitations.

- Physical conduct: unwelcome contact or touching, assault, impeding or blocking movements.

It is the responsibility of any employee who has been harassed or discriminated against, or who has witnessed such harassment or discrimination, to immediately report it to their direct supervisor or to a senior supervisor. Furthermore, it is the responsibility of any supervisor who receives such a report to immediately communicate it to their management and to their human resource representative.

## SEXUAL HARASSMENT IN THE WORKPLACE IS UNLAWFUL.

## RETALIATION

It is unlawful to retaliate against an employee for filing a complaint of sexual harassment or for cooperating in an investigation of a complaint for sexual harassment.

## DISCIPLINARY ACTION

If it is determined that inappropriate conduct has been committed by an employee, the Company will take appropriate disciplinary action. Consequences may range from counseling to termination of employment, and may include such other forms of disciplinary action as are deemed appropriate under the circumstances.

## COMPLAINT PROCEDURE

Employees should report incidents of sexual harassment or other unlawful harassment promptly to their supervisor. If the supervisor is unavailable or the employee believes it would be inappropriate to contact this person, the employee should immediately contact the next level of management or the Employee Relations Unit of ABM's Human Resource Department. Employees may also call ABM's 24-hour Harassment Hotline at 1-800-977-8674 (ID code number enclosed). Employees may raise concerns and make reports without fear of retaliation by management, employees or co-workers.

- Your supervisor or Human Resources Representative will conduct an immediate, thorough, objective and complete investigation. All those with information on the matter should be interviewed. A determination will be made and the results communicated to the complainant, to the alleged harasser, and, as appropriate, to all others directly concerned.

- If sexual harassment has occurred, your supervisor will take effective action to stop any further harassment and to lessen any effects of the harassment.