# EXHIBIT 2071

# EXHIBIT 2071

## BAKERSFIELD POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
## THIS REPORT IS FOR THE EXCLUSIVE USE OF

GO 2005-122392 (UNFOUNDED)                    7100 - 2 POSSIBLE SEXUAL ASSAULT

### General Offense Information

Operational status : UNFOUNDED
Reported on : Jun-26-2005 (Sun.) 2220
Occurred on : Jun-26-2005 (Sun.) 2100
Approved on : Jun-27-2005 (Mon.) by : 723 - WHITAKER, WALLY
Report submitted by : 855 - WILSON, STEPHEN
Org unit : OPERATIONS SHIFT 1
Accompanied by : 952 - DILLARD, PATRICK
Location : 2300 E BRUNDAGE LN
Place name : VALLEY HIGH SCHOOL
Municipality : BAKERSFIELD  County : KERN COUNTY
District : E Beat : 08 Grid : 341
Bias : NONE (NO BIAS)
Family violence : NO

### Offenses (Completed/Attempted)

Offense : #1  7100 - 2 POSSIBLE SEXUAL ASSAULT - COMPLETED
Location : SCHOOL/COLLEGE (INCLUDES UNIVERSITY)
Offender suspected of using : NOT APPLICABLE
Weapon type : NONE

### Related Event(s)

  CP  2005-122392

### Related Person(s)

VICTIM #1: JAUREGUE, ANGELICA
(Case Specific Information)

Sex : FEMALE
Race : WHITE
Date of birth : Aug-16-1974
Address : 1015 BARROW ST , BAKERSFIELD , CALIFORNIA 93307-
Phone Numbers: BUSINESS : (661)322-3289
Occupation : CLEANING
Employer : ABM JANITORIAL

Master Name Index Reference
VICTIM #1: JAUREGUE, ANGELICA
Sex : FEMALE
Race : WHITE
Date of birth : Aug-16-1974

Linkage factors
Resident status : RESIDENT
Injury severity : NOT INJURED
Type of injury : NONE
Victim of :
  7100 - 2 POSSIBLE SEXUAL ASSAULT - COMPLETED

For: S341  Thursday August 14, 2008                                    Page: 1 of 5

EEOC01147

# BAKERSFIELD POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### THIS REPORT IS FOR THE EXCLUSIVE USE OF

GO 2005-122392 (UNFOUNDED)   100 - 2 POSSIBLE SEXUAL ASSAULT

**SUSP/OFFNDR #1: VASQUEZ, JOE**
(Case Specific Information)

Sex : MALE
Race : WHITE
Ethnicity : HISPANIC/MEXICAN/LATINO
Date of birth : Oct-09-1954
Address : 229-601 EUCALYPTUS , BAKERSFIELD , CALIFORNIA 93306-
Phone Numbers: HOME : (661)366-5716
Occupation : SUPERVISOR
Employer : ABM JANITORIAL  SACRAMENTO, CA
Language(s) spoken: ENGLISH
Height : 5'10
Weight: 250 lbs
Complexion : MEDIUM
Build : HEAVY
Hair color : GRAY OR SALT/PEPPER
Hair style : SHORT
Lens type : GLASSES

**Master Name Index Reference**
SUSP/OFFNDR #1: VASQUEZ, JOE
Sex : MALE
Race : WHITE
Ethnicity : HISPANIC/MEXICAN/LATINO
Date of birth : Oct-09-1954

**Linkage factors**
Resident status : RESIDENT

---

**WITNESS #1: STEVENSON, SCOTT**
(Case Specific Information)

Sex : MALE
Race : WHITE
Ethnicity : WHITE
Date of birth : Sep-30-1968
Address : 6113 CALABRIA DR , BAKERSFIELD , CALIFORNIA 93308-
Phone Numbers: HOME : (661)588-2723 BUSINESS : (661)619-4654
Occupation : KITCHEN MANAGER
Employer : VALLEY HIGH SCHOOL  2300 E BRUNDACE LN
Additional remarks :
    FOSTER PARENT

**Master Name Index Reference**
WITNESS #1: STEVENSON, SCOTT GLENN
Sex : MALE
Race : WHITE
Ethnicity : WHITE
Date of birth : Sep-30-1968

For: S341 Thursday August 14, 2008                                      Page: 2 of 5

EEOC01148

**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**THIS REPORT IS FOR THE EXCLUSIVE USE OF**

GO 2005-122392 (UNFOUNDED)                7100 - 2 POSSIBLE SEXUAL ASSAULT

**Linkage factors**
Resident status : RESIDENT

**Related text page(s)**

Document: INITIAL OFFENSE REPORT
   Author: 952 - DILLARD, PATRICK

On the above listed date and time Officer Wilson and I were dispatched to Valley High School at 2300 E Brundage Ln. regarding a possible attempt rape call. Upon arrival we contacted the school kitchen manager Stevenson.

