# EXHIBIT 2072

# EXHIBIT 2072

# ABM Janitorial Services

## UNEMPLOYMENT SEPARATION NOTICE

| | |
|---|---|
| Company **ABM** | BRDS **5852** |
| Employee Name **Maria Bicuete** | Social Security Number **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** |
| Job Title **Janitor** | Dates of Employment  Start **4-17-06**  Last **3-13-07** |
| Rate of Pay **8.05** Per | Previous Dates of Employment  Start _____  Last _____ |
| Working Hours  From **6** am/pm  To **2:30** am/pm | Working Days **1** |

### MONIES PAID AFTER SEPARATION

| | |
|---|---|
| Vacation Pay $ | Holiday Pay $ |
| Dates Allocated | Dates Allocated |
| Wages in Lieu of Notice $ | Severance Pay $ |
| Dates Allocated | Dates Allocated |

### REASON FOR SEPARATION

☒ Voluntarily Quit   ☐ Discharge   ☐ Lack of Work

Is this a temporary layoff?  ☐ Yes  ☐ No
Was there continued work offered at another location / property?  ☐ Yes  ☐ No

**What was the final circumstance leading to separation?**

No reason Given

**What other circumstances, if any, were taken into consideration?**

### Previous Warnings

☐ Written Verbal Warning (attach copies)   Date:
☐ Letter of Warning   Date:
☐ Final Letter of Warning   Date:

### ADDITIONAL DOCUMENTATION

**Supervisor's Comments (continue on back)**

Immediate Supervisor's Signature _____  Date **3/13/09**  Title **Supervisor**

Phone **(831) 276-9096**

Witness

Attach supportive documents as applicable (warning notices, application forms, company policy, doctor's statements, etc.).

This form should be completed immediately at separation time and FAXED with attachments to:

**EMPLOYERS UNITY, INC**
Fax: (303) 552-3608

Distribution:   Original to Employer's Unity   Copy to Personnel File

## ABM Janitorial Services — UNEMPLOYMENT SEPARATION NOTICE

| Field | Value |
|---|---|
| Company | ABM |
| Employee Name | Delia Melsa |
| Job Title | Janitor |
| Rate of Pay | $8.00 Per hrs |
| Working Hours | From 5 am/pm To 12 am/pm |
| BRDS | 58-02 |
| Social Security Number | 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 |
| Dates of Employment | Start / Last |
| Previous Dates of Employment | Start / Last |
| Working Days | Mon To Fry |

### MONIES PAID AFTER SEPARATION

| | |
|---|---|
| Vacation Pay $ | Holiday Pay $ |
| Dates Allocated - | Dates Allocated - |
| Wages in Lieu of Notice $ | Severance Pay $ |
| Dates Allocated - | Dates Allocated - |

### REASON FOR SEPARATION

[X] Voluntarily Quit    [ ] Discharge    [ ] Lack of Work

Is this a temporary layoff?  [ ] Yes  [ ] No
Was there continued work offered at another location / property?  [ ] Yes  [ ] No

**What was the final circumstance leading to separation?**

**What other circumstances, if any, were taken into consideration?**

**Previous Warnings**
- [ ] Written Verbal Warning (attach copies)   Date:
- [ ] Letter of Warning   Date:
- [ ] Final Letter of Warning   Date:

### ADDITIONAL DOCUMENTATION

Supervisor's Comments (continue on back)

Jose Jimenez    4-16-07
Immediate Supervisor's Signature   Date   Title

Phone (559) 276-90-96

Witness

Attach supportive documents as applicable (warning notices, application forms, company policy, doctor's statements, etc.).
This form should be completed immediately at separation time and FAXED with attachments to:

EMPLOYERS UNITY, INC
Fax: (303) 552-3608

Distribution:   Original to Employer's Unity   Copy to Personnel File

J:\CARMES\SU\SU\ TRAINING as of 8-1-05

D1331

# EMPLOYEE TERMINATION REPORT  ABM-322-K (REV. 9/00)

Completion of this form is mandatory anytime an employee terminates, whether voluntary or involuntary. Complete all information as thoroughly as possible, and forward the form to the Company's unemployment vendor, Employer's Unity. Your Division Controller can be contacted for the address of your local Employer's Unity office.

