# EXHIBIT 2073

# EXHIBIT 2073

## 2005 W-2 and EARNINGS SUMMARY

The following information reflects your final 2005 wage stub

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 7530.20 | Social Security Tax Withheld Box 4 | 466.87 | CA State Tax Box 17 | .00 |
| | | | | Local Tax Box 19 | .00 |
| Fed Income Tax Withheld Box 2 | 52.47 | Medicare Tax Withheld Box 6 | 109.19 | SDI Box 14 | 81.33 |

Your gross pay was adjusted as follows to produce your W-2 statement

| | Wages, Tips, other Compensation Box 1 of W-2 | State Wages Wages Box 16 of W-2 |
|---|---|---|
| Gross Pay | 7,530.20 | 7,530.20 |
| REPORTED W-2 WAGES | 7,530.20 | 7,530.20 |

W-4 Profile. To change your W4 Profile Info, file a new W4 with Payroll

ERIKA MORALES
1321 1/2 OREGON ST
BAKERSFIELD, CA  93305

Social Security Number: 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
Taxable Marital Status: M MARRIED
Exemptions/Allowances:
  Federal:  6.00 additional tax
  Local:  4

---

**Employee Reference Copy**
**W-2 Wage and Tax Statement  2005**

ABM JANITORIAL SERVICES
P O BOX 193224
SAN FRANCISCO, CA  94119-3224

Employer's FED ID number: 94-1112425
Employee's SSA number: 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

Wages, tips, other comp: 7530.20
Federal income tax withheld: 52.47
Social security wages: 7530.20
Social security tax withheld: 466.87
Medicare wages and tips: 7530.20
Medicare tax withheld: 109.19
SDI: 81.33

ERIKA MORALES
1321 1/2 OREGON ST
BAKERSFIELD, CA  93305

State wages, tips, etc.: 7530.20

---

**Federal Filing Copy — W-2 Wage and Tax Statement 2005**
**CA State Filing Copy — W-2 Wage and Tax Statement 2005**
**City or Local Filing Copy — W-2 Wage and Tax Statement 2005**

(Three duplicate W-2 copies with the same employer ABM Janitorial Services, employee Erika Morales, wages 7530.20, federal tax 52.47, SS tax 466.87, Medicare tax 109.19, CA SDI 81.33.)