# EXHIBIT 2075

# EXHIBIT 2075

1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

ERIKA MORALES and ANONYMOUS
PLAINTIFFS ONE THROUGH EIGHT,

    Plaintiff-Intervenors,

    vs.                    No. 1:07CV01428 LJO-JLT

ABM INDUSTRIES INCORPORATED;
ABM JANITORIAL SERVICES, INC.;
ABM JANITORIAL NORTHERN
CALIFORNIA; et al.

    Defendant(s).

---

VIDEOTAPED DEPOSITION OF ANTONIO BAUTISTA

Monday, January 25, 2010

Fresno, California

Reported by:
Sandra L. Edmonson
CSR No. 7704, RPR, CRR

JOB No. 128889

```
                                                                      166
 1    15:22:41       Q.  And when was it that you supervised Javier
 2    15:22:45    Vasquez?
 3    15:22:46             MS. HAYWARD:  Misstates testimony.  He said
 4    15:22:47    he worked with Javier.
 5    15:22:48             THE WITNESS:  I worked with Javier for a
 6    15:22:53    period of time from 2005 to sometime in 2006.
 7    15:22:59    BY MR. VIRAMONTES:
 8    15:22:59       Q.  And how was it that you worked with him?
 9    15:23:01       A.  My company asked me to oversee and assist --
10    15:23:05    at that time it was Rick Steiner, the manager for
11    15:23:08    Bakersfield.  So I was the branch manager for Fresno,
12    15:23:11    and they asked me to kind of support Rick and help
13    15:23:18    him and work with him, with Rick Steiner.
14    15:23:20       Q.  So you were simultaneously the branch
15    15:23:24    manager for Fresno at the same time you were helping
16    15:23:26    out to supervise Bakersfield during 2005 to 2006,
17    15:23:30    correct?
18    15:23:31             MS. HAYWARD:  Misstates -- misstates
19    15:23:33    testimony.  He didn't say he was supervising.
20    15:23:34             THE WITNESS:  Not supervise.  Help them on
21    15:23:37    their -- you know, kind of oversee the financials and
22    15:23:40    the customer service and their numbers pretty much.
23    15:23:42    BY MR. VIRAMONTES:
24    15:23:42       Q.  So you were a sort of financial supervisor
25    15:23:44    to them, correct?
```

                                                                     167

| | | |
|---|---|---|
| 1  | 15:23:45 | A.  Kind of a, yeah, mentor, if you want to use |
| 2  | 15:23:47 | the word mentor, for work with the Rick Steiner to -- |
| 3  | 15:23:51 | because I was in Fresno, and he was new, so I have -- |
| 4  | 15:23:54 | I worked with Rick. |
| 5  | 15:23:55 | Q.  And what kind of financials were you |
| 6  | 15:23:58 | overseeing with Rick? |
| 7  | 15:23:59 | A.  Accounts, you know, the ABM accounts, sales, |
| 8  | 15:24:02 | labor. |
| 9  | 15:24:03 | Q.  Who told you that you should be helping out |
| 10 | 15:24:09 | Rick Steiner with this, and Jose? |
| 11 | 15:24:12 | A.  My -- my region, they -- |
| 12 | 15:24:13 | MS. HAYWARD:  Hold on.  You -- did you say |
| 13 | 15:24:18 | Rick and Jose? |
| 14 | 15:24:20 | MR. VIRAMONTES:  Yes. |
| 15 | 15:24:20 | MS. HAYWARD:  Well, misstates the record. |
| 16 | 15:24:21 | THE WITNESS:  Not Jose. |
| 17 | 15:24:22 | MS. HAYWARD:  He wasn't -- |
| 18 |          | THE WITNESS:  Javier. |
| 19 | 15:24:23 | MS. HAYWARD:  -- helping out Jose. |
| 20 | 15:24:26 | MR. VIRAMONTES:  Oh, you're right.  Let |
| 21 | 15:24:28 | me -- let me rephrase. |
| 22 |          | BY MR. VIRAMONTES: |
| 23 | 15:24:29 | Q.  So who -- who told you that you should be |
| 24 | 15:24:30 | helping out Rick Steiner and Javier Vasquez in |
| 25 | 15:24:33 | Bakersfield in or around 2005 and 2006? |

168

|    |          |                                                          |
|----|----------|----------------------------------------------------------|
| 1  | 15:24:35 | A.  I was -- I was assigned, and actually they           |
| 2  | 15:24:37 | called it promotion, to a senior branch manager.  So     |
| 3  | 15:24:41 | I was working -- at that time I was working directly     |
| 4  | 15:24:43 | with Rick Steiner, not Javier.  Javier was not in the    |
| 5  | 15:24:47 | picture.                                                 |
| 6  | 15:24:50 | Q.  And --                                               |
| 7  | 15:24:50 | A.  On --                                                |
| 8  | 15:24:51 | Q.  Go ahead.                                            |
| 9  | 15:24:52 | A.  On -- on conjunction with Faisal.  Faisal            |
| 10 | 15:24:55 | was the regional -- he's the regional operation          |
| 11 | 15:24:59 | manager.                                                 |
| 12 | 15:24:59 | Q.  So during 2005 and 2006, you had authority           |
| 13 | 15:25:03 | or some authority over both Bakersfield and Fresno,      |
| 14 | 15:25:07 | correct?                                                 |
| 15 | 15:25:07 |         MS. HAYWARD:  Misstates the record, vague.       |
| 16 | 15:25:10 |         THE WITNESS:  Not authority, but I have -- I     |
| 17 | 15:25:13 | have to -- I was working with -- assisting them, but     |
| 18 | 15:25:15 | I didn't have no -- no authority in terms of decision    |
| 19 | 15:25:18 | making.                                                  |
| 20 | 15:25:18 | BY MR. VIRAMONTES:                                       |
| 21 | 15:25:19 | Q.  Is it fair to say that during 2005 and 2006          |
| 22 | 15:25:23 | you had responsibility over both Fresno and              |
| 23 | 15:25:26 | Bakersfield?                                             |
| 24 | 15:25:28 | A.  Rick Steiner was the manager, but I was -- I         |
| 25 | 15:25:31 | was overseeing it, yes.                                  |

```
1    STATE OF CALIFORNIA  )
                          ) ss.
2    COUNTY OF KERN       )

3

4

5          I, Sandra L. Edmonson, a Certified Shorthand

6    Reporter in the State of California, holding Certificate

7    No. 7704, do hereby certify that ANTONIO BAUTISTA, the

8    witness named in the foregoing deposition, was by me

9    duly sworn; that said deposition was taken Monday,

10   January 25, 2010, at the time and place set forth on the

11   first page hereof

12         That upon the taking of the deposition, the

13   words of the witness were written down by me in

14   stenotype and thereafter transcribed by computer under

15   my supervision; that the foregoing is a true and correct

16   transcript of the testimony given by the witness.

17         I further certify that I am neither counsel for

18   nor in any way related to any party to said action, nor

19   in any way interested in the result or outcome thereof.

20         Dated this 8th day of February, 2010, at

21   Bakersfield, California

22

23                          _____
                            Sandra L. Edmonson, CSR No. 7704
24

25
```