# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT | CASE NO. CV F 07-1428 LJO JLT |
| Plaintiff, <br> and | **ORDER ON MOTION TO FILE UNDER SEAL** <br> (Doc. 266) |
| ERIKA MORALES, et al. | |
| Plaintiff Intervenors, <br> vs. | |
| ABM INDUSTRIES INCORPORATED, et al., | |
| Defendants. | |

In this Title VII sexual harassment action, the parties seek to file under seal the motion for summary adjudication and related documents. In the instant motion, Plaintiff EEOC and Plaintiff Intervenors Erika Morales and Anonymous Plaintiffs One through Eight move to file several documents under seal, listed below.

The sealing of these documents is allowable under three protective orders filed by this Court.

First, a Stipulated Order Re: Documents Disclosed, pursuant to this Court's March 4, 2010 Discovery Order dated March 17, 2010, governs corporate information of defendants ABM Industries, Inc., ABM Janitorial Services, Inc., and ABM Janitorial Services-Northern California, Inc. Second, a Stipulated Order dated January 14, 2009 governs confidential information regarding documents pertaining to complaints of sexual assault and/or sexual harassment in defendants' workplace. Third, a Protective Order dated July 24, 2008 governs the production, disclosure, and use of confidential information regarding Anonymous Plaintiffs One through Eight. Plaintiff EEOC and Plaintiff-Intervenors maintain that the names of the Anonymous Plaintiffs/Claimants at issue must be kept out of all public filings.

In addition, in its April 30, 2010 Order, this Court rules that the parties "are permitted to file under seal papers to comply with the protective order.

For the foregoing reasons, and pursuant to Local Rule 141, this Court:

1. GRANTS Plaintiff EEOC and Plaintiff-Intervenors Erika Morales and Anonymous Plaintiffs One through Eight June 4, 2010 motion to file the following documents under seal:

2. DIRECTS the clerk of court to file under seal the complete, unredacted versions of the following documents:

   a. PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES OPPOSING DEFENDANTS' MOTION FOR SUMMARY OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO CLAIMANTS AND PARENT CORPORATIONS;

   b. OPPOSITION TO ABM DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/ INTERVENERS;

   c. PLAINTIFF'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO AND BAKERSFIELD CLAIMANTS VOLUME 1;

    d.    PLAINTIFF'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: BAKERSFIELD AND FRESNO CLAIMANTS; AND PARENT CORPORATIONS VOLUME 2;

    e.    DECLARATION OF EEOC TRIAL ATTORNEY LORENA GARCIA-BAUTISTA IN SUPPORT OF EEOC'S MEMORANDUM OF POINTS AND AUTHORITIES OPPOSING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO AND BAKERSFIELD CLAIMANTS AND PARENT CORPORATIONS; APPENDIX OF EXHIBITS, INCLUDING DOCKET NO. 258;

    f.    PLAINTIFF'S APPENDIX OF DEPOSITIONS, EXHIBITS 1-40 IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE MOTIONS FOR SUMMARY ADJUDICATION AND/ OR JUDGMENT FILED BY DEFENDANTS;

    g.    PLAINTIFF EEOC'S OBJECTIONS TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: BAKERSFIELD CLAIMANTS/ INTERVENORS;

    h.    PLAINTIFF EEOC'S OBJECTIONS TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO CLAIMANTS AND PARENT CORPORATIONS;

    i.    DECLARATION OF EEOC TRIAL ATTORNEY LORENA GARCIA-BAUTISTA IN SUPPORT OF EEOC'S OBJECTIONS TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION RE: FRESNO CLAIMANTS AND PARENT

1  CORPORATIONS, INCLUDING DOCKET NO. 263; and

2  j.   PLAINTIFF-INTERVENERS' RESPONSES & OBJECTIONS TO
3       DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF
4       THEIR MOTIONS FOR SUMMARY JUDGMENT; and

5  3.  ORDERS Plaintiff, **no later than June 16, 2010**, to file a redacted copy of the motion
6      and any supporting papers. The redactions shall be narrowly tailored to protect only that
7      information that is confidential or was deemed confidential.

8  IT IS SO ORDERED.

9  **Dated:   June 7, 2010**                            **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE