1
2
3
4
5
6
7
8                          **IN THE UNITED STATES DISTRICT COURT**

9                          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   U.S. EQUAL EMPLOYMENT                          CASE NO. CV F 07-1428 LJO JLT

12                          Plaintiff,              **ORDER AFTER SETTLEMENT**
               and                                  **CONFERENCE**
13
     ERIKA MORALES, et al.
14
                           Plaintiff Intervenors,
15             vs.

16   ABM INDUSTRIES INCORPORATED,
     et al.,
17
                           Defendants.
18   _____/

19

20           On June 7, 2010, after a settlement conference with United State Magistrate Judge Jennifer L.

21   Thurston, the parties agreed on the record that a settlement has been reached.  The parties have agreed

22   that the specific terms of the settlement agreement will be developed expeditiously.   The parties

23   anticipate finalization of the settlement agreement by July 4, 2010.

24           Pursuant to this Court's Local Rule 160, this Court ORDERS:

25           1.      That no later than June 11, 2010, Plaintiff and Plaintiff Intervenors will file, either

26                   separately or jointly, a Notice of Settlement as to all defendants;

27           2.      That a status conference will be held on June 22, 2010 at 9:30 a.m. By June 18, 2010, the

28                   parties will file a joint status conference report that details the terms of the settlement

                                                     1

agreement that are still under discussion and the proposed deadlines for agreement on these terms, any impediments or problems in developing the specific terms of the settlement agreement and a proposed date for a further status conference re: the settlement agreement.

3.   That all pending dates and matters, including the cross-motions for summary judgment (Docs. 221, 222, 236, 242, 243) set to be heard on June 17, 2010, motion to compel (Doc. 265) scheduled for June 22, 2010, the pretrial conference set on July 12, 2010 and the August 23, 2010 trial date and the decision on the motion to sever claimants (Docs. 212, 213) are **VACATED.**

4.   The parties are admonished that if the Court determines that they have failed to diligently develop the specific terms of the settlement, the Court will reset the trial and pretrial dates on the dates previously selected.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 110, 160 and 272.

IT IS SO ORDERED.

Dated:   **June 7, 2010**                                              **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE