IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT | CASE NO. CV F 07-1428 LJO JLT |
| Plaintiff,<br>and<br>ERIKA MORALES, et al.<br>Plaintiff Intervenors,<br>vs.<br>ABM INDUSTRIES INCORPORATED, et al.,<br>Defendants.<br>_____ / | **ORDER TO DISMISS CLAIMS** |

On August 24, 2010, plaintiff intervenors Erica Morales and Anonymous Plaintiffs one through six (collectively "intervenors") and defendants ABM Industries, Inc., ABM Janitorial Services, Inc. And ABM Janitorial Services–Northern California, Inc. (collectively "defendants") finalized a written settlement agreement. As part of the settlement agreement and consent decree, which this Court concurrently approves and files, and pursuant to this Court's August 10, 2010 order, intervenors were required to request a dismissal of their claims against all parties in this action pursuant to Fed. R. Civ. P. 41(a)(1).

Intervenors requested dismissal of their claims on August 27, 2010. Intervenor's request for dismissal is unopposed. For good cause appearing, this Court GRANTS intervenor's request to dismiss

as follows:

1. Plaintiff Intervenor's claims in this action against all defendants are dismissed with prejudice subject to this Court's approval of the consent decree between the Equal Employment Opportunity Commission and the defendants. This Court's approval of the consent decree is filed concurrently with this dismissal order.

2. The parties will each pay their respective costs and attorneys' fees associated with this action except as provided by the settlement agreement.

IT IS SO ORDERED.

**Dated:   September 24, 2010**                     /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE