IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT<br><br>　　　　　　　Plaintiff,<br>　　and<br>ERIKA MORALES, et al.<br>　　　　　　　Plaintiff Intervenors,<br>　　vs.<br>ABM INDUSTRIES INCORPORATED, et al.,<br>　　　　　　　Defendants.<br>_____/ | CASE NO. CV F 07-1428 LJO JLT<br><br>**ORDER TO CLOSE ACTION** |

This Court has approved the parties' consent decree and plaintiff's and plaintiff intervenors' motion to dismiss all claims against defendants.  Accordingly, this Court DIRECTS the clerk of court to close this action administratively.

IT IS SO ORDERED.

**Dated:   September 28, 2010**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE