# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

CASE NO: **1:07–CV–01428–LJO–JLT**

v.

**ABM JANITORIAL SERVICES, INC., ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 9/28/10**

**Victoria C. Minor**
Clerk of Court

ENTERED: **October 4, 2010**

by: /s/ J. Hellings
Deputy Clerk