UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff.<br><br>ERIKA MORALES, et al.,<br><br>                Plaintiff-Intervenors<br>   v.<br><br>ABM INDUSTRIES INCORPORATED, et al.,<br><br>                Defendants. | Case No.: 1:07-cv-01428 - LJO - JLT<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR CONTEMPT OF THIS COURT'S ORDERS<br><br>(Doc. 306) |

TO: HECTOR MARTINEZ, JOSEPH SUTTON, STANLEY MALLISON, MARCO PALAU;

YOU ARE HEREBY ORDERED to show cause on **September 5, 2013 at 10:00 a.m.** at the United States Courthouse located at 510 19th Street, Bakersfield, CA, why you should not be held in contempt for willfully violating the protective orders issued on January 14, 2009 (Doc. 76), February 18, 2010 (Doc. 175) and March 4, 2010 (Doc. 193); to wit, filing and using discovery documents contrary to one or more of the Court's protective orders, in the action entitled <u>Murillo v. ABM Industries Incorporated, et al.,</u> Fresno County Superior Court, case number 11 CE CG 04428.

IT IS SO ORDERED.

Dated: **July 1, 2013**          /s/ Jennifer L. Thurston
                                               UNITED STATES MAGISTRATE JUDGE