Stevenson said he was notified by some students that they heard noises in the trash bin area which is enclosed by and approximate 6' brick wall and a chain link gate for access to the trash bin. Stevenson went to the trash bin area with a bag of trash and saw a janitor he identified as Joe Vasquez standing at the gates of the trash bin grasping both gates with both of his hands. He said he saw Jauregue inside the trash bin area and looked frightened. Stevenson was standing behind Vasquez who did not know he was there. Stevenson stated Jauregue was attempting to get by Vasquez and every time she got close to Vasquez he would block her path and attempt to grab her breasts. Stevenson threw the bag of trash over the wall into the trash bin which startled Vasquez who did not say anything and walked away.

We contacted Jauregue who said she went to the trash bin to dispose of trash. While she was inside the trash bin area Vasquez approached and blocked the exit way. She said he did not say anything to her and she became frightened. She attempted to walk past Vasquez and he placed both of his hands on the gates preventing her from getting by. She backed away from Vasquez then again tried to walk past him. She said as she got closer to him he tried to place his hands on her chest area. She said she backed away before Vasquez could touch her. She said he still had not said anything to her when she saw Stevenson standing behind Vasquez. She said Vasquez threw a trash bag into the trash bin and Vasquez turned around and walked away without saying anything. She said Vasquez detained her in the trash bin area against her will for about two minutes.

Both Vasquez and Jauregue are employees of ABM Janitorial who is contracted by Valley High School. We were unable to completely identify Vasquez who had already left. Stevenson provided a work number of 322-3289 for ABM Janitorial and a cell number for Vasquez of 201-1059. We were unable to contact Vasquez at this time.

No further

Document: DETECTIVE NOTES
   Author: 411 - MARSHALL, DAVID (Retired)
Related date/time: Jun-29-2005 1522
6/29/2005- Case was assigned and reviewed. I went to 1015 Barlow to contact the victim in this case. I noted the initial report indicated the residence

EEOC01149

**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**THIS REPORT IS FOR THE EXCLUSIVE USE OF**

GO 2005-122392 (UNFOUNDED)                 7100 - 2 POSSIBLE SEXUAL ASSAULT

was located on Barrow Street. I contacted the resident at 1015 Barlow and asked for Angelica Jauregue. The resident told me that he had recently moved into the house. Angelica was the previous resident and had moved to an unknown location. I then ended this interview.

Later in the day, I telephoned the suspect Joe Vasquez. I requested that he respond to the BPD later this afternoon. Vasquez agreed to meet with me later this afternoon. I then ended this interview. (Vasquez later failed to make this appointment).

6/30/2005- I telephoned Joe Vasquez and he agreed to meet with me at the BPD this afternoon. Later in the afternoon, I met with Vasquez at the BPD. After identifying him, he stated that he was aware of this investigation. He had brought the victim to the BPD. He indicated that he and Angelica had playing around. He had hugged her but it was not sexual. He did not try to touch her breasts and did not try to block her from leaving the trash dumpster. I asked him why Angelica had told the initial responding officers a different version of the incident. He told me that he did not know, she must of been lying. I then ended this interview.

I went to the lobby of the BPD and asked Angelica if she would speak with me. While we were walking to the interview room, Angelica said that she only spoke Spanish. I asked BPD investigations clerk Brenda De La Garza to translate for me. After briefing De LA Garza on the case, she asked Angelica what had happened. Angelica said that she was throwing away the trash. Vasquez was helping her to throw away the trash because it was very dirty. He had only touched her arm. He was playing with her and had never touched her in the breast area. He had never held her against her will. He was simply playing around with her. This was all a big misunderstanding. The other guy from the church was mistaken, they had only been playing. Through De La Garza, I told Angelica that I did not believe her. She had told the initial officers a different story, I thought she was afraid of being fired from her job. Angelica said that she was not afraid of being fired, the incident had been only playing. The other individual must of been mistaken. I told her that I thought she was lying and because she initially told the truth to the officers. She was now giving false information. Angelica said that she did in fact live at 1015 1/2 Barlow in the residence to the rear of the property. I then ended this interview.