| FULL NAME OF EMPLOYEE | DIVISION/BRANCH | SOCIAL SECURITY NUMBER |
|---|---|---|
| Delia Melia | Fresno CA | 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 |

| LAST KNOWN ADDRESS (STREET, CITY, STATE, ZIP) | | TELEPHONE NUMBER |
|---|---|---|
| 1284 W. Brown Ave. Fresno CA 93705 | | ( ) |

| HIRE DATE | HOW LONG IN JOB? | LAST DAY WORKED | RATE OF PAY | ☐ HOURLY ☐ SALARIED |
|---|---|---|---|---|
| 02-13-08 | 5 months | 11-15-08 | $ | |

| TERMINATION DATE | JOB AT TERMINATION | NAME AND TITLE OF SUPERVISOR | TELEPHONE NUMBER |
|---|---|---|---|
| | City Lights Control | Scott Gilmore | ( ) |

☒ VOLUNTARY QUIT (ATTACH LETTER OF RESIGNATION)   ☐ OTHER EMPLOYMENT   ☐ MOVING FROM AREA
REASON GIVEN AND NOTICE PROVIDED, IF ANY

☐ LAYOFF/LACK OF WORK
SPECIFIC REASON

IF LAYOFF / LACK OF WORK, WAS THERE CONTINUED WORK OFFERED AT ANOTHER LOCATION / PROPERTY?
☐ YES   ☐ NO

☐ DISCHARGE FOR CAUSE   ☐ POOR PERFORMANCE   ☐ MISCONDUCT   ☐ OTHER
SPECIFIC REASON AND ANY PRIOR WARNINGS (INCLUDE DATES)

IF RECONSIDERATION REQUESTED, REASON

DISCHARGE RECONSIDERATION GRANTED?   ☐ YES   ☐ NO
DECISION AND REASON

DATE  4-6-09

SIGNATURE (EMPLOYEE) _____ NAME AND TITLE _____ DATE _____

SIGNATURE (MANAGER) _____

DISTRIBUTION:   ORIGINAL - BRANCH   COPY - UNEMPLOYMENT REPRESENTATIVE

D1332



**ABM Janitorial Services**

**APPLICATION FOR EMPLOYMENT/SERVICE EMPLOYEE**   ABM-124

DATE: 3-19-02

**NOTE**

A. This application will remain active for 90 days only. If you wish to be considered for employment thereafter, you must submit another Employment Application.

B. Applicants receive consideration for employment without regard to race, color, ancestry, religion, gender, age, national origin, sexual orientation, disability, veteran status or marital status. ABM Janitorial is an Affirmative Action employer.

C. Statements made in this application will be relied upon in making the hiring decision.

D. Any promises regarding the terms of employment and / or promotional opportunities, whether express or implied, are null and void unless made in writing and signed by an officer of the Company.

E. ABM Janitorial is committed to a safe, healthy work environment. **Applicants and employees may be required to take a drug test.**

**ID.**

NAME LAST: Rodriguez   MIDDLE: ___   FIRST: Adalberto   SOCIAL SECURITY NUMBER: [REDACTED]

PRESENT STREET ADDRESS: 5379 E Lamona Ave   HOME TELEPHONE NUMBER: ___

CITY: Fresno   STATE: Calif   ZIP CODE: 93727   ARE YOU AT LEAST 18 YEARS OF AGE? ☒ YES  ☐ NO

**POSITION DESIRED**

TYPE OF WORK DESIRED: ___

WAGES EXPECTED: ___

**GENERAL**

HOW WERE YOU REFERRED TO ABM Janitorial? ___

HAVE YOU EVER WORKED FOR ABM Janitorial BEFORE? IF YES, WHERE AND WHEN?
☒ YES  ☐ NO   San Jose

DO YOU HAVE ANY RELATIVES EMPLOYED BY ABM Janitorial? IF YES, GIVE NAME: Rosa   RELATIONSHIP: Esposa
☒ YES  ☐ NO

HAVE YOU SERVED IN THE U.S. ARMED SERVICES?   IF YES, BRANCH OF SERVICE / HIGHEST RANK RECEIVED:
☐ YES  ☒ NO

TYPE OF TRAINING AND DUTY IN SERVICE: ___

HAVE YOU EVER BEEN CONVICTED OF A CRIME?   NOTE: OMIT MINOR TRAFFIC VIOLATIONS.
☐ YES  ☒ NO   A CONVICTION WILL NOT NECESSARILY BAR APPLICANTS FROM EMPLOYMENT.
IF YES, PLEASE EXPLAIN: ___