After finishing these interviews, I telephoned Scott Stevenson and asked him about this incident. Stevenson confirmed that he had witnessed this incident. He said that he had stood for a few moments and watched the two subjects in the trash area. He said that he had seen the male subject touch the female in the breast area and in the genitial area. He felt that the female subject was a victim of a sexual assault. I then ended this interview.

Based on the denial of the offense by the victim, this case is unfounded.

EEOC01150

# BAKERSFIELD POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### THIS REPORT IS FOR THE EXCLUSIVE USE OF

GO 2005-122392 (UNFOUNDED)                              7100 - 2 POSSIBLE SEXUAL ASSAULT

** END OF HARDCOPY **

EEOC01151

## LAW ENFORCEMENT REPORT FORM
### FRESNO POLICE DEPARTMENT
2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

Event: 09BG4223

Case: 09-067224

### INCIDENT INFORMATION

Report #: 1 of 1     Report Type: GI/COURTESY REPORT     District: SW  Sector: B     Zone: 9999
Definition and Class: GIGI - GI /SEXUAL BATTERY - Lvl O
Occurred From: 08/04/09 00:30 Tue     Occurred To: 08/07/09 21:00 Fri  Received Date: 08/19/09 21:27 Wed
Business: PELCO 292-1981
Location: 3500 PELCO WY CLOVIS
Cross Street: W PONTIAC WY
How Rcv:: O

### CASE FACTORS

**SOLVABILITY FACTORS**
    SUSPECT CAN BE IDENTIFIED
**SPECIAL FACTORS**
    CONFIDENTIAL, COURTESY REPORT, ELECTRONIC REPORT

### APPROVALS AND ROUTING

Close Class: GIR     Open Class:: 4C
CAS Code: GIRP
Printed: 8/22/2009 2:49:54 AM     Printed By: ARRIET (V3851), TOM(T107)     Printed From: A66980RE
Rpt #: 1    Type: FIRST     Officer: DASILVA (V3855), ILIDIO #P1321     Clerk: #     Created: 08/19/09 21:27
Filed Date: 08/19/09 22:01  Assigned Date: 08/19/09 22:01
Approved By: PALOMINO (V3900), MIKE #S13
Reviewed By: VASQUEZ (V2005), EVA #T93
From: P1321  To: RR      Route Date: 8/20/2009 5:21:48 AM     Reason: INVESTIGATE
Date Approved: 8/21/2009 8:26:59 AM
Date Reviewed: 8/21/2009 9:17:43 AM

### NAMES

Inv: SUSPECT # 1    Adult/Juvenile: A   Type: PERSON
Name: PILAR, ADALBERTO RAMIREZ
Race: H    Sex: M     Age: 45     Height: 510  Weight: 240  Hair: BRO    Eyes: HAZ
Occupation: SUPERVISOR      Employer: ABM JANITORIAL SERVICES
Crime Type: PC 243.4(D)  Suspect Status: ATLG
Unknown

Physical Desc:     Category              Type
                   HAIR LENGTH           SHORT
                   COMPLEXION            ACNE
                   COMPLEXION            LIGHT/FAIR
                   FACIAL HAIR           MUSTACHE
Employer: 4747 N BENDEL AV #104, FRESNO, CA 93722
***** Charge Information *****

| Section | Code | Lvl | Description | Counts | Bail | Warrant |
|---|---|---|---|---|---|---|
| 243.4(D) | PC | M | SEXUAL BATT:SEX AROUSAL | 1 | | |