UPON AN OFFER OF EMPLOYMENT, CAN YOU, AS REQUIRED BY LAW, PROVIDE THE APPROPRIATE ORIGINAL DOCUMENTS SHOWING ELIGIBILITY TO WORK IN THE UNITED STATES?
☒ YES  ☐ NO

WHICH FOREIGN LANGUAGES DO YOU HAVE WORKING SKILL?   SPEAK: Español   READ: ___   WRITE: ___

HAVE YOU EVER BEEN BONDED?  ☐ YES  ☐ NO    HAVE YOU EVER BEEN REFUSED BONDING?  ☐ YES  ☐ NO

**EDUCATION**

| NAME OF SCHOOL | LOCATION | GRADUATED? LAST GRADE COMPLETED | SPECIAL COURSES MAJOR / GRADE POINT AVERAGE |
|---|---|---|---|
| HIGH SCHOOL | Mexico | 6 | |
| COLLEGE / UNIVERSITY | | DEGREE | |
| GRADUATE OR BUSINESS | | DEGREE | |

REDACTED   D1679

## INDICATE JANITORIAL AND OTHER CLEANING EXPERIENCE (PLEASE CHECK BOX)

| EXPERIENCE | YRS | MOS | EXPERIENCE | YRS | MOS | EXPERIENCE | YRS | MOS |
|---|---|---|---|---|---|---|---|---|
| ☒ Office Buildings / Banks | | | ☐ Schools | | | ☒ Route Work | | |
| ☐ Industrial | | | ☐ Airports | | | ☒ Floor Waxing | | |
| ☐ Department Stores | | | ☐ Hospitals | | | ☒ Carpet Cleaning | | |
| ☒ Retail Shopping Centers | | | ☐ Hotels | | | ☒ Window Cleaning | | |
| ☐ Theaters | | | ☐ Other: | | | ☒ Other: | | |

DO YOU HAVE A LIFE SAFETY CERTIFICATE?
☐ YES   ☐ NO

DRIVER'S LICENSE NUMBER (IF DRIVING REQUIRED) [REDACTED]   STATE

IS THERE ANY ADDITIONAL INFORMATION RELATIVE TO CHANGE OF NAME, USE OF ASSUMED NAME, OR NICKNAME NECESSARY TO ENABLE A CHECK ON YOUR WORK HISTORY?
☒ YES   ☐ NO     IF YES, EXPLAIN

LIST SPECIAL SKILLS AND EQUIPMENT YOU CAN OPERATE

---

**ALL APPLICANTS READ AND COMPLETE THIS SECTION**

I certify that the information contained in this employment application is complete, correct and accurate to the best of my knowledge and I understand that any falsifications or omissions may result in denial of employment or dismissal. I authorize ABM Janitorial to act as my agent in securing information about me from any person or company without liability to such person or company or to ABM Janitorial. If an employment relationship is established, I understand that I will be an employee-at-will and that my employment and compensation can be terminated with or without cause and with or without notice, at any time by either myself or ABM Janitorial. No modifications of these statements shall be valid unless in writing signed by me and the Company President. In addition, if accepted for employment, I hereby agree to abide by the rules and policies of ABM Janitorial.

APPLICANT SIGNATURE: *Adalberto Rodriguez*   DATE: 8-19-02

REDACTED

D1680

# ABM Janitorial Services

## APPLICATION FOR EMPLOYMENT/SERVICE EMPLOYEE   ABM-124 M (1-96)

**DATE:** 12-27-96

### NOTE
- **A.** This application will remain active for 90 days only. If you wish to be considered for employment thereafter, you must submit another Employment Application.
- **B.** Applicants receive consideration for employment without regard to race, color, ancestry, religion, gender, age, national origin, sexual orientation, disability, veteran status or marital status. ABM Janitorial is an Affirmative Action employer.
- **C.** Statements made in this application will be relied upon in making the hiring decision.
- **D.** Any promises regarding the terms of employment and / or promotional opportunities, whether express or implied, are null and void unless made in writing and signed by an officer of the Company.
- **E.** ABM Janitorial is committed to a safe, healthy work environment. Applicants and employees may be required to take a drug test.