Judicial District: FRESNO MUNI

8-22-09
CLOVIS PD

TA

Officer: DASILVA (V3855), ILIDIO #P1321
Supervisor: PALOMINO (V3900), MIKE #S13

Page 1 of 3

# FRESNO POLICE DEPARTMENT

Event: 09BG4223  CA0100500  Case: 09-067224

## NAMES

Inv: VICTIM # 1    Adult/Juvenile: A    Type: PERSON
Confidential Name
Name: MURILLO, MARA RAQUEL
Race: H    Sex: F    DOB: 07/16/1979    Age: 30    Height: 504    Weight: 160    Hair: BLK    Eyes: BRO
Occupation: JANITOR    Employer: ABM JANITORIAL SERVICES
Language: SPANISH
Confidential
Confidential Address
Home: 4615 E ANDREWS AV. FRESNO, CA 93726
Phone: (559)286-4029

Inv: WITNESS # 1   Type: PERSON
Name: QUINTERO, MARIA
Home: 4708 E OLIVE AV #A, FRESNO, CA
Phone: (559)269-2149    Phone2: (559)452-9064

## MO

PLACE OF ATTACK
    STRUCTURE
SURROUNDING AREA
    BUSINESS
VICTIM ACTIVITY
    AT WORK

## OTHER FACTORS

None

## NARRATIVE

**MEMBERS WHO CAN TESTIFY:**
Officer William McCarty #P1375

### SOURCE:
On 8-19-09 at approx. 2125 hours, Officer McCarty and I were working uniformed patrol in the CE policing district as 2C31. While logging onto to our vehicle at the CE station, a citizen walked up to us to report a sexual battery. The victim reported that the battery had occurred two weeks prior at the PELCO plant in Clovis.

### INVESTIGATION:
A statement was obtained from the victim and the report forwarded to Clovis PD.

### Statement of Confidential Victim:
On 8-4-09 at approx. 0030 hours (tuesday morning). the victim was cleaning the bathroom of building #8 at the PELCO plant in Clovis. Adalberto Pilar, the victim's supervisor, entered the bathroom and began to come onto the victim. Pilar told the victim, "How pretty you are. Why are you alone? Do you think, I am too old for you, etc?" The victim felt uncomfortable and told Pilar "Leave me in peace, let me work!" Pilar left the restroom without incident.

Officer: DASILVA (V3855), ILIDIO #P1321
Supervisor: PALOMINO (V3900), MIKE #S13

Page 2 of 3

EEOC01153

Event: 09-BG4223								Case: 09-067224

Friday, 8-7-09 at approx. 2100 hours, the victim was working in building #6 and #2. The victim had a sneezing fit and went into the womens' restroom to blow her nose. Pilar walked into the women's restroom and told her "Here is your duster (Pilar had borrowed the victim's duster." Pilar began to come onto the victim again. The victim told Pilar that she was going to leave. Pilar told the victim, "You're not leaving." and stood in the doorway.

The victim told Pillar that she was going to scream. Pilar told the victim that no one was going to hear her. The victim told Pilar that there were cameras. Pilar responded that he knew where there were cameras and where there weren"t. As he was saying these things he got closer to the victim. Pilar forced himself onto the victim and began to kiss her all over her face. The victim tried to knee Pillar in the groin but he was too tall.

The victim was backed into one of the stalls. Pilar was fondling the victim and telling her, "Let me. you'll like it." Pilar was able to get the victim's pants undone and lowered past her hips. Pilar was fondling the victim on her buttocks and vagina. The victim was trying her best to fight off Pilar. Pilar gave up and left when he was unable to over-power the victim.

The victim said that there was a witness by the name of Maria Quintero outside of the bathroom hearing the disturbance. Quintero said that she had been sexually assaulted by Pilar and so had her daughter and other women.

The victim said she reported the assault to PELCO staff and her employer ABM Janitorial supplies. Both parties are investigating the allegations. The victim said that the PELCO supervisor was supportive. Her employer was mad at her and told her
that she had just caused allot of trouble for herself by notifying PELCO.
The victim said that her male ABM rep is Pilar's friend and covers up for him. The victim said that Pilar has assaulted several ABM female employees in the past.

## CONCLUSIONS / DEDUCTIONS:
Based on the victim's statement, I concluded that Adalberto Pilar violated PC 243.4(d) sexual battery.

## DISPOSITION:
1) Victim given case number and advised to follow-up with Clovis PD.
2) Report forwarded to Clovis PD.

Officer: DASILVA (V3855), ILIDIO #P1321
Supervisor: PALOMINO (V3900), MIKE #S13						Page 3 of 3

EEOC01154