### I.D.
- **NAME (LAST, FIRST, MIDDLE):** Juarez Allen Henry
- **PRESENT STREET ADDRESS:** 2264 N. Marks Apt. #222
- **CITY, STATE, ZIP CODE:** Fresno CA. 93722
- **SOCIAL SECURITY NUMBER:** [REDACTED]
- **HOME TELEPHONE NUMBER:** [REDACTED]
- **ARE YOU AT LEAST 18 YEARS OF AGE?** ☑ YES  ☐ NO

### POSITION DESIRED
- **TYPE OF WORK DESIRED:** Maintenance & Janitorial, and willing to do or learn Any Other Jobs
- **WAGES EXPECTED:**

### GENERAL
- **HOW WERE YOU REFERRED TO ABM Janitorial?** Family
- **HAVE YOU EVER WORKED FOR ABM Janitorial BEFORE?** ☐ YES  ☑ NO   IF YES, WHERE AND WHEN?
- **DO YOU HAVE ANY RELATIVES EMPLOYED BY ABM Janitorial?** ☑ YES  ☐ NO
- **IF YES, GIVE NAME:** Maria Valle & Paul Zamora
- **RELATIONSHIP:** Parents
- **HAVE YOU SERVED IN THE U.S. ARMED SERVICES?** ☐ YES  ☑ NO
- **IF YES, BRANCH OF SERVICE / HIGHEST RANK RECEIVED:**
- **TYPE OF TRAINING AND DUTY IN SERVICE:**

- **HAVE YOU EVER BEEN CONVICTED OF A CRIME?** ☐ YES  ☑ NO
  - NOTE: OMIT MINOR TRAFFIC VIOLATIONS. A CONVICTION WILL NOT NECESSARILY BAR APPLICANTS FROM EMPLOYMENT.
- **IF YES, PLEASE EXPLAIN:**

- **UPON AN OFFER OF EMPLOYMENT, CAN YOU, AS REQUIRED BY LAW, PROVIDE THE APPROPRIATE ORIGINAL DOCUMENTS SHOWING ELIGIBILITY TO WORK IN THE UNITED STATES?** ☑ YES  ☐ NO

- **IN WHICH FOREIGN LANGUAGES DO YOU HAVE WORKING SKILL?**
  - SPEAK: English & Spanish
  - READ: English & Spanish
  - WRITE: English & Spanish

### EDUCATION

| NAME OF SCHOOL | LOCATION | GRADUATE? LAST GRADE COMPLETED | SPECIAL COURSES MAJOR/G.P.A. |
|---|---|---|---|
| **HIGH SCHOOL:** Fresno High | Echo & McKinley | 12th | |
| **COLLEGE / UNIVERSITY:** | | DEGREE | |
| **COLLEGE / UNIVERSITY:** | | DEGREE | |
| **BUSINESS / TRADE / SPECIAL SCHOOL:** | | | |

REDACTED

D1503

# ABM Janitorial Services

## UNEMPLOYMENT SEPARATION NOTICE

| | |
|---|---|
| Company: A.B.M. | BRDS: 58-02 |
| Employee Name: David Guerrero | Social Security Number: [REDACTED] |
| Job Title: Supervisor | Dates of Employment: Start 3-24-04 Last 4-15-08 |
| Rate of Pay: $ Salary | Previous Dates of Employment: Start — Last — |
| Working Hours: From ___ am/pm To ___ am/pm | Working Days: |

### MONIES PAID AFTER SEPARATION

| Vacation Pay $ | Holiday Pay $ |
|---|---|
| Dates Allocated — | Dates Allocated — |
| Wages in Lieu of Notice $ | Severance Pay $ |
| Dates Allocated — | Dates Allocated — |

### REASON FOR SEPARATION

- [ ] Voluntarily Quit
- [ ] Discharge
- [x] Lack of Work

Is this a temporary layoff? [ ] Yes [ ] No
Was there continued work offered at another location / property? [ ] Yes [ ] No

**What was the final circumstance leading to separation?**
Lost of a contract.

**What other circumstances, if any, were taken into consideration?**

**Previous Warnings**
- [ ] Written Verbal Warning (attach copies)   Date:
- [ ] Letter of Warning   Date:
- [ ] Final Letter of Warning   Date:

### ADDITIONAL DOCUMENTATION

Supervisor's Comments (Continue on back)

[signature]   4-15-08

Immediate Supervisor's Signature   Date   Title

Phone ( )   Witness

Attach supportive documents as applicable (warning notices, application forms, company policy, doctor's statements, etc.).
This form should be completed immediately at separation time and FAXED with attachments to:

**EMPLOYERS UNITY, INC**
Fax: (303) 552-3608

Distribution:   Original to Employer's Unity   Copy to Personnel File


**ABM Janitorial Services**

## APPLICATION FOR EMPLOYMENT/SERVICE EMPLOYEE  ABM-124 (Rev. 10/02)

**DATE:** Sep-17-2007

### NOTE
- **A** This application will remain active for 90 days only. If you wish to be considered for employment thereafter, you must submit another Employment Application.
- **B** Applicants receive consideration for employment without regard to race, color, ancestry, religion, gender, age, national origin, sexual orientation, disability, veteran status or marital status. ABM Janitorial is an Affirmative Action employer.
- **C** Statements made in this application will be relied upon in making the hiring decision.
- **D** Any promises regarding the terms of employment and / or promotional opportunities, whether express or implied, are null and void unless made in writing and signed by an officer of the Company.
- **E** ABM Janitorial is committed to a safe, healthy work environment. **Applicants and employees may be required to take a drug test.**

### I.D.
- **NAME** — LAST: Luna  MIDDLE: Sosa  FIRST: Rene
- **SOCIAL SECURITY NUMBER:** [redacted]
- **PRESENT STREET ADDRESS:** 26814 S. Mooney Blvd. Sp. B-71
- **HOME TELEPHONE NUMBER:** [redacted]
- **CITY:** Visalia  **STATE:** California  **ZIP CODE:**
- **ARE YOU AT LEAST 18 YEARS OF AGE?** ☒ YES  ☐ NO

### POSITION DESIRED
- **TYPE OF WORK DESIRED:** Open
- Willing to travel — miles 20-25 miles
- **WAGES EXPECTED:**

### GENERAL
- **HOW WERE YOU REFERRED TO ABM Janitorial?**
- **HAVE YOU EVER WORKED FOR ABM Janitorial BEFORE? IF YES, WHERE AND WHEN?** ☐ YES  ☒ NO
- **DO YOU HAVE ANY RELATIVES EMPLOYED BY ABM Janitorial?** ☐ YES  ☒ NO  **IF YES, GIVE NAME:**  **RELATIONSHIP:**
- **HAVE YOU SERVED IN THE U.S. ARMED SERVICES?** ☐ YES  ☒ NO  **IF YES, BRANCH OF SERVICE / HIGHEST RANK RECEIVED:**
- **TYPE OF TRAINING AND DUTY IN SERVICE:**
- **HAVE YOU EVER BEEN CONVICTED OF A CRIME?** ☐ YES  ☒ NO  **NOTE: OMIT MINOR TRAFFIC VIOLATIONS. A CONVICTION WILL NOT NECESSARILY BAR APPLICANTS FROM EMPLOYMENT.**
- **IF YES, PLEASE EXPLAIN:**
- **UPON AN OFFER OF EMPLOYMENT, CAN YOU, AS REQUIRED BY LAW, PROVIDE THE APPROPRIATE ORIGINAL DOCUMENTS SHOWING ELIGIBILITY TO WORK IN THE UNITED STATES?** ☐ YES  ☐ NO
- **IN WHICH FOREIGN LANGUAGES DO YOU HAVE WORKING SKILL?**  SPEAK:  READ:  WRITE:
- **HAVE YOU EVER BEEN BONDED?** ☐ YES  ☐ NO  **HAVE YOU EVER BEEN REFUSED BONDING?** ☐ YES  ☐ NO

### EDUCATION

| | NAME OF SCHOOL | LOCATION | GRADUATED? LAST GRADE COMPLETED | SPECIAL COURSES MAJOR / GRADE POINT AVERAGE |
|---|---|---|---|---|
| HIGH SCHOOL | Mexico | | | |
| COLLEGE / UNIVERSITY | | | DEGREE | |
| GRADUATE OR BUSINESS | | | DEGREE | |

REDACTED

D1658


**ABM Janitorial Services**

## APPLICATION FOR EMPLOYMENT/SERVICE EMPLOYEE — ABM-124 (Rev. 10/02)

**DATE:** 5-14-04

**NOTE:**

- **A** This application will remain active for 90 days only. If you wish to be considered for employment thereafter, you must submit another Employment Application.
- **B** Applicants receive consideration for employment without regard to race, color, ancestry, religion, gender, age, national origin, sexual orientation, disability, veteran status or marital status. ABM Janitorial is an Affirmative Action employer.
- **C** Statements made in this application will be relied upon in making the hiring decision.
- **D** Any promises regarding the terms of employment and / or promotional opportunities, whether express or implied, are null and void unless made in writing and signed by an officer of the Company.
- **E** ABM Janitorial is committed to a safe, healthy work environment. **Applicants and employees may be required to take a drug test.**

### I.D.

- **NAME — LAST:** MAGAÑA   **MIDDLE:** Alicia   **FIRST:** Maria Magaña
- **SOCIAL SECURITY NUMBER:** 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
- **PRESENT STREET ADDRESS:** 512 E. Fairview Rd.
- **HOME TELEPHONE NUMBER:** 661-832-904
- **CITY:** Bakersfield   **STATE:** CA   **ZIP CODE:** 93307
- **ARE YOU AT LEAST 18 YEARS OF AGE?** ☒ YES ☐ NO

### DESIRED

- **TYPE OF WORK DESIRED:** Janitorial — Right now. I am a team leader
- **WAGES EXPECTED:** $7.50 hourly

### GENERAL

- **HOW WERE YOU REFERRED TO ABM Janitorial?**
- **HAVE YOU EVER WORKED FOR ABM Janitorial BEFORE? IF YES, WHERE AND WHEN?** ☐ YES ☒ NO
- **DO YOU HAVE ANY RELATIVES EMPLOYED BY ABM Janitorial?** ☐ YES ☒ NO   **IF YES, GIVE NAME:**   **RELATIONSHIP:**
- **HAVE YOU SERVED IN THE U.S. ARMED SERVICES?** ☐ YES ☒ NO   **IF YES, BRANCH OF SERVICE / HIGHEST RANK RECEIVED:**
- **TYPE OF TRAINING AND DUTY IN SERVICE:**
- **HAVE YOU EVER BEEN CONVICTED OF A CRIME?** ☐ YES ☒ NO   **NOTE: OMIT MINOR TRAFFIC VIOLATIONS. A CONVICTION WILL NOT NECESSARILY BAR APPLICANTS FROM EMPLOYMENT.**
- **IF YES, PLEASE EXPLAIN:**
- **UPON AN OFFER OF EMPLOYMENT, CAN YOU, AS REQUIRED BY LAW, PROVIDE THE APPROPRIATE ORIGINAL DOCUMENTS SHOWING ELIGIBILITY TO WORK IN THE UNITED STATES?** ☒ YES ☐ NO
- **IN WHICH FOREIGN LANGUAGES DO YOU HAVE WORKING SKILL?**
  - **SPEAK:** English, Spanish
  - **READ:** both Spanish, English
  - **WRITE:** Spanish, English
- **HAVE YOU EVER BEEN BONDED?** ☐ YES ☒ NO
- **HAVE YOU EVER BEEN REFUSED BONDING?** ☐ YES ☐ NO

### EDUCATION

| NAME OF SCHOOL | LOCATION | GRADUATED? / LAST GRADE COMPLETED | SPECIAL COURSES / MAJOR / GRADE POINT AVERAGE |
|---|---|---|---|
| **HIGH SCHOOL:** Arvin High School | Arvin CA. | 12 | Business B+ |
| **COLLEGE / UNIVERSITY:** Adult school | Chester Ave | | |
| **GRADUATE OR BUSINESS:** | | | |

D0301
**CONFIDENTIAL**

## EMPLOYMENT HISTORY

Starting with present employer (or most recent job) list all experience and account for all time during the past 5 years, including periods of unemployment and U.S. Military Service.

| DATES - MO/YR LAST 5 YRS ONLY | EMPLOYER | JOB TITLE AND DUTIES | RATE OF PAY |
|---|---|---|---|
| FROM 1997 TO 2004 | NAME: Varsity Contractors<br>STREET ADDRESS: District Blvd<br>CITY, STATE, ZIP CODE: Bakersfield CA<br>COMPANY TELEPHONE NUMBER: (661) 979-9448<br>MAY WE CONTACT YOUR PRESENT / PAST EMPLOYER: ☐ YES ☐ NO<br>SUPERVISOR: John Berry<br>IF YES, PLEASE PROVIDE APPROVAL SIGNATURE: [signature]<br>REASON FOR LEAVING: | | START: $5.50<br>END: $7.50<br>OTHER COMPENSATIONS: |
| FROM 2003 TO [feel orking] | NAME: Professional Maintenance<br>STREET ADDRESS:<br>CITY, STATE, ZIP CODE: Los Angeles<br>COMPANY TELEPHONE NUMBER: (661)<br>SUPERVISOR: Tony Martinez<br>REASON FOR LEAVING: | | START: $685 monthly<br>END:<br>OTHER COMPENSATIONS: |
| FROM 1999 TO 2003 | NAME: Expert maintance Building<br>STREET ADDRESS:<br>CITY, STATE, ZIP CODE:<br>COMPANY TELEPHONE NUMBER: ( )<br>SUPERVISOR: Robert Peddler<br>REASON FOR LEAVING: I got tired cleaning banks. | | START: $600.00 monthly<br>END: $600.00<br>OTHER COMPENSATIONS: |
| FROM 1996 TO 1999 | NAME: Patches n Pigtails<br>STREET ADDRESS: 400 White Lane<br>CITY, STATE, ZIP CODE: Bakersfield CA<br>COMPANY TELEPHONE NUMBER: (661) 888-8888<br>SUPERVISOR: Cathy Hoskin<br>REASON FOR LEAVING: | teacher aide | START: $7.00<br>END: $8.00<br>OTHER COMPENSATIONS: |
| FROM 1986 TO 1997 | NAME: Comb Retirement<br>STREET ADDRESS: Real Rd.<br>CITY, STATE, ZIP CODE: Bakersfield CA 93307<br>COMPANY TELEPHONE NUMBER: (661)<br>SUPERVISOR: Gloria Marshall<br>REASON FOR LEAVING: New Management | Kitchen supervisor | START:<br>END:<br>OTHER COMPENSATIONS: |

D0302
CONFIDENTIAL

| INDICATE JANITOR | AND OTHER CLEANING EXPERIENCE (PLEASE CHECK BOX) | | | | | | |
|---|---|---|---|---|---|---|---|
| EXPERIENCE | YRS | MOS | EXPERIENCE | YRS | MOS | EXPERIENCE | YRS | MOS |
| ☐ Office Buildings / Banks | | | ☐ Schools | | | ☐ Route Work | | |
| ☐ Industrial | | | ☐ Airports | | | ☒ Floor Waxing | | |
| ☐ Department Stores | | | ☐ Hospitals | | | ☐ Carpet Cleaning | | |
| ☐ Retail Shopping Centers | | | ☐ Hotels | | | ☒ Window Cleaning | | |
| ☐ Theaters | | | ☐ Other: Clinics | | | ☐ Other: Buffer | | |

DO YOU HAVE A LIFE SAFETY CERTIFICATE? ☐ YES ☐ NO

DRIVER'S LICENSE NUMBER (IF DRIVING REQUIRED): N4771323   STATE: CA

IS THERE ANY ADDITIONAL INFORMATION RELATIVE TO CHANGE OF NAME, USE OF ASSUMED NAME, OR NICKNAME NECESSARY TO ENABLE A CHECK ON YOUR WORK HISTORY? ☐ YES ☒ NO

IF YES, EXPLAIN:

LIST SPECIAL SKILLS AND EQUIPMENT YOU CAN OPERATE

## ALL APPLICANTS READ AND COMPLETE THIS SECTION

I certify that the information contained in this employment application is complete, correct and accurate to the best of my knowledge and I understand that any falsifications or omissions may result in denial of employment or dismissal. I authorize ABM Janitorial to act as my agent in securing information about me from any person or company without liability to such person or company or to ABM Janitorial. If an employment relationship is established, I understand that I will be an employee-at-will and that my employment and compensation can be terminated with or without cause and with or without notice, at any time by either myself or ABM Janitorial. No modifications of these statements shall be valid unless in writing signed by me and the Company President. In addition, if accepted for employment, I hereby agree to abide by the rules and policies of ABM Janitorial.

APPLICANT SIGNATURE: [signature]   DATE: 5-12-04

D0303
CONFIDENTIAL